GARY T. LAFAYETTE (State Bar No. 088666)
Email: glafayette@lkclaw.com
LAFAYETTE & KUMAGAI LLP
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendants
UNITED AIRLINES, INC.; UNITED CONTINENTAL HOLDINGS, INC.; AND CONTINENTAL AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON, MARIO ECUNG, LEON MILLER, XAVIER PALMER, KENNETH MONTGOMERY, ANNETTE GADSON, PAUL C. NOBLE, JOHNNIE E. JONES, Jr., FREDERICK ROBINSON, GLEN ROANE, DAVID RICKETTS, LESTER TOM, TERRY HAYNIE, SAL CROCKER, ANTHONY MANSWELL, KARL MINTER, ERWIN WASHINGTON, DARRYL WILSON, LEO SHERMAN, KEN HANEY, RICHARD JOHN, ODIE BRISCOE, and TERENCE HARTSFIELD,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED CONTINENTAL HOLDINGS, INC.; UNITED AIR LINES, INC.; CONTINENTAL AIRLINES, INC.; and DOES 1-10,<br><br>Defendants. | Case No. 3:12-cv-02730 MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>DEPT:   7<br>JUDGE: Hon. Maxine M. Chesney<br><br>Complaint filed: May 29, 2012<br>FAC filed: July 20, 2012 |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT
(Case No. C 12-02730 MMC)

1

Having considered all pleadings and papers on file, and good cause appearing therefore, IT IS HEREBY ORDERED that Defendants' Motion to Extend Time to Respond to Plaintiffs' First Amended Complaint is GRANTED.  Defendants' deadline to file a response to Plaintiffs' First Amended Complaint is hereby extended by 14 days to August 29, 2012.

Dated: August 14, 2012          /s/ Susan Illston for
                                MAXINE M. CHESNEY
                                United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT
(Case No. C 12-02730 MMC)

2