DONNA M. MELBY (SB# 86417)
donnamelby@paulhastings.com
JENNIFER S. BALDOCCHI (SB# 168945)
jenniferbaldocchi@paulhastings.com
MELINDA A. GORDON (SB# 254203)
melindagordon@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

GARY T. LAFAYETTE (SB# 088666)
glafayette@lkclaw.com
LAFAYETTE & KUMAGAI LLP
100 Spear Street, Suite 600
San Francisco, CA 94105
Telephone: 1(415) 357-4600
Facsimile: 1(415) 357-4605

Attorneys for Defendants
UNITED AIRLINES, INC.; UNITED
CONTINENTAL HOLDINGS, INC.; AND
CONTINENTAL AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELDRIDGE JOHNSON, MARIO ECUNG, LEON MILLER, XAVIER PALMER, KENNETH MONTGOMERY, ANNETTE GADSON, PAUL C. NOBLE, JOHNNIE E. JONES, Jr., FREDERICK ROBINSON, GLEN ROANE, DAVID RICKETTS, LESTER TOM, TERRY HAYNIE, SAL CROCKER, ANTHONY MANSWELL, KARL MINTER, ERWIN WASHINGTON, DARRYL WILSON, LEO SHERMAN, KEN HANEY, RICHARD JOHN, ODIE BRISCOE, and TERENCE HARTSFIELD, Plaintiffs, vs. UNITED CONTINENTAL HOLDINGS, INC.; UNITED AIR LINES, INC.; CONTINENTAL AIRLINES, INC.; and DOES 1-10, Defendants. | CASE NO. 3:12-CV-02730-MMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Judge:           Hon. Maxine M. Chesney<br><br>Complaint filed:   May 29, 2012<br>FAC filed:           July 20, 2012 |
|---|---|

---

Case No. 3:12-CV-02730-MMC

LEGAL_US_W # 72509990.1

[PROPOSED] ORDER GRANTING
DEFTS' ADMIN MOTION TO CONT. CMC

1  Having considered the papers and all pleadings on file and good cause appearing therefor,
2  IT IS HEREBY ORDERED that Defendants' Administrative Motion to Continue Case
3  Management Conference is GRANTED.

4  • The Case Management Conference is hereby continued from September 7, 2012,
           26
5    to October ~~19~~, 2012.

6  • Any deadlines based on the Case Management Conference, including the deadline
7    for the Parties' Joint Case Management Conference Statement, are hereby
8    continued accordingly.

10  IT IS SO ORDERED.

12  Dated: September 4         , 2012    _____
                                          MAXINE M. CHESNEY
13                                        United States District Judge