| | |
|---|---|
| 1 | DONNA M. MELBY (SB# 86417) |
|   | donnamelby@paulhastings.com |
| 2 | JENNIFER S. BALDOCCHI (SB# 168945) |
|   | jenniferbaldocchi@paulhastings.com |
| 3 | MELINDA A. GORDON (SB# 254203) |
|   | melindagordon@paulhastings.com |
| 4 | PAUL HASTINGS LLP |
|   | 515 South Flower Street |
| 5 | Twenty-Fifth Floor |
|   | Los Angeles, CA  90071-2228 |
| 6 | Telephone:  1(213) 683-6000 |
|   | Facsimile:  1(213) 627-0705 |
| 7 | |
|   | GARY T. LAFAYETTE (SB# 088666) |
| 8 | glafayette@lkclaw.com |
|   | LAFAYETTE & KUMAGAI LLP |
| 9 | 100 Spear Street, Suite 600 |
|   | San Francisco, CA 94105 |
| 10 | Telephone:  1(415) 357-4600 |
|    | Facsimile:  1(415) 357-4605 |
| 11 | |
|    | Attorneys for Defendants |
| 12 | UNITED AIRLINES, INC.; UNITED |
|    | CONTINENTAL HOLDINGS, INC.; AND |
| 13 | CONTINENTAL AIRLINES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON, MARIO ECUNG, LEON MILLER, XAVIER PALMER, KENNETH MONTGOMERY, ANNETTE GADSON, PAUL C. NOBLE, JOHNNIE E. JONES, Jr., FREDERICK ROBINSON, GLEN ROANE, DAVID RICKETTS, LESTER TOM, TERRY HAYNIE, SAL CROCKER, ANTHONY MANSWELL, KARL MINTER, ERWIN WASHINGTON, DARRYL WILSON, LEO SHERMAN, KEN HANEY, RICHARD JOHN, ODIE BRISCOE, and TERENCE HARTSFIELD,<br><br>    Plaintiffs,<br><br>    vs.<br><br>UNITED CONTINENTAL HOLDINGS, INC.; UNITED AIR LINES, INC.; CONTINENTAL AIRLINES, INC.; and DOES 1-10,<br><br>    Defendants. | CASE NO. 3:12-CV-02730-MMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Judge:    Hon. Maxine M. Chesney<br><br>Complaint filed:    May 29, 2012<br>FAC filed:    July 20, 2012 |

---

Case No. 3:12-CV-02730-MMC

LEGAL_US_W # 72509990.1

[PROPOSED] ORDER GRANTING DEFTS' ADMIN MOTION TO CONT. CMC

1   Having considered the papers and all pleadings on file and good cause appearing therefor,
2   IT IS HEREBY ORDERED that Defendants' Administrative Motion to Continue Case
3   Management Conference is GRANTED.

- The Case Management Conference is hereby continued from September 7, 2012, to October ~~19~~ 26, 2012.
- Any deadlines based on the Case Management Conference, including the deadline for the Parties' Joint Case Management Conference Statement, are hereby continued accordingly.

IT IS SO ORDERED.

Dated:  September 4          , 2012              _____
                                                 MAXINE M. CHESNEY
                                                 United States District Judge