*United States District Court*
*For the Northern District of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON, et al., | No. C-12-2730 MMC |
| Plaintiffs, | **ORDER AFFORDING PLAINTIFFS LEAVE TO FILE SECOND AMENDED COMPLAINT; DENYING AS MOOT AND WITHOUT PREJUDICE DEFENDANTS' MOTION TO DISMISS AND TRANSFER AND REQUEST FOR STAY** |
| v. | |
| UNITED CONTINENTAL HOLDINGS, INC., et al., | |
| Defendants. | |

Before the Court is the "Motion to Dismiss and Transfer and Request to Stay," filed August 29, 2012 by defendants United Airlines, Inc., United Continental Holdings, Inc., and Continental Airlines, Inc.  Plaintiffs have filed opposition, to which defendants have replied. The matter came on regularly for hearing October 5, 2012.  Spencer Smith of Smith Patten appeared on behalf of plaintiffs.  Donna M. Melby of Paul Hastings LLP appeared on behalf of defendants.  Having read and considered the papers filed in support of and in opposition to the motion, and having considered the parties' respective oral arguments, the Court, for the reasons stated on the record at the hearing, rules as follows.

Plaintiffs' request for leave to file a Second Amended Complaint, made at the October 5, 2012 hearing, is hereby GRANTED; plaintiffs shall file their Second Amended Complaint no later than November 30, 2012.  In light of such ruling, defendants' motion is

hereby DENIED as moot, and without prejudice to defendants' raising the issues made therein in their response to the Second Amended Complaint; defendants' response to the Second Amended Complaint shall be filed no later than February 1, 2013.

**IT IS SO ORDERED.**

Dated:  October 5, 2012

MAXINE M. CHESNEY  
United States District Judge