|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELDRIDGE JOHNSON, MARIO ECUNG, LEON MILLER, XAVIER PALMER, KENNETH MONTGOMERY, ANNETTE GADSON, PAUL C. NOBLE, JOHNNIE E. JONES, Jr., FREDERICK ROBINSON, GLEN ROANE, DAVID RICKETTS, LESTER TOM, TERRY HAYNIE, SAL CROCKER, ANTHONY MANSWELL, KARL MINTER, ERWIN WASHINGTON, DARRYL WILSON, LEO SHERMAN, KEN HANEY, RICHARD JOHN, ODIE BRISCOE, and TERENCE HARTSFIELD, | CASE NO. 3:12-CV-02730-MMC<br><br>**[PROPOSED] ORDER** ~~GRANTING~~ **RE: DEFENDANTS' ADMINISTRATIVE MOTION TO FILE SEPARATE MOTIONS TO DISMISS AND TRANSFER AS TO EACH PLAINTIFF, OR IN THE ALTERNATIVE, TO EXCEED PAGE LIMITS; SETTING TELEPHONIC CONFERENCE** |
|---|---|
| Plaintiffs, | Judge:    Hon. Maxine M. Chesney |
| vs. | Complaint filed:    May 29, 2012<br>FAC filed:            July 20, 2012<br>SAC filed:            November 30, 2012 |
| UNITED CONTINENTAL HOLDINGS, INC.; UNITED AIR LINES, INC.; CONTINENTAL AIRLINES, INC.; and DOES 1-10, | |
| Defendants. | |

---

Case No. 3:12-CV-02730-MMC

[PROPOSED] ORDER GRANTING DEFTS' MOTION TO FILE SEPARATE MTD

1    Having considered ~~the papers and all pleadings on file and good cause appearing therefor,~~
2    ~~IT IS HEREBY ORDERED tha~~t Defendants' Administrative Motion to File Separate Motions To
3    Dismiss And Transfer As To Each Named Plaintiff ~~is GRANTED, as follows:~~ and plaintiffs'
4    opposition thereto, the Court rules as follows:

5    ☐ ~~Defendants may file 23 individual, stand-alone motions to dismiss and transfer~~
6    ~~with points and authorities in support thereof, of 25 pages each.~~

7

8    ~~OR,~~

9

10   ☐ ~~Defendants may file one 25-page lead motion to dismiss and transfer with points~~
11   ~~and authorities in support thereof, along with 22 supplemental motions to dismiss~~
12   ~~and transfer and supporting points and authorities not to exceed 8 pages each.~~

13

14   ~~OR,~~

15

16   ☐ ~~Defendants may file one 50-page motion to dismiss and transfer with points and~~
17   ~~authorities in support thereof.~~

18

19   ~~AND,~~

20

21   ☐  All parties will participate in a short telephonic conference before the Court on
22   January 18, 2013, at 10:30 a.m., to discuss the alternative forms of Defendants'
23   motion to dismiss and transfer.  The deadline for defendants to file a response to
24   the Second Amended Complaint shall be set at the telephonic conference.

25   IT IS SO ORDERED.

26

27   Dated: January 2, 2013 ~~, 2012~~            _____
                                                  MAXINE M. CHESNEY
28                                                United States District Judge

Case No. 3:12-CV-02730-MMC            -1-            [PROPOSED] ORDER GRANTING DEFTS'
                                                     MOTION TO FILE SEPARATE MTD