# EXHIBIT H



**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*

February 7, 2012



U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

    Re:   *Richard A. John v. United Airlines*

To Whom It May Concern;

I am enclosing the EEOC intake questionnaire to file a charge on behalf of our client, Richard A. John, in the above referenced issue. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information. Please contact me as soon as possible if there are any problems.

Sincerely,

Melissa Sotto
*Assistant to Spencer F. Smith*

enclosures

1



RECEIVED
FEB 09 2012
EEOC-SFDO

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. **If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: John        First Name: Richard        MI: A

Street or Mailing Address: 611 East 39th St        Apt or Unit #: _____

City: Brooklyn        County: _____        State: NY        Zip: 11203

Phone Numbers: Home: (951) 817-4403        Work: (   ) _____

Cell: (   ) _____        Email Address: Rajj@optonline.net

Date of Birth: 11/10/1965        Sex: ☒Male ☐ Female        Do You Have a Disability? ☐ Yes ☒No

**Please answer each of the next three questions.**   i. Are you Hispanic or Latino? ☐ Yes ☐ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
☒ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? Trinidad and Tobago, West Indies

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ██████████        Relationship: ██████████

Address: ██████████        City: ██████████        State ████ Zip Code ██████

Home Phone: ██████████        Other Phone: (   ) ██████

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: United Airlines

Address: 77 West Wacker Dr        County: Cook

City: Chicago        State: IL        Zip: 60601        Phone: (800) 864-8331

Type of Business: Airline        Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: Michael Bonds        Phone: (312) 997-2915

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 - 100   ☐ 101 - 200   ☐ 201 - 500   ☒ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☒No

Date Hired: 01/04/1993        Job Title At Hire: Flight Officer

Pay Rate When Hired: $25,000/yr        Last or Current Pay Rate: $140,000

Job Title at Time of Alleged Discrimination: Captain Flight Officer        Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: James Simons - Chief Pilot, Director of Domicile Operations

If Job Applicant, Date You Applied for Job 11/17/11        Job Title Applied For Temporary Job Share

1

**4.  What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒Race  ☐ Sex  ☐Age  ☐ Disability  ☐ National Origin  ☐ Religion ☒Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify:  __N/A__

If you checked genetic information, how did the employer obtain the genetic information?   __N/A__

Other reason (basis) for discrimination (Explain):  __N/A__

**5.  What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you.  **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

**A.  Date:** __11/17/11__   **Action:** __Interviewed for temporary job share A320 standards captain but was not selected__

**Name and Title of Person(s) Responsible:** __Management at United Airlines /HR at UAL__

**B.  Date:** __08/03/11__   **Action:** __Interviewed for Flight Operations Duty Manager but was not selected__

**Name and Title of Person(s) Responsible** __Management at United Airlines/HR at UAL__

**6.  Why do you believe these actions were discriminatory?** Please attach additional pages if needed.
__These actions were discriminatory because in my total of 100 applications in 5 years, I have only been invited to interview five times and no job offers.__ (see attach

**7.  What reason(s) were given to you for the acts you consider discriminatory?**  By whom? His or Her Job Title?
__No reasons given to me by Emil Lassen, Flight Standards Manager, and Bryan Quigley (Director of Flight Operations)__

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| **A.**  N/A | | | |
| **B.** | | | |

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

   Full Name     Race, Sex, Age, National Origin, Religion or Disability   Job Title    Description of Treatment

**A.** _____

_____

**B.** _____

_____

Of the persons in the same or similar situation as you, who was treated the *same* as you?

   Full Name     Race, Sex, Age, National Origin, Religion or Disability   Job Title    Description of Treatment

**A.** Sal Crocker   African American, Male    Captain  Interviewed for A320 standards Captain and Assistant Chief Pilot but no job offers

**B.** Karl Minter   African American, Male    Captain  Interviewed for Senior Manager for International Operations but no Job. Also was denied promotion

Answer questions 9-12 **only** if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

**9. Please check all that apply:**
- ☐ Yes, I have a disability
- ☐ I do not have a disability now but I did have one
- ☐ No disability but the organization treats me as if I am disabled

**10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

N/A _____

_____

_____

**11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
- ☐ Yes ☐ No

If "Yes," what medication, medical equipment or other assistance do you use?

_____

_____

**12. Did you ask your employer for any changes or assistance to do your job because of your disability?**
- ☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

_____

Describe the changes or assistance that you asked for: _____

_____

_____

How did your employer respond to your request? _____

_____

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|

A. _____

_____

B. _____

_____

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☒Yes ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

*EEOC, DFEH   June 20, 2010*

16. Have you sought help about this situation from a union, an attorney, or any other source? ☒ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

*Law Office of Spencer Smith*
*353 Sacramento St Suite 1120   S.F. CA 94111*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____     _____
Signature                                           *February 4th 2012*     Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/2008). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)

3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

**Richard John EEOC Questionnaire Intake Attachment**

**#5 What happened to you that you believe was discriminatory?**

**C.**     **Date:** January 2010-Present

**Action:** Submitted 24 applications for various Flight Operations management jobs with no interviews. Submitted 13 applications for jobs outside of the Flight Operations Division bringing total of 37 applications submitted since my previous EEOC Discrimination Charge against United Airlines.

**Name and Title of Person(s) Responsible:** Management at United Airlines

**D.**     **Date:**  July 2006-January 2012

**Action:** Applied for 100 positions from July 2006 through January 2012. During application phase, only obtained five interviews and no job offers. (See attached)

**Name and Title of Person(s) Responsible:** Management at United Airlines/HR at United Airlines

**#6 Why do you believe these actions were discriminatory?**

**A:** This was my second interview for the A320 Standards Captain position. After the first interview, I was told by the interviewing Captain that I was the best candidate he has ever interviewed in his tenured experience selecting Standards Captains. He also stated that "I told them to hire you." A white male was selected for the position who had far less experience on the A320 as compared to my application. The second interview was conducted by Carol Cameron and Emil Lassen. Several days after the interview I was advised that I passed the interview but was not selected. .

**B:** The interview for Flight Operations Duty Manager (FODM): Washington – was conducted by Director of Flight Operations Captain Bryan Quigley and Chief Pilot Andy Allen. After the interview, Bryan invited me to meet his boss Managing Director Jim Starley. Bryan took me to his office and introduced me to some of his staff. I firmly believed that he made a decision that the interview generated positive results. After a few weeks, Bryan called and advised me that I was not selected for the position. I later found out that Captain Quinn was selected for the job. I was already trained as an FODM with similar or more frontline experience as compared to Captain Quinn. Additionally, I had two graduate degrees over Captain Quinn (white male). Furthermore, I was already trained and was successful as a temporary FODM in the past. As far as I know, Captain Quinn was never an FODM in the past. Finally, when my interview was over, I was commuting from Chicago to New York and the Captain in charge of the flight, Chris Hoza, after realizing that I had just completed my interview, Captain Hoza advised me that he was invited to apply for the same position. He pulled out his smart phone and showed me the official email list of interview questions from United's HR department. As I read the email, the email trail demonstrated that he was sent the email by Chief Pilot and Director of Domicile Operations Captain Bo Ellis. Presently, Captain Hoza (white male) is on Special Assignment in Chicago. Obviously, others white males were given an unfair advantage in the process and I was denied a job offer.

I firmly believe that my qualifications, experience, and caliber of interview results were not the factors

that led to my denial of a promotion. Because in both interview situations I was advised that I passed the interview but was not selected. The candidate selected possessed less qualifications.

**Captain Richard John**

## My Submissions (100 job submissions found)

This page displays all relevant details related to your draft and completed submissions.

Completed Submissions

    Assistant Chief Pilot - Captain - UNITED- DEN (Flight Operations)
    - Full-time
    United States-CO-DEN - Denver
    Job Posting:01/06/2012 – Job Number: FOPS12-H-JC
    Job Status: Inactive (No Longer Accepting Job Submissions)
    Submission Status:
    Completed
    – Updated: 01/20/2012
    View Submission

    Assistant Chief Pilot - Captain - UNITED - IAD (Flight Operations)
    - Full-time
    United States-District of Columbia-IAD - Washington (Dulles)
    Job Posting:01/06/2012 – Job Number: FOPS12-I-JC
    Job Status: Inactive (No Longer Accepting Job Submissions)
    Submission Status:
    Completed
    – Updated: 01/17/2012
    View Submission

    Chief Pilot (IAD) — Pilot Management - Washington, D.C. (Flight
    Operations)
    - Full-time
    United States-District of Columbia-IAD - Washington (Dulles)
    Job Posting:12/19/2011 – Job Number: FOPS11-F-DP
    Job Status: Inactive (No Longer Accepting Job Submissions)
    Submission Status:
    Completed
    – Updated: 12/28/2011
    View Submission

    Chief Pilot (EWR) — Pilot Management - Newark, NJ (Flight
    Operations)

 - Full-time
United States-NJ-EWR - Newark
Job Posting:10/03/2011 – Job Number: FOPS11-A-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 10/31/2011
View Submission

Standards Captain - B767 (DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:09/19/2011 – Job Number: DEN29318972066117DH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 11/16/2011
View Submission

Temporary - (Job Share) Standards Captain - A320 (DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:09/02/2011 – Job Number: DEN29318972066120DH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 11/17/2011
View Submission

Line Training Manager - A320 - DEN (Flight Operations)
 - Full-time
United States-CO-DEN - Denver
Job Posting:06/20/2011 – Job Number: FOPS42-A-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/23/2011
View Submission

Manager - Fleet Technical Flight Operations - A320 - Denver, CO
(Flight Operations)
 - Full-time
United States-CO-DEN - Denver, United States-TX-IAH - Houston
(Intercontinental)
Job Posting:06/23/2011 – Job Number: FOPS41-A-DP

Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/23/2011
View Submission


Assistant Chief Pilot - Captain - UNITED- IAD/JFK (Flight
Operations)
 - Full-time
United States-District of Columbia-IAD - Washington (Dulles),
United States-NY-JFK - New York (Kennedy)
Job Posting:06/15/2011 – Job Number: FOPS12-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/12/2011
View Submission


Line Training Manager - 778 - DEN/IAH (Flight Operations)
 - Full-time
United States-CO-DEN - Denver, United States-TX-IAH - Houston
(Intercontinental)
Job Posting:06/20/2011 – Job Number: FOPS42-E-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/23/2011
View Submission


Line Training Manager - 737 - IAH/DEN (Flight Operations)
 - Full-time
United States-TX-IAH - Houston (Intercontinental), United States-
CO-DEN - Denver
Job Posting:06/20/2011 – Job Number: FOPS42-B-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/23/2011
View Submission


Line Training Manager - 747 - DEN (Flight Operations)
 - Full-time
United States-CO-DEN - Denver
Job Posting:06/20/2011 – Job Number: FOPS42-C-DP
Job Status: Inactive (No Longer Accepting Job Submissions)

Submission Status:
Completed
– Updated: 08/23/2011
View Submission

Assistant Chief Pilot - Captain - UNITED- ORD (Flight Operations)
 - Full-time
United States-IL-ORD - Chicago - O'Hare
Job Posting:06/15/2011 – Job Number: FOPS12-C-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/04/2011
View Submission

Domestic Flight Operations - Senior Manager -Chicago, IL (Flight
Operations)
 - Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:06/14/2011 – Job Number: FOPS1017-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/13/2011
View Submission

International Flight Operations - Senior Manager - Chicago, IL
(Flight Operations)
 - Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:06/14/2011 – Job Number: FOPS1016-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/13/2011
View Submission

Senior Manager - Fleet Standards - 737 - IAH (Flight Operations)
 - Full-time
United States-TX-IAH - Houston (Intercontinental)
Job Posting:04/11/2011 – Job Number: FOPS40-B-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011

View Submission

Senior Manager - Fleet Training - 747/778 - Denver, CO (Flight
Operations)
 - Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS31-C-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
View Submission

Senior Manager - Fleet Training - A320 - Denver, CO (Flight
Operations)
 - Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS31-A-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
View Submission

Senior Manager - Fleet Training - 756 - Denver, CO (Flight
Operations)
 - Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS31-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
View Submission

Senior Manager - Fleet Standards - 756 - Denver, CO (Flight
Operations)
 - Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS40-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
View Submission

Senior Manager - Fleet Standards - 778 - Denver, CO (Flight
Operations)
 - Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS40-E-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
View Submission

Senior Manager - Fleet Standards - 747 - Denver, CO (Flight
Operations)
 - Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS40-C-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
View Submission

Senior Manager - Fleet Standards - A320 - Denver, CO (Flight
Operations)
 - Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS40-A-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
View Submission

Flight Operations - Duty Manager - EWR(Flight Operations)
 - Full-time
United States-NJ-EWR - Newark
Job Posting:06/29/2011 – Job Number: FOPS1040-B-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/02/2011
View Submission

Flight Operations - Duty Manager - ORD (Flight Operations)

EXHIBIT H, PAGE 110

- Full-time
United States-IL-ORD - Chicago - O'Hare
Job Posting:06/29/2011 – Job Number: FOPS1040-E-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/05/2011
View Submission

Flight Operations - Duty Manager - IAD (Flight Operations)
- Full-time
United States-District of Columbia-IAD - Washington (Dulles)
Job Posting:06/29/2011 – Job Number: FOPS1040-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/03/2011
View Submission

Flight Operations - Duty Manager - IAH (Flight Operations)
- Full-time
United States-TX-IAH - Houston (Intercontinental)
Job Posting:06/29/2011 – Job Number: FOPS1040-C-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/03/2011
View Submission

A320 Job Share Standards Captain (DENTK)
- Full-time
United States-CO-DEN - Denver
Job Posting:04/09/2009 – Job Number: DEN29318932060623RD
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 05/07/2009
View Submission

Program Manager - United Mileage Plus (HDQUZ)
- Full-time
United States-IL-HDQ - Chicago - Headquarters - 77 W Wacker Dr
Job Posting:07/02/2009 – Job Number: HDQ41308072064761GH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:

Completed
– Updated: 08/17/2009
View Submission


Manager - RM Loyalty Strategy & Analysis (HDQIM - I)
 - Full-time
United States-IL-HDQ - Chicago - Headquarters - 77 W Wacker Dr
Job Posting:07/08/2009 – Job Number: HDQ34768072064698TP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/10/2009
View Submission


Fleet Technical Manager A320 (WHQSD)
 - Full-time
United States-IL-WHQ - Chicago -Operations Center-Elk Grove
Village
Job Posting:12/08/2009 – Job Number: WHQ25498972061350RD
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 02/01/2010
View Submission


Managing Director - Flight Operations - Chicago, IL
 - Full-time
United States-IL-CHI - Chicago - Non Airport Locations
Job Posting:12/08/2010 – Job Number: FOPS04-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/10/2011
View Submission


Managing Director - Technology and Flight Test - Chicago, IL
 - Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:12/08/2010 – Job Number: FOPS06-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/10/2011
View Submission

Managing Director - Flight Standards - Denver, CO (Flight
Operations)
 - Full-time
United States-CO-DEN - Denver
Job Posting:12/08/2010 – Job Number: FOPS02-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/10/2011
View Submission

Standards Captain-A320 (DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:07/10/2010 – Job Number: DEN29318972067898RD
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/23/2010
View Submission

Alliance Partner Relationships - Europe, Middle East, Africa, India -
Senior Manager - Chicago, IL (Alliances)
 - Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:01/18/2011 – Job Number: AM04-RT
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/25/2011
View Submission

Alliance Joint Ventures Americas - Senior Manager - Chicago, IL
(Alliances)
 - Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:01/18/2011 – Job Number: AM23-PT
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/25/2011
View Submission

Director - Alliance Joint Ventures - Europe, Middle East and India -
Chicago, IL (Alliances)

- Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:01/18/2011 – Job Number: AM09-PT
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/25/2011
View Submission

Alliance Joint Ventures Asia/Pacific - Senior Manager - Chicago, IL
(Alliances)
 - Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:01/18/2011 – Job Number: AM22-PT
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
-- Updated: 01/25/2011
View Submission

Director - Alliance Analysis and Evaluation- Chicago, IL (Alliances)
 - Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:01/18/2011 – Job Number: AM12-PT
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/27/2011
View Submission

Alliance Development - Americas - Senior Manager - Chicago, IL
(Alliances)
 - Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:01/18/2011 – Job Number: AM20-DK
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/26/2011
View Submission

Alliance Development - Asia/Pacific - Senior Manager - Chicago, IL
(Alliances)
 - Full-time
United States-IL-WHQ - Chicago - Willis Tower

Job Posting:01/18/2011 – Job Number: AM19-DK
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
-- Updated: 01/26/2011
View Submission

Alliance Development - Europe/Africa/MiddleEast/India - Senior
Manager - Chicago, IL (Alliances)
 - Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:01/18/2011 – Job Number: AM18-DK
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/26/2011
View Submission

Director - Alliance Bilateral Relationships - Chicago, IL (Alliances)
 - Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:01/18/2011 – Job Number: AM08-RT
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/25/2011
View Submission

Alliances Partner Relationships- Americas- Senior Manager -
Chicago, IL (Alliances)
 - Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:01/18/2011 – Job Number: AM06-RT
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/25/2011
View Submission

Senior Manager - Flight Safety Action Program & Event Review
Committee - Chicago, IL (Safety/Quality Assurance)
 - Full-time
United States-IL-WHQ - Chicago -Operations Center-Elk Grove
Village
Job Posting:01/28/2011 – Job Number: SQA06-JC

Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 02/03/2011
View Submission

Managing Director - Pilot Contract Administration - Flight
Operations - Chicago, IL(Flight Operations)
 - Full-time
United States-IL-ORD - Chicago - O'Hare
Job Posting:02/02/2011 – Job Number: FOPS10-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 03/08/2011
View Submission

Senior Manager of Operational Efficiency - Chicago, IL (Operations)
 -
United States-IL-HDQ - Chicago - Headquarters - 77 W Wacker Dr
Job Posting:01/21/2011 – Job Number: SOCC62-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/28/2011
View Submission

Director - System Network Operations Control - Chicago, IL
(Network Operations Control)
 - Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:01/03/2011 – Job Number: SOCC12-MT
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/07/2011
View Submission

Director - Passenger Sales North America, Latin and Caribbean -
North America - Newark, NJ(The America's, Sales)
 - Full-time
United States-NJ-EWR - Newark
Job Posting:12/30/2010 – Job Number: SAL36-DB
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:

Completed
– Updated: 01/07/2011
View Submission


Managing Director - Network Operations Support - Chicago, IL
(Network Operations Control)
 - Full-time
United States-IL-WHQ - Chicago -Operations Center-Elk Grove
Village
Job Posting:01/03/2011 – Job Number: SOCC02-MT
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/07/2011
View Submission


Managing Director - Regional Express Operational Performance -
Chicago, IL
 - Full-time
United States-IL-WHQ - Chicago -Operations Center-Elk Grove
Village
Job Posting:11/29/2010 – Job Number: REGEX01-GH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 12/08/2010
View Submission


Director - Policy - Chicago, IL
 - Full-time
United States-IL-CHI - Chicago - Non Airport Locations
Job Posting:02/01/2011 – Job Number: GOV19-CA
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 11/26/2010
View Submission


Job Share Standards Captain (B757/767 Fleet / DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318975023252SH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed

– Updated: 08/02/2006
View Submission


Job Share Standards Captain (A320 Fleet / DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318975023254SH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 12/01/2006
View Submission


Standards Captain (B757 Fleet / DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318975023256SH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 10/27/2006
View Submission


Standards Captain (B777 Fleet / DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318975023261SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 10/26/2006
View Submission


Manager - Command Development Programs - DENTK
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN09268975054076SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 02/21/2007
View Submission


Standards Captain (B747 Fleet /DENTK 2011-21)
 - Full-time

United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN20112131023282EG
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 04/12/2007
View Submission

Special Assignment - Line Operational Safety Audit Observer
(LOSA) (WHQFS - Grade G - 980680)
 - Full-time
United States-IL-UAL - System Wide (Any location)
Job Posting:Not Available – Job Number:
WHQ98068065032231KM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 04/10/2007
View Submission

Assistant Chief Pilot ( DCAFO/Grade 20)
 - Full-time
United States-District of Columbia-DCA - Washington (National)
Job Posting:Not Available – Job Number: dca87868975058366sw
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 05/31/2007
View Submission

Interview Captain - Temporary Special Assignment (WHQFO 8999-
89)
 -
United States-IL-WHQ - Chicago -Operations Center-Elk Grove
Village
Job Posting:Not Available – Job Number:
WHQ89998932058373LW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/10/2007
View Submission

Job Share Assistant Chief Pilot (LAXFO)
 - Full-time

EXHIBIT H, PAGE 119

United States-CA-LAX - Los Angeles
Job Posting:Not Available – Job Number:
LAX04158932039507KFM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 09/07/2007
View Submission

Standards Captain (A320 Fleet / DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number:
DEN29318932060667KFM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 09/06/2007
View Submission

B737 Job Share Standards Captain (DENTK) - REPOST CLOSES
12/5
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number:
DEN29318932060666KFM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 09/13/2007
View Submission

Job Share Standards Captain (B737 Fleet / DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number:
DEN29318932060665KFM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 09/05/2007
View Submission

Flight Operations Supervisor, Command Development Programs
(DENTK)

- Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number:
DEN07958932058377KFM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/28/2007
View Submission


Standards Captain-B-777 Fleet (DENTK-2938-89)
- Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318932060659EG
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/02/2007
View Submission


Standards Captain (737 Fleet / DENTK)
- Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318932060661EG
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/18/2007
View Submission


A320 Job Share Standard's Captain (DENTK-2931-89)
- Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318932060663EG
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/26/2007
View Submission


A320 Standards Captain (DENTK-2931-89)
- Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318932060651EG
Job Status: Inactive (No Longer Accepting Job Submissions)

Submission Status:
Completed
– Updated: 06/29/2007
View Submission

Standards Captain - B747 (DENTK - 89/Flt QualMgt)
 - Full-time
United States-CO-DEN - Denver
Job Posting:07/16/2008 – Job Number: DEN29318932060697SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/13/2008
View Submission

Standards Captain - B777 (DENTK - 89/Flt QualMgt)
 - Full-time
United States-CO-DEN - Denver
Job Posting:07/16/2008 – Job Number: DEN29318932060603SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/13/2008
View Submission

Standards Captain - B777 (DENTK - 89/Flt QualMgt)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318932060698SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/24/2008
View Submission

Standards Captain - B777 (DENTK - 89/Flt QualMgt)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318932060695SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/11/2008
View Submission

Standards Captain - B747-400 (DENTK - 89/Flt QualMgt)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318932060696SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/11/2008
View Submission

Assistant Chief Pilot (LAXFO - 89/Flt QualMgt)
 - Full-time
United States-CA-LAX - Los Angeles
Job Posting:Not Available – Job Number: LAX87868932039509SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 05/16/2008
View Submission

Manager - Flight Operations Customer & Employee Experience
(WHQFO)
 - Full-time
United States-IL-ORD - Chicago - O'Hare
Job Posting:Not Available – Job Number:
WHQ48698932016422SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 04/16/2008
View Submission

Standards Captain - B747-400 Fleet (DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318932060693SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 03/21/2008
View Submission

Standards Captain - B747-400 Fleet (DENTK)
 - Full-time
United States-CO-DEN - Denver

Job Posting:Not Available – Job Number: DEN29318932060692SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 03/21/2008
View Submission

Fleet Captain - A320 (DENTK)
 - Full-time
United States-Colorado
Job Posting:12/17/2008 – Job Number: DEN0693893060609PG
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/27/2009
View Submission

Assistant Chief Pilot (SFOFO - 89/Flt QualMgt)
 - Full-time
United States-CA-SFO - San Francisco Airport
Job Posting:08/15/2008 – Job Number: SFO87868932062989SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/21/2008
View Submission

Assistant Chief Pilot (LAXFO - 89/Flt QualMgt)
 - Full-time
United States-CA-LAX - Los Angeles
Job Posting:08/15/2008 – Job Number: LAX87868932062988SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/21/2008
View Submission

Manager - Flight Safety Programs (WHQFS/-89)
 - Full-time
United States-CO-DEN - Denver
Job Posting:07/23/2008 – Job Number: DEN42828932060723JC
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/23/2008

View Submission

Flight Operations Duty Manager (WHQFO)
 - Full-time
United States-IL-WHQ - Chicago -Operations Center-Elk Grove
Village
Job Posting:Not Available – Job Number:
WHQ87408932043789SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 03/04/2008
View Submission

Flight Manager - Job Share (ORDFO)
 - Full-time
United States-IL-ORD - Chicago - O'Hare
Job Posting:Not Available – Job Number:
ORD05268932020913KFM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/08/2008
View Submission

Assistant Chief Pilot - ORDFO
 - Full-time
United States-IL-ORD - Chicago - O'Hare
Job Posting:Not Available – Job Number:
ORD87868932020912KFM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/08/2008
View Submission

A320 Job Share Standards Captain (DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number:
DEN29318932060686KFM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 12/03/2007

View Submission

A320 Standards Captain (DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available -- Job Number:
DEN29318932060685KFM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
-- Updated: 11/13/2007
View Submission

Manager - Pilot New Hire and Command Development Programs
(DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available -- Job Number:
DEN05258932060670KFM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
-- Updated: 10/18/2007
View Submission

A320 Job Share Standards Captain (DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available -- Job Number:
DEN29318932060671KFM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
-- Updated: 10/12/2007
View Submission

Chief Pilot (DENFO)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available -- Job Number:
DEN04158932058399KFM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
-- Updated: 10/08/2007

View Submission

737 Job Share Standards Captain (DENTK-2931-89)
- Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: den29318932023278co
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/07/2007
View Submission

Flight Ops Duty Manager (WHQFO/ 8740-89)
- Full-time
United States-IL-WHQ - Chicago -Operations Center-Elk Grove
Village
Job Posting:Not Available – Job Number: WHQ87408932058353CO
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/07/2007
View Submission

Standards Captain-B-777 Fleet (DENTK-2938-89)
- Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: den29318932023284co
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 04/12/2007
View Submission

Withdrawn Submissions
Temporary - (Job Share) Standards Captain - B767 (DENTK)
- Full-time
United States-CO-DEN - Denver
Job Posting:09/19/2011 – Job Number: DEN29318972066121DH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Withdrawn
– Updated: 09/26/2011
View Submission

Supervisor - Flight Operations A320 (0795-89/DENTK)

- Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN07958975023276SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Withdrawn
– Updated: 12/22/2009
View Submission

Job Share Flight Operations Supervisor (LAXFO)
- Full-time
United States-CA-LAX - Los Angeles
Job Posting:Not Available – Job Number: LAX07948975039506SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Withdrawn
– Updated: 12/22/2009
View Submission

Job Share Standards Captain (737 Fleet / DENTK) - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318975023278SH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Withdrawn– Updated: 12/22/2009
View Submission

Manager - Technology Strategy (Grade: I - DENTK) - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN86418075026809SH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Withdrawn– Updated: 12/22/2009
View Submission

Program Leader - AQP Standards (WHQSD)
- Full-time
United States-IL-WHQ - Chicago -Operations Center-Elk Grove Village
Job Posting:02/27/2009 – Job Number: WHQ09038032062961PG
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Withdrawn– Updated: 12/22/2009
View Submission

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | | ☐ FEPA<br>☒ EEOC | **550-2012-00676** |

| California Department Of Fair Employment & Housing | | and EEOC |
|---|---|---|
| *State or local Agency, if any* | | |

| Name (Indicate Mr., Ms., Mrs.)<br>**Richard A. John c/o** | Home Phone (Incl. Area Code)<br>**(415) 520-6950** | Date of Birth |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **Spencer Smith, Esq.**<br>**The Law Office of Spencer Smith**<br>**353 Sacramento Street, Suite 1120, San Francisco, CA 94111** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**UNITED AIRLINES** | No. Employees, Members<br>**500 or More** | Phone No. (Include Area Code)<br>**(312) 997-7508** |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **77 West Wacker Drive,  Chicago, IL 60601** | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                    Latest
                    **01-31-2012**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I previously worked for Respondent as a Flight Officer.

From about January of 2010 to the present, I have submitted approximately 24 applications for various Flight Operations management jobs with no interviews. I have submitted approximately 13 applications for jobs outside of the Flight Operations Division. Specifically, on or about 11/17/11, I was interviewed for temporary job share A320 but was not selected. On or about 8/03/11, I was interviewed for Flight Operations Duty Manager but was not selected. In both interviews, I was advised that I passed the interview but was not selected. The candidate selected possessed less qualifications. I have submitted a total of 37 applications since my previous U.S. Equal Employment Opportunity Commission charge of discrimination filed against Respondent.

On or about June 20, 2010, I filed a dual complaint of discrimination with the U.S. EEOC and the CA Department of Fair Employment and Housing.

No reasons were provided by Emily Lassen, Flight Standards Manager, and Bryan Quiqley, Director of Flight Operations, for Respondent's actions.

I believe I have been discriminated against because of my race, Black, and retaliated against for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| FEB 23rd 2012<br>Date         Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | | | |
|---|---|---|---|
| To: | Richard A. John<br>611 East 39th Street<br>Brooklyn, NY 11203 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **550-2012-00676** | **Adriana Gomez,**<br>**Investigator** | **(415) 625-5659** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

*(signature)*

**Michael Baldonado,**
**District Director**

03/01/2012

*(Date Mailed)*

cc:  Ms. Megan Detzner
Senior Staff Representative
UNITED AIRLINES
1200 E. Algonquin
Elk Grove, IL 60007

Spencer F. Smith, Esq.
LAW OFFICE OF SPENCER F. SMITH
353 Sacramento Street, Suite 1120
San Francisco, CA 94111

EXHIBIT H, PAGE 130

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Richard A. John**
**611 East 39th Street**
**Brooklyn, NY 11203**

From: **New York District Office**
**33 Whitehall Street**
**5th Floor**
**New York, NY 10004**

| | |
|---|---|
| ☐ | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **16G-2012-02209** | **Holly M. Woodyard,** Investigator | **(212) 336-3643** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☒ Other (briefly state)    **Charging Party wishes to pursue matter in Federal District Court.**

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

_Kevin J. Berry_

**Kevin J. Berry,**
**District Director**

September 28, 2012

(Date Mailed)

Enclosures(s)

cc:

**UNITED AIRLINES**
**Attn: Megan Detzner**
**77 Wacker Drive**
**Chicago, IL 60601**

**The Law Office of Spencer F. Smith**
**353 Sacramento Street, Suite 1120**
**San Francisco, CA 94111**

EXHIBIT H, PAGE 131

# EMPLOYMENT

COMPLAINT OF DISCRIMINATION UNDER
THE PROVISIONS OF THE CALIFORNIA
FAIR EMPLOYMENT AND HOUSING ACT

DFEH #  **E201112M6326-00**

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.)

**JOHN, RICHARD**

TELEPHONE NUMBER (INCLUDE AREA CODE)

**(954)817-4403**

ADDRESS

**611 EAST 39TH STREET**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **BROOKLYN, NY 11203** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME

**UNITED AIRLINES**

TELEPHONE NUMBER (Include Area Code)

**(800)864-8331**

ADDRESS

**PO BOX 8097**

DFEH USE ONLY

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month,day, and year) | RESPONDENT CODE | |
|---|---|---|---|
| **500+** | **01/20/2012** | **00** | |

THE PARTICULARS ARE:

I allege that on about or before 01/20/2012 , the following conduct occurred:

| | | |
|---|---|---|
| ____ termination | ____ denial of employment | ____ denial of family or medical leave |
| ____ laid off | _X_ denial of promotion | ____ denial of pregnancy leave |
| ____ demotion | ____ denial of transfer | ____ denial of equal pay |
| ____ harassment | ____ denial of accommodation | ____ denial of right to wear pants |
| ____ genetic characteristics testing | ____ failure to prevent discrimination or retaliation | ____ denial of pregnancy accommodation |
| ____ constructive discharge (forced to quit) | _X_ retaliation | |
| ____ impermissible non-job-related inquiry | ____ other (specify) _____ | |

by  **UNITED AIRLINES**

Name of Person  Job Title (supervisor/manager/personnel director/etc.)

because of :

| | | |
|---|---|---|
| ____ sex | ____ national origin/ancestry | ____ disability (physical or mental) | _X_ retaliation for engaging in protected |
| ____ age | ____ marital status | ____ medical condition (cancer or | activity or requesting a protected |
| ____ religion | ____ sexual orientation | generic characteristic | leave or accommodation |
| _X_ race/color | ____ association | ____ other (specify) | |

State of what you believe to be the reason(s) for discrimination

FROM JANUARY 2011 TO THE PRESENT, I HAVE APPLIED TO OVER 40 MANAGEMENT POSITIONS WITHIN UNITED AIRLINES. FROM JULY 2006 TO JANUARY 2012, I HAVE APPLIED TO A TOTAL OF 100 MANAGEMENT POSITIONS. DURING THE APPLICATION PHASE FOR THESE POSITIONS, I HAVE ONLY OBTAINED FIVE INTERVIEWS AND RECEIVED NO JOB OFFERS. I FIRMLY BELIEVE THAT MY QUALIFICATIONS, EXPERIENCE, AND CALIBER OF INTERVIEW RESULTS WERE NOT THE FACTORS THAT LED TO MY DENIAL OF A PROMOTION. UNITED AIRLINES SELECTED CANDIDATES WITH LESS QUALIFICATIONS FOR THE POSITION. UNITED AIRLINES RETALIATED AGAINST ME FOR BEING PART OF THE UNITED COALITION, A GROUP THAT FILED DISCRIMINATION CHARGES

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated  **4/17/2012 9:41:00 AM**

At  **San Francisco**

DATE FILED:  **4/17/2012 9:41:00 AM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

EXHIBIT H, PAGE 132

# EMPLOYMENT

COMPLAINT OF DISCRIMINATION UNDER
THE PROVISIONS OF THE CALIFORNIA
FAIR EMPLOYMENT AND HOUSING ACT

DFEH #     **E201112M6326-00**

DFEH USE ONLY

State of what you
believe to be the
reason(s) for
discrimination

FROM JANUARY 2011 TO THE PRESENT, I HAVE APPLIED TO OVER 40 MANAGEMENT POSITIONS WITHIN UNITED AIRLINES. FROM JULY 2006 TO JANUARY 2012, I HAVE APPLIED TO A TOTAL OF 100 MANAGEMENT POSITIONS. DURING THE APPLICATION PHASE FOR THESE POSITIONS, I HAVE ONLY OBTAINED FIVE INTERVIEWS AND RECEIVED NO JOB OFFERS. I FIRMLY BELIEVE THAT MY QUALIFICATIONS, EXPERIENCE, AND CALIBER OF INTERVIEW RESULTS WERE NOT THE FACTORS THAT LED TO MY DENIAL OF A PROMOTION. UNITED AIRLINES SELECTED CANDIDATES WITH LESS QUALIFICATIONS FOR THE POSITION. UNITED AIRLINES RETALIATED AGAINST ME FOR BEING PART OF THE UNITED COALITION, A GROUP THAT FILED DISCRIMINATION CHARGES AGAINST UNITED AIRLINES IN 2010.

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**

Phyllis W. Cheng, Director

39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 17, 2012

JOHN, RICHARD
611 EAST 39TH STREET
BROOKLYN, NY 11203

RE:  E201112M6326-00
     <u>JOHN/UNITED AIRLINES</u>

Dear  JOHN, RICHARD:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 17, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

EXHIBIT H, PAGE 134

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator


cc:    Case File


JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

# EXHIBIT I

**The Law Office of Spencer F. Smith**

**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104



*VIA US MAIL*

February 27, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

    Re:    *Eldridge Johnson Jr. v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire to file Eldridge Johnson Jr. charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information. Please contact me as soon as possible if there are any problems.

Sincerely,

Kristine D. Kahey
*Assistant to Spencer F. Smith*

enclosure

1

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: __Johnson Jr.__     First Name: __Eldridge__     MI: _____

Street or Mailing Address: __1111 North Grove Ave__     Apt or Unit #: _____

City: __Oak Park__     County: _____     State: __IL__     Zip: __60302__

Phone Numbers: Home: (__708__) __848-0072__     Work: (___) _____

Cell: (___) _____     Email Address: __E-JJr@yahoo.com__

Date of Birth:__01/10/1949__     Sex: ☑Male ☐ Female     Do You Have a Disability? ☐ Yes ☑No

**Please answer each of the next three questions.**   i. Are you Hispanic or Latino? ☐ Yes ☑No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
☑Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? __African American__

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ███████████     Relationship: ███████████

Address: ███████████     City: ████     : ████  Zip Code: ████

Home Phone: ████████     Other Phone: (___) _____

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☑Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: __United Airlines__

Address: __77 West Wacker Dr__     County: __Cook__

City: __Chicago__     State: __IL__ Zip: __60601__     Phone: (__800__) __864-3331__

Type of Business: __Airlines__     Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: __Michael Bonds__     Phone: (__312__) __997-2915__

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☑More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☐ No

Date Hired: __04/10/1978__     Job Title At Hire: __Flight officer__

Pay Rate When Hired: __$1100/month__     Last or Current Pay Rate: __$165,000/yr__

Job Title at Time of Alleged Discrimination: __Captain__     Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: __Tad Gordan, Temporary Chief Pilot__

If Job Applicant, Date You Applied for Job _____ Job Title Applied For _____

1

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☐ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☑ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____N/A_____

If you checked genetic information, how did the employer obtain the genetic information? _____
_____N/A_____

Other reason (basis) for discrimination (Explain): _____N/A_____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

**A. Date:** Oct 2011   **Action:** Applied to fair management positions. I have been passed over for promotions and have received no job offers.

**Name and Title of Person(s) Responsible:** Management at United

**B. Date:** _____ **Action:** _____

**Name and Title of Person(s) Responsible** _____

**6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.**
I have been retaliated against due to my race and engaging in protected activity in Jan 2010.

**7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?**
No reason was given

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

2

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|--------------------------------------------------------|-----------|-------------------------|

**A.**

**B.**

**Of the persons in the same or similar situation as you, who was treated *same* as you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|--------------------------------------------------------|-----------|-------------------------|

**A.**

**B.**

**Answer questions 9-12 only if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.**

**9.  Please check all that apply:**
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

**10.  What is the disability that you believe is the reason for the adverse action taken against you?   Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

N/A

**11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

N/A

**12.  Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask?  (Provide full name and job title of person)

N/A

Describe the changes or assistance that you asked for: _____

How did your employer respond to your request? _____

3

**13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)**

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|

**A.** _____

_____

**B.** _____

_____

**14. Have you filed a charge previously on this matter with the EEOC or another agency?**  ☑ Yes  ☐ No

**15. If you filed a complaint with another agency, provide the name of agency and the date of filing:** _____

EEOC  June 14, 2010

**16. Have you sought help about this situation from a union, an attorney, or any other source?**  ☑ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Law office of Spencer Smith     S.F. CA 94111
353 Sacramento St suite 1120

**Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.** If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. **If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.**

---

**BOX 1**  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. **I also understand that I could lose my rights if I do not file a charge in time.**

---

**BOX 2**  ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that **the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.** I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_Eldridge Johnson Jr._                    02/27/2012
_____           _____
Signature                                  Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to make the requested information.

November 2009

EXHIBIT I, PAGE 140

Eldridge Johnson

SkyNet : Taleo - Windows Internet Explorer

My SkyNet

Managing Director - Technology and Flight Test - Chicago, IL - Full-time
IL-WHQ - Chicago - Willis Tower
Job Posting: 12/08/2010 - Job Number: FOPS06-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
*View Submission | Withdraw*

Managing Director - Flight Operations - Chicago, IL - Full-time
IL-C - Chicago - Non Airport Locations
Job Posting: 12/08/2010 - Job Number: FOPS04-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
*View Submission | Withdraw*

Managing Director - Flight Operations Crew Resources - Chicago, IL (Flight Operations) - Full-time
IL-C - Chicago - Non Airport Locations
Job Posting: 12/08/2010 - Job Number: FOPS01-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
*View Submission | Withdraw*

Managing Director - System Chief Pilot - Chicago, IL (Flight Operations) - Full-time
IL-WHQ - Chicago - Operations Center Elk Grove Village
Job Posting: 12/08/2010 - Job Number: FOPS05-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
*View Submission | Withdraw*

Senior Manager - Fleet Standards - 787 - Houston, TX (Flight Operations) - Full-time
TX-IAH - Houston (Intercontinental)
Job Posting: 12/06/2011 - Job Number: FOPS46-F-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed - Updated: 12/08/2012
*View Submission*

list of Jobs applied for

**SMITH**
**PATTEN**

Spencer F. Smith, Esq
Dow W. Patten, Esq
353 Sacramento Street, Suite 1120
San Francisco, CA 94111



*VIA U.S. MAIL*

June 12, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

Re:     *Eldridge Johnson v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC Charge of Discrimination to file Eldridge Johnson's charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information by **Monday, June 18, 2012.** Please contact me as soon as possible if there are any problems.

Sincerely,

Melanie K. Yabut
*Assistant to Smith Patten*

enclosure

1

EXHIBIT I, PAGE 142

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 550-2012-00780 |

| Illinois Department Of Human Rights | | and EEOC |
|---|---|---|
| State or local Agency, if any | | |

| Name (Indicate Mr., Ms., Mrs.) **Mr. Eldridge Johnson, Jr.** | Home Phone (Incl. Area Code) **(708) 848-0072** | Date of Birth **01-10-1949** |
|---|---|---|

| Street Address **1111 North Grove Ave, Oak Park, IL 60302** | City, State and ZIP Code | |
|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name **UNITED AIRLINES** | No. Employees, Members **500 or More** | Phone No. (Include Area Code) **(800) 864-3331** |
|---|---|---|

| Street Address **77 West Wacker Drive, Chicago, IL 60601** | City, State and ZIP Code | |
|---|---|---|

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

| Street Address | City, State and ZIP Code | |
|---|---|---|

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **10-01-2011**   Latest **10-01-2011**

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began working for Respondent on April 10, 1978. My most recent job title is Captain.

I filed an EEOC charge in 2010 (Charge No. 550-2010-01760). In 2011, I applied for four management positions but was not selected.

I believe that I have been discriminated against because my race (African American), and in retaliation for opposing Respondent's discriminatory actions, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 21 Apr 12    X *Eldridge Johnson* Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 161-B (11/09)

U.S. ...AL EMPLOYMENT OPPORTUNITY COMM... ...N

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To:   Eldridge Johnson, Jr.
      1111 North Grove Ave
      Oak Park, IL 60302

From:   San Francisco District Office
        350 The Embarcadero
        Suite 500
        San Francisco, CA 94105

[ ]   *On behalf of person(s) aggrieved whose identity is*
      *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-00780 | Eric C. Darius,<br>Intake Supervisor | (415) 625-5670 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge.  It has been issued at your request.  Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court** <u>WITHIN 90 DAYS</u> **of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

[ ]   More than 180 days have passed since the filing of this charge.

[X]   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]   The EEOC is terminating its processing of this charge.

[ ]   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge.  In this regard, **the paragraph marked below applies to your case:**

[ ]   The EEOC is closing your case.  Therefore, your lawsuit under the ADEA **must be filed in federal or state court** <u>WITHIN 90 DAYS</u> of your receipt of this Notice.  Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]   The EEOC is continuing its handling of your ADEA case.  However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred** <u>more than 2 years (3 years)</u> **before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_signature_          06/15/2012

Michael  Baldonado,          *(Date Mailed)*
**District Director**

Enclosures(s)

cc:   Megan Detzner
      Senior Staff Representative
      UNITED AIRLINES
      1200 E. Algonquin
      Elk Grove Village, IL 60007

      Spencer Smith, Esq.
      THE LAW OFFICE OF SPENCER F. SMITH
      353 Sacramento Street, Suite 1120
      San Francisco, CA 94111

EXHIBIT I, PAGE 144



STATE OF CALIFORNIA |State and Consumer Services Agency                    GOVERNOR EDMUND G. BROWN JR.

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING

DIRECTOR PHYLLIS W. CHENG

2218 Kausen Drive, Suite 100 I Elk Grove I CA I 95758
800-884-1684 I Videophone 916-226-5285 I TDD (800) 700-2320
www.dfeh.ca.gov I email: contact.center@dfeh.ca.gov

January 29, 2013

Richard Dent
Paul Hastings
55 Second Street, 24th Floor
San Francisco, CA 94105

RE:   **CERTIFICATION IN RESPONSE TO PUBLIC RECORDS REQUEST**
       DFEH Inquiry Number:   46390-33718
       (Eldridge Johnson – 2012 Complaint of Discrimination)

This notice is in response to your request for public documents pursuant to the provisions of the California Public Records Act, Government Code section 6250 et seq. The Department of Fair Employment and Housing (DFEH) has processed your request for public records pursuant to Government Code section 6250 et seq.  Please find a copy of the records requested in the above-referenced inquiry. Portions of the file may have been redacted pursuant to Government Code section 6254 et seq. and Civil Code section 1798 et seq.  I hereby certify and declare that I am the duly authorized custodian of records for the DFEH.

☐    The accompanying records are true and correct copies of records kept in the regular course and scope of the business of the DFEH and constitute the complete investigation record of the case, with the exception of the following:  information concerning offers and counter-offers made in an attempt to resolve the matter; information on formal conciliation efforts; material accepted under an agreement that it would be confidential pursuant to Government Code section 12932, subdivision (b); attorney work product and privileged communication; and, unless this disclosure is made to a party to an EEOC charge, any information that would reveal a charge filed with the U.S. Equal Employment Opportunity Commission under Title VII of the Civil Rights Act of 1964, unless a lawsuit under Title VII has been filed on the subject case.

☒    I have performed a search of the files and computer records maintained by the DFEH.  I certify that no records exist which are responsive to the request.

☐    The records requested were destroyed pursuant to the DFEH's three year retention policy.

☐    You have requested a copy of a file that is still open and under investigation.  Please be advised that pursuant to Government Code section 6254 et seq., and Civil Code section 1798.40, the Department of Fair Employment and Housing does not produce any information contained in its active case files.  You may resubmit your request for the records after the case has been closed.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct to the best of my knowledge and belief.  Executed on January 29, 2013.

_Iva Townsel_

Iva Townsel
Custodian of Record
916.478.7251

EXHIBIT I, PAGE 145

# EXHIBIT J



*The Law Office of*
*Spencer F. Smith*

**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*

February 10, 2012



U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

     Re:   *Johnnie E. Jones v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire to file Johnnie E. Jones charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information. Please contact me as soon as possible if there are any problems.

Sincerely,

Kristine D. Kahey
*Assistant to Spencer F. Smith*

enclosure

1

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: Jones   First Name: Johnnie   MI: E

Street or Mailing Address: 110 Lawson Lane   Apt or Unit #:

City: Fayetteville   County:   State: GA   Zip: 30214

Phone Numbers: Home: (770) 716-7392   Work: ( )

Cell: ( )   Email Address: CapJctJones@ aol.com

Date of Birth: 08/01/1954   Sex: ☒Male ☐ Female   Do You Have a Disability? ☐ Yes ☒No

**Please answer each of the next three questions.   i. Are you Hispanic or Latino?** ☐ Yes ☒No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White

☒ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)?   African American

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ▮▮▮▮▮   Relationship: ▮▮▮

Address: ▮▮▮▮▮   City: ▮▮▮   State ▮   Zip Code: ▮▮▮

Home Phone: ▮▮▮▮▮   Other Phone: ( )

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify)

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**
Organization Name: United Airlines

Address: 77 West Wacker Dr   County: Cook

City: Chicago   State: IL Zip: 60601   Phone: (800) 864-8331

Type of Business: Airlines   Job Location if different from Org. Address:

Human Resources Director or Owner Name: Michael Bonds   Phone: (312) 997-2915

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☒ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☒No

Date Hired: 06/27/1988   Job Title At Hire: Flight Officer

Pay Rate When Hired: $25,000/yr   Last or Current Pay Rate: $140,000/yr

Job Title at Time of Alleged Discrimination: Captain   Date Quit/Discharged:

Name and Title of Immediate Supervisor: Walt Clark at Discrimination, now James Simon, supervisor

If Job Applicant, Date You Applied for Job   Job Title Applied For

1

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒ Race ☐ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☒ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: ___N/A___

If you checked genetic information, how did the employer obtain the genetic information? ___N/A___

Other reason (basis) for discrimination (Explain): ___N/A___

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. *Please attach additional pages if needed.*
*(Example: 10/02/06 - Discharged by Mr. John Soto, Production Supervisor)*

A. Date: ___2011___ Action: Applied for 16 management positions and I was never invited to interview for any of these 16 positions (see attached)

Name and Title of Person(s) Responsible: _____

B. Date: _____ Action: _____

Name and Title of Person(s) Responsible _____

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.
These actions were discriminatory because I am part of the United Coalition. Discrimination is believed to be inherent in United's decision not to grant me any interview for any of (see attached)

**7. What reason(s) were given to you for the acts you consider discriminatory?** By whom? His or Her Job Title?
I received one voicemail from management Captain Mike Banner who stated that even though my package was competitive, they decided to select other candidates and received rejection (see attach)

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

2

EXHIBIT J, PAGE 148

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|--------------------------------------------------------|-----------|--------------------------|
| A. | | | |
| B. | | | |

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|--------------------------------------------------------|-----------|--------------------------|
| A. Karl Minter | African American, Male, Captain for United - Coalition member adversely affected by retaliation by persons who decide who gets management positions | | |
| B. Glenwood Roane | African American, Male, captain for United - Coalition member adversely affected by retaliation by people who decide promotions to management | | |

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

**9. Please check all that apply:**
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

**10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
N/A

**11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

**12. Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for: _____

How did your employer respond to your request? _____

3

EXHIBIT J, PAGE 149

13.  Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. | | | |
| B. | | | |

14.  Have you filed a charge previously on this matter with the EEOC or another agency? ☑ Yes ☐ No

15.  If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

     EEOC, DFEH    June 15, 2010

16.  Have you sought help about this situation from a union, an attorney, or any other source? ☑ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

     Law office of spencer smith
     353 Sacramento St S.F. CA 94111      (suite 1120)

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

**BOX 1**  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

**BOX 2**  ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____          Feb 7, 2012
Signature                                Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974; Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

EXHIBIT J, PAGE 150

<u>Johnnie Jones EEOC Intake Questionnaire Attachment</u>

**# 5 What happened to you that you believe was discriminatory?**

(Cont.) the positions I applied for. Discrimination is also inherent in the screening and selection of candidates because the process is not transparent and I have no idea who makes the decision to interview or promote a management applicant

**Name and Title of Person(s) Responsible**: Management at United Airlines

**#6 Why do you believe these actions were discriminatory?**

I have a previous EEOC Discrimination Charge against United Airlines which as now resulted in retaliation against the United Airlines African American pilots involved in the United Coalition who filed these charges in January 2010.

**#7 What reasons were given to you for the acts you consider discriminatory?**

(Cont.) from other positions I have applied for through email notification.

Johnnie Jones, you are signed in. | My Account Options

My Job Cart (0 items) | Sign Out

Job Search     My Jobpage

My Submissions |     My Job Cart   |   My Saved Searches   |

My Submissions (16 job submissions found)

This page displays all relevant details related to your draft and completed submissions.

Submissions per page:
100

**Candidate Profile**
Take a few minutes to create or modify your employment profile and to specify your preferred working criteria for future openings matching your interests.
Access my profile

**Icon legend**

⬜ More information

🖊 Draft submission

⬜ Completed submission

Completed Submissions

**Standards Captain - B767 (DENTK)**     - Full-time
CO-DEN - Denver
Job Posting : 09/19/2011 – Job Number: DEN29318972066117DH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 11/16/2011
*View Submission*

**Temporary - (Job Share) Standards Captain - B767 (DENTK)**     - Full-time
CO-DEN - Denver
Job Posting : 09/19/2011 – Job Number: DEN29318972066121DH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 11/16/2011
*View Submission*

**Investigator - Flight Safety - Chicago, IL (Safety/Quality Assurance)**     - Full-time
IL-WHQ - Chicago - Willis Tower
Job Posting : 09/07/2011 – Job Number: SQA1014-JC
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 11/17/2011
*View Submission*

**Temporary - (Job Share) Standards Captain - B767 (DENTK)**     - Full-time
United States
Job Posting : 07/11/2011 – Job Number: DEN29318972066107CC
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 08/09/2011
*View Submission*

**Supervisor - Airport Operations - Cargo - Atlanta, GA (Airport Operations)**     - Full-time
GA-ATL - Atlanta
Job Posting : 07/05/2011 – Job Number: AOc1160-CCCC-RD
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 07/06/2011
*View Submission*

**Flight Operations - Duty Manager - SFO (Flight Operations)**     - Full-time
CA-SFO - San Francisco Airport
Job Posting : 06/29/2011 – Job Number: FOPS1040-F-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 08/04/2011
*View Submission*

**Flight Operations - Duty Manager - IAD (Flight Operations)**     - Full-time
District of Columbia-IAD - Washington (Dulles)
Job Posting : 06/29/2011 – Job Number: FOPS1040-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 08/03/2011
*View Submission*

**Domestic Flight Operations - Senior Manager -Chicago, IL (Flight Operations)**     - Full-time
IL-WHQ - Chicago - Willis Tower

EXHIBIT J, PAGE 152

Job Posting : 06/14/2011 – Job Number: FOPS1017-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 07/13/2011
*View Submission*

**Director - Operations, Flight Operations - Chicago, IL (Flight Operations)**
- Full-time
IL-WHQ - Chicago - Willis Tower
Job Posting : 06/14/2011 – Job Number: FOPS1015-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 06/20/2011
*View Submission*

**Assistant Chief Pilot - Captain - UNITED- SFO/SEA (Flight Operations)**
- Full-time
CA-SFO - San Francisco Airport, WA-SEA - Seattle / Tacoma
Job Posting : 06/15/2011 – Job Number: FOPS12-B-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 08/04/2011
*View Submission*

**Assistant Chief Pilot - Captain - UNITED- DEN/LAX (Flight Operations)**
- Full-time
CO-DEN - Denver, CA-LAX - Los Angeles
Job Posting : 06/15/2011 – Job Number: FOPS12-A-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 08/02/2011
*View Submission*

**Assistant Chief Pilot - Captain - UNITED- IAD/JFK (Flight Operations)**
- Full-time
District of Columbia-IAD - Washington (Dulles), NY-JFK - New York (Kennedy)
Job Posting : 06/15/2011 – Job Number: FOPS12-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 07/12/2011
*View Submission*

**Manager - Flight Operations Safety Management System - Chicago, IL
(Flight Operations)** - Full-time
IL-WHQ - Chicago - Willis Tower
Job Posting : 06/09/2011 – Job Number: FOPS111-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 06/15/2011
*View Submission*

**Manager — Flight Operations Regulatory Compliance - Chicago, IL
(Flight Operations)** - Full-time
IL-WHQ - Chicago - Willis Tower
Job Posting : 04/22/2011 – Job Number: FOPS1019-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 05/02/2011
*View Submission*

**Project Manager - Flight Operations Technical - Chicago, IL (Flight
Operations)** - Full-time
IL-WHQ - Chicago - Willis Tower
Job Posting : 10/11/2011 – Job Number: FOPS1031-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 08/27/2011
*View Submission*

**Director - Diversity - Chicago, IL/Houston, TX (Human Resources)**
IL-WHQ - Chicago - Willis Tower, TX-HQS - Headquarters Smith
Job Posting : 02/23/2011 – Job Number: HR250-AL
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 03/01/2011
*View Submission*

My Submissions - Page 1 of 1  Previous | 1 | Next

EXHIBIT J, PAGE 153

**The Law Office of**
**Spencer F. Smith**

**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*

March 9, 2012

Attn: Amber Turner
U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

Re:     *Johnnie Jones v. United Airlines*

Dear Ms. Turner,

I am enclosing the signed charge against United Airlines for Johnnie Jones. I am requesting an immediate right to sue in this matter sent to our office at the above listed information. Please contact me as soon as possible if there are any problems. I appreciate your assistance.

Sincerely,

Melissa Sotto
*Assistant to Spencer F. Smith*

enclosure

1

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 550-2012-00697 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Johnnie E. Jones** | **(770) 716-7392** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **110 Lawson Lane, Fayetteville, GA 30214** | |

Named is the Employer, Labor Organization, Employment Agency Apprenticeship Committee or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **UNITED AIRLINES** | **500 or More** | **(800) 864-8331** |

| Street Address | City, State and ZIP Code |
|---|---|
| **77 West Wacker Drive, Chicago, IL 60601** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest — Latest |

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN

Latest: **11-16-2011**

☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by Respondent in or about June 1988. My current position is Captain. I am part of the United Coalition and have previously filed with the EEOC. Throughout 2011, I applied for 16 positions and was never granted an interview. Management Captain Mike Bonner stated that even though my package was competitive, Respondent decided to select other candidates.

I believe I have been discriminated against because of my race (African American) and retaliated against for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| X Mar 8, 2012    X *Johnnie E. Jones*<br>Date                Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 161-B (11/09)                    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To:  Johnnie E. Jones<br>110 Lawson Lane<br>Fayetteville, GA 30214 | From:  San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |

☐  *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-00697 | Malinda K. Tuazon,<br>Investigator | (415) 625-5617 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐  More than 180 days have passed since the filing of this charge.

☒  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒  The EEOC is terminating its processing of this charge.

☐  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐  The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Michael Baldonado,
District Director

3-16-12
*(Date Mailed)*

Enclosures(s)

cc:

Ms. Megan Detzner
Senior Staff Representative
United Airlines - WHQLD
1200 E. Algonquin
Elk Grove, IL  60007

Spencer F. Smith, Esq.
353 Sacramento St., Suite 1120
San Francisco, CA 94111

# * * * EMPLOYMENT * * *

COMPLAINT OF DISCRIMINATION UNDER
THE PROVISIONS OF THE CALIFORNIA
FAIR EMPLOYMENT AND HOUSING ACT

DFEH #    **E201112M6325-00**

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.)

**JONES, JOHNNIE**

TELEPHONE NUMBER (INCLUDE AREA CODE)

**(770)716-7392**

ADDRESS

**110 LAWSON LANE**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **FAYETTEVILLE, GA 30214** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME

**UNITED AIRLINES**

TELEPHONE NUMBER (Include Area Code)

**(800)864-8331**

ADDRESS

**PO BOX 8097**

DFEH USE ONLY

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **11/16/2011** | **00** |

THE PARTICULARS ARE:

I allege that on about or before
11/16/2011 , the following
conduct occurred:

____ termination
____ laid off
____ demotion
____ harassment
____ genetic characteristics testing
____ constructive discharge (forced to quit)
____ impermissible non-job-related inquiry

____ denial of employment
_X_ denial of promotion
____ denial of transfer
____ denial of accommodation
____ failure to prevent discrimination or retaliation
_X_ retaliation
____ other (specify) _____

____ denial of family or medical leave
____ denial of pregnancy leave
____ denial of equal pay
____ denial of right to wear pants
____ denial of pregnancy accommodation

by    **UNITED AIRLINES**

Name of Person      Job Title (supervisor/manager/personnel director/etc.)

because of :

____ sex
____ age
____ religion
_X_ race/color

____ national origin/ancestry
____ marital status
____ sexual orientation
____ association

____ disability (physical or mental)
____ medical condition (cancer or genetic chracteristic)
____ other (specify) _____

_X_ retaliation for engaging in protected
activity or requesting a protected
leave or accommodation

State of what you
believe to be the
reason(s) for
discrimination

IN JANUARY 2010, I FILED DISCRIMINATION CHARGES AGAINST UNITED AIRLINES. IN 2011, I APPLIED TO 16 MANAGEMENT POSITIONS AND HAVE NOT BEEN INVITED TO INTERVIEW FOR ANY OF THESE 16 POSITIONS. ALTHOUGH I AM HIGHLY QUALIFIED, UNITED AIRLINES RETALIATED AGAINST ME FOR BEING PART OF THE UNITED COALITION, WHICH IS A GROUP WHO FILED DISCRIMINATION CHARGES AGAINST UNITED AIRLINES IN 2011.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whicheve is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.

Dated **4/17/2012 9:28:00 AM**

At   **San Francisco**

DATE FILED: **4/17/2012 9:28:00 AM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                    EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                    Phyllis W. Cheng, Director

39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 17, 2012

JONES, JOHNNIE
110 LAWSON LANE
FAYETTEVILLE, GA 30214

RE:  E201112M6325-00
     JONES/UNITED AIRLINES

Dear JONES, JOHNNIE:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 17, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

EXHIBIT J, PAGE 158

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator

cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

# EXHIBIT K

Spencer F. Smith, Esq.
*spencer@smithlawsf.com*

**Dow W. Patten, Of Counsel**
*dpatten@smithlawsf.com*

**The Law Office of Spencer F. Smith**

353 Sacramento Street, Suite 1120

San Francisco, CA. 94111

*V: (415) 520-6950*

*F: (415) 520-0104*

www.smithlawsf.com

*VIA US MAIL*

May 7, 2012



U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

    Re:   *Anthony Manswell v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire to file W. Anthony Manswell's charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information by **Monday, May 14, 2012.** Please contact me as soon as possible if there are any problems.

Sincerely,

Melanie K. Yabut
*Assistant to Spencer F. Smith*

enclosure

1

EXHIBIT K, PAGE 160



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

RECEIVED
MAY 0 8 2012
EEOC-SFDO

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: Manswell  First Name: W. Anthony  MI:

Street or Mailing Address: 9550 Bradshaw Lane  Apt or Unit #:

City: Tamarac  County:  State: FL  Zip: 33321

Phone Numbers: Home: (443) 802 4910  Work: (   )

Cell: (   )  Email Address: MikasaAM@comcast.net

Date of Birth: 11/01/1963  Sex: ☑Male ☐ Female  Do You Have a Disability? ☐ Yes ☑ No

**Please answer each of the next three questions.**  i. Are you Hispanic or Latino? ☐ Yes ☑No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native  ☐ Asian  ☐ White
☑ Black or African American  ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? African American

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: █████████  Relationship: █████████

Address: █████████ City: █████ State: ████ Zip Code: █████

Home Phone: █████████  Other Phone: (   )

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☑Employer  ☐ Union  ☐ Employment Agency  ☐ Other (Please Specify)

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: United Airlines

Address: 77 West Wacker Dr  County:

City: Chicago  State: IL Zip: 60601  Phone: 800 864 8331

Type of Business: Airlines  Job Location if different from Org. Address:

Human Resources Director or Owner Name: Jeff Smisek  Phone: (800) 864 8331

**Number of Employees in the Organization at All Locations:** Please Check (✓) One

☐ Fewer Than 15  ☐ 15 – 100  ☐ 101 – 200  ☐ 201 – 500  ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☐ No

Date Hired: 08/07/1989  Job Title At Hire: Pilot

Pay Rate When Hired: $ 28,000/yr  Last or Current Pay Rate: $ 160,000/yr

Job Title at Time of Alleged Discrimination: Captain  Date Quit/Discharged:

Name and Title of Immediate Supervisor: James Simon

If Job Applicant, Date You Applied for Job  Job Title Applied For

1

EXHIBIT K, PAGE 161

**4.  What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race  ☐ Sex  ☐ Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☐ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information? _____
_____ N/A _____

Other reason (basis) for discrimination (Explain): _____ N/A _____

**5.  What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you.  **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

**A. Date:** 2009-Present **Action:** I have been passed over for promotions. Less qualified candidates who are non-African-Americans (see attached)

**Name and Title of Person(s) Responsible:** _____

**B. Date:** _____ **Action:** _____
_____

**Name and Title of Person(s) Responsible** _____

**6.  Why do you believe these actions were discriminatory?** Please attach additional pages if needed.
These actions were discriminatory because not all qualified candidates had a fair chance at management positions

**7.  What reason(s) were given to you for the acts you consider discriminatory?  By whom? His or Her Job Title?**
No reasons were given

**8. Describe who was in the same or similar situation as you and how they were treated.  For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.  For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.**

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| **A.** | | | |
| | | | |
| **B.** | | | |
| | | | |

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| **A.** | | | |
| **B.** | | | |

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| **A.** | ( | | |
| **B.** | | | |

**Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.**

**9. Please check all that apply:**
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

**10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

N/A

**11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

N/A

**12. Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

N/A

Describe the changes or assistance that you asked for: _____

How did your employer respond to your request? _____

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. | | | |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency?   ☐ Yes   ☑ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____
    N/A

16. Have you sought help about this situation from a union, an attorney, or any other source?   ☑ Yes   ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?
    Law Office of Spencer Smith    S.F. CA 94111
    353 Sacramento st suite #1120

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

> **BOX 1** ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

> **BOX 2** ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____    5/3/2012
          Signature                   Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009                                                                 4

**Anthony Manswell EEOC Attachment**

**#5 What happened to you that you believe was discriminatory?**

**Action**: (Cont.) have been selected for the management positions. These candidates were selected by a "tap on the shoulder" basis. All job postings were not open to all qualified candidates.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 550-2012-01211 |

| Florida Commission On Human Relations | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. W. Anthony Manswell** | | |

| Street Address | City, State and ZIP Code |
|---|---|
| **9550 Bradshaw Lane, Tamarac, FL 33321** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **UNITED AIRLINES** | **500 or More** | **(800) 864-8331** |

| Street Address | City, State and ZIP Code |
|---|---|
| **77 West Wacker Drive,  Chicago, IL 60601** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| **01-01-2009** | **05-22-2012** |

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began working for Respondent on August 07, 1989. My most recent job title is Captain.

Since 2009, I have been passed over for promotions. Management positions have been filled by less qualified non African-American candidates.

Respondent has not given any reason for their actions.

I believe that I was discriminated against because of my race (African American), in violation of the Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |
| X 6/7/2012   X *(signature)*<br>Date          Charging Party Signature | |

RECEIVED JUN 07 2012 EEOC-SFDO

EEOC Form 161-B (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To:   W. Anthony Manswell
      9550 Bradshaw Lane
      Tamarac, FL 33321

From:   San Francisco District Office
        350 The Embarcadero
        Suite 500
        San Francisco, CA 94105

[ ]   On behalf of person(s) aggrieved whose identity is
      CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **550-2012-01211** | **Darlene G. Turner,** **Investigator Support Asst** | **(415) 625-5673** |

(See also the additional information enclosed with this form.)

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ]   More than 180 days have passed since the filing of this charge.

[X]   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]   The EEOC is terminating its processing of this charge.

[ ]   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ]   The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

_Michael Baldonado,_
**Michael Baldonado,**
**District Director**

06/13/2012
(Date Mailed)

CC:   Megan Detzner
      Senior Staff Representative
      UNITED AIRLINES
      1200 E. Algonquin
      Elk Grove Village, IL 60007

      Spencer F. Smith
      SPENCER F. SMITH, P.C.
      353 Sacramento Street, Suite 1120
      San Francisco, CA 94111

EXHIBIT K, PAGE 167

# * * * EMPLOYMENT * * *

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E201112M6376-00 |
|---|---|---|
| | | DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **MANSWELL, W. ANTHONY** | **(443)802-2910** |

| ADDRESS |
|---|
| **5716 ADAMS WAY** |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **CLARKSVILLE, MD 21029** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |

| ADDRESS | DFEH USE ONLY |
|---|---|
| **PO BOX 8097** | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month,day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **04/24/2012** | **00** |

THE PARTICULARS ARE:

I allege that on about or before **04/24/2012** , the following conduct occurred:

| | |
|---|---|
| ___ termination | ___ denial of employment |
| ___ laid off | _X_ denial of promotion |
| ___ demotion | ___ denial of transfer |
| ___ harassment | ___ denial of accommodation |
| ___ genetic characteristics testing | ___ failure to prevent discrimination or retaliation |
| ___ constructive discharge (forced to quit) | ___ retaliation |
| ___ impermissible non-job-related inquiry | ___ other (specify) _____ |

denial of family or medical leave
___ denial of pregnancy leave
___ denieal of equal pay
___ denial of right to wear pants
___ denial of pregnancy accommodation

by     **UNITED AIRLINES**

| Name of Person | Job Title (supervisor/manager/personnel director/etc.) |
|---|---|

because of :

| | |
|---|---|
| ___ sex | ___ national origin/ancestry |
| ___ age | ___ marital status |
| ___ religion | ___ sexual orientation |
| _X_ race/color | ___ association |

___ disability (physical or mental)
___ medical condition (cancer or generic chracteristic
___ other (specify) _____

___ retaliation for engaging in protected activity or requesting a protected leave or accommodation

State of what you believe to be the reason(s) for discrimination

I HAVE BEEN PASSED OVER FOR PROMOTIONS SINCE 2009 TO THE PRESENT. LESS QUALIFIED NON AFRICAN-AMERICAN CANDIDATES WERE SELECTED FOR THE MANAGEMENT POSITIONS BY A "TAP ON THE SHOULDER" BASIS.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whicheve is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.

Dated **4/24/2012 5:18:00 PM**

At  **San Francisco**

DATE FILED:  **4/24/2012 5:18:00 PM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

EXHIBIT K, PAGE 168

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                              EDMUND G. BROWN JR., Governor



**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                                              Phylis W. Cheng, Director

39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 24, 2012

MANSWELL, W. ANTHONY
5716 ADAMS WAY
CLARKSVILLE, MD 21029

RE:   E201112M6376-00
      MANSWELL/UNITED AIRLINES

Dear MANSWELL, W. ANTHONY:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 24, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

EXHIBIT K, PAGE 169

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator

cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

# EXHIBIT L



**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*

April 26, 2012



U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

      Re:   *Leon Miller v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire to file Leon Miller's charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information by **Tuesday, May 1, 2012.** Please contact me as soon as possible if there are any problems.

Sincerely,

Melanie K. Yabut
*Assistant to Spencer F. Smith*

enclosure

1

RECEIVE
APR 27 2012
EEOC-SFDO

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: **Miller**    First Name: **Leon**    MI: _____

Street or Mailing Address: **20058 Randolph Place**    Apt or Unit #: _____

City: **Denver**    County: _____    State: **CO**    Zip: **80249**

Phone Numbers: Home: (**303**) **667-6603**    Work: (___) _____

Cell: (___) _____    Email Address: _____

Date of Birth: **04/01/1955**    Sex: ☑ Male ☐ Female    Do You Have a Disability? ☐ Yes ☑ No

**Please answer each of the next three questions.**    i. Are you Hispanic or Latino? ☐ Yes ☐ No

ii. What is your Race?    Please choose all that apply. ☐ American Indian or Alaskan Native    ☐ Asian    ☐ White

☑ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? **African American**

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ███████    Relationship: ███████

Address: ███████    City: ███████    State: ███    Zip Code: ███████

Home Phone: ███████    Other Phone: (___) _____

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☑ Employer    ☐ Union    ☐ Employment Agency    ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: **United Airlines**

Address: **77 West Wacker Drive**    County: _____

City: **Chicago**    State: **IL** Zip: **60601**    Phone: (**800**) **864-8331**

Type of Business: **Airlines**    Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: **Jeff Smisek**    Phone: (**800**) **864-8331**

**Number of Employees in the Organization at All Locations:** Please Check (✓) One

☐ Fewer Than 15    ☐ 15 – 100    ☐ 101 – 200    ☐ 201 – 500    ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☑ No

Date Hired: **04/03/1995**    Job Title At Hire: **Pilot**

Pay Rate When Hired: $ **25,000**    Last or Current Pay Rate: $ **138.51/hr**

Job Title at Time of Alleged Discrimination: **Captain**    Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: **John Buyer**

**If Job Applicant,** Date You Applied for Job _____    Job Title Applied For _____

1

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☐ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify:_____ N/A_____

If you checked genetic information, how did the employer obtain the genetic information?_____N/A_____

N/A

Other reason (basis) for discrimination (Explain): _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

**A. Date:** 2009-Present **Action:** I have been passed over for promotions because all job openings have not been posted. Less qualified non African (see attached

Name and Title of Person(s) Responsible: _____

**B. Date:** _____ **Action:** _____

Name and Title of Person(s) Responsible _____

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.
I believe these actions were discriminatory because not all qualified employees were given a fair chance at management positions

**7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?**
No reasons were given.

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

**A.** _____

_____

**B.** _____

_____

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

**A.** _____

_____

**B.** _____

_____

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

**A.** _____

_____

**B.** _____

_____

**Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.**

**9. Please check all that apply:**
    ☐ Yes, I have a disability
    ☐ I do not have a disability now but I did have one
    ☐ No disability but the organization treats me as if I am disabled

**10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
_____ N/A _____

_____

_____

**11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
    ☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?
_____ N/A _____

_____

**12. Did you ask your employer for any changes or assistance to do your job because of your disability?**
    ☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)
_____ N/A _____

Describe the changes or assistance that you asked for: _____

_____

_____

How did your employer respond to your request? _____

_____

3

EXHIBIT L, PAGE 174

**13.** Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|

**A.** _____

**B.** _____

**14.** Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☑ No

**15.** If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

*N/A*

**16.** Have you sought help about this situation from a union, an attorney, or any other source?  ☑ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

*Law office of Spencer smith    suite 1120  S.F*
*353 Sacramento st                          CA 94111*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

> **BOX 1**  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

> **BOX 2**  ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____          4 / 25 / 2012
Signature                                                Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)

3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respond into in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form is used to provide the requested information.

November 2009

**Leon Miller EEOC Attachment**

**#5 What happened to you that you believe was discriminatory?**

    **Action**: (Cont.) candidates have been selected for the management positions. These candidates were selected by a "tap on the shoulder" basis.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | FEPA | |
| X | EEOC | 550-2012-01124 |

| **Illinois Department Of Human Rights** | and EEOC |
|---|---|

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Leon Miller** | **(303) 667-6103** | **04-01-1955** |

| Street Address | City, State and ZIP Code |
|---|---|
| **20058 Randolph Place, Denver, CO 80249** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **UNITED AIRLINES** | **500 or More** | **(800) 864-8331** |

| Street Address | City, State and ZIP Code |
|---|---|
| **77 West Wacker Drive, Chicago, IL 60601** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

| | | | |
|---|---|---|---|
| X RACE | ☐ COLOR | ☐ SEX | ☐ RELIGION | ☐ NATIONAL ORIGIN |
| ☐ RETALIATION | ☐ AGE | ☐ DISABILITY | ☐ GENETIC INFORMATION |
| ☐ OTHER (Specify) | | | |

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| **01-01-2009** | **05-23-2012** |

| X | CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

APRIL 3, 1995

I began working for Respondent on ~~July 20, 1992~~. My most recent job title is Captain.

Since 2009, I have been passed over for promotions. All job openings were not fairly posted. Management positions have been filled by less qualified non African-American candidates.

Respondent has not given any reason for their actions.

I believe that I was discriminated against because of my race (African American), in violation of the Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 5/26/2012 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date        Charging Party Signature | |

RECEIVED MAY 3 1 2012 EEOC-SFDO

EEOC Form 161-B (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Leon Miller<br>20058 Randolph Place<br>Denver, CO 80249 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

☐  *On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-01124 | Joseph R. Cosgrove,<br>Investigator Support Asst | (415) 625-5623 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge.  It has been issued at your request.  Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court** <u>WITHIN 90 DAYS</u> **of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

☐  More than 180 days have passed since the filing of this charge.

☒  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒  The EEOC is terminating its processing of this charge.

☐  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge.  In this regard, **the paragraph marked below applies to your case:**

☐  The EEOC is closing your case.  Therefore, your lawsuit under the ADEA **must be filed in federal or state court** <u>WITHIN 90 DAYS</u> of your receipt of this Notice.  Otherwise, your right to sue based on the above-numbered charge will be lost.

☐  The EEOC is continuing its handling of your ADEA case.  However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.)  EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred** <u>more than 2 years (3 years)</u> **before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]* for Michael  Baldonado,
**District Director**

6-5-12
*(Date Mailed)*

Enclosures(s)

cc:

UNITED AIRLINES
c/o Ms. Megan Detzner
Senior Staff Representative
United Airlines - WHQLD
1200 E. Algonquin
Elk Grove, IL  60007

Spencer F. Smith
Smith Patten
353 Sacramento Street, Suite 1120
San Francisco, CA 94111

EXHIBIT L, PAGE 178

# EMPLOYMENT

| | |
|---|---|
| **COMPLAINT OF DISCRIMINATION UNDER**<br>**THE PROVISIONS OF THE CALIFORNIA**<br>**FAIR EMPLOYMENT AND HOUSING ACT** | DFEH #  **E201112R8981-00**<br><br>DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **MILLER, LEON** | **(303)667-6103** |

ADDRESS

**20058 RANDOLPH PLACE**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **DENVER, CO 80249** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |

| ADDRESS | DFEH USE ONLY |
|---|---|
| **9841 AIRPORT BOULEVARD #104** | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **LOS ANGELES, CA 90045** | **LOS ANGELES** | **037** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month,day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **04/24/2012** | **00** |

THE PARTICULARS ARE:

I allege that on about or before <u>04/24/2012</u>, the following conduct occurred:

| | | |
|---|---|---|
| ____ termination | ____ denial of employment | ____ denial of family or medical leave |
| ____ laid off | _X_ denial of promotion | ____ denial of pregnancy leave |
| ____ demotion | ____ denial of transfer | ____ denial of equal pay |
| ____ harassment | ____ denial of accommodation | ____ denial of right to wear pants |
| ____ genetic characteristics testing | ____ failure to prevent discrimination or retaliation | ____ denial of pregnancy accommodation |
| ____ constructive discharge (forced to quit) | ____ retaliation | |
| ____ impermissible non-job-related inquiry | ____ other (specify) _____ | |

by   **UNITED AIRLINES**

Name of Person          Job Title (supervisor/manager/personnel director/etc.)

because of :

| | | |
|---|---|---|
| ____ sex | ____ national origin/ancestry | ____ disability (physical or mental) | ____ retaliation for engaging in protected |
| ____ age | ____ marital status | ____ medical condition (cancer or | activity or requesting a protected |
| ____ religion | ____ sexual orientation | generic characteristic | leave or accommodation |
| _X_ race/color | ____ association | ____ other (specify) | |

State of what you believe to be the reason(s) for discrimination

I HAVE BEEN PASSED OVER FOR PROMOTIONS SINCE 2009 TO THE PRESENT BECAUSE ALL JOB OPENINGS AT UNITED AIRLINES HAVE NOT BEEN POSTED. LESS QUALIFIED NON AFRICAN-AMERICAN CANDIDATES WERE SELECTED FOR THE MANAGEMENT POSITIONS. THESE CANDIDATES WERE SELECTED BY A "TAP ON THE SHOULDER" BASIS.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated  **4/24/2012 5:38:00 PM**

At   **San Francisco**

DATE FILED:  **4/24/2012 5:38:00 PM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**

1055 WEST 7TH STREET, SUITE 1400, LOS ANGELES, CA 90017
(213) 439-6770
www.dfeh.ca.gov

April 24, 2012

MILLER, LEON
20058 RANDOLPH PLACE
DENVER, CO 80249

RE:  E201112R8981-00
     <u>MILLER/UNITED AIRLINES</u>

Dear  MILLER, LEON:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 24, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is  earlier.

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Tina Walker*

Tina Walker
District Administrator

cc:    Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

# EXHIBIT M



**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*

February 13, 2012



U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

    Re:   *Karl P. Minter v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake
questionnaire to file Karl P. Minter charge against United Airlines. I am also requesting an immediate
right to sue in this matter sent to our office at the above listed information. Please contact me as soon as
possible if there are any problems.

Sincerely,

Kristine D. Kahey
*Assistant to Spencer F. Smith*

enclosure

1

EXHIBIT M, PAGE 182

RECEIVED
FEB 14 2012
EEOC-SFDO

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: _Minter_    First Name: _Karl_    MI: _P_

Street or Mailing Address: _3881 Clifton Manor Place_    Apt or Unit #: _____

City: _Haymarket_    County: _____    State: _VA_    Zip: _20169_

Phone Numbers: Home: (703) 868-4905    Work: (___) _____

Cell: (___) _____    Email Address: _KaMint4@aol.com_

Date of Birth: _11/27/1957_    Sex: ☑ Male ☐ Female    Do You Have a Disability? ☐ Yes ☑ No

Please answer each of the next three questions.    i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race?    Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☐ White
☑ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? _African American_

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ██████████    Relationship: ██████████

Address: ██████████    City: ██████    State: ██████    Zip Code: ██████

Home Phone: (██████████    Other Phone: (___) _____

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☑ Employer ☐ Union ☐ Employment Agency ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: _United Airlines_

Address: _77 West Wacker Dr_    County: _Cook_

City: _Chicago_    State: _IL_ Zip: _60601_    Phone: (800) 864-8331

Type of Business: _Airlines_    Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: _Michael Bonds_    Phone: (312) 997-2915

**Number of Employees in the Organization at All Locations:** Please Check (✓) One

☐ Fewer Than 15 ☐ 15 – 100 ☐ 101 – 200 ☐ 201 – 500 ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☑ No

Date Hired: _03/30/1992_    Job Title At Hire: _Flight officer_

Pay Rate When Hired: _____    Last or Current Pay Rate: _____

Job Title at Time of Alleged Discrimination: _Captain_    Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: _Walter Clark - captain_

If Job Applicant, Date You Applied for Job _____    Job Title Applied For _____

1

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒ Race  ☐ Sex  ☐ Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☒ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: ___N/A___

If you checked genetic information, how did the employer obtain the genetic information? ___N/A___

Other reason (basis) for discrimination (Explain): ___N/A___

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you.  **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

**A. Date:** _Jan 2011- Present_ **Action:** _Applied for 9 positions since Jan 2011. I have been passed over for promotions and have received no job offers._

**Name and Title of Person(s) Responsible:** _(see attached)_

**B. Date:** _____ **Action:** _____

**Name and Title of Person(s) Responsible** _____

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.

_I have been retaliated against due to race and engaging in a protected activity in Jan 2010. Management positions were not posted to all eligible employees._

**7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?**

_No reason was given._

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| **A.** | | | |
| **B.** | | | |

2

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

**A.** _____

_____

**B.** _____

_____

**Of the persons in the same or similar situation as you, who was treated the *same* as you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

**A.** _____

_____

**B.** _____

_____

**Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.**

**9. Please check all that apply:**
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

**10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
_____ N/A _____

_____

**11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?
_____ N/A _____

_____

**12. Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)
_____ N/A _____

Describe the changes or assistance that you asked for: _____

_____

How did your employer respond to your request? _____

_____

3

**13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)**

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|-----------|-----------|------------------------|-----------------------------------------------|

A.

B.

**14. Have you filed a charge previously on this matter with the EEOC or another agency?** ☑ Yes ☐ No

**15. If you filed a complaint with another agency, provide the name of agency and the date of filing:** _____

EEOC, DFEH    June 18, 2010

**16. Have you sought help about this situation from a union, an attorney, or any other source?** ☑ Yes ☐ No
Provide *name of organization*, name of person you spoke with and date of contact. Results, if any?

Law office of spencer smith
353 Sacramento St Suite 1120 S.F. CA 94111

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

---

**BOX 1** ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

---

**BOX 2** ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

---

_____                    ☑ Feb 12
Signature                                    Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

**Karl Minter EEOC Questionnaire Intake Attachment**

**#6 Why do you believe these actions were discriminatory?**

(Cont.) There are positions that have been filled within the last two years, such as line check airman, chief pilot, assistant chief pilot, and flight manager. Instead, these positions were given to hand-picked Non- African-American candidates.

- Capt Karl Minter
- My Submissions|My Job Cart|My Saved Searches|
Beginning of the main content section.
**My Submissions (11 job submissions found)**
This page displays all relevant details related to your draft and completed submissions.
Submissions per page:
5102550100

**Managing Director - Pilot Contract Administration - Flight Operations - Chicago, IL(Flight Operations)** - Full-time
United States-IL-ORD - Chicago - O'Hare
Job Posting:02/02/2011 – Job Number: FOPS10-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed – Updated: 03/08/2011
*View Submission*

**International Flight Operations - Senior Manager - Chicago, IL (Flight Operations)** - Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:06/14/2011 – Job Number: FOPS1016-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed – Updated: 07/13/2011
*View Submission*

**Domestic Flight Operations - Senior Manager -Chicago, IL (Flight Operations)** - Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:06/14/2011 – Job Number: FOPS1017-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed – Updated: 07/13/2011
*View Submission*

**Assistant Chief Pilot - Captain - UNITED- IAD/JFK (Flight Operations)** - Full-time
United States-District of Columbia-IAD - Washington (Dulles), United States-NY-JFK - New York (Kennedy)
Job Posting:06/15/2011 – Job Number: FOPS12-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed – Updated: 07/12/2011
*View Submission*

**Manager — Flight Operations Regulatory Compliance - Chicago, IL (Flight Operations)** - Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:04/22/2011 – Job Number: FOPS1019-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed – Updated: 05/02/2011
*View Submission*

**Director - Corporate & Community Affairs - Chicago, IL** - Full-time
United States-IL-CHI - Chicago - Non Airport Locations
Job Posting:03/18/2011 – Job Number: GOV30-CA
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed – Updated: 02/28/2011
*View Submission*

**Managing Director - Flight Operations - Chicago, IL** - Full-time
United States-IL-CHI - Chicago - Non Airport Locations
Job Posting:12/08/2010 – Job Number: FOPS04-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed – Updated: 01/10/2011
*View Submission*

**Managing Director - System Chief Pilot - Chicago, IL (Flight Operations) - Full-time**
United States-IL-WHQ - Chicago -Operations Center-Elk Grove Village
Job Posting:12/08/2010 – Job Number: FOPS05-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed – Updated: 01/10/2011
*View Submission*

**Managing Director - Technology and Flight Test - Chicago, IL - Full-time**
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:12/08/2010 – Job Number: FOPS06-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed – Updated: 01/10/2011
*View Submission*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 550-2012-00718 |

| Virginia Council On Human Rights | | and EEOC |
|---|---|---|
| *State or local Agency, if any* | | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Karl P. Minter | (703) 868-4905 | |

**Street Address**     City, State and ZIP Code

3881 Clifton Manor Place, Haymarket, VA 20169

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNITED AIRLINES | 500 or More | (800) 864-8331 |

**Street Address**     City, State and ZIP Code

77 West Wacker Drive, Chicago, IL 60601

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

**Street Address**     City, State and ZIP Code

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest:     Latest: 03-08-2012<br>☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have applied for promotions with Respondent since January of 2011. Respondent has not interviewed or hired me.

I believe I have been discriminated against because of my Race (African-American), and retaliated against for my participation in protected activities, in violation of Title VII of the Civil Rights Act of 1964, as amended.

**RECEIVED**

MAR 21 2012

EEOC-SFDO

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I declare under penalty of perjury that the above is true and correct. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 20 Mar 12     _____<br>Date     Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: Karl P. Minter | From: San Francisco District Office |
|---|---|
| 3881 Clifton Manor Place | 350 The Embarcadero |
| Haymarket, VA 20169 | Suite 500 |
| | San Francisco, CA 94105 |

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **550-2012-00718** | **Hernan Morales,** **Investigator** | **(415) 625-5662** |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice;** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐  More than 180 days have passed since the filing of this charge.

☐  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒  The EEOC is terminating its processing of this charge.

☐  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐  The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

☐  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

*[signature]* **Michael Baldonado,** **District Director**

*3/23/12* *(Date Mailed)*

cc: United Lines
77 West Wacker Drive
Chicago, IL 60601

Spencer Smith
THE LAW OFFICES OF SPENCER F. SMITH
353 Sacramento Street, suite 1120
San Francisco, CA 94111

EXHIBIT M, PAGE 191

# ***EMPLOYMENT***

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH #     **E201112M6330-00** |
|---|---|
| | DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) **MINTER, KARL** | TELEPHONE NUMBER (INCLUDE AREA CODE) **(703)868-4905** |
|---|---|

ADDRESS
**3881 CLIFTON MANOR PLACE**

| CITY/STATE/ZIP **HAYMARKET, VA 20169** | COUNTY **OUT OF STATE** | COUNTY CODE **000** |
|---|---|---|

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME **UNITED AIRLINES** | TELEPHONE NUMBER (Include Area Code) **(800)864-8331** |
|---|---|

| ADDRESS **PO BOX 8097** | DFEH USE ONLY |
|---|---|

| CITY/STATE/ZIP **SAN FRANCISCO, CA 94128** | COUNTY **SAN FRANCISCO** | COUNTY CODE **075** |
|---|---|---|

| NO. OF EMPLOYEES/MEMBERS (if known) **500+** | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month,day, and year) **07/13/2011** | RESPONDENT CODE **00** | |
|---|---|---|---|

THE PARTICULARS ARE:

I allege that on about or before <u>07/13/2011</u> , the following conduct occurred:

____ termination
____ laid off
____ demotion
____ harassment
____ genetic characteristics testing
____ constructive discharge (forced to quit)
____ impermissible non-job-related inquiry

____ denial of employment
_X_ denial of promotion
____ denial of transfer
____ denial of accommodation
____ failure to prevent discrimination or retaliation
_X_ retaliation
____ other (specify) _____

____ denial of family or medical leave
____ denial of pregnancy leave
____ denieal of equal pay
____ denial of right to wear pants
____ denial of pregnancy accommodation

by    **UNITED AIRLINES**

| | Name of Person | Job Title (supervisor/manager/personnel director/etc.) |
|---|---|---|

because of :

____ sex
____ age
____ religion
_X_ race/color

____ national origin/ancestry
____ marital status
____ sexual orientation
____ association

____ disability (physical or mental)
____ medical condition (cancer or genetic chracteristic)
____ other (specify) _____

_X_ retaliation for engaging in protected activity or requesting a protected leave or accommodation

State of what you believe to be the reason(s) for discrimination

FROM JANUARY 2011 TO THE PRESENT, I HAVE APPLIED FOR 9 MANAGEMENT POSITIONS. I HAVE BEEN PASSED OVER FOR PROMOTIONS AND RECEIVED NO JOB OFFERS. MANY POSITIONS WERE FILLED BY HAND-PICKED NON-AFRICAN AMERICAN CANDIDATES. UNITED AIRLINES RETALIATED AGAINST ME FOR BEING PART OF THE UNITED COALITION, A GROUP THAT FILED DISCRIMINATION CHARGES AGAINST UNITED AIRLINES IN 2010.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy not to process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.

Dated **4/17/2012 10:33:00 AM**

At   **San Francisco**

DATE FILED: **4/17/2012 10:33:00 AM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

EXHIBIT M, PAGE 192

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                    EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                          Phyllis W. Cheng, Director

39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 17, 2012

MINTER, KARL
3881 CLIFTON MANOR PLACE
HAYMARKET, VA 20169

RE:  E201112M6330-00
     MINTER/UNITED AIRLINES

Dear MINTER, KARL:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department
of Fair Employment and Housing (DFEH) has been closed effective April 17, 2012 because
an immediate right-to-sue notice was requested. DFEH will take no further action on the
complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965,
subdivision (b), a civil action may be brought under the provisions of the Fair Employment
and Housing Act against the person, employer, labor organization or employment agency
named in the above-referenced complaint. The civil action must be filed within one year
from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity
Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this
DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act,
whichever is earlier.

EXHIBIT M, PAGE 193

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator

cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)