# EXHIBIT N



**The Law Office of**
**Spencer F. Smith**

**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*



February 3, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

     Re.   *Kenneth Montgomery v. United Airlines*

To Whom It May Concern,

I am enclosing the EEOC intake questionnaire to file a charge on behalf of our client, Kenneth Montgomery, in the above referenced issue. I am requesting an immediate right to sue in this matter sent to our office at the above listed information. Please contact me as soon as possible if there are any problems.

Sincerely,

Melissa Sotto
*Assistant to Spencer F. Smith*

enclosure

1

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: **Montgomery**   First Name: **Kenneth**   MI: **J**

Street or Mailing Address: **13026 Terminal Way**   Apt or Unit #: _____

City: **Woodbridge**   County: **Prince William**   State: **VA**   Zip: **22193**

Phone Numbers: Home: (**703**) **730-1996**   Work: ( ) _____

Cell: ( ) _____   Email Address: **SkiMaster~Ken @ msn.com**

Date of Birth: **10/14/1960**   Sex: ☒ Male ☐ Female   Do You Have a Disability? ☐ Yes ☒ No

**Please answer each of the next three questions.**   i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White   ☒ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? **United States of America**

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ███████████   Relationship: _____

Address: ███████████   City: ██████   State: ████   Zip Code: ████████

Home Phone: (███████   Other Phone: █████████

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: **United Airlines World Headquarters**

Address: **1200 EAST ALGONQUIN ROAD**   County: _____

City: **Elk Grove Village**   State: **IL**   Zip: **60007**   Phone: (**800**) **864 3331**

Type of Business: **Airlines**   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: **Michael Bonds**   Phone: **812) 997 2915**

**Number of Employees in the Organization at All Locations:** Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☒ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☒ No

Date Hired: **07/06/86**   Job Title At Hire: **Customer Service Representative**

Pay Rate When Hired: **$1,150/month**   Last or Current Pay Rate: **$5,189/month**

Job Title at Time of Alleged Discrimination: **Supervisor Airport Ops.**   Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: **James Schake / Terminal Area Manager**

**If Job Applicant,** Date You Applied for Job **08/29/11**   Job Title Applied For **Area Manager**

1

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒ Race ☐ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☒ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information? ___ N/A ___

Other reason (basis) for discrimination (Explain): _____ N/A _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 06/2010   Action: Submitted for Temp 6 month service supervisor position and offered and accepted position w/ possibility of upgrading to Area Manager. July 2010 while male
Name and Title of Person(s) Responsible: Bally Schiman, Supervisor (see attach)

B. Date: 08/2011   Action: Applied for Area Manager and successfully passed interview panel and selected manager was less qualified
Name and Title of Person(s) Responsible: Bill Watts - Terminal Director, Sally Schiman concourse Director

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.
Successfully passed interview panel and selected candidate less qualified I have a previous EEOC approved discrimination charge against UA which has (see attach)

**7. What reason(s) were given to you for the acts you consider discriminatory?** By whom? His or Her Job Title?
Selected candidates were qualified more.

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

**Of the persons in the same or similar situation as you, who was treated *better* than you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. Christopher Branch | White, Male, US Citizen | Former Supervisor - New Area Manager | Has been afforded upgrade manager opportunities, special training and coaching. |
| B. Debbie St George | White, Female, US Citizen | Reinstated Area Manager | Prematurely fast tracked to SVC Director supervisor Operation Manager |

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. United Coalition Members/Pilot-Mgrs | Black, male & female, US citizen | Captains/Supervisors | |
| B. | | | |

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. Mario Arthur | Black Male | supervisor Airport Operations | |
| Held out of service in 2010 due to hearsay from Customs Border Patrol | | | |
| B. Leonard Miller | Black Male | Customer SVC Rep | |
| Held out of service based on pax claim of assault | | | |

Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

**9. Please check all that apply:**
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

**10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

N|A

**11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

**12. Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for: _____

How did your employer respond to your request? _____

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| | Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|---|
| A. | Rodney Pine | Supervisor-Airport Operations-IAD | | |
| B. | Mario Arthur | Supervisor-Airport Operations-IAD | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☒ Yes ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

EEOC        June 20 2010

16. Have you sought help about this situation from a union, an attorney, or any other source? ☒ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Law Office of Spencer Smith
353 Sacramento St S.F. CA 9411   (Suite 1120)

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2  ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____        01/25/2012
Signature                              Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge, it is not mandatory that this form be used to provide the requested information.

November 2009

4

**Kenneth Montgomery EEOC Questionnaire Intake Attachment**

**#5 What happened to you that you believe was discriminatory?**

**C.**     **Date:** 06/2010

    **Action:** White male with lesser management background was selected to upgrade as an Area Manager even though Supervisor Schiman mentioned possible upgrade to me.

    **Name and Title of Person(s) Responsible**: Sally Schiman, Supervisor

    **Date**: 03/2011-Present

    **Action**: Please see attached list of Job Submissions for which I was not selected.

    **Name and Title of Person(s) Responsible:** Management at United Airlines

**D.**  **Date:** 02/2010

    **Action:** Removed from Control Center as CS Operations Supervisor. I was moved to Midnight Relief Supervisor with schedule of 2 midnight starts followed with 3 early morning starts resulting in 1.5 days off schedule rotation, which was wrongfully posted as a 2-day off pattern.

**E.**  **Date:** September 2006

    **Action:** After being reinstated, I did not get assigned my original position in the Station Control Center as CS OPS Supervisor. I was moved to the Main Terminal Ticket Counter Supervisor role used as an entry position at IAD station, by CS Manager Becki Culley, which was the manager that terminated me.

    **Name and Title of Person(s) Responsible:** Becki Culley, CS Manager

**F.**  **Date:** June 13, 2006

    **Action:** Wrongful Termination for Alleged Pass Travel Abuse – Authorized to add in-laws error by UAL Benefits Representative

    **Name and Title of Person(s) Responsible:** United Airlines Benefits

**#6 Why do you believe these actions were discriminatory?**
(Cont.) resulted in retaliation against the United Airlines African American pilots involved in the United Coalition who filed these charges in January 2010.

Kenneth Montgomery, you are signed in.
|My Account Options

My Job Cart (0 items)

**Job Search**

**My Jobpage**

**My Submissions**

Beginning of the main content section.
**My Submissions**
This page displays all relevant details related to your draft and completed submissions.

**Area Manager - Hub Operations - Washington Dulles, VA (IAD) (Airport Operations)**
- Full-time
District of Columbia-IAD - Washington (Dulles)
Job Posting:08/29/2011 – Job Number: AOC476-C-CW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 09/21/2011
*View Submission*

**Country Sales Manager — Dubai (Sales)**
- Full-time
DU-DXB - Dubai
Job Posting:06/06/2011 – Job Number: SAL2073I-JC
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/01/2011
*View Submission*

**General Manager — Reno, NV (Airport Operations)**
- Full-time
NV-RNO - Reno
Job Posting:04/25/2011 – Job Number: AOC176-RD5
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/02/2011
*View Submission*

**Niche Sales Manager - Locations: Virtual (Sales)**
- Full-time
United States
Job Posting:03/09/2011 – Job Number: SAL104-DB
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 03/17/2011
*View Submission*

**Manager - Leadership Development - Washington DC (Airport Operations)**
- Full-time
District of Columbia-IAD - Washington (Dulles)
Job Posting:06/10/2011 – Job Number: AOC607-RD

**Candidate Profile**
Take a few minutes to create or modify your employment profile and to specify your preferred working criteria for future openings matching your interests
 Access my profile
**Icon legend**
 More information
 Draft submission
Completed submission

Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 03/17/2011
*View Submission*

My Submissions - Page 1 of 1 Previous | **1** | Next

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 550-2012-00664 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl Area Code) | Date of Birth |
|---|---|---|
| **Kenneth Montgomery** | **(703) 730-1996** | |

Street Address                           City, State and ZIP Code
**13026 Terminal Way, Woodbridge, VA 22193**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **UNITED AIRLINES WORLD HEADQURATERS** | **500 or More** | **(800) 864-3331** |

Street Address                           City, State and ZIP Code
**1200 East Algonquin Rd,  Elk Grove Village, IL 60007**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address                           City, State and ZIP Code

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest                Latest |
| ☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN | **02-21-2012** |
| ☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION | |
| ☐ OTHER (Specify) | ☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on June 6, 1986 as a Customer Service Representative. My current job title is Supervisor.

On June 28, 2010 I filed EEOC Charge No.: 550-2010-01733. Since my complaint I have been subjected to numerous retaliatory actions by Respondent.

I believe I have been discriminated against based on my race (African American) in violation of Title VII of the Civil Rights Act of 1964 as amended. I also believe I have been retaliated against for engaging in protected activity in violation of the statute.

RECEIVED
EEOC SFDO

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 2/23/2012      *Kenneth J. Montgomery* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date      Charging Party Signature | |

EXHIBIT N, PAGE 203

EEOC Form 161-B (11/09)                U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To:   Kenneth Montgomery                        From:   San Francisco District Office
      13026 Terminal Way                                350 The Embarcadero
      Woodbridge, VA 22193                               Suite 500
                                                         San Francisco, CA 94105

| ☐ | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-00664 | **Krystal L. Clark,** Investigator | **(415) 625-5689** |

(See also the additional information enclosed with this form.)

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐   More than 180 days have passed since the filing of this charge.

☒   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒   The EEOC is terminating its processing of this charge.

☐   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐   The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for wilful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____          3-2-12
~~Michael~~ Baldonado,                          (Date Mailed)
**District Director**

Enclosures(s)

cc:

Ms. Megan Detzner                               Spencer Smith, ESQ
Senior Staff Representative                     The Law Offices of Spencer Smith
UNITED AIRLINES WORLD HEADQURATERS              353 Sacramento Street, Suite 1120
1200 East Algonquin Rd                          San Francisco, CA 94111
Elk Grove Village, IL 60007

# *** EMPLOYMENT ***

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E201112M6332-00 |
|---|---|---|
| | | DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **MONTGOMERY, KENNETH** | **(703)730-1996** |

| ADDRESS |
|---|
| **13026 TERMINAL WAY** |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **WOODBRIDGE, VA 22193** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |

| ADDRESS | DFEH USE ONLY |
|---|---|
| **PO BOX 8097** | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **09/21/2011** | **00** |

THE PARTICULARS ARE:

I allege that on about or before 09/21/2011 , the following conduct occurred:

| | | |
|---|---|---|
| ___ termination | ___ denial of employment | ___ denial of family or medical leave |
| ___ laid off | X denial of promotion | ___ denial of pregnancy leave |
| ___ demotion | ___ denial of transfer | ___ denial of equal pay |
| ___ harassment | ___ denial of accommodation | ___ denial of right to wear pants |
| ___ genetic characteristics testing | ___ failure to prevent discrimination or retaliation | ___ denial of pregnancy accommodation |
| ___ constructive discharge (forced to quit) | X retaliation | |
| ___ impermissible non-job-related inquiry | ___ other (specify) _____ | |

by    **UNITED AIRLINES**

| | Name of Person | Job Title (supervisor/manager/personnel director/etc.) |
|---|---|---|

because of :

| | | | |
|---|---|---|---|
| ___ sex | ___ national origin/ancestry | ___ disability (physical or mental) | X retaliation for engaging in protected activity or requesting a protected leave or accommodation |
| ___ age | ___ marital status | ___ medical condition (cancer or | |
| ___ religion | ___ sexual orientation | generic chracteristic | |
| X race/color | ___ association | ___ other (specify) _____ | |

State of what you believe to be the reason(s) for discrimination

FROM MARCH 2011 TO THE PRESENT, I APPLIED TO 5 MANAGEMENT POSITIONS. I HAVE RECEIVED NO JOB OFFERS. ALTHOUGH I SUCCESSFULLY PASSED INTERVIEW PANELS, UNITED AIRLINES NEVER OFFERED ME THE POSITION. THE SELECTED CANDIDATES POSSESSED LESS QUALIFICATIONS THAN ME. UNITED AIRLINES RETALIATED AGAINST ME BECAUSE I AM PART OF THE UNITED COALITION GROUP. THE UNITED COALITION IS A GROUP THAT FILED DISCRIMINATION CHARGES AGAINST UNITED AIRLINES IN 2010.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whicheve is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.

Dated **4/17/2012 10:54:00 AM**

At   **San Francisco**

DATE FILED:  **4/17/2012 10:54:00 AM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

EXHIBIT N, PAGE 205

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY
EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**

39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

Phyllis W. Cheng, Director

April 17, 2012

MONTGOMERY, KENNETH
13026 TERMINAL WAY
WOODBRIDGE, VA 22193

RE: E201112M6332-00
    MONTGOMERY/UNITED AIRLINES

Dear MONTGOMERY, KENNETH:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 17, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

EXHIBIT N, PAGE 206

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator

cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

# EXHIBIT O



**The Law Office of**
**Spencer F. Smith**

**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104



*VIA US MAIL*

February 13, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

     Re:    *Paul C. Noble v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire to file Paul C. Noble charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information. Please contact me as soon as possible if there are any problems.

Sincerely,

Kristine D. Kahey
*Assistant to Spencer F. Smith*

enclosure

1

RECEIVED
FEB 14 2012
EEOC-SFDO

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: Noble   First Name: Paul   MI: C

Street or Mailing Address: 1239 Southwest Jacqueline Ave Apt or Unit #:

City: Port St. Lucie   County:   State: FL   Zip: 34953

Phone Numbers: Home: (404) 290-3169   Work: ( )

Cell: ( )   Email Address: capt76769@aol.com

Date of Birth: 06/18/57   Sex: ☒ Male ☐ Female   Do You Have a Disability? ☐ Yes ☒ No

**Please answer each of the next three questions.**   i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White

☒ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? African American

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ▓▓▓▓▓▓   Relationship: ▓▓▓▓▓▓

Address: ▓▓▓▓▓▓   City: ▓▓▓▓   State ▓▓   Zip Code: ▓▓▓▓

Home Phone: ▓▓▓▓   Other Phone: ( )

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify)

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: United Airlines

Address: 77 West Wacker Dr   County: Cook

City: Chicago   State: IL Zip: 60601   Phone: (800) 864-8331

Type of Business: Airline   Job Location if different from Org. Address:

Human Resources Director or Owner Name: Michael Bonds   Phone: (312) 997-2915

**Number of Employees in the Organization at All Locations:** Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☒ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☒ No

Date Hired: 05/23/1988   Job Title At Hire: Flight Engineer

Pay Rate When Hired: $1,300/month Last or Current Pay Rate: $3,000/month

Job Title at Time of Alleged Discrimination: Captain   Date Quit/Discharged:

Name and Title of Immediate Supervisor: Walt Clark, Supervisor

**If Job Applicant,** Date You Applied for Job   Job Title Applied For

1

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒ Race  ☐ Sex  ☐ Age  ☐ Disability  ☐ National Origin  ☐ Religion ☒ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain): _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you.  **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

**A. Date:** Sept 2011   **Action:** Applied for Temporary standards Captain and did not get an interview or a call back.

**Name and Title of Person(s) Responsible:** _____

**B. Date:** _____   **Action:** _____

**Name and Title of Person(s) Responsible** _____

**6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.**
I have been working for 23 years and have yet to see a person of color in any management position. Have an EEOC discrimination change against United Airlines from Jan 2010

**7. What reason(s) were given to you for the acts you consider discriminatory?  By whom? His or Her Job Title?**
No reasons were given

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A._____

B._____

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. Richard John   African American, Male   Captain

B. Sal Crocker   African American, Male   Captain

**Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.**

**9. Please check all that apply:**
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

**10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____
_____
_____

**11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes ☐ No

If "Yes," what medication, medical equipment or other assistance do you use?

_____
_____

**12. Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

_____

Describe the changes or assistance that you asked for: _____
_____
_____

How did your employer respond to your request? _____
_____

3

EXHIBIT O, PAGE 211

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. | | | |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☒ Yes ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

EEOC   June 2010

16. Have you sought help about this situation from a union, an attorney, or any other source? ☒ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

law office of spencer smith
353 sacramento ct Suite 1120 S.F. CA 94112

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

---

**BOX 1** ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. **I also understand that I could lose my rights if I do not file a charge in time.**

---

**BOX 2** ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that **the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.** I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

---

_____                          2/10/2012
Signature                                          Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are

1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C § 626. 42 U.S.C. 12117(a)

3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information

November 2009

4

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s) |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 550-2012-00716 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|

State or local Agency, if any

| Name (indicate Mr. Ms. Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| Paul C. Noble | (404) 290-3169 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 1239 Southwest Jacqueline Avenue, Port St Lucie, FL 34953 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNITED AIRLINES | 500 or More | (800) 864-8331 |

| Street Address | City, State and ZIP Code |
|---|---|
| 77 West Wacker Drive, Chicago, IL 60601 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

| | | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | | Earliest                    Latest |
| ☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION | | 09-01-2011 |
| ☐ OTHER (Specify) | | ☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I applied for a position with Respondent as a Temporary Standards Captain on or around September of 2011. Respondent did not interview me and I was not hired.

I believe I was discriminated against because of my Race (African-American), and retaliated against for my participation in protected activities, in violation of Title VII of the Civil Rights Act of 1964, as amended.

**RECEIVED**

MAR 21 2012

**EEOC-SFDO**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 3-20-12                    _PC Nob_  Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 16 I-B (11/09)    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Paul C. Noble<br>1239 Southwest Jacqueline Avenue<br>Port St Lucie, FL 34953 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

☐   *On behalf of person(s) aggrieved whose identity is*
    *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-00716 | **Hernan Morales,**<br>**Investigator** | **(415) 625-5662** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐   More than 180 days have passed since the filing of this charge.

☒   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒   The EEOC is terminating its processing of this charge.

☐   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐   The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

**Michael Baldonado,**
**District Director**

*3/23/12*
*(Date Mailed)*

cc:   **Megan Detzner, Sr. Staff Representative**
    **UNITED AIRLINES**
    **1200 E. Algonquin**
    **Elk Grove Village, IL 60007**

    **Spencer F. Smith, Esq.**
    **353 Sacramento Street, Suite 1120**
    **San Francisco, CA 94111**

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Paul C. Noble<br>1239 Southwest Jacqueline Avenuue<br>Port Saint Lucie, FL 34953 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

|   | On behalf of person(s) aggrieved whose identity is<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |   |   |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2012-02219 | **Holly M. Woodyard,**<br>**Investigator** | **(212) 336-3643** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☒  Other *(briefly state)*      **Charging Party wishes to pursue matter in Federal District Court.**

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Kevin J. Berry*

**Kevin J. Berry,**
**District Director**

September 28, 2012

*(Date Mailed)*

Enclosures(s)

cc:

| **UNITED AIRLINES**<br>Attn: Megan Detzner<br>77 Wacker Drive<br>Chicago, IL 60601 | **The Law Office of Spencer F. Smith**<br>353 Sacramento Street, Suite 1120<br>San Francisco, CA 94111 |
|---|---|

EXHIBIT O, PAGE 215

# EMPLOYMENT

| | |
|---|---|
| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH #  **E201112M6331-00**  DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **NOBLE, PAUL** | **(404)290-3169** |

| ADDRESS |
|---|
| **1239 SOUTHWEST JACQUELINE AVENUE** |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **PORT ST LUCIE, FL 34953** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |

| ADDRESS | DFEH USE ONLY |
|---|---|
| **PO BOX 8097** | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **09/01/2011** | **00** |

THE PARTICULARS ARE:

I allege that on about or before __09/01/2011__ , the following conduct occurred:

| | | |
|---|---|---|
| ____ termination | ____ denial of employment | ____ denial of family or medical leave |
| ____ laid off | _X_ denial of promotion | ____ denial of pregnancy leave |
| ____ demotion | ____ denial of transfer | ____ denial of equal pay |
| ____ harassment | ____ denial of accommodation | ____ denial of right to wear pants |
| ____ genetic characteristics testing | ____ failure to prevent discrimination or retaliation | ____ denial of pregnancy accommodation |
| ____ constructive discharge (forced to quit) | _X_ retaliation | |
| ____ impermissible non-job-related inquiry | ____ other (specify) _____ | |

by   **UNITED AIRLINES**

| | Name of Person | Job Title (supervisor/manager/personnel director/etc.) |
|---|---|---|

because of :

| | | | |
|---|---|---|---|
| ____ sex | ____ national origin/ancestry | ____ disability (physical or mental) | _X_ retaliation for engaging in protected |
| ____ age | ____ marital status | ____ medical condition (cancer or | activity or requesting a protected |
| ____ religion | ____ sexual orientation | generic characteristic | leave or accommodation |
| _X_ race/color | ____ association | ____ other (specify) | |

State of what you believe to be the reason(s) for discrimination

IN SEPTEMBER 2011, I APPLIED FOR TEMPORARY STANDARDS CAPTAIN AND DID NOT GET AN INTERVIEW OR CALLBACK. I BELIEVE THAT I WAS NOT INVITED TO INTERVIEW BECAUSE I AM PART OF THE UNITED COALITION. THE UNITED COALITION FILED DISCRIMINATION CHARGES AGAINST UNITED AIRLINES IN JANUARY 2010. UNITED AIRLINES RETALIATED AGAINST ME BECAUSE I ENGAGED IN THIS PROTECTED ACTIVITY.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated  **4/17/2012 10:44:00 AM**

At   **San Francisco**

DATE FILED:   **4/17/2012 10:44:00 AM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

STATE OF CALIFORNIA—STATE AND CONSUMER SERVICES AGENCY EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**

Phyllis W. Cheng, Director

39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 17, 2012

NOBLE, PAUL
1239 SOUTHWEST JACQUELINE AVENUE
PORT ST LUCIE, FL 34953

RE:  E201112M6331-00
     NOBLE/UNITED AIRLINES

Dear  NOBLE, PAUL:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 17, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure*  or within 300 days of the alleged discriminatory act, whichever is  earlier.

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator


cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

# EXHIBIT P



**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*

April 30, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

      Re:   *Xavier Palmer v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire to file Xavier Palmer's charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information by **Monday, May 7, 2012.** Please contact me as soon as possible if there are any problems.

Sincerely,

Melanie K. Yabut
*Assistant to Spencer F. Smith*

enclosure

1



RECEIVED
MAY 0 1 2012
EEOC-SFDO

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. **If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: _Palmer_    First Name: _Xavier_    MI: _G_

Street or Mailing Address: _24885 Sun Stream Circle_    Apt or Unit #: _____

City: _Moreno Valley_ County: _Riverside_    State: _CA_    Zip: _92557_

Phone Numbers: Home: (_951_) _243-8229_    Work: (___) _____

Cell: (_310_) _213 1557_    Email Address: _xgpalmer@gmail.com_

Date of Birth: _04/16/1957_    Sex: ☑ Male  ☐ Female    Do You Have a Disability? ☐ Yes ☑ No

**Please answer each of the next three questions.**    i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race?    Please choose all that apply. ☐ American Indian or Alaskan Native    ☐ Asian    ☐ White
☑ Black or African American  ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? _African American_

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ███████    Relationship: ███████

Address: ███████    City: ███████ State: ███████ Zip Code: ███████

Home Phone: ███████    Other Phone: (___) _____

**2. I believe that I was discriminated against by the following organization(s): (Check those that apply)**

☑ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: _United Airlines_

Address: _77 West Wacker Dr_    County: _____

City: _Chicago_    State: _IL_ Zip: _60601_    Phone: (_800_) _864 8331_

Type of Business: _Airlines_    Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: _Jeff Smisek_    Phone: (_800_) _864 833_

**Number of Employees in the Organization at All Locations:** Please Check (✓) One

☐ Fewer Than 15    ☐ 15 – 100    ☐ 101 – 200    ☐ 201 – 500    ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☑ No

Date Hired: _03/18/1991_    Job Title At Hire: _B727 second officer_

Pay Rate When Hired: _____    Last or Current Pay Rate: _____

Job Title at Time of Alleged Discrimination: _Captain_    Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: _John Buyer_

**If Job Applicant,** Date You Applied for Job _____    Job Title Applied For _____

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☐ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

_____

Other reason (basis) for discrimination (Explain): _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 2008-Present Action: See attachment
(2006)

Name and Title of Person(s) Responsible: _____

B. Date: _____ Action: _____

_____

Name and Title of Person(s) Responsible _____

**6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.**

I believe these actions were discriminatory because not all jobs were fairly posted to all qualified employees.

**7. What reason(s) were given to you for the acts you consider discriminatory?   By whom? His or Her Job Title?**

_____

_____

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|--------------------------------------------------------|-----------|-------------------------|

A. _____

_____

B. _____

_____

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. _____

_____

B. _____

_____

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. _____

_____

B. _____

_____

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9.  Please check all that apply:
   ☐ Yes, I have a disability
   ☐ I do not have a disability now but I did have one
   ☐ No disability but the organization treats me as if I am disabled

10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?  (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____ N/A _____

11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____ N/A _____

12.  Did you ask your employer for any changes or assistance to do your job because of your disability?
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

_____ N/A _____

Describe the changes or assistance that you asked for: _____

_____

How did your employer respond to your request? _____

_____

5

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. | | | |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☐ Yes ☑ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing:

N/A

16. Have you sought help about this situation from a union, an attorney, or any other source? ☐ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Law office of Spencer smith   S.F. CA
353 Sacramento st Suite 1120   94111

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. **If you do not file a charge of discrimination within the time limits, you will lose your rights.** If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____                    27 April 2012
Signature                                   Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE: EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a).
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

Xavier Palmer EEOC Form Attachment

**#5 What happened to you that you believe was discriminatory?**

Action: (Cont.) I have been harassed at United Airlines because of my race. There have been three positions that I have applied for and have been turned down or told that I was next on the list for the position. I applied to New Pilot Supervisor in June 1993. I applied for the Line Check Airman position in March 2006 and March 2007. I applied to the Interview Captain twice in 2007. I have been passed over for promotions from 2006 to the present. All job openings at United Airlines have not been posted. Less qualified non African-American candidates were selected for the management positions. These candidates were selected by a "tap on the shoulder" basis. Also, I have seen and heard derogatory comments in the workplace based on race.

Charge No(s):

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| | |
|---|---|
| | FEPA |
| X | EEOC |

550-2012-01144

## California Department of Fair Employment & Housing

and EEOC

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Xavier G. Palmer | | |

| Street Address | City, State and ZIP Code |
|---|---|
| 24885 Sun Stream Circle, Moreno Valley, CA 92557 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNITED AIRLINES | 500+ | |

| Street Address | City, State and ZIP Code |
|---|---|
| San Francisco International Airport, San Francisco, CA 94128 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

| X RACE | COLOR | SEX | RELIGION | NATIONAL ORIGIN |
|---|---|---|---|---|
| RETALIATION | AGE | DISABILITY | GENETIC INFORMATION | |
| OTHER (Specify) | | | | |

DATE(S) DISCRIMINATION TOOK PLACE
Earliest / Latest
05-24-2012

CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have been harassed at United Airlines because of my race. I have been repeatedly denied promotions including to New Pilot Supervisor in June 1993, Line Check Airman in March 2006 and March 2007, and Interview Captain twice in 2007. I have also been passed over for non-posted promotions from 2006 to present. Many of the candidates selected for the non-posted promotions were "tapped on the shoulder". I also have heard derogatory comments in the workplace based on race.

I believe I have been discriminated against by Respondent based on my race (black), in violation of Title VII of the Civil Rights act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 6/7/2012 Date      Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS (month, day, year) |

RECEIVED JUN 0 8 2012 EEOC-SFDO

| To: Xavier G. Palmer | From: San Francisco District Office |
|---|---|
| 24885 Sun Stream Circle | 350 The Embarcadero |
| Moreno Valley, CA 92557 | Suite 500 |
| | San Francisco, CA 94105 |

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| | **Thomas P. MaGee** | |
| **550-2012-01144** | Investigator | **(415) 625-5669** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

_____      6/29/12

Michael Baldonado,                              (Date Mailed)
District Director

cc:     **Megan Detzner, Sr. Staff Rep.**
        **United Airlines - WHQLD**
        **1200 E. Algonquin**
        **Elk Grove, IL 60007**

        Spencer F. Smith
        THE LAW OFFICE OF SPENCER F. SMITH
        353 Sacramento Street, Suite 1120
        San Francisco, CA 94111

Enclosure with EEOC

# * * * EMPLOYMENT * * *

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # **E201112R9070-00** |
|---|---|
| | DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) **PALMER, XAVIER** | TELEPHONE NUMBER (INCLUDE AREA CODE) **(310)213-1557** |
|---|---|

| ADDRESS **24885 SUN STREAM CIRCLE** | | |
|---|---|---|

| CITY/STATE/ZIP **MORENO VALLEY, CA 92557** | COUNTY **RIVERSIDE** | COUNTY CODE **065** |
|---|---|---|

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME **UNITED AIRLINES** | TELEPHONE NUMBER (Include Area Code) **(800)864-8331** |
|---|---|

| ADDRESS **9841 AIRPORT BOULEVARD #104** | DFEH USE ONLY |
|---|---|

| CITY/STATE/ZIP **LOS ANGELES, CA 90045** | COUNTY **LOS ANGELES** | COUNTY CODE **037** |
|---|---|---|

| NO. OF EMPLOYEES/MEMBERS (if known) **500+** | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month,day, and year) **04/24/2012** | RESPONDENT CODE **00** | |
|---|---|---|---|

THE PARTICULARS ARE:

I allege that on about or before **04/24/2012** , the following conduct occurred:

- ____ termination
- ____ laid off
- ____ demotion
- ____ harassment
- ____ genetic characteristics testing
- ____ constructive discharge (forced to quit)
- ____ impermissible non-job-related inquiry

- ____ denial of employment
- _X_ denial of promotion
- ____ denial of transfer
- ____ denial of accommodation
- ____ failure to prevent discrimination or retaliation
- ____ retaliation
- ____ other (specify) _____

- ____ denial of family or medical leave
- ____ denial of pregnancy leave
- ____ denial of equal pay
- ____ denial of right to wear pants
- ____ denial of pregnancy accommodation

by **UNITED AIRLINES**

| Name of Person | Job Title (supervisor/manager/personnel director/etc.) |
|---|---|

because of :

- ____ sex
- ____ age
- ____ religion
- _X_ race/color

- ____ national origin/ancestry
- ____ marital status
- ____ sexual orientation
- ____ association

- ____ disability (physical or mental)
- ____ medical condition (cancer or generic chracteristic
- ____ other (specify)

- ____ retaliation for engaging in protected activity or requesting a protected leave or accommodation

State of what you believe to be the reason(s) for discrimination

I HAVE BEEN PASSED OVER FOR PROMOTIONS SINCE 2006 TO THE PRESENT BECAUSE ALL JOB OPENINGS AT UNITED AIRLINES HAVE NOT BEEN POSTED. LESS QUALIFIED NON AFRICAN-AMERICAN CANDIDATES WERE SELECTED FOR THE MANAGEMENT POSITIONS. THESE CANDIDATES WERE SELECTED BY A "TAP ON THE SHOULDER" BASIS. I APPLIED TO THREE POSITIONS AT UNITED AIRLINES FOR WHICH I WAS NEVER OFFERED A POSITION. I HAVE ALSO BEEN TOLD THAT I WAS NEXT ON THE LIST FOR SOME POSITIONS. I APPLIED FOR NEW PILOT SUPERVISOR IN 1993, LINE CHECK AIRMAN (TWICE) MARCH 2006 AND 2007, AND INTERVIEW CAPTAIN (TWICE) BOTH IN 2007.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy not to process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated **4/30/2012 9:50:00 AM**

At **San Francisco**

DATE FILED: **4/30/2012 9:50:00 AM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

# * * * EMPLOYMENT * * *

COMPLAINT OF DISCRIMINATION UNDER
THE PROVISIONS OF THE CALIFORNIA
FAIR EMPLOYMENT AND HOUSING ACT

DFEH #  ___E201112R9070-00___

DFEH USE ONLY

State of what you
believe to be the
reason(s) for
discrimination

I HAVE BEEN PASSED OVER FOR PROMOTIONS SINCE 2006 TO THE PRESENT BECAUSE ALL JOB
OPENINGS AT UNITED AIRLINES HAVE NOT BEEN POSTED. LESS QUALIFIED NON AFRICAN-AMERICAN
CANDIDATES WERE SELECTED FOR THE MANAGEMENT POSITIONS. THESE CANDIDATES WERE
SELECTED BY A "TAP ON THE SHOULDER" BASIS. I APPLIED TO THREE POSITIONS AT UNITED AIRLINES
FOR WHICH I WAS NEVER OFFERED A POSITION. I HAVE ALSO BEEN TOLD THAT I WAS NEXT ON THE LIST
FOR SOME POSITIONS. I APPLIED FOR NEW PILOT SUPERVISOR IN 1993, LINE CHECK AIRMAN (TWICE)
MARCH 2006 AND 2007, AND INTERVIEW CAPTAIN (TWICE) BOTH IN 2007.

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY

EDMUND G. BROWN JR., Governor



**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**

Phyllis W. Cheng, Director

1055 WEST 7TH STREET, SUITE 1400, LOS ANGELES, CA 90017
(213) 439-6770
www.dfeh.ca.gov

April 30, 2012

PALMER, XAVIER
24885 SUN STREAM CIRCLE
MORENO VALLEY, CA 92557

RE:   E201112R9070-00
      PALMER/UNITED AIRLINES

Dear PALMER, XAVIER:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 30, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

EXHIBIT P, PAGE 229

Notice of Case Closure
Page Two


DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Tina Walker*

Tina Walker
District Administrator

cc:   Case File


JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

# EXHIBIT Q

Spencer F. Smith, Esq.
*spencer@smithlawsf.com*

**The Law Office of**
**Spencer F. Smith**

353 Sacramento Street, Suite 1120

San Francisco, CA. 94111

**Dow W. Patten, Of Counsel**
*dpatten@smithlawsf.com*

*V: (415) 520-6950*

*F: (415) 520-0104*

www.smithlawsf.com

RECEIVED
MAY 04 2012
EEOC-SFDO

*VIA US MAIL*

May 2, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

Re:     *David Ricketts v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire to file David Rickett's charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information by **Monday May 7, 2012.** Please contact me as soon as possible if there are any problems.

Sincerely,

Kristine D. Kahey
*Assistant to Spencer F. Smith*

enclosure

1

RECEIVED
MAY 0 4 2012
EEOC-SFDO

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: _Ricketts_   First Name: _David_   MI: _____

Street or Mailing Address: _5269 Rising Sun Lane_   Apt or Unit #: _____

City: _Ellicott City_   County: _____   State: _MD_   Zip: _21043_

Phone Numbers: Home: (_443_) _745-3275_   Work: (___) _____

Cell: (___) _____   Email Address: _dcashewman@aol.com_

Date of Birth: _12/03/1961_   Sex: ☒ Male ☐ Female   Do You Have a Disability? ☐ Yes ☒ No

**Please answer each of the next three questions.**   i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White

☒ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? _African American_

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: _Law Office of Spencer Smith_   Relationship: _Attorney_

Address: _353 Sacramento St_   City: _S.F._   State: _CA_   Zip Code: _94111_

Home Phone: (_415_) _402-0084_   Other Phone: (___) _____

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: _United Airlines_

Address: _77 West Wacker Dr_   County: _____

City: _Chicago_   State: _IL_ Zip: _60601_   Phone: (_800_) _864 8331_

Type of Business: _Airlines_   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: _Jeff Smisek_   Phone: (_800_) _864-8331_

**Number of Employees in the Organization at All Locations**: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☒ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☒ No

Date Hired: _11/21/1988_   Job Title At Hire: _Pilot_

Pay Rate When Hired: $_26.50/hr_   Last or Current Pay Rate: $_156/hr_

Job Title at Time of Alleged Discrimination: _Captain_   Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: _James Simon_

**If Job Applicant,** Date You Applied for Job _____   Job Title Applied For _____

1

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☐ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing    ii. family medical history    iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify:＿＿＿＿＿ N/A ＿＿＿＿＿＿＿

If you checked genetic information, how did the employer obtain the genetic information?＿＿ N/A ＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

Other reason (basis) for discrimination (Explain):＿＿＿＿＿ N/A ＿＿＿＿＿＿＿＿＿

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

**A.** Date: 2009-PRESENT Action: I have been passed over for promotions because all job openings have not been posted. less qualified non African (attache)

Name and Title of Person(s) Responsible: ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**B.** Date: ＿＿＿＿＿＿＿ Action: ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

Name and Title of Person(s) Responsible ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.**
These acts were discriminatory because not all qualified employees were given a fair chance at a management position

**7. What reason(s) were given to you for the acts you consider discriminatory?   By whom?   His or Her Job Title?**
No reasons were given.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

**A.** ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**B.** ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|--------------------------------------------------------|-----------|-------------------------|

**A.** _____

_____

**B.** _____


Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|--------------------------------------------------------|-----------|-------------------------|

**A.** _____

_____

**B.** _____

_____


**Answer questions 9-12 only if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.**

**9.  Please check all that apply:**
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

**10.  What is the disability that you believe is the reason for the adverse action taken against you?   Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
N/A
_____
_____

**11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?
N/A
_____

**12.  Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask?  (Provide full name and job title of person)
N/A

Describe the changes or assistance that you asked for: _____
_____

How did your employer respond to your request? _____
_____

3

FROM : DAVID AND tRACEY RICKETTS        FAX NO. : 4104657452        May. 01 2012 10:56PM  P1
05/01/2012  16:58   4105288184        OFC OF SPENCER SMITH        PAGE  01/05

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|-----------|-----------|------------------------|-----------------------------------------------|
| A. | | | |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

N/A

16. Have you sought help about this situation from a union, an attorney, or any other source? ☑ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Law Office of Spencer Smith        SF CA
353 Sacramento St #1120        94111

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2  ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____          5 / 1 / 2012 .
Signature                        Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-479. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/04). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 326, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge.  4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

**David Ricketts EEOC Attachment**

## #5 What happened to you that you believe was discriminatory?

**Action**: (Cont.) candidates have been selected for the management positions. These candidates were selected by a "tap on the shoulder" basis.

FROM : DAVID AND tRACEY RICKETTS    FAX NO. : 4104657452    Jun. 07 2012 02:43PM P1

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 550-2012-01184 |

**California Department Of Fair Employment & Housing** and EEOC

*State or local Agency, if any*

| Name (Indicate Mr, Ms, Mrs) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. David Ricketts** | **(443) 745-3275** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **5259 Rising Sun Lane, Ellicott City, MD 21043** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **UNITED AIRLINES** | **500 or More** | **(847) 700-4000** |

| Street Address | City, State and ZIP Code |
|---|---|
| **77 West Wacker, Chicago, IL 60601** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es))

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                Latest
                        06-31-2012
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on November 11, 1988 as a pilot. My current job title is Captain.
Since 2009 I have been passed over for several Promotions if favor of less qualified non-African American employees. I have knowledge that Respondent has failed to post job openings in accordance with its policies. Respondent stated no reason for its actions.

I believe I have been discriminated against on the basis of my race (African American) in violation of Title VII of the Civil Rights Act of 1964 as amended.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 6/7/2012   *David A. Ricketts*   Date   Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

RECEIVED JUN 08 2012 EEOC SFDO

EEOC Form 161-B (11/09)                    U. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | David Ricketts<br>5269 Rising Sun Lane<br>Ellicott City, MD 21043 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-01184 | Krystal L. Clark,<br>Investigator | (415) 625-5689 |

(See also the additional information enclosed with this form.)

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_Randall_                              5-19-12

Enclosures(s)                for   **Michael Baldonado,**        (Date Mailed)
                                   **District Director**

cc:
                                              Spencer F. Smith
                                              LAW OFFICES OF SPENCER SMITH
        UNITED AIRLINES                       353 Sacramento St., Suite 1120
        77 West Wacker                         San Francisco, CA 94111
        Chicago, IL 60601

EXHIBIT Q, PAGE 238

# * * * EMPLOYMENT * * *

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E201112M6377-00 |
|---|---|---|
| | | DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|---|
| **RICKETTS, DAVID** | | **(443)745-3275** |

ADDRESS
**5269 RISING SUN LANE**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **ELLICOTT CITY, MD 21043** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |

| ADDRESS | DFEH USE ONLY |
|---|---|
| **PO BOX 8097** | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **04/24/2012** | **00** |

THE PARTICULARS ARE:

I allege that on about or before <u>04/24/2012</u> , the following conduct occurred:

| | |
|---|---|
| ____ termination | ____ denial of employment |
| ____ laid off | _X_ denial of promotion |
| ____ demotion | ____ denial of transfer |
| ____ harassment | ____ denial of accommodation |
| ____ genetic characteristics testing | ____ failure to prevent discrimination or retaliation |
| ____ constructive discharge (forced to quit) | ____ retaliation |
| ____ impermissible non-job-related inquiry | ____ other (specify) _____ |

| | |
|---|---|
| ____ denial of family or medical leave |
| ____ denial of pregnancy leave |
| ____ denial of equal pay |
| ____ denial of right to wear pants |
| ____ denial of pregnancy accommodation |

by   **UNITED AIRLINES**

| Name of Person | Job Title (supervisor/manager/personnel director/etc.) |
|---|---|

because of :

| | | |
|---|---|---|
| ____ sex | ____ national origin/ancestry | ____ disability (physical or mental) |
| ____ age | ____ marital status | ____ medical condition (cancer or |
| ____ religion | ____ sexual orientation | generic chracteristic |
| _X_ race/color | ____ association | ____ other (specify) _____ |

| |
|---|
| ____ retaliation for engaging in protected activity or requesting a protected leave or accommodation |

State of what you believe to be the reason(s) for discrimination

I HAVE BEEN PASSED OVER FOR PROMOTIONS FROM 2009 TO THE PRESENT BECAUSE ALL JOB OPENINGS AT UNITED AIRLINES HAVE NOT BEEN POSTED. LESS QUALIFIED NON AFRICAN-AMERICAN CANDIDATES WERE SELECTED FOR THE MANAGEMENT POSITIONS. THESE CANDIDATES WERE SELECTED BY A "TAP ON THE SHOULDER" BASIS.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my Information and belief, and as to those matters I believe it to be true.

Dated  **4/24/2012 5:58:00 PM**

At  **San Francisco**

DATE FILED:  **4/24/2012 5:58:00 PM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

EXHIBIT Q, PAGE 239



STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                    EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                                                 Phyllis W. Cheng, Director

39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 24, 2012

RICKETTS, DAVID
5269 RISING SUN LANE
ELLICOTT CITY, MD 21043

RE: E201112M6377-00
    RICKETTS/UNITED AIRLINES

Dear RICKETTS, DAVID:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department
of Fair Employment and Housing (DFEH) has been closed effective April 24, 2012 because
an immediate right-to-sue notice was requested. DFEH will take no further action on the
complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965,
subdivision (b), a civil action may be brought under the provisions of the Fair Employment
and Housing Act against the person, employer, labor organization or employment agency
named in the above-referenced complaint. The civil action must be filed within one year
from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity
Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this
DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act,
whichever is earlier.

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator

cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

# EXHIBIT R





**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*

February 3, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

     Re:   *Glenwood Roane Jr. v. United Airlines*

To Whom It May Concern;

I am enclosing the EEOC intake questionnaire to file a charge on behalf of our client, Glenwood Roane Jr., in the above referenced issue. I am requesting an immediate right to sue in this matter sent to our office at the above listed information. Please contact me as soon as possible if there are any problems.

Sincerely,

Melissa Sotto
*Assistant to Spencer F. Smith*

enclosure

1

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

### 1. Personal Information

Last Name: __Roane, Jr.__   First Name: __Glenwood__   MI: _____

Street or Mailing Address: __1513 Eglantyne Ct.__   Apt or Unit #: _____

City: __Raleigh__   County: _____   State: __NC__   Zip: __27613__

Phone Numbers: Home: (__919__) __795 6823__   Work: (___) _____

Cell: (___) _____   Email Address: __GPRchosen@att.net__

Date of Birth: __07|18|62__   Sex: ☒ Male ☐ Female   Do You Have a Disability? ☐ Yes ☒ No

**Please answer each of the next three questions.**   i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White

☒ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? __African American__

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ▮▮▮▮▮▮▮▮   Relationship: ▮▮▮▮▮

Address: ▮▮▮▮▮   City: ▮▮▮▮▮   State: ▮▮▮▮ Zip Code: ▮▮▮▮

Home Phone: (▮▮▮▮▮   Other Phone: (___) _____

### 2. I believe that I was discriminated against by the following organization(s): (Check those that apply)

☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: __United Airlines__

Address: __77 West Wacker Drive__   County: __Cook__

City: __Chicago__   State: __IL__ Zip: __60601__   Phone: __800) 864-8331__

Type of Business: __Airline__   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: __Michael Bonds__   Phone: (312) 997-2915

Number of Employees in the Organization at All Locations: Please Check (√) One

☐ Fewer Than 15   ☐ 15 - 100   ☐ 101 - 200   ☐ 201 - 500   ☒ More than 500

### 3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No

Date Hired: __10/24/1988__   Job Title At Hire: __Flight Officer__

Pay Rate When Hired: _____   Last or Current Pay Rate: _____

Job Title at Time of Alleged Discrimination: __Captain__   Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: __Walt Clark__

If Job Applicant, Date You Applied for Job _____   Job Title Applied For _____

1

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to* Race. *If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to* Retaliation.

☒ Race ☐ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☒ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify:  N/A

If you checked genetic information, how did the employer obtain the genetic information?  N/A

Other reason (basis) for discrimination (Explain):  N/A

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

**A. Date:** 2007-present **Action:** Applied for 34 positions at reacout and has received no job offer

**Name and Title of Person(s) Responsible:** _____

**B. Date:** _____ **Action:** _____

**Name and Title of Person(s) Responsible** _____

**6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.**
I have a previously filed EEOC discrimination charge against UAL from Jan 2010. This has resulted in retaliation for all United Coalition Group

**7. What reason(s) were given to you for the acts you consider discriminatory?  By whom?  His or Her Job Title?**
_____

**8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.**

**Of the persons in the same or similar situation as you, who was treated *better* than you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

2

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

**Of the persons in the same or similar situation as you, who was treated the *same* as you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. Sal Crocker | African American, Male | Captain | Interviewed for Asst Chief Pilot, Flight Operations Duty Manager, Standards Captain. No job offers |
| B. Richard John | African American, Male | Captain | Interviewed for flight Operations Duty Manager, Standards captain and rejected for all positions |

**Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.**

**9. Please check all that apply:**    ☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

**10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

N/A

**11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

**12. Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for: _____

How did your employer respond to your request? _____

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. | | | |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☒ Yes ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

EEOC, DFEH   June 18, 2010

16. Have you sought help about this situation from a union, an attorney, or any other source? ☒ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

law office of spencer smith
353 Sacramento st. Suite 1120 S.F. CA 94111

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____   1/25/2012
Signature   Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C § 626. 42 U.S.C. 12117(a) 3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

Go to the main content section.

# UNITED 

United Continental Holdings
|
Company History
|
News & Events

Home
>
Inside Coair / United Career Gateway
>
Job Opportunities

Glenwood Roane, you are signed in.
|My Account Options|

My Job Cart (0 items)
Sign Out

### Job Search

## My Jobpage

My Submissions

|

My Job Cart|
My Saved Searches|

Beginning of the main content section.

**Candidate Profile**
Take a few minutes to create or modify your employment profile and to specify your preferred working criteria for future openings matching your interests. Access my profile

### My Submissions (24 job submissions found)
This page displays all relevant details related to your draft and completed submissions.

Submissions per page: 25 ▼

## Temporary - (Job Share) Standards Captain - A320 (DENTK)
- Full-time
United States-CO-DEN - Denver
Job Posting:09/02/2011 − Job Number: DEN29318972066120DH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
− Updated: 09/12/2011
*View Submission*

**Icon legend**
⊡   More information

## Flight Operations - Duty Manager - IAD (Flight Operations)

- Full-time
United States-District of Columbia-IAD - Washington (Dulles)
Job Posting:06/29/2011 – Job Number: FOPS1040-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/02/2011
*View Submission*

## Line Training Manager - 747 - DEN (Flight Operations)

- Full-time
United States-CO-DEN - Denver
Job Posting:06/20/2011 – Job Number: FOPS42-C-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/23/2011
*View Submission*

## Line Training Manager - 778 - DEN/IAH (Flight Operations)

- Full-time
United States-CO-DEN - Denver, United States-TX-IAH - Houston
(Intercontinental)
Job Posting:06/20/2011 – Job Number: FOPS42-E-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/24/2011
*View Submission*

## Line Training Manager - A320 - DEN (Flight Operations)

- Full-time
United States-CO-DEN - Denver
Job Posting:06/20/2011 – Job Number: FOPS42-A-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/23/2011
*View Submission*

## International Flight Operations - Senior Manager - Chicago, IL (Flight Operations)

- Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:06/14/2011 – Job Number: FOPS1016-DP
Job Status: Inactive (No Longer Accepting Job Submissions)

Submission Status:
Completed
– Updated: 07/13/2011
*View Submission*

## Domestic Flight Operations - Senior Manager -Chicago, IL (Flight Operations)

- Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:06/14/2011 – Job Number: FOPS1017-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/13/2011
*View Submission*

## Assistant Chief Pilot - Captain - UNITED- IAD/JFK (Flight Operations)

- Full-time
United States-District of Columbia-IAD - Washington (Dulles), United States-NY-JFK - New York (Kennedy)
Job Posting:06/15/2011 – Job Number: FOPS12-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/12/2011
*View Submission*

## Manager - Fleet Technical Flight Operations - A320 - Denver, CO (Flight Operations)

- Full-time
United States-CO-DEN - Denver, United States-TX-IAH - Houston (Intercontinental)
Job Posting:06/23/2011 – Job Number: FOPS41-A-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/23/2011
*View Submission*

## Manager - Fleet Technical Flight Operations - 747 - Denver, CO (Flight Operations)

- Full-time
United States-CO-DEN - Denver, United States-TX-IAH - Houston (Intercontinental)
Job Posting:06/23/2011 – Job Number: FOPS41-C-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/23/2011

*View Submission*

## Senior Manager - Fleet Standards - 737 - IAH (Flight Operations)

- Full-time
United States-TX-IAH - Houston (Intercontinental)
Job Posting:04/11/2011 – Job Number: FOPS40-B-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
*View Submission*

## Senior Manager - Fleet Standards - 747 - Denver, CO (Flight Operations)

- Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS40-C-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
*View Submission*

## Senior Manager - Fleet Standards - 756 – Denver, CO (Flight Operations)

- Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS40-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
*View Submission*

## Senior Manager - Fleet Standards - 778 - Denver, CO (Flight Operations)

- Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS40-E-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
*View Submission*

## Senior Manager - Fleet Standards - A320 - Denver, CO (Flight Operations)

- Full-time

United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS40-A-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
*View Submission*

### Senior Manager - Fleet Training - 737 - IAH (Flight Operations)

- Full-time
United States-TX-IAH - Houston (Intercontinental)
Job Posting:04/11/2011 – Job Number: FOPS31-B-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
*View Submission*

### Senior Manager - Fleet Training - 747/778 - Denver, CO (Flight Operations)

- Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS31-C-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
*View Submission*

### Senior Manager - Fleet Training - 756 - Denver, CO (Flight Operations)

- Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS31-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
*View Submission*

### Senior Manager - Fleet Training - A320 - Denver, CO (Flight Operations)

- Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS31-A-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011

*View Submission*

## Standards Captain-A320 (DENTK)
- Full-time
United States-CO-DEN - Denver
Job Posting:07/10/2010 – Job Number: DEN29318972067898RD
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/23/2010
*View Submission*

## Job Share Standards Captain (A320 Fleet / DENTK)
- Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318975023244SH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/27/2006
*View Submission*

## Standards Captain (A320 Fleet / DENTK)
- Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318975023245SH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/27/2006
*View Submission*

## Standards Captain (A320 Fleet / DENTK)
- Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318932060667KFM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 09/06/2007
*View Submission*

## Interview Captain - Temporary Special Assignment (WHQFO 8999-89)
-
United States-IL-WHQ - Chicago -Operations Center-Elk Grove Village
Job Posting:Not Available – Job Number: WHQ89998932058373LW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed

– Updated: 07/10/2007
*View Submission*

My Submissions - Page 1 of 1Previous |**1** |Next

*Powered by* 

For general questions related to Talent Selection, please contact the Employee Service Center (ESC) at (877) 242-0075.
For technical questions related to the online application process, please contact recruiting at (866) 562-0781.

United is an equal opportunity employer: M/F/D/V.

Contact Us

|

Privacy Policy

Copyright © 2010 United. All Rights Reserved.

EXHIBIT R, PAGE 253

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s) |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 550-2012-00663 |

| California Department Of Fair Employment & Housing | | and EEOC |
|---|---|---|
| *State or local Agency, if any* | | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Glenwood Roane** | **(919) 795-6823** | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **1513 Eglantyne Ct, Raleigh, NC 27613** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code* |
|---|---|---|
| **UNITED AIRLINES** | **500 or More** | **(312) 997-7508** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **77 West Wacker Drive, Chicago, IL 60601** | | |

| Name | No. Employees, Members | Phone No. *(Include Area Code* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest / Latest

**02-21-2012**

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by Respondent on October 24, 1998 as a Flight Officer. My current job title is Captain.

On June 18, 2010 I filed EEOC Charge No.: 550-2010-01755. Since my complaint I have been subjected to numerous retaliatory actions by Respondent.

I believe I have been discriminated against based on my race (African American) in violation of Title VII of the Civil Rights Act of 1964 as amended. I also believe I have been retaliated against for engaging in protected activity in violation of the statute.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |
| 2-23-2012  *Date*  *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE  *(month, day, year)* |

EEOC Form 161-B (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To:    Glenwood Roane
       1513 Eglantyne Ct
       Raleigh, NC 27613

From:  San Francisco District Office
       350 The Embarcadero
       Suite 500
       San Francisco, CA 94105

[ ]    On behalf of person(s) aggrieved whose identity is
       CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| | Krystal L. Clark, | |
| 550-2012-00663 | Investigator | (415) 625-5689 |

(See also the additional information enclosed with this form.)

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ]    More than 180 days have passed since the filing of this charge.

[X]    Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]    The EEOC is terminating its processing of this charge.

[ ]    The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ]    The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]    The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_Michael Baldonado_                                    3-8-12

**Michael Baldonado,**                                 (Date Mailed)
**District Director**

Enclosures(s)

cc:

UNITED AIRLINES
77 West Wacker Drive
Chicago, IL 60601

Spencer F. Smith
Law Office of Spencer F. Smith
353 Sacramento Street, Suite 1120
San Francisco, CA 94111

EXHIBIT R, PAGE 255

# *** EMPLOYMENT ***

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E201112M6329-00 |
|---|---|---|
| | | DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **ROANE JR., GLENWOOD** | **(919)795-6823** |

| ADDRESS |
|---|
| **1513 EGLANTYNE COURT** |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **RALEIGH, NC 27613** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |

| ADDRESS | DFEH USE ONLY |
|---|---|
| **PO BOX 8097** | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **09/12/2011** | **00** |

THE PARTICULARS ARE:

I allege that on about or before <u>09/12/2011</u>, the following conduct occurred:

| | | |
|---|---|---|
| ____ termination | ____ denial of employment | ____ denial of family or medical leave |
| ____ laid off | _X_ denial of promotion | ____ denial of pregnancy leave |
| ____ demotion | ____ denial of transfer | ____ denial of equal pay |
| ____ harassment | ____ denial of accommodation | ____ denial of right to wear pants |
| ____ genetic characteristics testing | ____ failure to prevent discrimination or retaliation | ____ denial of pregnancy accommodation |
| ____ constructive discharge (forced to quit) | _X_ retaliation | |
| ____ impermissible non-job-related inquiry | ____ other (specify) _____ | |

by   **UNITED AIRLINES**

| | Name of Person | Job Title (supervisor/manager/personnel director/etc.) |
|---|---|---|

because of :

| | | |
|---|---|---|
| ____ sex | ____ national origin/ancestry | ____ disability (physical or mental) | _X_ retaliation for engaging in protected |
| ____ age | ____ marital status | ____ medical condition (cancer or | activity or requesting a protected |
| ____ religion | ____ sexual orientation | generic chracteristic | leave or accommodation |
| _X_ race/color | ____ association | ____ other (specify) _____ | |

State of what you believe to be the reason(s) for discrimination

IN 2011, I APPLIED TO 18 MANAGEMENT POSITIONS. SINCE 2007, I HAVE APPLIED TO A TOTAL OF 24 MANAGEMENT POSITIONS. I HAVE NOT RECEIVED ANY JOB OFFERS AND LESS QUALIFIED CANDIDATES WERE CHOSEN INSTEAD OF ME. UNITED AIRLINES RETALIATED AGAINST ME BECAUSE I AM PART OF THE UNITED COALITION, A GROUP THAT FILED DISCRIMINATION CHARGES AGAINST UNITED AIRLINES IN 2010.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.

Dated **4/17/2012 10:21:00 AM**

At   **San Francisco**

DATE FILED:  **4/17/2012 10:21:00 AM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

EXHIBIT R, PAGE 256

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                    EDMUND G. BROWN JR., Governor

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING

Phyllis W. Cheng, Director

39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 17, 2012

ROANE JR., GLENWOOD
1513 EGLANTYNE COURT
RALEIGH, NC 27613

RE:   E201112M6329-00
      ROANE JR./UNITED AIRLINES

Dear ROANE JR., GLENWOOD:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 17, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator

cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)