# EXHIBIT S

**The Law Office of Spencer F. Smith**

**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*

April 25, 2012



U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

     Re:   *Frederick Robinson v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire to file Frederick Robinson's charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information by **Tuesday, May 1, 2012**. Please contact me as soon as possible if there are any problems.

Sincerely,

Melanie K. Yabut
*Assistant to Spencer F. Smith*

enclosure

1

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "**not known.**" If a question is not applicable, write "**N/A.**" (PLEASE PRINT)

**RECEIVED APR 26 2012 EEOC-SFDO**

## 1. Personal Information

Last Name: **Robinson**   First Name: **Frederick**   MI: ___

Street or Mailing Address: **8919 East Colorado Drive**   Apt or Unit #: ___

City: **Denver**   County: ___   State: **CO**   Zip: **80231**

Phone Numbers: Home: (**720**) **341-9466**   Work: ( )

Cell: ( ) ___   Email Address: **frederickrobinson@yahoo.com**

Date of Birth: **10/04/1949**   Sex: ☑ Male ☐ Female   Do You Have a Disability? ☐ Yes ☑ No

**Please answer each of the next three questions.**   i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
☑ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? **African American**

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ███████   Relationship: ___

Address: ███████   City: ███████   Zip Code: ███████

Home Phone: ( ) ███████   Other Phone: ( ) ___

## 2. I believe that I was discriminated against by the following organization(s): (Check those that apply)

☑ Employer ☐ Union ☐ Employment Agency ☐ Other (Please Specify) ___

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: **United Airlines**

Address: **77 West Wacker Dr**   County: ___

City: **Chicago**   State: **IL** Zip: **60601**   Phone: (**800**) **864-8331**

Type of Business: **Airlines**   Job Location if different from Org. Address: ___

Human Resources Director or Owner Name: **Jeff Smisek**   Phone: (**800**) **864-833**

**Number of Employees in the Organization at All Locations**: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☑ More than 500

## 3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☑ No

Date Hired: **09/26/1988**   Job Title At Hire: **Second Officer**

Pay Rate When Hired: ___   Last or Current Pay Rate: **$140,000/yr**

Job Title at Time of Alleged Discrimination: **Captain**   Date Quit/Discharged: **N/A**

Name and Title of Immediate Supervisor: **Dede O'Neill**

If Job Applicant, Date You Applied for Job ___   Job Title Applied For ___

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☐ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information? _____

_____ N/A _____

Other reason (basis) for discrimination (Explain): _____ N/A _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you.  **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

**A. Date:** 2009-Present **Action:** I have been passed over for promotions since 2009 to the present. All job openings have not been posted. (see attached)

**Name and Title of Person(s) Responsible:** _____

**B. Date:** _____ **Action:** _____

_____

**Name and Title of Person(s) Responsible** _____

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.

These actions were discriminatory because all management positions have not been fairly posted for all qualified candidates.

**7. What reason(s) were given to you for the acts you consider discriminatory?  By whom?  His or Her Job Title?**

No reasons were given

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

**Of the persons in the same or similar situation as you, who was treated *better* than you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| **A.** | | | |
| **B.** | | | |

2

EXHIBIT S, PAGE 261

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

**A.** _____

_____

**B.** _____

_____

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

**A.** _____

_____

**B.** _____

**Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.**

**9. Please check all that apply:**
 ☐ Yes, I have a disability
 ☐ I do not have a disability now but I did have one
 ☐ No disability but the organization treats me as if I am disabled

**10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

N/A
_____

_____

**11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
 ☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

N/A
_____

_____

**12. Did you ask your employer for any changes or assistance to do your job because of your disability?**
 ☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

N/A
_____

Describe the changes or assistance that you asked for: _____

_____

_____

How did your employer respond to your request? _____

_____

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. | | | |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☐ Yes ☒ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

**N/A**

16. Have you sought help about this situation from a union, an attorney, or any other source? ☒ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

_Law office of Spencer Smith    Suite #1120 S.F. CA_
_353 Sacramento St    94111_

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____     _24 April 12_
Signature                    Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/30/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

**Frederick Robinson EEOC Attachment**

**#5 What happened to you that you believe was discriminatory?**

> **Action**: (Cont.) Less qualified non African-American candidates have been selected for the management positions. These candidates were selected by a "tap on the shoulder" basis.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA | |
| | ☒ EEOC | 550-2012-01118 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Frederick Robinson** | **(720) 341-9466** | **10-04-1949** |

| Street Address | City, State and ZIP Code |
|---|---|
| **8919 East Colorado Drive, Denver, CO 80231** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **UNITED AIRLINES** | **500 or More** | **(800) 864-8331** |

| Street Address | City, State and ZIP Code |
|---|---|
| **77 West Wacker Drive, Chicago, IL 60601** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **01-01-2009**  Latest **05-22-2012**

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began working for Respondent on September 26, 1988. My most recent job title is Captain.

Since 2009, I have been passed over for promotions. All job openings were not fairly posted. Management positions have been filled by less qualified non African-American candidates.

Respondent has not given any reason for their actions.

I believe that I was discriminated against because of my race (African American), in violation of the Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED
JUN 04 2012

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| *25 May 12*   *Frederick Robinson* Date                          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EXHIBIT S, PAGE 265

EEOC Form 161-B (11/09)    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Frederick Robinson<br>8919 East Colorado Drive<br>Denver, CO 80231 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-01118 | Eric C. Darius,<br>Intake Supervisor | (415) 625-5670 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____          06/07/2012
Michael Baldonado,                        *(Date Mailed)*
**District Director**

Enclosures(s)

cc:
**Ms. Megan Detzner**
**Senior Staff Representative**
**United Airlines - WHQLD**
**1200 E. Algonquin**
**Elk Grove, IL 60007**

Spencer Smith, Esq.
LAW OFFICES OF SPENCER F. SMITH
353 Sacramento Street, Suite 1120
San Francisco, CA 94111

EXHIBIT S, PAGE 266

# * * * EMPLOYMENT * * *

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # **E201112M6373-00** |
|---|---|
| | DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.)
**ROBINSON, FREDERICK**

TELEPHONE NUMBER (INCLUDE AREA CODE)
**(720)341-9466**

ADDRESS
**8919 EAST COLORADO DRIVE**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **DENVER, CO 80231** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME
**UNITED AIRLINES**

TELEPHONE NUMBER (Include Area Code)
**(800)864-8331**

ADDRESS
**PO BOX 8097**

DFEH USE ONLY

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month,day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **04/24/2012** | **00** |

THE PARTICULARS ARE:

I allege that on about or before **04/24/2012** , the following conduct occurred:

| | |
|---|---|
| ____ termination | ____ denial of employment |
| ____ laid off | _X_ denial of promotion |
| ____ demotion | ____ denial of transfer |
| ____ harassment | ____ denial of accommodation |
| ____ genetic characteristics testing | ____ failure to prevent discrimination or retaliation |
| ____ constructive discharge (forced to quit) | ____ retaliation |
| ____ impermissible non-job-related inquiry | ____ other (specify) _____ |

| | | |
|---|---|---|
| | ____ denial of family or medical leave | |
| | ____ denial of pregnancy leave | |
| | ____ denial of equal pay | |
| | ____ denial of right to wear pants | |
| | ____ denial of pregnancy accommodation | |

by **UNITED AIRLINES**

Name of Person                    Job Title (supervisor/manager/personnel director/etc.)

because of :

| | |
|---|---|
| ____ sex | ____ national origin/ancestry |
| ____ age | ____ marital status |
| ____ religion | ____ sexual orientation |
| _X_ race/color | ____ association |

| | |
|---|---|
| ____ disability (physical or mental) | ____ retaliation for engaging in protected |
| ____ medical condition (cancer or | activity or requesting a protected |
| genetic chracteristic | leave or accommodation |
| ____ other (specify) _____ | |

State of what you believe to be the reason(s) for discrimination

I HAVE BEEN PASSED OVER FOR PROMOTIONS SINCE 2009 TO THE PRESENT BECAUSE ALL JOB OPENINGS AT UNITED AIRLINES HAVE NOT BEEN POSTED. LESS QUALIFIED NON AFRICAN-AMERICAN CANDIDATES WERE SELECTED FOR THE MANAGEMENT POSITIONS. THESE CANDIDATES WERE SELECTED BY A "TAP ON THE SHOULDER" BASIS.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy not to process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.

Dated **4/24/2012 4:23:00 PM**

At **San Francisco**

DATE FILED: **4/24/2012 4:23:00 PM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

EXHIBIT S, PAGE 267



STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                                                    EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                                                          Phyllis W. Cheng, Director

39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 24, 2012

ROBINSON, FREDERICK
8919 EAST COLORADO DRIVE
DENVER, CO 80231

RE:  E201112M6373-00
     ROBINSON/UNITED AIRLINES

Dear ROBINSON, FREDERICK:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 24, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator

cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

# EXHIBIT T



**The Law Office of Spencer F. Smith**

**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*

April 25, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

    Re:    *Leo Sherman v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire to file Leo Sherman's charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information by **Tuesday, May 1, 2012**. Please contact me as soon as possible if there are any problems.

Sincerely,

Melanie K. Yabut
*Assistant to Spencer F. Smith*

enclosure



RECEIVED
APR 2 6 2012
EEOC-SFDO

1

EXHIBIT T, PAGE 270

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER,** a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: __Sherman__   First Name: __Leo__   MI: _____

Street or Mailing Address: __24609 Hosford Meadows Dr__ Apt or Unit #: _____

City: __Porter__   County: _____   State: __TX__   Zip: __77365__

Phone Numbers: Home: (__504__) __782·8120__   Work: (___) _____

Cell: (___) _____   Email Address: __lsherm@mac.com__

Date of Birth: __08|08|1965__   Sex: ☑ Male ☐ Female   Do You Have a Disability? ☐ Yes ☑ No

**Please answer each of the next three questions.**   i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White

☑ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? __African American__

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ██████████   Relationship: ██████████

Address: ██████████   City: ██████████ State: ██████ Zip Code: ██████

Home Phone: ██████████   Other Phone: (___) _____

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☑ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: __United Airlines/continental__

Address: __77 West Wacker Drive__   County: _____

City: __Chicago__   State: __IL__ Zip: __60601__ Phone: (__800__) __864 8331__

Type of Business: __Airlines__   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: __Jeff Smisek__   Phone: (__800__) ██████

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes

Date Hired: __01/03/1998__   Job Title At Hire: __727 Flight Engineer__

Pay Rate When Hired: __$ 25,000/yr__   Last or Current Pay Rate: __$ 181,000/yr__

Job Title at Time of Alleged Discrimination: __Captain__   Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: __John Walker__

If Job Applicant, Date You Applied for Job __04/06/12__ Job Title Applied For __Mgmt Development Associate__

RECEIVED APR 26 2012 EEOC-SFDO

1

4. What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☐ Sex ☐Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information?   N/A

Other reason (basis) for discrimination (Explain): _____ N/A _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 2009-Present Action: I have been passed over for promotions because all job openings have not been posted. less qualified non African American (see attached)

Name and Title of Person(s) Responsible: _____

B. Date: _____ Action: _____

Name and Title of Person(s) Responsible _____

**6.  Why do you believe these actions were discriminatory?** Please attach additional pages if needed.

I believe these actions were discriminatory because not all qualified employees were given a fair chance at a management position

**7.  What reason(s) were given to you for the acts you consider discriminatory?  By whom?  His or Her Job Title?**

No reasons were given.

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. _____

B. _____

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |
| | | | |

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |
| | | | |

Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.

**9.  Please check all that apply:**
    ☐ Yes, I have a disability
    ☐ I do not have a disability now but I did have one
    ☐ No disability but the organization treats me as if I am disabled

**10.  What is the disability that you believe is the reason for the adverse action taken against you?   Does this disability prevent or limit you from doing anything?**  (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

N/A

**11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
    ☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

N/A

**12.  Did you ask your employer for any changes or assistance to do your job because of your disability?**
    ☐ Yes ☐ No

If "Yes," when did you ask? _____   How did you ask (verbally or in writing)? _____

Who did you ask?  (Provide full name and job title of person)

Describe the changes or assistance that you asked for: _____
N/A

How did your employer respond to your request? _____

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response).

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☑ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

N/A

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☐ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Law office of Spencer Smith   S.F. CA
353 Sacramento st suite 1120   94111

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2  ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

Leo of Sherman                              April 27, 2012
_____          _____
Signature                                        Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/2008). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

Leo Sherman EEOC Attachment

#5 What happened to you that you believe was discriminatory?

**Action**: (Cont.) have been awarded for the management positions. These candidates were selected by a "tap on the shoulder" basis.

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 550-2012-01113 |

| **Texas Workforce Commission Civil Rights Division** | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Leo Sherman** | **(504) 782-8120** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **24609 Hosford Meadows Dr, Porter, TX 77365** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **UNITED AIRLINES/ CONTINENTAL** | **500 or More** | **(800) 864-8331** |

| Street Address | City, State and ZIP Code |
|---|---|
| **77 West Wacker Drive, Chicago, IL 60601** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

| | | | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|---|---|
| ☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN | | | Earliest             Latest |
| ☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION | | | 05-10-2012 |
| ☐ OTHER (Specify) | | | ☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on or about January 3, 1998. My most recent job title is Captain and my immediate supervisor is John Walker. Since 2009 to the present, I have been passed over for promotions because not all job openings have been posted. Less qualified, non-African-Americans have been awarded management positions that I have applied for or otherwise expressed interest in. These candidates were selected by a "tap on the shoulder" basis.

Respondent has not stated a reason for its actions.

I believe I have been discriminated against because of my race (Black/African-American) in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| ✗ May 13, 2012          _Leo H. Sherman_<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

RECEIVED
MAY 18 2012
EEOC-SFDO

EEOC Form 161-B (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: Leo Sherman<br>24609 Hosford Meadows Dr<br>Porter, TX 77365 | From: San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-01113 | Geoffrey T. Gould,<br>Investigator | (415) 625-5693 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*

Michael Baldonado,
**District Director**

06/07/2012

*(Date Mailed)*

Enclosures(s)

cc:

UNITED AIRLINES/ CONTINENTAL
77 West Wacker Drive
Chicago, IL 60601

Spencer F. Smith
THE LAW OFFICE OF SPENCER F. SMITH
353 Sacramento Street, Suite 1120
San Francisco, CA 94111

EXHIBIT T, PAGE 277

# EMPLOYMENT

COMPLAINT OF DISCRIMINATION UNDER
THE PROVISIONS OF THE CALIFORNIA
FAIR EMPLOYMENT AND HOUSING ACT

DFEH #   **E201112M6371-00**

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **SHERMAN, LEO** | **(504)782-8120** |

ADDRESS
**24609 HOSFORD MEADOWS DRIVE**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **PORTER, TX 77365** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |

| ADDRESS | DFEH USE ONLY |
|---|---|
| **PO BOX 8097** | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month,day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **04/24/2012** | **00** |

THE PARTICULARS ARE:

I allege that on about or before _04/24/2012_ , the following conduct occurred:

| | | |
|---|---|---|
| ____ termination | ____ denial of employment | ____ denial of family or medical leave |
| ____ laid off | _X_ denial of promotion | ____ denial of pregnancy leave |
| ____ demotion | ____ denial of transfer | ____ denial of equal pay |
| ____ harassment | ____ denial of accommodation | ____ denial of right to wear pants |
| ____ genetic characteristics testing | ____ failure to prevent discrimination or retaliation | ____ denial of pregnancy accommodation |
| ____ constructive discharge (forced to quit) | ____ retaliation | |
| ____ impermissible non-job-related inquiry | ____ other (specify) _____ | |

by     **UNITED AIRLINES**

Name of Person                    Job Title (supervisor/manager/personnel director/etc.)

because of :

| | | | |
|---|---|---|---|
| ____ sex | ____ national origin/ancestry | ____ disability (physical or mental) | ____ retaliation for engaging in protected |
| ____ age | ____ marital status | ____ medical condition (cancer or | activity or requesting a protected |
| ____ religion | ____ sexual orientation | generic characteristic | leave or accommodation |
| _X_ race/color | ____ association | ____ other (specify) | |

State of what you believe to be the reason(s) for discrimination

I HAVE BEEN PASSED OVER FOR PROMOTIONS SINCE 2009 TO THE PRESENT BECAUSE ALL JOB OPENINGS AT UNITED AIRLINES HAVE NOT BEEN POSTED. LESS QUALIFIED NON AFRICAN-AMERICAN CANDIDATES WERE SELECTED FOR THE MANAGEMENT POSITIONS. THESE CANDIDATES WERE SELECTED BY A "TAP ON THE SHOULDER" BASIS.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated  **4/24/2012 3:23:00 PM**

At   **San Francisco**

DATE FILED:  **4/24/2012 3:23:00 PM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

EXHIBIT T, PAGE 278

STATE OF CALIFORNIA- STATE AND CONSUMER SERVICES AGENCY                                                    EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**

Phyllis W. Cheng, Director

39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 24, 2012

SHERMAN, LEO
24609 HOSFORD MEADOWS DRIVE
PORTER, TX 77365

RE:  E201112M6371-00
     <u>SHERMAN/UNITED AIRLINES</u>

Dear  SHERMAN, LEO:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 24, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is  earlier.

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator

cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

# EXHIBIT U



**The Law Office of**
**Spencer F. Smith**

**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104



*VIA US MAIL*

February 13, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

   Re: *Tom W. Lester v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire to file Tom W. Lester charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information. Please contact me as soon as possible if there are any problems.

Sincerely,

Kristine D. Kahey
*Assistant to Spencer F. Smith*

enclosure

1

RECEIVED
FEB 14 2012
EEOC-SFDO

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: __Tom__   First Name: __Lester__   MI: __W__

Street or Mailing Address: __1620 Farmhill Dr__   Apt or Unit #: _____

City: __Algonquin__   County: _____   State: __IL__   Zip: __60102__

Phone Numbers: Home: (847) 854-5917   Work: (___) _____

Cell: (___) _____   Email Address: __Namydo@aol.com__

Date of Birth: __03/24/1966__   Sex: ☑ Male ☐ Female   Do You Have a Disability? ☐ Yes ☑ No

**Please answer each of the next three questions.**   i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White

☑ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? __African American__

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ██████████   Relationship: ██████████

Address: ██████   City: ██████   State ██████   Zip Code: ██████

Home Phone: ██████   Other Phone: (___) _____

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☑ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: __United Airlines__

Address: __77 West Wacker Dr__   County: _____

City: __Chicago__   State: __IL__ Zip: __60601__   Phone: (312) __997-2915__

Type of Business: __Airlines__   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: __Michael Bonds__   Phone: (312) __997-2915__

**Number of Employees in the Organization at All Locations**: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☑ No

Date Hired: __12/1988__   Job Title At Hire: __Flight Officer__

Pay Rate When Hired: _____   Last or Current Pay Rate: _____

Job Title at Time of Alleged Discrimination: __Captain__   Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: __Jeffrey Bo Ellis__

**If Job Applicant, Date You Applied for Job** _____ Job Title Applied For _____

1

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒ Race ☐ Sex ☐Age ☐ Disability ☐ National Origin ☐ Religion ☒ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing    ii. family medical history    iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: ___N/A___

If you checked genetic information, how did the employer obtain the genetic information? _____

___N/A___

Other reason (basis) for discrimination (Explain): ___N/A___

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: __05/2011__    Action: __Applied for Flight Operations Manager and was not invited to an interview (see attached)__

Name and Title of Person(s) Responsible: __Management at United__

B. Date: __02/2011__    Action: __Applied for Flight Safety Senior Manager and was not invited to interview (see attached)__

Name and Title of Person(s) Responsible __Management at United__

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.
These actions were discriminatory because I am part of the United Coalition. Discrimination is believed to be Inherent in United's decision not to promote or interview me (see attached)

**7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?** (see attached)
No reasons given.

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A. _____

_____

B. _____

_____

**Of the persons in the same or similar situation as you, who was treated the *same* as you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A. _____

_____

B. _____

_____

**Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.**

**9. Please check all that apply:**    ☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

**10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
_____ N/A _____

_____

_____

**11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?
_____ N/A _____

_____

**12. Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)
_____ N/A _____

Describe the changes or assistance that you asked for: _____

_____

How did your employer respond to your request? _____

_____

3

EXHIBIT U, PAGE 284

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. | | | |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☑ Yes  ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

EEOC

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☑ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Law office of Spencer Smith
355 Sacramento st suite 1120 G.F. CA 94111

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 . ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____
Signature

2 - 13 - 12
Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 20 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

**Lester Tom EEOC Intake Questionnaire Attachment**

**#6 Why do you believe these acts were discriminatory?**

In January 2010, I filed an EEOC discrimination charge against United Airlines. United has retaliated against all United Coalition members by not promoting any members. Also, there have been several positions that have been filled within 2011, such as line check airman, chief pilot, assistant chief pilot, and flight manager. These positions were not posted to all eligible employees. Instead, these positions were given to Non-African American candidates.

# Summary

Please review your application below. To finalize, click "Submit." To modify specific information, click "Edit" next to the relevant section.

## Tell Us About Yourself

### Personal Information

Mr. Lester W Tom1620 Farmhill DriveAlgonquin, 60102United States—Illinois—Chicagonamydo@aol.com

| | |
|---|---|
| Primary Number | Home Phone |
| Home Phone Number | 8478545917 |
| Cellular Number | 8475306307 |
| Work Phone Number | 77360144323 |
| **United Employee ID** (Your 6 digit File # EX:123456) | 084804 |
| **Continental Employee ID** | |
| Supervisor's Name | Jeffory Bo Ellis |

## Experience & Education

### Work Experience

| | |
|---|---|
| Current Employer | Yes |
| Employer | United Airlines |
| Job Function | Pilot |
| Job Title | Captain |
| Company Address Code | ORDFO |
| Employer City | CHICAGO |
| Employer State | ILLINOIS |
| Start Date | 12/1988 |
| End Date | |
| Supervisor's Name | JEFFERY BOELLIS |
| Supervisor's Company/Work Address Code (i.e. HQSHR, WHQHR) | ORDFO |
| Supervisor's Phone | 773-601-4323 |
| Responsibilities | As a Boeing 757/767 Captain, I am resonsible for the safe, |

EXHIBIT U, PAGE 287

efficient operation of these aircraft and crew in the domestic and international airspace.

Other Achievements/Certificates Flight Manager, ORDFO Snowman, ORDFO Line Check
(Significant Special Projects)    Airman, ORDFO

## Education

| | |
|---|---|
| Institution | Judson College - IL |
| Program | Management Leadership |
| Major | Management Science |
| Education Level | Bachelor's Degree |
| Institution City | Elgin |
| Institution State | Illinois |
| GPA | |
| out of | |
| Start Date | 09/1995 |
| Graduation Date | 05/1997 |
| Anticipated Graduation Date | No |
| Graduated from High School or GED | Yes |

## Certifications

## Resume Content

Please replace the information included in my general profile with the information specific to this job submission.    No

# Preliminary Questions

## Questionnaire

Are you legally authorized to work in the United States?
Do you now or will you in the future require sponsorship for an employment visa?

# Questionnaire

## Questionnaire

Do you have a Bachelor's degree or 5-8 years equivalent work experience? Yes
Do you have a Master's degree or equivalent work experience?    Yes

ort>66

this position?

NOTE: All active employees are responsible for notifying your current manager prior to interviewing. If you are selected to interview for this position, your current manager will be notified of your candidacy via email at the time of your interview scheduling.

If you are applying for a position in the United States, will you now or in the future require sponsorship for Employment Visa status? (-ua02)                                                  Yes

I represent that all information entered on this application and on any other forms completed by me or statements made by me in connection with my application or during the course of my employment, if I am hired, to be true and correct. I understand that misrepresentation, omission, or concealment of information requested will be reason for dismissal if I am employed. (-ua31)

I agree to the above stipulation.

# Resume

## Attachments

| Relevant Files | File Name | Date | Comments |
|---|---|---|---|
| Yes | Resume for UAL Flt Saftey Department.wps | 01/29/11 | |

Powered by **Taleo** ✕

Lester W. Tom
1620 Farmhill Drive, Algonquin IL 60102
857-854-5917            Namydo@aol.com


**Objective:**        To use my aviation and managerial experience to enhance
our operation in the Corporate Safety Department.


**Qualifications:**   Total Time 16,700    PIC 10,700
ATP, CFIIME, SES
Type Ratings: B7676/757, B737, A320/319


**Experience:**       2001-Present, B767/757 UAL Captain ORDFO.
* Provide a safe, reliable and efficient service
And manage a crew of up to 15 co-workers.

2004-Present, Centerline Aviation USVI.
* Aircraft owner, operated by a Part 135
company.

1999-2001, UAL Flight Manager ORDFO.
* Managed daily line flying activity for the B737 and
supported the Domicile Chief Pilot.
Supported the operation in the capacity of FODM.
Filled the position of Snowman, assisting the station
with impending snow events.

1998-20001, A320/319 UAL Captain ORDFO.
* Provided safe, reliable efficient service consistent
with UAL policy.

1997-1998, B737-300 UAL Line Check Airman ORDFO.
* Served in the capacity of a LCA, charged with
completing the training of our Captains and
First Officers during LOE.

1995-1998, B737-300 UAL Captain ORDFO.
* Provided safe, reliable and efficient service consistent
with UAL policy.

**1988-1995, UAL First Officer/Second Officer ORDFO.**
- Served as a B767/757 and B737-300 First Officer. Served as a DC-10 Second Officer.

**1997-1988, Aero Virgin Island Corp.**
- Served as a DC-3 First Officer with schedule passenger service in the Caribbean.

**1986-1988, Ace Flight Center.**
- Provided primary, ATP and multi-engine training for Part 135 pilots and private individuals. Also provided charter pilot services to local companies.

**Education/Training: 1988-2000 UAL.**
- **Command Leadership Training**
- **Leadership Training**
- **Cultural Leadership Training**
- **Diversity Training**

- **Judson College.**
  **BA, Management Leadership**

- **Alabama Aviation & Technical College.**
  **AS, Flight Technology**

**References:**    Will be provided upon request.

Below are the two completed submissions for positions that I applied for without success.

**Lester Tom**

# Completed Submissions



## Manager — Flight Operations Regulatory Compliance - Chicago, IL (Flight Operations)

- Full-time
IL-WHQ - Chicago - Willis Tower
Job Posting:04/22/2011 – Job Number: FOPS1019-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 05/02/2011
View Submission



## Senior Manager - Flight Safety Action Program & Event Review Committee - Chicago, IL (Safety/Quality Assurance)

- Full-time
IL-WHQ - Chicago -Operations Center-Elk Grove Village
Job Posting:01/28/2011 – Job Number: SQA06-JC
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 02/24/2011
View Submission

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 550-2012-00717 |

| Illinois Department Of Human Rights | | and EEOC |
|---|---|---|
| | State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Lester W. Tom | (847) 854-5917 | |

Street Address: 1620 Farmhill Drive, Algonquin, IL 60102

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNITED AIRLINES | 500 or More | (312) 997-2915 |

Street Address: 77 West Wacker Drive, Chicago, IL 60601

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest / Latest: 05-30-2011
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent in or about December 1988. My most recent job title is Captain and my direct supervisor is Jeffrey Bo Ellis. In or about January 2010, I filed an EEOC complaint against Respondent. In or about February 2011 and May 2011, I applied for positions as a Flight Operations Manager and Flight Safety Senior Manager. Despite my qualifications, I was not called to interview for either of these positions. I believe that the positions have been awarded to less qualified and non-Black applicants.

Respondent has not stated a reason for its actions.

I believe I have been discriminated against because of my race (Black) and in retaliation for my participation in protected activities, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Date / Charging Party Signature

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To:  **Lester W. Tom**
**1620 Farmhill Drive**
**Algonquin, IL 60102**

From:  **San Francisco District Office**
**350 The Embarcadero**
**Suite 500**
**San Francisco, CA 94105**

☐  *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **550-2012-00717** | **Geoffrey T. Gould,**<br>**Investigator** | **(415) 625-5693** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐  More than 180 days have passed since the filing of this charge.

☒  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒  The EEOC is terminating its processing of this charge.

☐  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐  The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

**Michael Baldonado,**
**District Director**

*6-29-12*
*(Date Mailed)*

cc:  **Ms. Megan Detzner, Sr. Staff Rep.**
**United Airlines - WHQLD**
**1200 E. Algonquin**
**Elk Grove, IL 60007**

Spencer F. Smith
THE LAW OFFICE OF SPENCER F. SMITH
353 Sacramento Street, Suite 1120
San Francisco, CA 94111

Enclosure with EEOC

EXHIBIT U, PAGE 295

*** EMPLOYMENT ***

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E201112M6327-00 |
|---|---|---|
| | | DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **TOM, LESTER** | **(847)854-5917** |

| ADDRESS |
|---|
| **1620 FARMHILL DRIVE** |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **ALGONQUIN, IL 60102** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |

| ADDRESS | DFEH USE ONLY |
|---|---|
| **PO BOX 8097** | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month,day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **05/02/2011** | **00** |

THE PARTICULARS ARE:

I allege that on about or before 05/02/2011 , the following conduct occurred:

| | |
|---|---|
| ____ termination | ____ denial of employment |
| ____ laid off | _X_ denial of promotion |
| ____ demotion | ____ denial of transfer |
| ____ harassment | ____ denial of accommodation |
| ____ genetic characteristics testing | ____ failure to prevent discrimination or retaliation |
| ____ constructive discharge (forced to quit) | _X_ retaliation |
| ____ impermissible non-job-related inquiry | ____ other (specify) _____ |

| |
|---|
| ____ denial of family or medical leave |
| ____ denial of pregnancy leave |
| ____ denial of equal pay |
| ____ denial of right to wear pants |
| ____ denial of pregnancy accommodation |

by **UNITED AIRLINES**

| Name of Person | Job Title (supervisor/manager/personnel director/etc.) |
|---|---|

because of :

| | | |
|---|---|---|
| ____ sex | ____ national origin/ancestry | ____ disability (physical or mental) |
| ____ age | ____ marital status | ____ medical condition (cancer or |
| ____ religion | ____ sexual orientation | genetic chracteristic |
| _X_ race/color | ____ association | ____ other (specify) _____ |

_X_ retaliation for engaging in protected activity or requesting a protected leave or accommodation

State of what you believe to be the reason(s) for discrimination

IN FEBRUARY 2011, I APPLIED FOR FLIGHT SAFETY SENIOR MANAGER AND WAS NOT INVITED TO INTERVIEW. LESS QUALIFIED CANDIDATES WERE CHOSEN FOR THE POSITION. IN MAY 2011, I APPLIED FOR FLIGHT OPERATIONS MANAGER AND WAS NOT INVITED TO INTERVIEW AGAIN. LESS QUALIFIED NON AFRICAN-AMERICAN CANDIDATES WERE CHOSEN FOR THE POSITION. UNITED AIRLINES RETALIATED AGAINST ME BECAUSE I AM PART OF THE UNITED COALITION, A GROUP THAT FILED DISCRIMINATION CHARGES AGAINST UNITED AIRLINES IN 2010.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whicheve is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy not to process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.

Dated  **4/17/2012 9:52:00 AM**

At  **San Francisco**

DATE FILED:  **4/17/2012 9:52:00 AM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

EXHIBIT U, PAGE 296

STATE OF CALIFORNIA—STATE AND CONSUMER SERVICES AGENCY                                        EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                         Phyllis W. Cheng, Director

39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 17, 2012

TOM, LESTER
1620 FARMHILL DRIVE
ALGONQUIN, IL 60102

RE:  E201112M6327-00
      <u>TOM/UNITED AIRLINES</u>

Dear TOM, LESTER:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department
of Fair Employment and Housing (DFEH) has been closed effective April 17, 2012 because
an immediate right-to-sue notice was requested. DFEH will take no further action on the
complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965,
subdivision (b), a civil action may be brought under the provisions of the Fair Employment
and Housing Act against the person, employer, labor organization or employment agency
named in the above-referenced complaint. The civil action must be filed within one year
from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity
Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this
DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act,
whichever is earlier.

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator

cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

# EXHIBIT V

**The Law Office of**
**Spencer F. Smith**

**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*



April 27, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

     Re:   *Erwin Washington v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire to file Erwin Washington's charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information by **Tuesday, May 1, 2012.** Please contact me as soon as possible if there are any problems.

Sincerely,

Melanie K. Yabut
*Assistant to Spencer F. Smith*

enclosure

1

RECEIVED
APR 3 0 2012
EEOC-SFDO

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: **WASHINGTON**    First Name: **ERWIN**    MI: _____

Street or Mailing Address: **13924 WEST CENTER DRIVE**    Apt or Unit #: _____

City: **LAKEWOOD**    County: _____    State: **CO**    Zip: **80228**

Phone Numbers: Home: (**303**) **506-8924**    Work: ( )_____

Cell: ( )_____    Email Address: **ERWIN.WASHINGTON@GMAIL.COM**

Date of Birth: **06/07/1950**    Sex: ☑ Male ☐ Female    Do You Have a Disability? ☐ Yes ☑ No

**Please answer each of the next three questions.**    i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race?    Please choose all that apply. ☐ American Indian or Alaskan Native    ☐ Asian    ☐ White
☑ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? **African American**

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ██████████    Relationship: ██████████

Address: ██████████   y: ██████    State: ██████  p Code: ██████

Home Phone: (████)    Other Phone: ( )_____

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☑ Employer ☐ Union ☐ Employment Agency ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: **United Airlines**

Address: **77 West Wacker**    County: _____

City: **Chicago**    State: **IL** Zip: **60601**    Phone: (**800**) **864 8331**

Type of Business: **Airlines**    Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: **Jeff Smisek**    Phone: (**800**) **864 8331**

**Number of Employees in the Organization at All Locations:** Please Check (✓) One

☐ Fewer Than 15 ☐ 15 - 100 ☐ 101 - 200 ☐ 201 - 500 ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☐ No

Date Hired: **07/20/1992**    Job Title At Hire: **727 Flight Engineer**

Pay Rate When Hired: **$27,000/yr**    Last or Current Pay Rate: **$150,000/yr**

Job Title at Time of Alleged Discrimination: **Captain**    Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: **James Simon**

If Job Applicant, Date You Applied for Job **2009**    Job Title Applied For **757 standards captain**

1

EXHIBIT V, PAGE 300

4.  What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to* Race. *If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to* Retaliation.

☑ Race  ☐ Sex  ☐ Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☐ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information? _____ N/A _____

Other reason (basis) for discrimination (Explain): _____ N/A _____

5. What happened to you that you believe was discriminatory?  Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you.  Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A.  Date: 2009-Present Action: I applied for standards Captain position in 2009. I have been passed over for promotion. Since 2009 to the present (attached)

Name and Title of Person(s) Responsible: _____

B.  Date: _____ Action: _____

Name and Title of Person(s) Responsible _____

6.  Why do you believe these actions were discriminatory? Please attach additional pages if needed.

I believe these actions were discriminatory because not all job openings have been fairly posted for all qualified employees.

7.  What reason(s) were given to you for the acts you consider discriminatory?   By whom?  His or Her Job Title?

No reasons were given.

8. Describe who was in the same or similar situation as you and how they were treated.  For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.  For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. _____

B. _____

2

EXHIBIT V, PAGE 301

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

**A.** _____

_____

**B.** _____

_____

**Of the persons in the same or similar situation as you, who was treated *same* as you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

**A.** _____

_____

**B.** _____

_____

**Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.**

**9.  Please check all that apply:**  ☐  Yes, I have a disability
☐  I do not have a disability now but I did have one
☐  No disability but the organization treats me as if I am disabled

**10.  What is the disability that you believe is the reason for the adverse action taken against you?   Does this disability prevent or limit you from doing anything?**  (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____ N/A _____

**11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes  ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____ N/A _____

**12.  Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes  ☐ No

If "Yes," when did you ask? _____  How did you ask (verbally or in writing)? _____

Who did you ask?  (Provide full name and job title of person)

_____

Describe the changes or assistance that you asked for:   N/A _____

_____

How did your employer respond to your request? _____

_____

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|-----------|-----------|------------------------|------------------------------------------------|

A. _____

_____

B. _____

_____

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☑ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

N/A

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☑ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Law Office of Spencer Smith        Suite #1120  S.F. CA
353 Sacramento st                  94111

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____        27 Apr 2012
Signature                        Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

EXHIBIT V, PAGE 303

Erwin Washington EEOC Form Attachment

**#5 What happened to you that you believe was discriminatory?**

Action: (Cont.) I have been passed over for promotions. All job openings at United Airlines have not been posted. Less qualified non-African-American candidates were selected for the management positions. These candidates were selected by a "tap on the shoulder" basis. Also, I have seen and heard derogatory comments in the workplace based on race.

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 550-2012-01130 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Erwin Washington | (303) 506-8724 | 06-07-1958 |

| Street Address | City, State and ZIP Code |
|---|---|
| 13924 West Center Drive, Lakewood, CO 80228 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNITED AIRLINES | 500 or More | (800) 864-8331 |

| Street Address | City, State and ZIP Code |
|---|---|
| 77 West Wacker Drive, Chicago, IL 60601 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 01-01-2009 | 05-23-2012 |

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for Respondent on July 20, 1992. My most recent job title is Captain.

Since 2009, I have been passed over for promotions. All job openings were not fairly posted. Management positions have been filled by less qualified non African-American candidates.

Respondent has not given any reason for their actions.

I believe that I was discriminated against because of my race (African American), in violation of the Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |
| 01 Jun 12  Date  Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

RECEIVED JUN 2 2 2012 EEOC-SFDO

EXHIBIT V, PAGE 305

EEOC Form 161-B (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To:  Erwin Washington<br>13924 West Center Drive<br>Lakewood, CO 80228 | From:  San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |

| | |
|---|---|
| ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-01130 | Darlene G. Turner,<br>Investigator Support Asst | (415) 625-5673 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice;** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐    More than 180 days have passed since the filing of this charge.

☒    Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒    The EEOC is terminating its processing of this charge.

☐    The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐    The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐    The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

_____        06/29/2012
*Michael Baldonado,*                                    *(Date Mailed)*
**District Director**

cc:      Megan Detzner                                          Spencer F. Smith, Esq.
         Senior Staff Rep.                                      SMITH PATTEN
         UNITED AIRLINES-WHQLD                                  353 Sacramento Street, Suite 1120
         1200 E. Algonquin                                      San Francisco, CA 94111
         Elk Grove Village, IL 60007

Enclosure with EEOC

EXHIBIT V, PAGE 306

*** EMPLOYMENT ***

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E201112M6391-00 |
|---|---|---|
| | | DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **WASHINGTON, ERWIN** | ▮▮▮▮▮▮▮ |

| ADDRESS |
|---|
| ▮▮▮▮▮▮▮ |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| ▮▮▮▮▮▮▮ | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |

| ADDRESS | DFEH USE ONLY |
|---|---|
| **PO BOX 8097** | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **04/24/2012** | **00** |

THE PARTICULARS ARE:

I allege that on about or before **04/24/2012** , the following conduct occurred:

| | |
|---|---|
| \_\_\_ termination | \_\_\_ denial of employment |
| \_\_\_ laid off | _X_ denial of promotion |
| \_\_\_ demotion | \_\_\_ denial of transfer |
| _X_ harassment | \_\_\_ denial of accommodation |
| \_\_\_ genetic characteristics testing | \_\_\_ failure to prevent discrimination or retaliation |
| \_\_\_ constructive discharge (forced to quit) | \_\_\_ retaliation |
| \_\_\_ impermissible non-job-related inquiry | \_\_\_ other (specify) _____ |

| |
|---|
| \_\_\_ denial of family or medical leave |
| \_\_\_ denial of pregnancy leave |
| \_\_\_ denial of equal pay |
| \_\_\_ denial of right to wear pants |
| \_\_\_ denial of pregnancy accommodation |

by     **UNITED AIRLINES**

| Name of Person | Job Title (supervisor/manager/personnel director/etc.) |
|---|---|

because of :

| | | | |
|---|---|---|---|
| \_\_\_ sex | \_\_\_ national origin/ancestry | \_\_\_ disability (physical or mental) | \_\_\_ retaliation for engaging in protected activity or requesting a protected leave or accommodation |
| \_\_\_ age | \_\_\_ marital status | \_\_\_ medical condition (cancer or | |
| \_\_\_ religion | \_\_\_ sexual orientation | genetic chracteristic | |
| _X_ race/color | \_\_\_ association | \_\_\_ other (specify) _____ | |

State of what you believe to be the reason(s) for discrimination

I APPLIED FOR THE 757 STANDARDS CAPTAIN POSITION AND I HAVE BEEN PASSED OVER FOR PROMOTIONS SINCE 2009 TO THE PRESENT. ALL JOB OPENINGS AT UNITED AIRLINES HAVE NOT BEEN POSTED. LESS QUALIFIED NON AFRICAN-AMERICAN CANDIDATES WERE SELECTED FOR THE MANAGEMENT POSITIONS. THESE CANDIDATES WERE SELECTED BY A "TAP ON THE SHOULDER" BASIS. ALSO, I HAVE SEEN AND HEARD DEROGATORY COMMENTS IN THE WORKPLACE BASED ON RACE.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy not to process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.

Dated **4/26/2012 10:34:00 AM**

At  **San Francisco**

DATE FILED:  **4/26/2012 10:34:00 AM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                          EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                          Phyllis W. Cheng, Director
39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 26, 2012

WASHINGTON, ERWIN

████████████████████

RE:   E201112M6391-00
      WASHINGTON/UNITED AIRLINES

Dear WASHINGTON, ERWIN:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 26, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

EXHIBIT V, PAGE 308

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator

cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

# EXHIBIT W

**The Law Office of**
**Spencer F. Smith**

RECEIVED
FEB 23 2012
EEOC-SFDO

**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*

February 22, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

     Re: *Darryl Wilson v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake
questionnaire to file Darryl Wilson charge against United Airlines. I am also requesting an immediate
right to sue in this matter sent to our office at the above listed information. Please contact me as soon as
possible if there are any problems.

Sincerely,

Kristine D. Kahey
*Assistant to Spencer F. Smith*

enclosure

1

EXHIBIT W, PAGE 310

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: _Wilson_   First Name: _Darryl_   MI: _____

Street or Mailing Address: _3278 Yorktown Dr_   Apt or Unit #: _____

City: _Roswell_   County: _____   State: _GA_   Zip: _30075_

Phone Numbers: Home: (_404_) _936-0651_   Work: (___) _____

Cell: (___) _____   Email Address: _United320captain@aol.com_

Date of Birth: _04/12/1960_   Sex: ☒Male ☐ Female   Do You Have a Disability? ☐ Yes ☒No

**Please answer each of the next three questions.**   i. Are you Hispanic or Latino? ☐ Yes ☒No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White

☒Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? _African American_

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ███████████   Relationship: ███████

Address: ███████   City: ██████   State: ███   Zip Code: ████

Home Phone: ██████   Other Phone: (___) _____

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer ☐ Union ☐ Employment Agency ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: _United Airlines_

Address: _77 West Wacker Dr_   County: _Cook_

City: _Chicago_   State: _IL_ Zip: _60601_   Phone: (_800_) _864-3331_

Type of Business: _Airlines_   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: _Michael Bonds_   Phone: (_312_) _997-2915_

**Number of Employees in the Organization at All Locations:** Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☒ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☒No

Date Hired: _09/14/1992_   Job Title At Hire: _727 Engineer_

Pay Rate When Hired: _____   Last or Current Pay Rate: _$140,000/YR_

Job Title at Time of Alleged Discrimination: _Captain_   Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: _Walt Clark_

**If Job Applicant,** Date You Applied for Job _____   Job Title Applied For _____

1

**4.  What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑Race  ☐ Sex  ☐Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☑Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information? _____
_____ N/A _____

Other reason (basis) for discrimination (Explain): _____ N/A _____

**5.  What happened to you that you believe was discriminatory?**  Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you.  **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

**A. Date:** 2011    **Action:** Applied for 6 positions since January 2011. I have been passed over for promotions and received no job offers.

**Name and Title of Person(s) Responsible:** Management at United    (see attached)

**B. Date:** _____    **Action:** _____

**Name and Title of Person(s) Responsible** _____

**6.  Why do you believe these actions were discriminatory?** Please attach additional pages if needed.

I have been retaliated against due to my race and engaging in a protected activity in Jan 2010. Management positions were not posted to all eligible employees. (see attached)

**7.  What reason(s) were given to you for the acts you consider discriminatory?**  By whom? His or Her Job Title?

No reason was given.

**8. Describe who was in the same or similar situation as you and how they were treated.**  For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.  For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

**A.** _____

**B.** _____

2

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|---------------------------------------------------------|-----------|--------------------------|

**A.** _____

_____

**B.** _____

_____

**Of the persons in the same or similar situation as you, who was treated the *same* as you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|---------------------------------------------------------|-----------|--------------------------|

**A.** _____

_____

**B.** _____

_____

**Answer questions 9-12 only if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.**

**9.  Please check all that apply:**     ☐  Yes, I have a disability
                                          ☐  I do not have a disability now but I did have one
                                          ☐  No disability but the organization treats me as if I am disabled

**10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?**  (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
_____ N/A _____

_____

_____

**11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
       ☐ Yes  ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?
_____ N/A _____

_____

**12.  Did you ask your employer for any changes or assistance to do your job because of your disability?**
       ☐ Yes  ☐ No

If "Yes," when did you ask? _____  How did you ask (verbally or in writing)? _____

Who did you ask?  (Provide full name and job title of person)
_____ N/A _____

Describe the changes or assistance that you asked for: _____

_____

_____

How did your employer respond to your request? _____

_____

3

EXHIBIT W, PAGE 313

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. | | | |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency?   ☑ Yes  ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

EEOC June 2010

16. Have you sought help about this situation from a union, an attorney, or any other source?   ☑ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Law office of Spencer Smith
303 Sacramento St Suite 1120  S.F. CA 94111

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.  If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws.  If you do not file a charge of discrimination within the time limits, you will lose your rights.  If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1.  If you want to file a charge, you should check Box 2.

BOX 1   ☐ I want to talk to an EEOC employee before deciding whether to file a charge.  I understand that by checking this box, I have not filed a charge with the EEOC.  I also understand that I could lose my rights if I do not file a charge in time.

BOX 2   ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.  I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____                                    February 22, 2012
Signature                                                         Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge.  4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

**Darryl Wilson EEOC Form Attachment**

**#6 Why do you believe these actions were discriminatory?**

In January 2010, I filed an EEOC discrimination charge against United Airlines. United has retaliated against all United Coalition members by not promoting any members. Also, there have been several positions that have been filled within 2011, such as line check airman, chief pilot, assistant chief pilot, and flight manager. These positions were given to Non-African American candidates.

*Draft Submissions*

**1**
**Draft**

### Line Training Manager - 756 - DEN/IAH (Flight Operations)
- Full-time
United States-CO-DEN - Denver, United States-TX-IAH - Houston (Intercontinental)
Job Posting:06/20/2011 – Job Number: FOPS42-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
*View Submission*

**2**
**Draft**

### Senior Manager - Airport Operations Facilities - ORD (Airport Operations)
- Full-time
United States-IL-ORD - Chicago - O'Hare
Job Posting:06/20/2011 – Job Number: AOC433-A-AP
Job Status: Inactive (No Longer Accepting Job Submissions)
*View Submission*

**3**
**Draft**

### Line Training Manager - 778 - DEN/IAH (Flight Operations)
- Full-time
United States-CO-DEN - Denver, United States-TX-IAH - Houston (Intercontinental)
Job Posting:06/20/2011 – Job Number: FOPS42-E-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
*View Submission*

## Completed Submissions

**1**

### Flight Operations - Duty Manager - IAH (Flight Operations)
- Full-time
United States-TX-IAH - Houston (Intercontinental)
Job Posting:06/29/2011 – Job Number: FOPS1040-C-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/03/2011
*View Submission*

**2**

### Flight Operations - Duty Manager - IAD (Flight Operations)
- Full-time
United States-District of Columbia-IAD - Washington (Dulles)
Job Posting:06/29/2011 – Job Number: FOPS1040-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/03/2011
*View Submission*

**3**

### Flight Manager - First Officer - Chicago, IL - WHQ (Flight Operations)
- Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:06/21/2011 – Job Number: FOPS13-A-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/27/2011
*View Submission*



EXHIBIT W, PAGE 316

### International Flight Operations - Senior Manager - Chicago, IL (Flight Operations)

- Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:06/14/2011 – Job Number: FOPS1016-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/13/2011
*View Submission*

### Domestic Flight Operations - Senior Manager -Chicago, IL (Flight Operations)

- Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:06/14/2011 – Job Number: FOPS1017-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/13/2011
*View Submission*

### Assistant Chief Pilot - Captain - UNITED- DEN/LAX (Flight Operations)

- Full-time
United States-CO-DEN - Denver, United States-CA-LAX - Los Angeles
Job Posting:06/15/2011 – Job Number: FOPS12-A-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/02/2011
*View Submission*

### Assistant Chief Pilot - Captain - UNITED- SFO/SEA (Flight Operations)

- Full-time
United States-CA-SFO - San Francisco Airport, United States-WA-SEA - Seattle / Tacoma
Job Posting:06/15/2011 – Job Number: FOPS12-B-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/04/2011
*View Submission*

### Assistant Chief Pilot - Captain - UNITED- ORD (Flight Operations)

- Full-time
United States-IL-ORD - Chicago - O'Hare
Job Posting:06/15/2011 – Job Number: FOPS12-C-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/04/2011
*View Submission*

## Assistant Chief Pilot - Captain - UNITED- IAD/JFK (Flight Operations)

- Full-time
United States-District of Columbia-IAD - Washington (Dulles), United States-NY-JFK - New York
(Kennedy)
Job Posting:06/15/2011 – Job Number: FOPS12-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/12/2011
*View Submission*

## Senior Manager - Fleet Standards - A320 - Denver, CO (Flight Operations)

- Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS40-A-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
*View Submission*

## Senior Manager - Fleet Training - A320 - Denver, CO (Flight Operations)

- Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS31-A-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
*View Submission*



EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 550-2012-00758 |

California Department Of Fair Employment & Housing                    and EEOC

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.)<br>**Mr. Darryl Wilson** | Home Phone (Incl. Area Code)<br>**(404) 936-0651** | Date of Birth<br>**04-12-1960** |
|---|---|---|

Street Address                                            City, State and ZIP Code
**3278 Yorktown Drive, Roswell, GA 30075**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**UNITED AIRLINES** | No. Employees, Members<br>**500 or More** | Phone No. (Include Area Code)<br>**(800) 864-8331** |
|---|---|---|

Street Address                                            City, State and ZIP Code
**77 West Wacker Drive, Chicago, IL 60601**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

Street Address                                            City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest            Latest
**12-31-2011**

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for Respondent on or around September 14, 1992. My current job title is Captain.

In or around January 2010, I filed my first EEOC discrimination charge against United Airlines. I now file another charge because I have applied for eight positions since January 2011 and have been passed over for promotion. Management positions were also not posted to all eligible employees. There have been several positions filled in 2011, such as Line Check Airman, Chief Pilot, Assistant Chief Pilot and Flight Manager. These positions have been given to non-African-American candidates. I believe Respondent retaliated against all United Coalition members by not promoting them.

I believe that I have been discriminated against because of retaliation and my race (African American), in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED            RECEIVED
MAY 06 2012        MAY 0  2012
EEOC-SFDO          EEOC-SFDO

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>X 5/3/12 _____ X ~~~~~~~<br>Date            Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 161-B (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To:  Darryl Wilson
     3278 Yorktown Drive
     Roswell, GA 30075

From:  San Francisco District Office
       350 The Embarcadero
       Suite 500
       San Francisco, CA 94105

[ ]  On behalf of person(s) aggrieved whose identity is
     CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-00758 | Malinda K. Tuazon,<br>Investigator | (415) 625-5617 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ]  More than 180 days have passed since the filing of this charge.

[X]  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]  The EEOC is terminating its processing of this charge.

[ ]  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ]  The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_A. Randall_

**Michael Baldonado,**
**District Director**

05/10/2012

(Date Mailed)

Enclosures(s)

cc:  Ms. Megan Detzner
     Senior Staff Representative
     United Airlines - WHQLD
     1200 E. Algonquin
     Elk Grove, IL  60007

     Spencer F. Smith, Esq.
     The Law Office of Spencer F. Smith
     353 Sacramento, Street, Suite 1120
     San Francisco, CA 94111

EXHIBIT W, PAGE 320

EMPLOYMENT

COMPLAINT OF DISCRIMINATION UNDER
THE PROVISIONS OF THE CALIFORNIA
FAIR EMPLOYMENT AND HOUSING ACT

DFEH #    **E201112M6328-00**

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.)
**WILSON, DARRYL**

TELEPHONE NUMBER (INCLUDE AREA CODE)
**(404)936-0651**

ADDRESS
**3278 YORKTOWN DRIVE**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **ROSWELL, GA 30075** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME
**UNITED AIRLINES**

TELEPHONE NUMBER (Include Area Code)
**(800)864-8331**

ADDRESS
**PO BOX 8097**

DFEH USE ONLY

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **02/16/2012** | **00** |

THE PARTICULARS ARE:

I allege that on about or before __02/16/2012__, the following conduct occurred:

| | | |
|---|---|---|
| ____ termination | ____ denial of employment | ____ denial of family or medical leave |
| ____ laid off | X denial of promotion | ____ denial of pregnancy leave |
| ____ demotion | ____ denial of transfer | ____ denial of equal pay |
| ____ harassment | ____ denial of accommodation | ____ denial of right to wear pants |
| ____ genetic characteristics testing | ____ failure to prevent discrimination or retaliation | ____ denial of pregnancy accommodation |
| ____ constructive discharge (forced to quit) | X retaliation | |
| ____ impermissible non-job-related inquiry | ____ other (specify) _____ | |

by    **UNITED AIRLINES**

Name of Person                    Job Title (supervisor/manager/personnel director/etc.)

because of :

| | | |
|---|---|---|
| ____ sex | ____ national origin/ancestry | ____ disability (physical or mental) | X retaliation for engaging in protected |
| ____ age | ____ marital status | ____ medical condition (cancer or | activity or requesting a protected |
| ____ religion | ____ sexual orientation | generic characteristic | leave or accommodation |
| X race/color | ____ association | ____ other (specify) | |

State of what you believe to be the reason(s) for discrimination

FROM 2011 TO THE PRESENT, I HAVE APPLIED TO 15 MANAGEMENT POSITIONS WITHIN UNITED AIRLINES. I HAVE BEEN PASSED OVER FOR EACH APPLICATION AND RECEIVED NO JOB OFFERS. UNITED AIRLINES SELECTED LESS QUALIFIED CANDIDATES AND THESE POSITIONS WERE GIVEN TO NON-AFRICAN AMERICAN CANDIDATES. UNITED AIRLINES RETALIATED AGAINST ME BECAUSE I AM PART OF THE UNITED COALITION, A GROUP THAT FILED DISCRIMINATION CHARGES AGAINST UNITED AIRLINES IN 2010. UNITED AIRLINES HAS ALSO ALLOWED ME TO BE DISCRIMINATED AGAINST BECAUSE I AM AFRICAN-AMERICAN. OTHER FLIGHT ATTENDANTS AND PILOTS HAVE ASSUMED I KNOW ABOUT THE PROSTITUTION ALLEGATIONS WITHIN UNITED AIRLINES

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated  **4/17/2012 10:03:00 AM**

At  **San Francisco**

DATE FILED:  **4/17/2012 10:03:00 AM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

EXHIBIT W, PAGE 321

# EMPLOYMENT

| COMPLAINT OF DISCRIMINATION UNDER | DFEH # | **E201112M6328-00** |
|---|---|---|
| THE PROVISIONS OF THE CALIFORNIA | | DFEH USE ONLY |
| FAIR EMPLOYMENT AND HOUSING ACT | | |

State of what you
believe to be the
reason(s) for
discrimination

FROM 2011 TO THE PRESENT, I HAVE APPLIED TO 15 MANAGEMENT POSITIONS WITHIN UNITED AIRLINES. I HAVE BEEN PASSED OVER FOR EACH APPLICATION AND RECEIVED NO JOB OFFERS. UNITED AIRLINES SELECTED LESS QUALIFIED CANDIDATES AND THESE POSITIONS WERE GIVEN TO NON-AFRICAN AMERICAN CANDIDATES. UNITED AIRLINES RETALIATED AGAINST ME BECAUSE I AM PART OF THE UNITED COALITION, A GROUP THAT FILED DISCRIMINATION CHARGES AGAINST UNITED AIRLINES IN 2010. UNITED AIRLINES HAS ALSO ALLOWED ME TO BE DISCRIMINATED AGAINST BECAUSE I AM AFRICAN-AMERICAN. OTHER FLIGHT ATTENDANTS AND PILOTS HAVE ASSUMED I KNOW ABOUT THE PROSTITUTION ALLEGATIONS WITHIN UNITED AIRLINES BECAUSE OF MY RACE. UNITED AIRLINES HAS DONE NOTHING TO STOP THE PROSTITUTION ALLEGATIONS AND DISCRIMINATION WITHIN THE COMPANY.

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                    EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**

39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

Phyllis W. Cheng, Director

April 17, 2012

WILSON, DARRYL
3278 YORKTOWN DRIVE
ROSWELL, GA 30075

RE:  E201112M6328-00
     <u>WILSON/UNITED AIRLINES</u>

Dear  WILSON, DARRYL:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 17, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is  earlier.

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator

cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

EXHIBIT W, PAGE 324

# EXHIBIT X

**EXHIBIT X**

**NON-EXHAUSTED CLAIMS**

| Plaintiff | Title VII | FEHA |
|---|---|---|
| 1.  BRISCOE, Odie | Plaintiff Briscoe is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐  Actions that occurred before 6/29/11, or after 4/24/12<br><br>Scope:<br>☐  Disparate impact<br>☐  Discriminatory compensation<br>☐  Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐  All claims against Defendant UCH | Plaintiff Briscoe is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐  Actions that occurred before 4/24/11, or after 4/24/12<br><br>Scope:<br>☐  Disparate impact<br>☐  Discriminatory compensation<br>☐  Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐  All claims against Defendant UCH |
| 2.  CROCKER, Sal | Plaintiff Crocker is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐  Actions that occurred before 8/25/11, or after 2/21/12<br><br>Scope:<br>☐  Disparate impact<br>☐  Discriminatory compensation<br>☐  Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐  All claims against Defendant UCH | Plaintiff Crocker is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐  Actions that occurred before 4/17/11, or after 4/17/12<br><br>Scope:<br>☐  Disparate impact<br>☐  Discriminatory compensation<br>☐  Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐  All claims against Defendant UCH |

| 3.  ECUNG, Mario | Plaintiff Ecung is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 6/28/11, or after 4/23/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | Plaintiff Ecung is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/23/11, or after 4/23/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH |
|---|---|---|
| 4.  GADSON, Annette | Plaintiff Gadson is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 7/6/11, or after 5/1/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | Plaintiff Gadson is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 5/1/11, or after 5/1/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH |
| 5.  HANEY, Kenneth | Plaintiff Haney is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 7/5/11, or after 4/30/12 | Plaintiff Haney is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/30/11, or after 4/30/12 |

| | | | |
|---|---|---|---|
| | | Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation<br>   claims related to special<br>   assignments<br><br>Defendants:<br>☐ All claims against Defendant<br>   UCH | Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation<br>   claims related to special<br>   assignments<br><br>Defendants:<br>☐ All claims against Defendant<br>   UCH |
| 6. | HARTSFIELD,<br>Terence | Plaintiff Hartsfield is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before<br>   9/1/11, or after 6/27/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation<br>   claims related to special<br>   assignments<br><br>Defendants:<br>☐ All claims against Defendant<br>   UCH | Plaintiff Hartsfield is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before<br>   6/27/11, or after 6/27/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation<br>   claims related to special<br>   assignments<br><br>Defendants:<br>☐ All claims against Defendant<br>   UCH |
| 7. | HAYNIE,<br>Terrance | Plaintiff Haynie is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before<br>   6/2/11, or after 3/28/12, under a<br>   theory of race discrimination,<br>   failure to promote, or<br>   retaliation[1]<br>☐ Actions that occurred before<br>   6/2/11, or after 7/17/12, under a | Plaintiff Haynie is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before<br>   3/28/11, or after 3/28/12 |

---

[1] This limitations period is based on the first EEOC charge that Plaintiff Haynie filed, which alleged race discrimination, failure to promote, retaliation, and harassment.  Baldocchi Dec. Ex. G.

| | | |
|---|---|---|
| | theory of race based or retaliatory harassment[2]<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH |
| 8.  JOHN, Richard | Plaintiff John is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 8/13/11, or after 2/9/12[3]<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | Plaintiff John is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/17/11, or after 4/17/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH |

[2] The start date of this limitations period is based on the first EEOC charge filed by Plaintiff Haynie.  The end date of this limitations period is based on Plaintiff Haynie's second EEOC charge, filed on July 17, 2012, which alleged that an act of harassment occurred in June 2012.  Baldocchi Dec. Ex. G.

[3] The 8/13/11 to 2/9/12 limitations period is based on Plaintiff John's EEOC charge filed 2/9/12, for which a Right to Sue Notice was issued 3/1/12.  Baldocchi Dec. Ex. H.  Defendants have a copy of another Right to Sue Notice, issued 9/28/12, which appears to relate to a second EEOC charge filed by Plaintiff John.  This chart does not consider the second EEOC charge in its calculation of the applicable limitations period.  Defendants reserve all rights to assert all defenses and arguments if and when additional charge information is discovered, including without limitation, the dates and charge allegations and the SOL limitations periods resulting therefrom

| 9.  JOHNSON, Eldridge | Plaintiff Johnson is barred from bringing under Title VII any and all claims challenging or alleging:<br><br><u>Date</u>:<br>☐  Actions that occurred before 9/11/11, or after 2/28/12<br><br><u>Scope</u>:<br>☐  Disparate impact<br>☐  Discriminatory compensation<br>☐  Discrimination or retaliation claims related to special assignments<br><br><u>Defendants</u>:<br>☐  All claims against Defendant UCH | ☐  Plaintiff Johnson is barred from bringing any and all claims under FEHA. |
|---|---|---|
| 10. JONES, Johnnie | Plaintiff Jones is barred from bringing under Title VII any and all claims challenging or alleging:<br><br><u>Date</u>:<br>☐  Actions that occurred before 8/17/11, or after 2/13/12<br><br><u>Scope</u>:<br>☐  Disparate impact<br>☐  Discriminatory compensation<br>☐  Discrimination or retaliation claims related to special assignments<br><br><u>Defendants</u>:<br>☐  All claims against Defendant UCH | Plaintiff Jones is barred from bringing under FEHA any and all claims challenging or alleging:<br><br><u>Date</u>:<br>☐  Actions that occurred before 4/17/11, or after 4/17/12<br><br><u>Scope</u>:<br>☐  Disparate impact<br>☐  Discriminatory compensation<br>☐  Discrimination or retaliation claims related to special assignments<br><br><u>Defendants</u>:<br>☐  All claims against Defendant UCH |
| 11. MANSWELL, Anthony | Plaintiff Manswell is barred from bringing under Title VII any and all claims challenging or alleging:<br><br><u>Date</u>:<br>☐  Actions that occurred before 6/29/11, or after 4/24/12 | Plaintiff Manswell is barred from bringing under FEHA any and all claims challenging or alleging:<br><br><u>Date</u>:<br>☐  Actions that occurred before 4/24/11, or after 4/24/12 |

| | | |
|---|---|---|
| | Scope:<br>☐   Disparate impact<br>☐   Discriminatory compensation<br>☐   Discrimination or retaliation<br>     claims related to special<br>     assignments<br><br>Defendants:<br>☐   All claims against Defendant<br>     UCH | Scope:<br>☐   Disparate impact<br>☐   Discriminatory compensation<br>☐   Discrimination or retaliation<br>     claims related to special<br>     assignments<br><br>Defendants:<br>☐   All claims against Defendant<br>     UCH |
| 12. MILLER, Leon | Plaintiff Miller is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐   Actions that occurred before<br>     6/29/11, or after 4/24/12<br><br>Scope:<br>☐   Disparate impact<br>☐   Discriminatory compensation<br>☐   Discrimination or retaliation<br>     claims related to special<br>     assignments<br><br>Defendants:<br>☐   All claims against Defendant<br>     UCH | Plaintiff Miller is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐   Actions that occurred before<br>     4/24/11, or after 4/24/12<br><br>Scope:<br>☐   Disparate impact<br>☐   Discriminatory compensation<br>☐   Discrimination or retaliation<br>     claims related to special<br>     assignments<br><br>Defendants:<br>☐   All claims against Defendant<br>     UCH |
| 13. MINTER, Karl | Plaintiff Minter is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐   Actions that occurred before<br>     8/18/11, or after 2/14/12<br><br>Scope:<br>☐   Disparate impact<br>☐   Discriminatory compensation<br>☐   Discrimination or retaliation<br>     claims related to special<br>     assignments<br><br>Defendants: | Plaintiff Minter is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐   Actions that occurred before<br>     4/17/11, or after 4/17/12<br><br>Scope:<br>☐   Disparate impact<br>☐   Discriminatory compensation<br>☐   Discrimination or retaliation<br>     claims related to special<br>     assignments<br><br>Defendants: |

|  | ☐ All claims against Defendant UCH | ☐ All claims against Defendant UCH |
|---|---|---|
| 14. MONTGOMERY, Kenneth | Plaintiff Montgomery is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 8/11/11, or after 2/7/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | Plaintiff Montgomery is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/17/11, or after 4/17/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH |
| 15. NOBLE, Paul | Plaintiff Noble is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 8/18/11, or after 2/14/12[4]<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments | Plaintiff Noble is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/17/11, or after 4/17/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments |

[4] The 8/18/11 to 2/14/12 limitations period is based on Plaintiff Noble's EEOC charge filed 2/14/12, for which a Right to Sue Notice was received 3/23/12.  Baldocchi Dec. Ex. O.  Defendants have a copy of another Right to Sue Notice, issued 9/28/12, which appears to relate to a second EEOC charge filed by Plaintiff Noble.  This chart does not consider the second EEOC charge in its calculation of the applicable limitations period.  Defendants reserve all rights to assert all defenses and arguments if and when additional charge information is discovered, including without limitation, the dates and charge allegations and the SOL limitations periods resulting therefrom

| | | |
|---|---|---|
| | Defendants: <br> ☐ All claims against Defendant UCH | Defendants: <br> ☐ All claims against Defendant UCH |
| 16. PALMER, Xavier | Plaintiff Palmer is barred from bringing under Title VII any and all claims challenging or alleging: <br><br> Date: <br> ☐ Actions that occurred before 7/5/11, or after 4/30/12 <br><br> Scope: <br> ☐ Disparate impact <br> ☐ Discriminatory compensation <br> ☐ Discrimination or retaliation claims related to special assignments <br><br> Defendants: <br> ☐ All claims against Defendant UCH | Plaintiff Palmer is barred from bringing under FEHA any and all claims challenging or alleging: <br><br> Date: <br> ☐ Actions that occurred before 4/30/11, or after 4/30/12 <br><br> Scope: <br> ☐ Disparate impact <br> ☐ Discriminatory compensation <br> ☐ Discrimination or retaliation claims related to special assignments <br><br> Defendants: <br> ☐ All claims against Defendant UCH |
| 17. RICKETTS, David | Plaintiff Ricketts is barred from bringing under Title VII any and all claims challenging or alleging: <br><br> Date: <br> ☐ Actions that occurred before 6/29/11, or after 4/24/12 <br><br> Scope: <br> ☐ Disparate impact <br> ☐ Discriminatory compensation <br> ☐ Discrimination or retaliation claims related to special assignments <br><br> Defendants: <br> ☐ All claims against Defendant UCH | Plaintiff Ricketts is barred from bringing under FEHA any and all claims challenging or alleging: <br><br> Date: <br> ☐ Actions that occurred before 4/24/11, or after 4/24/12 <br><br> Scope: <br> ☐ Disparate impact <br> ☐ Discriminatory compensation <br> ☐ Discrimination or retaliation claims related to special assignments <br><br> Defendants: <br> ☐ All claims against Defendant UCH |
| 18. ROANE, Glenwood | Plaintiff Roane is barred from bringing under Title VII any and all claims challenging or alleging: | Plaintiff Roane is barred from bringing under FEHA any and all claims challenging or alleging: |

| | | |
|---|---|---|
| | Date:<br>☐ Actions that occurred before 8/11/11, or after 2/7/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments (other than Interview Captain – Temporary Special Assignment (WHQ) which he applied for in 2007, and therefore is time-barred anyway)[5]<br><br>Defendants:<br>☐ All claims against Defendant UCH | Date:<br>☐ Actions that occurred before 4/17/11, or after 4/17/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br><br><br><br><br><br><br><br><br>Defendants:<br>☐ All claims against Defendant UCH |
| 19. ROBINSON, Frederick | Plaintiff Robinson is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 6/29/11, or after 4/24/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | Plaintiff Robinson is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/24/11, or after 4/24/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH |

---

[5] In Plaintiff Roane's EEOC intake questionnaire, filed February 7, 2013, he submitted a list of applied-for positions dating back to 2007. One of the listed positions is Interview Captain – Temporary Special Assignment (WHQ), for which he submitted an application in July 2007. Baldocchi Dec. Ex. R; SAC ¶¶ 338, 348, 357, 386, 408.

| 20. SHERMAN, Leo | Plaintiff Sherman is barred from bringing under Title VII any and all claims challenging or alleging: | Plaintiff Sherman is barred from bringing under FEHA any and all claims challenging or alleging: |
|---|---|---|
| | <u>Date:</u><br>☐ Actions that occurred before 6/29/11, or after 4/24/12<br><br><u>Scope:</u><br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br><u>Defendants:</u><br>☐ All claims against Defendant UCH | <u>Date:</u><br>☐ Actions that occurred before 4/24/11, or after 4/24/12<br><br><u>Scope:</u><br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br><u>Defendants:</u><br>☐ All claims against Defendant UCH |
| 21. TOM, Lester | Plaintiff Tom is barred from bringing under Title VII any and all claims challenging or alleging: | Plaintiff Tom is barred from bringing under FEHA any and all claims challenging or alleging: |
| | <u>Date:</u><br>☐ Actions that occurred before 8/18/11, or after 2/14/12[6]<br><br><u>Scope:</u><br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br><u>Defendants:</u><br>☐ All claims against Defendant UCH | <u>Date:</u><br>☐ Actions that occurred before 4/17/11, or after 4/17/12<br><br><u>Scope:</u><br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br><u>Defendants:</u><br>☐ All claims against Defendant UCH |

[6] This chart is based on an unverified charge for Tom.  To the extent that investigation and/or discovery fail to produce a verified charge for Plaintiff Tom, Defendants reserve all rights and defenses with respect to Plaintiff Tom, including but not limited to exhaustion of administrative remedies as to all claims under Title VII.

| 22. WASHINGTON, Erwin | Plaintiff Washington is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐   Actions that occurred before 7/1/11, or after 4/26/12<br><br>Scope:<br>☐   Disparate impact<br>☐   Discriminatory compensation<br>☐   Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐   All claims against Defendant UCH | Plaintiff Washington is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐   Actions that occurred before 4/26/11, or after 4/26/12<br><br>Scope:<br>☐   Disparate impact<br>☐   Discriminatory compensation<br>☐   Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐   All claims against Defendant UCH |
|---|---|---|
| 23. WILSON, Darryl | Plaintiff Wilson is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐   Actions that occurred before 7/1/11, or after 4/26/12<br><br>Scope:<br>☐   Disparate impact<br>☐   Discriminatory compensation<br>☐   Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐   All claims against Defendant UCH | Plaintiff Wilson is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐   Actions that occurred before 4/26/11, or after 4/26/12<br><br>Scope:<br>☐   Disparate impact<br>☐   Discriminatory compensation<br>☐   Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐   All claims against Defendant UCH |