IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELDRIDGE JOHNSON, et al.,

    Plaintiffs,

  v.

UNITED CONTINENTAL HOLDINGS, INC., et al.,

    Defendants.

No. C-12-2730 MMC

**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE**

    Before the Court are two motions filed February 15, 2013, by defendants United Airlines, Inc., United Continental Holdings, Inc., and Continental Airlines, Inc.: (1) Motion to Dismiss Second Amended Complaint With Prejudice; and (2) Motion to Strike. Plaintiffs have filed opposition to each motion; defendants have filed a reply to each opposition. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for March 22, 2013.

    **IT IS SO ORDERED.**

Dated: March 20, 2013

    _____
    MAXINE M. CHESNEY
    United States District Judge