UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON, MARIO ECUNG, LEON MILLER, XAVIER PALMER, KENNETH MONTGOMERY, ANNETTE GADSON, PAUL C. NOBLE, JOHNNIE E. JONES, Jr., FREDERICK ROBINSON, GLEN ROANE, DAVID RICKETTS, LESTER TOM, TERRY HAYNIE, SAL CROCKER, ANTHONY MANSWELL, KARL MINTER, ERWIN WASHINGTON, DARRYL WILSON, LEO SHERMAN, KEN HANEY, RICHARD JOHN, ODIE BRISCOE, and TERENCE HARTSFIELD,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED CONTINENTAL HOLDINGS, INC.; UNITED AIR LINES, INC.; CONTINENTAL AIRLINES, INC.; and DOES 1-10,<br><br>Defendants. | CASE NO. 3:12-CV-02730-MMC<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE APRIL 26, 2013 CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES<br><br>Judge:   Hon. Maxine M. Chesney<br><br>Complaint filed:   May 29, 2012<br>FAC filed:             July 20, 2012<br>SAC filed:            November 30, 2012 |

Case No. 3:12-CV-02730-MMC

[PROPOSED] ORDER GRANTING DEFTS'
MOTION TO CONTINUE 4/26/13 CMC
AND RELATED DEADLINES

1   Having considered the ~~papers and all pleadings on file and good cause appearing therefor,~~ motion and plaintiffs' opposition, the Court finds good cause exists to continue the Case Management Conference, namely the pendency of the motion to dismiss.

2   IT IS HEREBY ORDERED that Defendants' Administrative Motion to Continue April 26, 2013 Case Management Conference and Related Deadlines is GRANTED, as follows:

☐ ~~The Case Management Conference scheduled on April 26, 2013 and all related deadlines (including but not limited to the deadlines for the parties' Federal Rule of Civil Procedure 26 early meeting of counsel, the parties' initial disclosures pursuant to Rule 26, and the parties' Joint Case Management Statement) are vacated and continued until after such time the Court issues a ruling on Defendants' Motion to Dismiss Second Amended Complaint With Prejudice and Motion to Strike ("Defendants' Motions").~~

X   The Case Management Conference is continued to ~~a date at least thirty (30) days after the Court's ruling on Defendants' Motions, and shall be held on~~ June 28, 2013, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than June 21, 2013.

IT IS SO ORDERED.

Dated: April 16, 2013

_____
MAXINE M. CHESNEY
United States District Judge

---

Case No. 3:12-CV-02730-MMC    -1-    [PROPOSED] ORDER GRANTING DEFTS' MOTION TO CONTINUE 4/26/13 CMC AND RELATED DEADLINES