SMITH PATTEN
SPENCER SMITH, ESQ. (SBN:236587)
DOW W. PATTEN, ESQ. (SBN:135931)
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 402-0084
Facsimile (415) 520-0104

Attorney for Plaintiffs
ELDRIDGE JOHNSON, MARIO ECUNG, LEON MILLER, XAVIER PALMER, KENNETH MONTGOMERY, ANNETTE GADSON, PAUL C. NOBLE, JOHNNIE E. JONES, Jr., FREDERICK ROBINSON, GLEN ROANE, DAVID RICKETTS, LESTER TOM, TERRY HAYNIE, SAL CROCKER, ANTHONY MANSWELL, KARL MINTER, ERWIN WASHINGTON, DARRYL WILSON, LEO SHERMAN, KEN HANEY, RICHARD JOHN, ODIE BRISCOE, and TERENCE HARTSFIELD

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON, MARIO ECUNG, LEON MILLER, XAVIER PALMER, KENNETH MONTGOMERY, ANNETTE GADSON, PAUL C. NOBLE, JOHNNIE E. JONES, Jr., FREDERICK ROBINSON, GLEN ROANE, DAVID RICKETTS, LESTER TOM, TERRY HAYNIE, SAL CROCKER, ANTHONY MANSWELL, KARL MINTER, ERWIN WASHINGTON, DARRYL WILSON, LEO SHERMAN, KEN HANEY, RICHARD JOHN, ODIE BRISCOE, and TERENCE HARTSFIELD<br><br>Plaintiffs,<br><br>v.<br><br>UNITED CONTINENTAL HOLDINGS, INC.; UNITED AIRLINES, INC.; CONTINENTAL AIRLINES, INC.; and DOES 1-10<br><br>Defendants. | Case No. 3:12-cv-02730 MMC<br><br>[~~PROPOSED~~] ORDER GRANTING LEAVE TO FILE UNDER SEAL CIVIL L.R. 79-5; DIRECTIONS TO PLAINTIFFS |

1   Plaintiffs in the above-entitled action has filed an Administrative Motion for Leave to
2  File Under Seal pursuant to Civil L.R. 79-5. Based upon the Declaration of Counsel, and good
3  cause appearing, Plaintiff is granted leave to file the meet and confer correspondence discussing,
4  *inter alia*, a document which contains a confidentiality provision relevant to Plaintiffs' claims.
5   Plaintiffs are hereby DIRECTED to file under seal, no later than May 28, 2013, said meet and confer correspondence, specifically, Exhibits A-D to the Declaration of Spencer F. Smith.
6  GOOD CAUSE APPEARING, IT IS SO ORDERED.

8  Dated:  May 22, 2013

   Honorable Maxine M. Chesney
   United States District Judge