IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON, et al., <br><br>　　　　Plaintiffs, <br>　v. <br>UNITED CONTINENTAL HOLDINGS, INC., et al., <br><br>　　　　Defendants. | No. C-12-2730 MMC <br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION** |

　　　　Before the Court is defendants' "Administrative Motion to File Motions to Dismiss and Strike, to Extend Time to Answer Plaintiffs' Third Amended Complaint, and to Continue Case Management Conference," filed May 23, 2013.  Plaintiffs have filed opposition.[1] Having read and considered the papers filed in support and in opposition to the motion, the Court hereby rules as follows.

　　　　In their motion, defendants seek an extension of time to file a motion to dismiss the Third Amended Complaint and a motion to strike, as well as a continuance of the Case Management Conference, presently scheduled for June 28, 2013, and an extension of the deadline to file an answer.[2]

---

[1] Plaintiffs failed to provide the Court with a chambers copy of their opposition. Nonetheless, the Court has considered it.  For future reference, plaintiffs are reminded that, pursuant to Civil Local Rule 5-1(e)(7) and the Court's Standing Orders, parties are required to provide for use in chambers one paper copy of each document that is filed electronically.

[2] In their opposition, plaintiffs argue defendants' motion is "procedurally defective" in that defendants seek relief under Civil Local Rule 7-11 rather than Civil Local Rule 6-3. (See Opp. at 2:20-22.)  In response thereto, defendants have filed a "Reply" in which they argue the motion is proper under Civil Local Rule 7-11, or, to the extent it is not, should be

Given the length of the Third Amended Complaint, the Court finds good cause exists to extend the deadline for defendants to file a motion to dismiss and a motion to strike. Further, the Court finds there is little to be accomplished in conducting a Case Management Conference prior to resolution of the motion to dismiss, and, consequently, will continue the Case Management Conference.[3]

Accordingly, to the extent the motion seeks such extension and continuance, the motion is hereby GRANTED and the Court hereby SETS the following schedule:

1. No later than June 27, 2013, defendants shall file their motion to dismiss and motion to strike, and shall notice said motions for hearing on August 9, 2013, at 9:00 a.m.

2. No later than July 18, 2013, plaintiffs shall file their oppositions to defendants' motions.

3. No later than July 26, 2013, defendants shall file their replies.

4. The Case Management Conference is continued from June 28, 2013 to September 27, 2013, at 10:30 a.m.; a Joint Case Management Conference shall be filed no later than September 20, 2013.

To the extent defendants move for an extension of the time to answer the Third Amended Complaint, the motion is hereby DENIED as premature.

**IT IS SO ORDERED.**

Dated: June 3, 2013

MAXINE M. CHESNEY
United States District Judge

---

deemed as having been brought under Civil Local Rule 6-3. Plaintiffs move to strike the reply as unauthorized. Because neither Civil Local Rule 6-3 nor 7-11 provides for the filing of a reply, plaintiffs' motion to strike the reply is hereby GRANTED. The Court, however, does not find the motion procedurally barred and, as discussed, infra, has addressed the matter on its merits.

[3] Plaintiffs' argue the Case Management Conference should go forward as scheduled because the initial complaint was filed approximately one year ago. The Court is not persuaded, any such delay having been occasioned by plaintiffs' efforts, unsuccessful to date, to allege in a single action a large number of individual claims on behalf of twenty-three separate parties.