IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELDRIDGE JOHNSON, et al.,

    Plaintiffs,

v.

UNITED CONTINENTAL HOLDINGS, INC., et al.,

    Defendants.

No. C-12-2730 MMC

**ORDER DIRECTING PLAINTIFFS TO FILE CORRECTED THIRD AMENDED COMPLAINT**

On May 20, 2013, plaintiffs, with leave of court, filed their Third Amended Complaint for Damages and Injunctive Relief. Thereafter, on June 11, 2013, plaintiffs filed a "Notice of Errata," in which they set forth approximately five pages of itemized changes thereto.

Given the exceptionally large number of changes, the Court hereby DIRECTS plaintiffs to file, no later than June 21, 2013, a "Corrected Third Amended Complaint for Damages and Injunctive Relief," incorporating therein the changes set forth in the above-referenced Notice of Errata.

**IT IS SO ORDERED.**

Dated: June 14, 2013

                              MAXINE M. CHESNEY
                              United States District Judge