# EXHIBIT 1

## \*\*\* EMPLOYMENT \*\*\*

**COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT**

DFEH # E201112M6136-00

DFEH USE ONLY

### CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| JOHNSON JR., ELDRIDGE | (708)848-0072 |

ADDRESS: 1111 NORTH GROVE AVENUE

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| OAK PARK, IL 60302 | OUT OF STATE | 000 |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| UNITED AIRLINES | (800)864-8331 |

ADDRESS: PO BOX 8097

DFEH USE ONLY

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| SAN FRANCISCO, CA 94128 | SAN FRANCISCO | 075 |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE |
|---|---|---|
| 500+ | 10/01/2011 | 00 |

**THE PARTICULARS ARE:**

I allege that on about or before 10/01/2011, the following conduct occurred:

- ___ termination
- ___ laid off
- ___ demotion
- ___ harassment
- ___ genetic characteristics testing
- ___ constructive discharge (forced to quit)
- ___ impermissible non-job-related inquiry
- ___ denial of employment
- **X** denial of promotion
- ___ denial of transfer
- ___ denial of accommodation
- ___ failure to prevent discrimination or retaliation
- ___ retaliation
- ___ other (specify) _____
- ___ denial of family or medical leave
- ___ denial of pregnancy leave
- ___ denial of equal pay
- ___ denial of right to wear pants
- ___ denial of pregnancy accommodation

by **UNITED AIRLINES**

Name of Person _____ Job Title (supervisor/manager/personnel director/etc.) _____

**because of:**
- ___ sex
- ___ age
- ___ religion
- **X** race/color
- ___ national origin/ancestry
- ___ marital status
- ___ sexual orientation
- ___ association
- ___ disability (physical or mental)
- ___ medical condition (cancer or genetic chracteristic)
- ___ other (specify) _____
- **X** retaliation for engaging in protected activity or requesting a protected leave or accommodation

**State of what you believe to be the reason(s) for discrimination:** IN OCTOBER 2011, I APPLIED FOR FOUR MANAGEMENT POSITIONS. UNITED PASSED ME OVER FOR PROMOTIONS AND I HAVE NOT RECEIVED ANY JOB OFFERS. UNITED AIRLINES RETALIATED AGAINST ME BECAUSE I AM PART OF THE UNITED COALITION GROUP. THE UNITED COALITION FILED DISCRIMINATION CHARGES AGAINST UNITED AIRLINES IN JANUARY 2010.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated 03/14/2012

At San Francisco

DATE FILED: 03/14/2012

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA



STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                              EDMUND G. BROWN, JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                 Phyllis W. Cheng, Director
1515 CLAY STREET, SUITE 701, OAKLAND, CA 94612
(510) 622-2941
www.dfeh.ca.gov

March 14, 2012

RE:  E201112M6136-00
     JOHNSON JR./UNITED AIRLINES

## NOTICE TO COMPLAINANT'S ATTORNEY

Enclosed is a copy of your client's complaint of discrimination filed with the Department of Fair Employment and Housing (DFEH) pursuant to the California Fair Employment and Housing Act, Government Code section 12900 et seq. Also enclosed is a copy of your client's Notice of Case Closure, which constitutes your client's right-to-sue notice. Pursuant to Government Code section 12962, DFEH will not serve these documents on the employer.

Please refer to the enclosed Notice of Case Closure for information regarding filling a private lawsuit in the State of California.

Sincerely,

*[signature]*

Selena Wong
District Administrator

Enclosure:  Complaint of Discrimination
            Notice of Case Closure

DFEH-200-06 (01/08)

**EXHIBIT 1, PAGE 3**



STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                    EDMUND G. BROWN, JR., Governor

## DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
Phyllis W. Cheng, Director

1515 CLAY STREET, SUITE 701, OAKLAND, CA 94612
(510) 622-2941
www.dfeh.ca.gov

March 14, 2012

JOHNSON JR., ELDRIDGE
1111 NORTH GROVE AVENUE
OAK PARK, IL 60302

RE:  E201112M6136-00
     JOHNSON JR./UNITED AIRLINES

Dear JOHNSON JR., ELDRIDGE:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective March 14, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

**EXHIBIT 1, PAGE 4**

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Selena Wong
District Administrator

cc: Case File

MICHAEL BONDS
HUMAN RESOURCES DIRECTOR
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO, IL 60601

DFEH-200-43 (06/06)

**EXHIBIT 1, PAGE 5**