# EXHIBIT 2

1   DONNA M. MELBY (SB# 86417)
    donnamelby@paulhastings.com
2   JENNIFER S. BALDOCCHI (SB# 168945)
    jenniferbaldocchi@paulhastings.com
3   MELINDA A. GORDON (SB# 254203)
    melindagordon@paulhastings.com
4   PAUL HASTINGS LLP
    515 South Flower Street, Twenty-Fifth Floor
5   Los Angeles, CA  90071-2228
    Telephone:  1(213) 683-6000
6   Facsimile:  1(213) 627-0705

7   GARY T. LAFAYETTE (SB# 088666)
    glafayette@lkclaw.com
8   LAFAYETTE & KUMAGAI LLP
    100 Spear Street, Suite 600
9   San Francisco, CA 94105
    Telephone:  1(415) 357-4600
10  Facsimile:  1(415) 357-4605

11  Attorneys for Defendants
    UNITED AIRLINES, INC.; UNITED
12  CONTINENTAL HOLDINGS, INC.; AND
    CONTINENTAL AIRLINES, INC.

13

14

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17  ELDRIDGE JOHNSON, MARIO ECUNG,     CASE NO. 3:12-CV-02730-MMC
    LEON MILLER, XAVIER PALMER,
18  KENNETH MONTGOMERY, ANNETTE        **DECLARATION OF JENNIFER S.**
    GADSON, PAUL C. NOBLE, JOHNNIE E.  **BALDOCCHI IN SUPPORT OF**
19  JONES, Jr., FREDERICK ROBINSON,    **DEFENDANTS' MOTION TO DISMISS**
    GLEN ROANE, DAVID RICKETTS,        **SECOND AMENDED COMPLAINT**
20  LESTER TOM, TERRY HAYNIE, SAL      **WITH PREJUDICE AND DEFENDANTS'**
    CROCKER, ANTHONY MANSWELL,         **MOTION TO STRIKE**
    KARL MINTER, ERWIN WASHINGTON,
21  DARRYL WILSON, LEO SHERMAN, KEN
    HANEY, RICHARD JOHN, ODIE          Date:      March 22, 2013
22  BRISCOE, and TERENCE HARTSFIELD,   Time:      9:00 a.m.
                                       Courtroom:  7
23             Plaintiffs,             Judge:     Hon. Maxine M. Chesney

24       vs.                          Complaint filed:   May 29, 2012
                                       FAC filed:         July 20, 2012
25  UNITED CONTINENTAL HOLDINGS,       SAC filed:         November 30, 2012
    INC.; UNITED AIR LINES, INC.;
26  CONTINENTAL AIRLINES, INC.; and
     DOES 1-10,

27

28             Defendants.

Case No. 3:12-CV-02730-MMC                    DECL. OF BALDOCCHI  ISO DEFENDANTS' MOTION
                                              TO DISMISS SAC W/PREJUDICE & MTN TO STRIKE

**EXHIBIT 2, PAGE 6**

### DECLARATION OF JENNIFER S. BALDOCCHI

1. I, JENNIFER S. BALDOCCHI declare: I am an attorney at law licensed to practice before the Courts of the State of California and this Court. I am Of Counsel at the law firm of Paul Hastings LLP ("Paul Hastings"), responsible for the representation of United Continental Holdings, Inc., United Air Lines, Inc., and Continental Airlines, Inc. ("Defendants") in the above-captioned matter. If called as a witness, I would and could competently testify to the following to be true and correct on the basis of my own personal knowledge and upon information from the business records of Paul Hastings LLP that are in my custody and control. I make this declaration in support of Defendants' Motion To Dismiss Second Amended Complaint With Prejudice and Defendants' Motion to Strike.

### I.     Defendants' Efforts To Obtain Copies of Plaintiffs' Administrative Charges.

2. No administrative charges filed by or on behalf of any Plaintiff against any Defendant were attached to the Second Amended Complaint ("SAC").

3. In order to insure that full and complete records of any and all administrative charge(s) filed by any Plaintiff had been obtained, Paul Hastings requested copies of any administrative charges filed by any Plaintiff against any Defendant from the Equal Employment Opportunity Commission ("EEOC") and the California Department of Fair Employment & Housing ("DFEH").

4. Paul Hastings obtained the EEOC charges pursuant to Freedom of Information Act ("FOIA") requests to the Custodian of Records for the EEOC in San Francisco, California, through a request for any and all documents that the EEOC had relating to any complaint by any Plaintiff against any Defendants, including any charges of discrimination filed by any Plaintiff against any or all of the Defendants.[1]

5. Paul Hastings obtained the DFEH charges pursuant to requests under the California Public Records Act ("CPRA") to the Custodian of Records for the DFEH in San

---

[1] The EEOC right to sue letter for Plaintiff Gadson, and the second EEOC right to sue letters for Plaintiffs John and Noble were not received from the EEOC but were already in Defendants' possession.

Francisco, seeking for each Plaintiff any and all documents the DFEH may have relating to complaints by the Plaintiffs against Defendants, including any charges of discrimination filed by the Plaintiff against any or all of the Defendants.

6.     True and correct copies of Plaintiff Briscoe's EEOC intake questionnaire (filed 4/26/12), verified charge (filed 6/6/12), and right to sue letter (dated 6/27/12), and Plaintiff Briscoe's DFEH charge (filed 4/24/12) and right to sue letter (dated 4/24/12) are attached as **Exhibit A.**

7.     True and correct copies of Plaintiff Crocker's EEOC intake questionnaire (filed 2/21/12), verified charge (filed 6/21/12), and right to sue letter (dated 7/17/12), and Plaintiff Crocker's DFEH charge (filed 4/17/12) and right to sue letter (dated 4/17/12) are attached as **Exhibit B.**

8.     True and correct copies of Plaintiff Ecung's EEOC intake questionnaire (filed 5/9/12), verified charge (filed 6/12/12), and right to sue letter (dated 6/22/12), and Plaintiff Ecung's DFEH charge (filed 4/23/12) and right to sue letter (dated 4/23/12) are attached as **Exhibit C.**

9.     True and correct copies of Plaintiff Gadson's EEOC intake questionnaire (filed 5/3/12 and amended 5/7/12), verified charge (filed 6/7/12), and right to sue letter (dated 6/12/12), and Plaintiff Gadson's DFEH charge (filed 5/1/12) and right to sue letter (dated 5/1/12) are attached as **Exhibit D.**

10.     True and correct copies of Plaintiff Haney's EEOC intake questionnaire (filed 5/1/12), verified charge (filed 6/14/12), and right to sue letter (dated 6/15/12), and Plaintiff Haney's DFEH charge (filed 4/30/12) and right to sue letter (dated 4/30/12) are attached as **Exhibit E.**

11.     True and correct copies of Plaintiff Hartsfield's EEOC intake questionnaire (filed 6/28/12), verified charge (filed 6/29/12), and right to sue letter (dated 6/29/12), and Plaintiff Hartsfield's DFEH charge (filed 6/27/12) and right to sue letter (dated 6/27/12) are attached as **Exhibit F.**

**EXHIBIT 2, PAGE 8**

1    12.    True and correct copies of Plaintiff Haynie's EEOC intake questionnaires (filed

2  4/11/12 and 7/17/12), verified charges (filed 5/18/12 and 8/14/12), and right to sue letters (dated

3  6/6/12 and 8/17/12), and Plaintiff Haynie's DFEH charge (filed 3/28/12) and right to sue letter

4  (dated 3/28/12) are attached as **Exhibit G.**

5    13.    True and correct copies of Plaintiff John's EEOC intake questionnaire (filed

6  2/9/12), verified charge (filed 2/27/12), and right to sue letters (dated 3/1/12 and 9/28/12), and

7  Plaintiff John's DFEH charge (filed 4/17/12) and right to sue letter (dated 4/17/12) are attached as

8  **Exhibit H.**

9    14.    True and correct copies of Plaintiff Johnson's EEOC intake questionnaire (filed

10  2/28/12), verified charge (filed 6/13/12), and right to sue letter (dated 6/15/12), and a letter from

11  the DFEH confirming the absence of any records of a 2012 DFEH charge filed by Plaintiff

12  Johnson (dated 1/29/13) are attached as **Exhibit I.**

13    15.    True and correct copies of Plaintiff Jones' EEOC intake questionnaire (filed

14  2/13/12), verified charge (filed 3/9/12), and right to sue letter (dated 3/16/12), and Plaintiff Jones'

15  DFEH charge (filed 4/17/12) and right to sue letter (dated 4/17/12) are attached as **Exhibit J.**

16    16.    True and correct copies of Plaintiff Manswell's EEOC intake questionnaire (filed

17  5/8/12), verified charge (filed 6/7/12), and right to sue letter (dated 6/13/12), and Plaintiff

18  Manswell's DFEH charge (filed 4/24/12) and right to sue letter (dated 4/24/12) are attached as

19  **Exhibit K.**

20    17.    True and correct copies of Plaintiff Miller's EEOC intake questionnaire (filed

21  4/27/12), verified charge (filed 5/31/12), and right to sue letter (dated 6/5/12), and Plaintiff

22  Miller's DFEH charge (filed 4/24/12) and right to sue letter (dated 4/24/12) are attached as

23  **Exhibit L.**

24    18.    True and correct copies of Plaintiff Minter's EEOC intake questionnaire (filed

25  2/14/12), verified charge (filed 3/21/12), and right to sue letter (dated 3/23/12), and Plaintiff

26  Minter's DFEH charge (filed 4/17/12) and right to sue letter (dated 4/17/12) are attached as

27  **Exhibit M.**

28

19.     True and correct copies of Plaintiff Montgomery's EEOC intake questionnaire (filed 2/7/12), verified charge (filed on or about 2/27/12[2]), and right to sue letter (dated 3/2/12), and Plaintiff Montgomery's DFEH charge (filed 4/17/12) and right to sue letter (dated 4/17/12) are attached as **Exhibit N.**

20.     True and correct copies of Plaintiff Noble's EEOC intake questionnaire (filed 2/14/12), verified charge (filed 3/21/12), and right to sue letters (dated 3/23/12 and 9/28/12), and Plaintiff Noble's DFEH charge (filed 4/17/12) and right to sue letter (dated 4/17/12) are attached as **Exhibit O.**

21.     True and correct copies of Plaintiff Palmer's EEOC intake questionnaire (filed 5/1/12), verified charge (filed 6/8/12), and right to sue letter (dated 6/29/12), and Plaintiff Palmer's DFEH charge (filed 4/30/12) and right to sue letter (dated 4/30/12) are attached as **Exhibit P.**

22.     True and correct copies of Plaintiff Ricketts' EEOC intake questionnaire (filed 5/4/12), verified charge (filed 6/8/12), and right to sue letter (dated 6/19/12), and Plaintiff Ricketts' DFEH charge (filed 4/24/12) and right to sue letter (dated 4/24/12) are attached as **Exhibit Q.**

23.     True and correct copies of Plaintiff Roane's EEOC intake questionnaire (filed 2/7/12), verified charge (filed 2/24/12), and right to sue letter (dated 3/8/12), and Plaintiff Roane's DFEH charge (filed 4/17/12) and right to sue letter (dated 4/17/12) are attached as **Exhibit R.**

24.     True and correct copies of Plaintiff Robinson's EEOC intake questionnaire (filed 4/26/12), verified charge (filed 6/4/12), and right to sue letter (dated 6/7/12), and Plaintiff Robinson's DFEH charge (filed 4/24/12) and right to sue letter (dated 4/24/12) are attached as **Exhibit S.**

25.     True and correct copies of Plaintiff Sherman's EEOC intake questionnaire (filed 4/26/12), verified charge (filed 5/18/12), and right to sue letter (dated 6/7/12), and Plaintiff

---

[2] The EEOC receipt stamp is illegible, but appears to indicate 2/27/12.

**EXHIBIT 2, PAGE 10**

Sherman's DFEH charge (filed 4/24/12) and right to sue letter (dated 4/24/12) are attached as **Exhibit T.**

26.     True and correct copies of Plaintiff Tom's EEOC intake questionnaire (filed 2/14/12), charge[3], and right to sue letter (dated 6/29/12), and Plaintiff Tom's DFEH charge (filed 4/17/12) and right to sue letter (dated 4/17/12) are attached as **Exhibit U.**

27.     True and correct copies of Plaintiff Washington's EEOC intake questionnaire (filed 4/30/12), verified charge (filed 6/22/12), and right to sue letter (dated 6/29/12), and Plaintiff Washington's DFEH charge (filed 4/26/12) and right to sue letter (dated 4/26/12) are attached as **Exhibit V.**

28.     True and correct copies of Plaintiff Wilson's EEOC intake questionnaire (filed 2/23/12), verified charge (filed 5/6/12), and right to sue letter (dated 5/10/12), and Plaintiff Washington's DFEH charge (filed 4/17/12) and right to sue letter (dated 4/17/12) are attached as **Exhibit W.**

**II.     Plaintiffs' Non-Exhausted Claims.**

29.     Attached as **Exhibit X** is a chart setting forth each Plaintiff's non-exhausted claims under Title VII and FEHA, from which he or she is barred from bringing suit.  This chart is based on each Plaintiff's EEOC and/or DFEH administrative charges, which are attached hereto as Exhibits A – W, as set forth above.

**III.     Calculation Of Date Parameters For Plaintiffs' Non-Exhausted Claims.**

30.     The limitations period related to any DFEH or EEOC charges at issue were determined as follows:

(a)     To determine the period of exhausted claims under Title VII,

(i)     where a Plaintiff filed the relevant administrative charge with only the EEOC[4], or with the EEOC prior to filing a charge with a state agency[5], the

---

[3] I am informed and believe, and it is my understanding, that as of the date of the signing of this Declaration, no verified EEOC charge for Plaintiff Tom has been located.  To the extent that investigation and/or discovery fail to produce a verified charge for Plaintiff Tom, Defendants reserve all rights and defenses with respect to Plaintiff Tom, including but not limited to exhaustion of administrative remedies as to all claims under Title VII.
[4] Plaintiff Johnson.

**EXHIBIT 2, PAGE 11**

date 180 days prior to the EEOC filing date was used as the earliest date for which the Plaintiff may pursue a claim under Title VII, and the EEOC filing date was used as the last date for which the Plaintiff may pursue a Title VII claim.

(ii)     where a Plaintiff filed an administrative charge with the DFEH prior to filing a charge with the EEOC[6], the date 300 days prior to the DFEH filing date was used as the earliest date for which the Plaintiff may pursue a Title VII claim, and the DFEH filing date was used as the last date for which the Plaintiff may pursue a Title VII claim.

(3)  To determine the period of exhausted claims under FEHA, the date one year prior to the filing date of a Plaintiff's DFEH charge was used as the earliest date for which the Plaintiff may pursue a FEHA claim, and the DFEH filing date was used as the last date for which the Plaintiff may pursue a FEHA claim.

31.     For purposes of identifying the operative "filing date" of a DFEH charge, the day reflected in the "DATE FILED" stamp at the bottom of each Plaintiff's DFEH charge was utilized.

32.     For purposes of identifying the operative "filing date" of an EEOC charge, the following dates were used:

(a)  Where a Plaintiff submitted an intake questionnaire and concurrently expressed intent to file a charge,[7] the date the EEOC received the submission, as indicated by the EEOC receipt stamp, was used.

(b)  Where a Plaintiff submitted an intake questionnaire and concurrently expressed intent to file a charge, but the submitted form bears no receipt stamp from the EEOC[8], the date the Plaintiff sent the intake questionnaire, as reflected by the date of the letter enclosing the questionnaire, was used.

---

[5] Plaintiffs Crocker, John, Jones, Minter, Montgomery, Noble, Roane, Tom, and Wilson.
[6]  Plaintiffs Briscoe, Ecung, Gadson, Haney, Hartsfield, Haynie, Manswell, Miller, Palmer, Ricketts, Robinson, Sherman, and Washington.
[7]  All Plaintiffs other than Plaintiff Crocker.
[8] Plaintiff Crocker.

**EXHIBIT 2, PAGE 12**

1      I declare under penalty of perjury under the laws of the United States of America that the

2  foregoing is true and correct. Executed this 15th day of February, 2013, at Los Angeles,

3  California.

4

5                                 Jennifer S. Baldocchi

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 2, PAGE 13**

# EXHIBIT A



**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*

April 25, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

     Re:   *Odie Briscoe v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire to file Odie Briscoe's charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information by **Tuesday, May 1, 2012.** Please contact me as soon as possible if there are any problems.

Sincerely,

Kristine D. Kahey
*Assistant to Spencer F. Smith*



enclosure

1

**EXHIBIT 2A, PAGE 15**

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." **(PLEASE PRINT)**

**1. Personal Information**

Last Name: Briscoe    First Name: Odie    MI:

Street or Mailing Address: 3090 Lakewood Circle    Apt or Unit #:

City: Weston    County:    State: FL    Zip: 33332

Phone Numbers: Home: (954) 646-8026    Work: (   )

Cell: (   )    Email Address: CDRob756@aol.com

Date of Birth: 04/05/1952    Sex: ☑ Male ☐ Female    Do You Have a Disability? ☐ Yes ☑ No

**Please answer each of the next three questions.**    i. Are you Hispanic or Latino?  ☐ Yes  ☑ No

ii. What is your Race?   Please choose all that apply.  ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
   ☑ Black or African American  ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? _____ African American

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ██████████    Relationship: ██████████

Address: ██████████    City: ██████████    ██████   p Code: ██████

Home Phone: ██████████    Other Phone: (   )

**2. I believe that I was discriminated against by the following organization(s):**  (Check those that apply)

☑ Employer  ☐ Union  ☐ Employment Agency  ☐ Other (Please Specify)

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: United Airlines

Address: 77 West Wacker Drive    County:

City: Chicago    State: IL Zip: 60601    Phone: (312) 864-8331

Type of Business: Airlines    Job Location if different from Org. Address:

Human Resources Director or Owner Name: Jeff Smisek    Phone: (   )

**Number of Employees in the Organization at All Locations:** Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☑ More than 500

RECEIVED
APR 2 6 2012
EEOC-SFDO

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?**

Date Hired: 10/1997    Job Title at Hire: First Officer

Pay Rate When Hired: $25,000/yr    Last or Current Pay Rate: $165/hr

Job Title at Time of Alleged Discrimination: Captain    Date Quit/Discharged:

Name and Title of Immediate Supervisor: Dave Ross

If Job Applicant, Date You Applied for Job    2011    Job Title Applied For  Line Check Airman

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race  ☐ Sex  ☐ Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☐ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information? _____
_____ N/A _____

Other reason (basis) for discrimination (Explain): _____ N/A _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

**A. Date:** 2009-Present **Action:** I have been passed over for promotions since 2009 to the present. All job openings have not been posted (see attached

**Name and Title of Person(s) Responsible:** _____

**B. Date:** _____ **Action:** _____
_____

**Name and Title of Person(s) Responsible** _____

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.

These actions were discriminatory because all management positions have not been fairly posted for all qualified candidates.

**7. What reason(s) were given to you for the acts you consider discriminatory?  By whom?  His or Her Job Title?**

No reasons were given.

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |
| | | | |

2

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A.

B.

**Of the persons in the same or similar situation as you, who was treated *same* as you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A.

B.

**Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.**

**9.  Please check all that apply:**       ☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

**10.  What is the disability that you believe is the reason for the adverse action taken against you?   Does this disability prevent or limit you from doing anything?**  (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

N/A

**11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

N/A

**12.  Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes ☐ No

If "Yes," when did you ask? _____   How did you ask (verbally or in writing)? _____

Who did you ask?  (Provide full name and job title of person)

Describe the changes or assistance that you asked for: _____

N/A

How did your employer respond to your request? _____

3

Exhibit A, Page 11

**EXHIBIT 2A, PAGE 18**

**13.** Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| | Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|---|
| A. | | | | |
| B. | | | | |

**14.** Have you filed a charge previously on this matter with the EEOC or another agency?   ☐ Yes   ☑ No

**15.** If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

N/A

**16.** Have you sought help about this situation from a union, an attorney, or any other source?   ☐ Yes   ☑ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Law Office of Spencer Smith          S.F. CA 94111
353 Sacramento St Suite 1120

Please check one of the boxes below *to tell us what you would like us to do with the information you are providing on this questionnaire.* If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

---

**BOX 1** ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

---

**BOX 2** ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

---

O Bussel                                4 / 25 / 2012
_____                         _____
Signature                               Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

**Odie Briscoe EEOC Attachment**

**#5 What happened to you that you believe was discriminatory?**

> **Action:** (Cont.) Less qualified non African-American candidates were selected for the management positions. These candidates were selected by a "tap on the shoulder" basis.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 550-2012-01115 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Odle Briscoe JR. | (954) 646-8026 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 3090 Lakewood Circle, Weston, FL 33332 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNITED AIRLINES | 500 or More | (800) 864-8331 |

| Street Address | City, State and ZIP Code |
|---|---|
| 77 West Wacker Drive, Chicago, IL 60601 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest                    Latest<br>05-16-2012<br>☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent in or about October 1997. My current job title is Captain. My immediate Supervisor is Dave Ross. From 2009 until the present, I have been passed over for promotion. Respondent has also failed to post Management positions, in an equitable manner, for all qualified candidates to apply. Specifically, less qualified non-African-American candidates have been selected for such positions.

Respondent did not state a reason for its actions.

I believe I have been discriminated against on the basis of my race (Black), in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED
JUN 0 6 2012
EEOC-SFDO

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 5/21/12     O. Briscoe JR.<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

**EXHIBIT 2A, PAGE 21**

EEOC Form 161-B (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: Odie Briscoe<br>3090 Lakewood Circle<br>Weston, FL 33332 | From: San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|

|   | ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-01115 | Carlos U. Rocha,<br>Investigator | (415) 625-5658 |

(See also the additional information enclosed with this form.)

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

| ☐ | More than 180 days have passed since the filing of this charge. |
|---|---|
| ☒ | Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge. |
| ☒ | The EEOC is terminating its processing of this charge. |
| ☐ | The EEOC will continue to process this charge. |

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

| ☐ | The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost. |
|---|---|
| ☐ | The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time. |

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_signature_   6-27-12

Michael Baldonado,
District Director   (Date Mailed)

Enclosures(s)

cc:

HR Director
UNITED AIRLINES
77 West Wacker Drive
Chicago, IL 60601

Exhibit A, Page 15

# * * * EMPLOYMENT * * *

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | **E201112M6372-00** |
|---|---|---|
| | | DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.)
**BRISCOE, ODIE**

TELEPHONE NUMBER (INCLUDE AREA CODE)
**(954)646-8026**

ADDRESS
**3090 LAKEWOOD CIRCLE**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **WESTON, FL 33332** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME
**UNITED AIRLINES**

TELEPHONE NUMBER (Include Area Code)
**(800)864-8331**

ADDRESS
**PO BOX 8097**

DFEH USE ONLY

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month,day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **04/24/2012** | **00** |

THE PARTICULARS ARE:

I allege that on about or before <u>04/24/2012</u>, the following conduct occurred:

_____ termination
_____ laid off
_____ demotion
_____ harassment
_____ genetic characteristics testing
_____ constructive discharge (forced to quit)
_____ impermissible non-job-related inquiry

_____ denial of employment
__X__ denial of promotion
_____ denial of transfer
_____ denial of accommodation
_____ failure to prevent discrimination or retaliation
_____ retaliation
_____ other (specify) _____

_____ denial of family or medical leave
_____ denial of pregnancy leave
_____ denial of equal pay
_____ denial of right to wear pants
_____ denial of pregnancy accommodation

by **UNITED AIRLINES**

Name of Person _____  Job Title (supervisor/manager/personnel director/etc.)

because of :

___ sex
___ age
___ religion
__X__ race/color

_____ national origin/ancestry
_____ marital status
_____ sexual orientation
_____ association

_____ disability (physical or mental)
_____ medical condition (cancer or generic characteristic
_____ other (specify)

_____ retaliation for engaging in protected activity or requesting a protected leave or accommodation

State of what you believe to be the reason(s) for discrimination

I HAVE BEEN PASSED OVER FOR PROMOTIONS SINCE 2009 TO THE PRESENT BECAUSE ALL JOB OPENINGS AT UNITED AIRLINES HAVE NOT BEEN POSTED. LESS QUALIFIED NON AFRICAN-AMERICAN CANDIDATES WERE SELECTED FOR THE MANAGEMENT POSITIONS. THESE CANDIDATES WERE SELECTED BY A "TAP ON THE SHOULDER" BASIS.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.

Dated  4/24/2012 3:55:00 PM

At  San Francisco

DATE FILED:  4/24/2012 3:55:00 PM

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

Exhibit A, Page 16

**EXHIBIT 2A, PAGE 23**



STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                    EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                          Phyllis W. Cheng, Director

39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 24, 2012

BRISCOE, ODIE
3090 LAKEWOOD CIRCLE
WESTON, FL 33332

RE:   E201112M6372-00
      <u>BRISCOE/UNITED AIRLINES</u>

Dear BRISCOE, ODIE:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 24, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

Exhibit A, Page 17

**EXHIBIT 2A, PAGE 24**

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator

cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO CA 60601

# EXHIBIT B

**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*

February 21, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

    Re:   *Seleno E. Crocker v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake
questionnaire to file Seleno E. Crocker charge against United Airlines. I am also requesting an
immediate right to sue in this matter sent to our office at the above listed information. Please contact
me as soon as possible if there are any problems.

Sincerely,

Kristine D. Kahey
*Assistant to Spencer F. Smith*

enclosure

1



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: __Crocker__   First Name: __Seleno "Sal"__   MI: __E__

Street or Mailing Address: __5386 Scarlet Ridge__   Apt or Unit #: _____

City: __Arlington__   County: _____   State: __TN__   Zip: __38002__

Phone Numbers: Home: ( __901__ ) __932-2872__   Work: ( ___ ) _____

Cell: ( ___ ) _____   Email Address: __Diversity@SalCrocker.com__

Date of Birth: __10/29/1965__   Sex: ☒ Male ☐ Female   Do You Have a Disability? ☐ Yes ☐ No

**Please answer each of the next three questions.  i. Are you Hispanic or Latino?** ☐ Yes ☒ No

ii. What is your Race?  Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
☒ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? __African American__

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: █████████   Relationship: █████████

Address: █████████   City: █████████   State: ███   Zip Code: █████████

Home Phone: (█████)   Other Phone: ( ___ ) _____

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: __United Airlines__

Address: __77 West Wacker Dr__   County: _____

City: __Chicago__   State: __IL__   Zip: __60601__   Phone: ( __800__ ) __864-8331__

Type of Business: __Airlines__   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: __Michael Bonds__   Phone: ( __312__ ) __997-2915__

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☒ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No

Date Hired: __02/1989__   Job Title At Hire: __727 Flight Engineer__

Pay Rate When Hired: $ __1520/month__   Last or Current Pay Rate: $ __12,000/month__

Job Title at Time of Alleged Discrimination: __Captain Flight Ops__   Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: __Bo Ellis Jobbey__

If Job Applicant, Date You Applied for Job _____   Job Title Applied For _____

4. What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒ Race ☐ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☒ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved:
i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain): _____

5. What happened to you that you believe was discriminatory? Underline the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 12/2010-12/2011 Action: Applied for 18 positions from December 2010 - December 2011 and have received no job offers. I have only had 4 interviews.

**Name and Title of Person(s) Responsible:** _____

**B. Date:** _____ **Action:** _____

**Name and Title of Person(s) Responsible** _____

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.

I have previously filed EEOC discrimination charge against United Airlines from January 2010 which has resulted in retaliation for all members of united coalition Group.

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?

_____

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | N/A | | |
| B. | | | |

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | N/A | | |
| B. | | | |

Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

**9. Please check all that apply:**   ☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

**10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

N/A

**11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

N/A

**12. Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for: _____

How did your employer respond to your request? _____

3

EXHIBIT B, PAGE 22

**EXHIBIT 2B, PAGE 30**

13.  Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and tell us what
they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|-----------|-----------|------------------------|-----------------------------------------------|
| A. | | | |
| B. | | | |

14.  Have you filed a charge previously on this matter with the EEOC or another agency?  ☒ Yes  ☐ No

15.  If you filed a complaint with another agency, provide the name of agency and the date of filing:
_____
_EEOC  June 2010_

16.  Have you sought help about this situation from a union, an attorney, or any other source?  ☒ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?
_Law office of Spencer Smith_
_353 Sacramento St Suite 1120 SF. CA 94111_

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this
questionnaire.  If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you
knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in
a place where a state or local government agency enforces laws similar to the EEOC's laws.  If you do not file a charge of
discrimination within the time limits, you will lose your rights.  If you would like more information before filing a charge
or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may
wish to check Box 1.  If you want to file a charge, you should check Box 2.

BOX 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge.  I understand that by checking this box,
I have not filed a charge with the EEOC.  I also understand that I could lose my rights if I do not file a charge in time.

BOX 2  ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above.
I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination
information about the charge, including my name.  I also understand that the EEOC can only accept charges of job
discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing
discrimination.

_____ Signature                    _FEB 17 2012_  Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those
claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a
charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or
if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the
charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the
failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

## Sal Crocker List of Applications

Job Applications

Applied for 18 positions from December 2010-October 2011

1. 767 Pilot Instructor
2. 767 Standards Captain
3. Assistant Chief Pilot - Captain
4. Assistant Chief Pilot – Captain
5. Assistant Chief Pilot – Captain
6. Assistant Chief Pilot - Captain
7. Standards Captain
8. Temp Job Share Standards Captain
9. Director Flight Operations
10. Domestic Flight Operations Manager
11. Flight Operation Duty Manager
12. International Senior Manager
13. Managing Director- Flight Operations
14. Managing Director – Flight Standards
15. Managing Director – System Chief Pilot
16. Managing Director
17. Managing Director
18. Standards Captain

# SMITH
## PATTEN

Spencer F. Smith, Esq
Dow W. Patten, Esq
353 Sacramento Street, Suite 1120
San Francisco, CA 94111



*VIA U.S. MAIL*

June 18, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

    Re:   *Seleno "Sal" Crocker v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC Charge of Discrimination to file Seleno "Sal" Crocker's charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information by **Monday, June 25, 2012.** Please contact me as soon as possible if there are any problems.

Sincerely,

Melanie K. Yabut
*Assistant to Smith Patten*

enclosure

I

P (415) 402-008
F (415) 520-010
www.smithpatten.con

EXHIBIT B, PAGE 25

**EXHIBIT 2B, PAGE 33**

# CHARGE OF DISCRIMINATION

Charge Presented To: | Agency(ies) Charge No(s):

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

FEPA

[X] EEOC    550-2012-00768

Illinois Department of Human Rights                                      and EEOC

*State or local Agency, if any*

| | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| *(indicate Mr., Ms., Mrs.)* **Seleno Crocker** | (901) 832-2872 | |

Address: **6 Scarlet Ridge, Arlington, TN 38002**   City, State and ZIP Code

*Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **TED AIRLINES** | **500 or More** | **(800) 864-8331** |

Address: **West Wacker Drive, Chicago, IL 60601**   City, State and ZIP Code

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Address:    City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

| | | | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|---|---|
| [ ] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN | | | Earliest   Latest |
| [X] RETALIATION   [ ] AGE   [ ] DISABILITY   [ ] GENETIC INFORMATION | | | **12-01-2010    12-31-2011** |
| [ ] OTHER (Specify) | | | [X] CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began working for Respondent in or around February 1989. My most recent job title is Captain Flight OPS.

In or around January 2010, I filed an EEOC discrimination charge against the Respondent. From December 1 to December 2011 I applied for 18 positions but have received no offers.

I believe that I have been discriminated against because my race (African American), and in retaliation for opposing Respondent's discriminatory actions, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 6/18/12   X *(signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date   Charging Party Signature | |

EXHIBIT B, PAGE 26

EEOC Form 161-B (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Seleno Crocker<br>C/O<br>Spencer F. Smith, Esq<br>Smith Patten<br>353 Sacramento Street, Suite 1120<br>San Francisco, CA 94111 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-00768 | **Carlos U. Rocha,**<br>**Investigator** | **(415) 625-5658** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice;** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **<u>WITHIN 90 DAYS</u>** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*                                      7-17-12

Michael Baldonado,                              *(Date Mailed)*
**District Director**

Enclosures(s)

cc:    Megan Detzner
       Senior Staff Representative
       UNITED AIRLINES
       1200 E. Algonquin
       Elk Grove Village, IL 60007

EXHIBIT B, PAGE 27

*** EMPLOYMENT ***

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E201112M6333-00 |
|---|---|---|
| | | DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.)   **CROCKER, SELENO**   TELEPHONE NUMBER (INCLUDE AREA CODE)   **(901)832-2872**

ADDRESS   **5386 SCARLET RIDGE**

| CITY/STATE/ZIP   **ARLINGTON, TN 38002** | COUNTY   **OUT OF STATE** | COUNTY CODE   **000** |
|---|---|---|

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME   **UNITED AIRLINES**   TELEPHONE NUMBER (Include Area Code)   **(800)864-8331**

ADDRESS   **PO BOX 8097**   DFEH USE ONLY

| CITY/STATE/ZIP   **SAN FRANCISCO, CA 94128** | COUNTY   **SAN FRANCISCO** | COUNTY CODE   **075** |
|---|---|---|

| NO. OF EMPLOYEES/MEMBERS (if known)   **500+** | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year)   **10/01/2011** | RESPONDENT CODE   **00** |
|---|---|---|

THE PARTICULARS ARE:

I allege that on about or before __10/01/2011__ , the following conduct occurred:

| ___ termination | ___ denial of employment | ___ denial of family or medical leave |
|---|---|---|
| ___ laid off | _X_ denial of promotion | ___ denial of pregnancy leave |
| ___ demotion | ___ denial of transfer | ___ denial of equal pay |
| ___ harassment | ___ denial of accommodation | ___ denial of right to wear pants |
| ___ genetic characteristics testing | ___ failure to prevent discrimination or retaliation | ___ denial of pregnancy accommodation |
| ___ constructive discharge (forced to quit) | _X_ retaliation | |
| ___ impermissible non-job-related inquiry | ___ other (specify) _____ | |

by   **UNITED AIRLINES**

Name of Person _____   Job Title (supervisor/manager/personnel director/etc.) _____

because of :

| ___ sex | ___ national origin/ancestry | ___ disability (physical or mental) | _X_ retaliation for engaging in protected |
|---|---|---|---|
| ___ age | ___ marital status | ___ medical condition (cancer or | activity or requesting a protected |
| ___ religion | ___ sexual orientation | genetic characteristic | leave or accommodation |
| _X_ race/color | ___ association | ___ other (specify) | |

State of what you believe to be the reason(s) for discrimination

FROM DECEMBER 2010 TO THE PRESENT, I HAVE APPLIED TO 18 MANAGEMENT POSITIONS. I HAVE BEEN INVITED TO INTERVIEW ONLY FOUR TIMES AND RECEIVED NO JOB OFFERS. UNITED AIRLINES RETALIATED AGAINST ME BECAUSE I AM PART OF THE UNITED COALITION GROUP. THE UNITED COALITION IS A GROUP THAT FILED DISCRIMINATION CHARGES AGAINST UNITED AIRLINES IN 2010.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated  **4/17/2012 11:06:00 AM**

At  **San Francisco**

DATE FILED:  **4/17/2012 11:06:00 AM**

OFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                    EDMUND G. BROWN JR., Governor



**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                    Phyllis W. Cheng, Director
39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 17, 2012

CROCKER, SELENO
5386 SCARLET RIDGE
ARLINGTON, TN 38002

RE:   E201112M6333-00
      CROCKER/UNITED AIRLINES

Dear CROCKER, SELENO:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 17, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

EXHIBIT B, PAGE 29

**EXHIBIT 2B, PAGE 37**

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator

cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

# EXHIBIT C

**The Law Office of**
**Spencer F. Smith**

**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*



May 7, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

    Re:    *Mario Ecung v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake
questionnaire to file Mario Ecung's charge against United Airlines. I am also requesting an immediate
right to sue in this matter sent to our office at the above listed information by **Monday, May 14, 2012**.
Please contact me as soon as possible if there are any problems.

Sincerely,

Melanie K. Yabut
*Assistant to Spencer F. Smith*

enclosure

1

**RECEIVED**
MAY 0 9 2012
EEOC-SFDO

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: ECUNG   First Name: MARIO   MI: M

Street or Mailing Address: 3956 KENWAY AVE   Apt or Unit #: _____

City: LOS ANGELES   County: _____   State: CA   Zip: 90008

Phone Numbers: Home: (213) 458-1014   Work: (___) _____

Cell: (___) _____   Email Address: MARECUG@AOL.COM

Date of Birth: 01/22/1956   Sex: ☑ Male ☐ Female   Do You Have a Disability? ☐ Yes ☑ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
☑ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? African American

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: ████████   Relationship: ████████

Address: ████████   City: ████   State: ██   Zip Code: ████

Home Phone: (████   Other Phone: (___) _____

**2. I believe that I was discriminated against by the following organization(s): (Check those that apply)**

☑ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: United Airlines

Address: 77 West Wacker Dr   County: _____

City: Chicago   State: IL Zip: 60601   Phone: (800) 864-8331

Type of Business: Airlines   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: Jeff Smisek   Phone: (800) 864-8331

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☑ No

Date Hired: 06/18/1985   Job Title At Hire: B727 second officer flight engineer

Pay Rate When Hired: $23.08/hr   Last or Current Pay Rate: $160/hr

Job Title at Time of Alleged Discrimination: Captain   Date Quit/Discharged: N/A

Name and Title of Immediate Supervisor: Capt. John Buyer

If Job Applicant, Date You Applied for Job _____   Job Title Applied For _____

4.  What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race  ☐ Sex  ☐ Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☐ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing  ii. family medical history  iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information? _____
N/A

Other reason (basis) for discrimination (Explain): _____ N/A _____

5.  What happened to you that you believe was discriminatory?  Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you.  Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A.  Date: 2009-Present  Action: I have been passed over for promotions All Job openings at United have not been posted. Less qualified (see attached)

Name and Title of Person(s) Responsible: _____

B.  Date: _____  Action: _____

Name and Title of Person(s) Responsible _____

6.  Why do you believe these actions were discriminatory? Please attach additional pages if needed.
These actions were discriminatory because UAL did not give all qualified candidates a fair chance to apply to management

7.  What reason(s) were given to you for the acts you consider discriminatory?  By whom? His or Her Job Title? Positions
No reasons were given.

8.  Describe who was in the same or similar situation as you and how they were treated.  For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.  For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|--------------------------------------------------------|-----------|------------------------|
| A. | | | |
| B. | | | |

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. _____

B. _____

Of the persons in the same or similar situation as you, who was treated *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. _____

B. _____

Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:  ☐ Yes, I have a disability
                                  ☐ I do not have a disability now but I did have one
                                  ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

N/A

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
    ☐ Yes  ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

N/A

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
    ☐ Yes  ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

N/A

Describe the changes or assistance that you asked for: _____

How did your employer respond to your request? _____

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|-----------|-----------|------------------------|-----------------------------------------------|
| A. | | | |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency?   ☐ Yes  ☑ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

N/A

16. Have you sought help about this situation from a union, an attorney, or any other source?   ☐ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Law Office of Spencer F. Smith       S.F. CA 94111
353 Sacramento St Suite #1120

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

---

**BOX 1**   ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

---

**BOX 2**   ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

---

_____        April 24, 2012
            Signature                          Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974; Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE, EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a).
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

Mario Ecung EEOC Attachment

#### #5 What happened to you that you believe was discriminatory?

**Action:** (Cont.) non African-American candidates have been selected for the management positions. These candidates were selected by a "tap on the shoulder" basis.

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 550-2012-01219 |

| **California Department Of Fair Employment & Housing** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Mario M. Ecung** | **(213) 458-1014** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **3956 Kenway Avenue, Los Angeles, CA 90008** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **UNITED AIRLINES** | **201 - 500** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **77 West Wacker Drive, Chicago, IL 60601** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **01-01-2009**   Latest **05-22-2012**

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began working for Respondent on June 18, 1985. My most recent job title is Captain.

Since 2009, I have been passed over for promotions. Management positions have been filled by less qualified non African-American candidates.

Respondent has not given any reason for their actions.

I believe that I was discriminated against because of my race (African American), in violation of the Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Date 6/1/2012   Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

RECEIVED JUN 12 2012 EEOC-SFDO

EEOC Form 161-B (11/09)        U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Mario M. Ecung<br>3956 Kenway Avenue<br>Los Angeles, CA 90008 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-01219 | Eric C. Darius,<br>Intake Supervisor | (415) 625-5619 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐   More than 180 days have passed since the filing of this charge.

☒   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒   The EEOC is terminating its processing of this charge.

☐   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

☐   The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice**. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*                    6-22-12

Enclosures(s)

Michael Baldonado,                  *(Date Mailed)*
District Director

cc: | Megan Detzner<br>Senior Staff Representative<br>UNITED AIRLINES-WHQLD<br>1200 E. Algonquin<br>Elk Grove Village, IL 60007 | Smith Patten<br>SMITH PATTEN<br>353 Sacramento Street, Suite 1120<br>San Francisco, CA 94111 |

EXHIBIT C, PAGE 38

## EXHIBIT 2C, PAGE 47

# * * * EMPLOYMENT * * *

**COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT**

DFEH # **E201112R8964-00**

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **ECUNG, MARIO** | **(213)458-1014** |

ADDRESS

**3956 KENWAY AVE**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **LOS ANGELES, CA 90008** | **LOS ANGELES** | **037** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |

ADDRESS

**9841 AIRPORT BOULEVARD #104**

DFEH USE ONLY

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **LOS ANGELES, CA 90045** | **LOS ANGELES** | **037** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **04/23/2012** | **00** |

THE PARTICULARS ARE:

I allege that on about or before __04/23/2012__ , the following conduct occurred:

- ____ termination
- ____ laid off
- ____ demotion
- ____ harassment
- ____ genetic characteristics testing
- ____ constructive discharge (forced to quit).
- ____ impermissible non-job-related inquiry

- ____ denial of employment
- __X__ denial of promotion
- ____ denial of transfer
- ____ denial of accommodation
- ____ failure to prevent discrimination or retaliation
- ____ retaliation
- ____ other (specify) _____

- ____ denial of family or medical leave
- ____ denial of pregnancy leave
- ____ denial of equal pay
- ____ denial of right to wear pants
- ____ denial of pregnancy accommodation

by   **UNITED AIRLINES**

Name of Person

Job Title (supervisor/manager/personnel director/etc.)

because of :

- ____ sex
- ____ age
- ____ religion
- __X__ race/color

- ____ national origin/ancestry
- ____ marital status
- ____ sexual orientation
- ____ association

- ____ disability (physical or mental)
- ____ medical condition (cancer or genetic characteristic
- ____ other (specify) _____

- ____ retaliation for engaging in protected activity or requesting a protected leave or accommodation

State of what you believe to be the reason(s) for discrimination

I HAVE BEEN PASSED OVER FOR PROMOTIONS FOR THE LAST 3 YEARS TO THE PRESENT. ALL JOB OPENINGS AT UNITED AIRLINES HAVE NOT BEEN POSTED. LESS QUALIFIED NON AFRICAN-AMERICAN CANDIDATES WERE SELECTED FOR THE MANAGEMENT POSITIONS. THESE CANDIDATES WERE SELECTED BY A "TAP ON THE SHOULDER" BASIS.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated: 4/23/2012 5:53:00 PM

At: San Francisco

DATE FILED:   4/23/2012 5:53:00 PM

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

EXHIBIT G, PAGE 39

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                    EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                                    Phyllis W. Cheng, Director
1055 WEST 7TH STREET, SUITE 1400, LOS ANGELES, CA 90017
(213) 439-6770
www.dfeh.ca.gov

April 23, 2012

ECUNG, MARIO
3956 KENWAY AVE
LOS ANGELES, CA 90008

RE:   E201112R8964-00
      <u>ECUNG/UNITED AIRLINES</u>

Dear ECUNG, MARIO:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department
of Fair Employment and Housing (DFEH) has been closed effective April 23, 2012 because
an immediate right-to-sue notice was requested. DFEH will take no further action on the
complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965,
subdivision (b), a civil action may be brought under the provisions of the Fair Employment
and Housing Act against the person, employer, labor organization or employment agency
named in the above-referenced complaint. The civil action must be filed within one year
from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity
Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this
DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act,
whichever is earlier.

EXHIBIT C, PAGE 40

**EXHIBIT 2C, PAGE 49**

Notice of Case Closure
Page Two


DFEH does not retain case files beyond three years after a complaint is filed, unless the case
is still open at the end of the three-year period.

Sincerely,

*Tina Walker*

Tina Walker
District Administrator

cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

# EXHIBIT D



**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*



May 1, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

    Re:   *Annette Gadson v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake
questionnaire to file Annette Gadson's charge against United Airlines. I am also requesting an
immediate right to sue in this matter sent to our office at the above listed information by **Monday, May
7, 2012.** Please contact me as soon as possible if there are any problems.

Sincerely,

Melanie K. Yabut
*Assistant to Spencer F. Smith*

enclosure

1

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**INTAKE QUESTIONNAIRE**

RECEIVED MAY 0 3 2012
EEOC-SFDO

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: **Gadsan**   First Name: **Annette**   MI: **B**

Street or Mailing Address: **137 Garden Street**   Apt or Unit #: _____

City: **Teaneck**   County: _____   State: **NJ**   Zip: **07666**

Phone Numbers: Home: ( **201** ) **921-7596**   Work: ( ____ ) _____

Cell: ( ____ ) _____   Email Address: **annettegadsan@yahoo.com**

Date of Birth: **09/07/1958**   Sex: ☐ Male ☑ Female   Do You Have a Disability? ☐ Yes ☑ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
☑ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? **African American**

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: ████████████   Relationship: ████████

Address: ████████   City: ████   State: ██   Zip Code: ████

Home Phone: ████████   Other Phone: ( ____ ) _____

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☑ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: **United Airlines**

Address: **77 West Wacker Dr**   County: _____

City: **Chicago**   State: **IL**   Zip: **60601**   Phone: ( **800** ) **864-8331**

Type of Business: **Airlines**   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: **Jeff Smisek**   Phone: ( **800** ) **864-8331**

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☑ No

Date Hired: **07/14/1986**   Job Title At Hire: **Reservation Agent**

Pay Rate When Hired: **$865/month**   Last or Current Pay Rate: **$5831/month**

Job Title at Time of Alleged Discrimination: **Hub Supervisor**   Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: **Vinny Pestrichella**

If Job Applicant, Date You Applied for Job _____   Job Title Applied For _____

1

4. What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☐ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information? _____
_____ N/A _____

Other reason (basis) for discrimination (Explain): _____ N/A _____

5. What happened to you that you believe was discriminatory? Underline the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 2009-Present Action: I have applied to promotions and not been selected. Less qualified candidates were selected   (see attachment)

Name and Title of Person(s) Responsible: _____

B. Date: _____ Action: _____

Name and Title of Person(s) Responsible _____

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.

I believe these actions were discriminatory because I am part of (see the United Coalition. United Airlines has retaliated against me for (attached)

7. What reason(s) were given to you for the acts you consider discriminatory?  By whom? His or Her Job Title?

No reasons were given.

8. Describe who was in the same or similar situation as you and how they were treated.  For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.  For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |
| | | | |

2

EXHIBIT D, PAGE 44

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.

9.  Please check all that apply:
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?  (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

N/A

11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

N/A

12.  Did you ask your employer for any changes or assistance to do your job because of your disability?
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask?  (Provide full name and job title of person)

N/A

Describe the changes or assistance that you asked for: _____

How did your employer respond to your request? _____

3

EXHIBIT D, PAGE 45

**EXHIBIT 2D, PAGE 55**

13. Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|-----------|-----------|------------------------|----------------------------------------------|
| A. | | | |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☑ Yes ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing:

EEOC

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☑ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Law Office of Spencer Smith        San Francisco CA
353 Sacramento st suite #180              94111

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.  If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws.  If you do not file a charge of discrimination within the time limits, you will lose your rights.  If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1.  If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge.  I understand that by checking this box, I have not filed a charge with the EEOC.  I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above.  I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.  I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____          5-1-2012
            Signature                                Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08) 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information

November 2009

4

**Annette Gadson EEOC Questionnaire Intake Attachment**

**#5 What happened to you that you believe was discriminatory?**

(Cont.) for the higher management positions. These candidates were also non-African American. United Airlines retaliated against me because I am part of the United Coalition, a group that filed discrimination charges against United Airlines in 2010.

**#6 Why do you believe these acts were discriminatory?**

(Cont.) filing discrimination charges against them in 2010. United Airlines has passed me over for promotions while I have been told I interviewed well, I have not been selected.

EXHIBIT D, PAGE 47

Spencer F. Smith, Esq.
spencer@smithlawsf.com

Dow W. Patten, Of Counsel
dpatten@smithlawsf.com

VIA US MAIL   560-2012-01180

**The Law Office of
Spencer F. Smith**

353 Sacramento Street, Suite 1120

San Francisco, CA. 94111

V: (415) 520-6950

F: (415) 520-0104

www.smithlawsf.com

RECEIVED
MAY 07 2012
EEOC-SFDO

May 4, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

   Re: *Annette Gadson v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing page 2 of Ms.
Gadson's EEOC intake questionnaire against United Airlines because we have amended the complaint.
Please correct the charge and provide us a copy of the corrected charge. Please contact me as soon as
possible if you have any questions or concerns.

Sincerely,

Melanie K. Yabut
*Assistant to Spencer F. Smith*

enclosure

1

4. What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☐ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☑ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information? _____
_____ N/A _____

Other reason (basis) for discrimination (Explain): _____ N/A _____

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: **2009-Present** Action: **I have applied to promotions and not been selected. Less qualified candidates were selected   (see attachment)**

Name and Title of Person(s) Responsible: _____

B. Date: _____ Action: _____

Name and Title of Person(s) Responsible _____

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.
**I believe these actions were discriminatory because I am part of the United Coalition. United Airlines has retaliated against me for (see attached)**

7. What reason(s) were given to you for the acts you consider discriminatory?   By whom?   His or Her Job Title?
**No reasons were given.**

8. Describe who was in the same or similar situation as you and how they were treated.  For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.  For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

EEOC Form 5 (1009)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 550-2012-01180 |

| Illinois Department Of Human Rights | | and EEOC |
|---|---|---|
| State or local Agency, if any | | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Annette Gadson | (201) 921-7576 | 09-07-1956 |

| Street Address | City, State and ZIP Code |
|---|---|
| 137 Garden Street, Teaneck, NJ 07866 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNITED AIRLINES | 500 or More | (800) 864-8331 |

| Street Address | City, State and ZIP Code |
|---|---|
| 77 West Wacker Drive, Chicago, IL 60601 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 01-01-2009 | 05-22-2012 |

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for Respondent on July 14, 1986. My most recent job title is Hub Supervisor.

Since 2009, I have been passed over for promotions. Higher management positions have been filled by less qualified non African-American candidates.

Respondent has not given any reason for their actions.

I believe that I was discriminated against because of my race (African American), in violation of the Title VII of the Civil Rights Act of 1964, as amended. I also believe that Respondent has retaliated against me because I am part of the United Coalition that filed discrimination charges against Respondent in 2010.

**RECEIVED**

JUN 07 2012

EEOC-SEDO

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY — When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 6-5-2012  X _[signature]_ <br>Date      Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

Case3:12-cv-02730-MMC   Document46-1   Filed02/15/13   Page48 of 97

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| | |
|---|---|
| To:  Annette Gadson<br>137 Garden Street<br>Teaneck, NJ 07666 | From:  San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |

☐  On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-01180 | Eric C. Darius,<br>Intake Supervisor | (4 5) 625-5670 |

(See also the additional information enclosed with this form.)

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐  More than 180 days have passed since the filing of this charge.

☒  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒  The EEOC is terminating its processing of this charge.

☐  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐  The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

_____
Michael Baldonado,
District Director

06/12/2012
(Date Mailed)

cc:

UNITED AIRLINES
77 West Wacker Drive
Chicago, IL 60601

Spencer F. Smith
THE LAW OFFICE OF SPENCER SMITH
353 Sacramento Street
Suite 1120
San Francisco, CA 94111

EXHIBIT D, PAGE 51

\*\*\*\* EMPLOYMENT \*\*\*\*

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E201112M6419-00 |
|---|---|---|
| | | DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **GADSON, ANNETTE** | **(201)921-7576** |

| ADDRESS |
|---|
| **137 GARDEN STREET** |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **TEANECK, NJ 07666** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |

| ADDRESS | DFEH USE ONLY |
|---|---|
| **PO BOX 8097** | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **04/24/2012** | **00** |

THE PARTICULARS ARE:

I allege that on or about or before 04/24/2012, the following conduct occurred:

| | | |
|---|---|---|
| ____ termination | ____ denial of employment | ____ denial of family or medical leave |
| ____ laid off | _X_ denial of promotion | ____ denial of pregnancy leave |
| ____ demotion | ____ denial of transfer | ____ denial of equal pay |
| ____ harassment | ____ denial of accommodation | ____ denial of right to wear pants |
| ____ genetic characteristics testing | ____ failure to prevent discrimination or retaliation | ____ denial of pregnancy accommodation |
| ____ constructive discharge (forced to quit) | _X_ retaliation | |
| ____ impermissible non-job-related inquiry | ____ other (specify) _____ | |

by   **UNITED AIRLINES**

| Name of Person | Job Title (supervisor/manager/personnel director/etc.) |
|---|---|

because of :

| | | |
|---|---|---|
| ____ sex | ____ national origin/ancestry | ____ disability (physical or mental) | _X_ retaliation for engaging in protected |
| ____ age | ____ marital status | ____ medical condition (cancer or | activity or requesting a protected |
| ____ religion | ____ sexual orientation | generic characteristic | leave or accommodation |
| _X_ race/color | ____ association | ____ other (specify) | |

State of what you believe to be the reason(s) for discrimination

FROM 2009 TO THE PRESENT, I HAVE BEEN PASSED OVER FOR PROMOTIONS. LESS QUALIFIED NON AFRICAN AMERICAN CANDIDATES HAVE BEEN SELECTED FOR THE HIGHER MANAGEMENT POSITIONS. UNITED AIRLINES RETALIATED AGAINST ME BECAUSE I AM PART OF THE UNITED COALITION, A GROUP THAT FILED DISCRIMINATION CHARGES AGAINST UNITED AIRLINES IN 2010.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.

Dated  **5/1/2012 2:45:00 PM**

At  **San Francisco**

DATE FILED:  **5/1/2012 2:45:00 PM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

EXHIBIT D, PAGE 52

**EXHIBIT 2D, PAGE 62**



STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                    EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                              Phyllis W. Cheng, Director

39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

May 01, 2012

GADSON, ANNETTE
137 GARDEN STREET
TEANECK, NJ 07666

RE:  E201112M6419-00
     GADSON/UNITED AIRLINES

Dear GADSON, ANNETTE:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective May 01, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

EXHIBIT D, PAGE 53

**EXHIBIT 2D, PAGE 63**

Notice of Case Closure02730-MMC   Document46-1   Filed02/15/13   Page51 of 97

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator

cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

# EXHIBIT E



**The Law Office of Spencer F. Smith**

**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104



*VIA US MAIL*

April 27, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

  Re: *Kenneth Haney v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire to file Kenneth Haney's charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information by **Tuesday, May 1, 2012.** Please contact me as soon as possible if there are any problems.

Sincerely,

Melanie K. Yabut
*Assistant to Spencer F. Smith*

enclosure

I

**EXHIBIT 2E, PAGE 66**  EXHIBIT E, PAGE 55



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

1. Personal Information

Last Name: **Haney**          First Name: **Kenneth**          MI: **D**

Street or Mailing Address: **14207 Hanson Creek Ct**          Apt or Unit #: _____

City: **Houston**          County: _____          State: **TX**          Zip: _____

Phone Numbers: Home: (**832**) **731-0104**          Work: (____) _____

Cell: (____) _____          Email Address: **KDH14207@AOL.COM**

Date of Birth: **07/04/59**          Sex: ☑ Male ☐ Female          Do You Have a Disability? ☐ Yes ☑ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino?   ☐ Yes ☑ No

ii. What is your Race?   Please choose all that apply.   ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
☑ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? **African American**

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: ███████████          Relationship: ███████████

Address: ███████████   City: ███████   State: ███   Zip Code: ███████

Home Phone: ███████████          Other Phone: (____) _____

2. I believe that I was discriminated against by the following organization(s): (Check those that apply)

☑ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: **United Airlines**

Address: **77 West Wacker Dr**          County: _____

City: **Chicago**          State: **IL**   Zip: **60601**   Phone: (**800**) **864-8331**

Type of Business: **Airlines**          Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: **Jeff Smisek**          Phone: (**800**) **864-8331**

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☑ More than 500

3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☑ No

Date Hired: **11/23/1992**          Job Title At Hire: **First Officer**

Pay Rate When Hired: **$32,020/yr**          Last or Current Pay Rate: **$140,020/yr**

Job Title at Time of Alleged Discrimination: **Captain**          Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: **Bo Ellis**

If Job Applicant, Date You Applied for Job _____ Job Title Applied For _____

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race  ☐ Sex  ☐ Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☐ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information? ___ N/A ___

_____ N/A _____

Other reason (basis) for discrimination (Explain): _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

**A. Date** 2009-Present **Action:** I have been passed over for promotions from 2009 to the present. Less qualified non African American (see attached)

Name and Title of Person(s) Responsible: _____

**B. Date:** _____ **Action:** _____

_____

Name and Title of Person(s) Responsible _____

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.

_____

_____

**7. What reason(s) were given to you for the acts you consider discriminatory?** By whom? His or Her Job Title?

_____

_____

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |
| | | | |

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A. _____

_____

B. _____

_____

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A. _____

_____

B. _____

_____

Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
  ☐ Yes, I have a disability
  ☐ I do not have a disability now but I did have one
  ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____ N/A _____

_____

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
  ☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____ N/A _____

_____

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
  ☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

_____ N/A _____

Describe the changes or assistance that you asked for: _____

_____

_____

How did your employer respond to your request? _____

_____

3

**EXHIBIT 2E, PAGE 69**     EXHIBIT E, PAGE 58

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|-----------|-----------|------------------------|-----------------------------------------------|
| A. | | | |
| | | | |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☑ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing:

N/A

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☑ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Law Office of Spencer Smith    suite #1120  S.F. CA
355 Sacramento St                        94111

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____                    4-26-12
Signature                                    Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a).

3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this file to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

**Kenneth Haney EEOC Form Attachment**

**#5 What happened to you that you believe was discriminatory?**

> Action: (Cont.) candidates were selected for the management positions. These candidates were selected by a "tap on the shoulder" basis. Also, I have seen and heard derogatory comments in the workplace based on race. Also, I have experienced racial hostility while working at United Airlines.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 550-2012-01145 |
| | Texas Workforce Commission Civil Rights Division | and EEOC |
| | State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Kenneth Haney | (832) 731-0104 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 14297 Hanson Creek Court, Houston, TX 77023 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNITED AIRLINES | 500 or More | (800) 864-8331 |

| Street Address | City, State and ZIP Code |
|---|---|
| 77 West Wacker Drive,  Chicago, IL 60601 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest          Latest<br>          05-22-2012<br><br>☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on or about November 23, 1992. My most recent job title is Captain and my immediate supervisor is Bo Ellis. Since 2009 to the present, I have been denied several promotional opportunities into management positions. These positions have been filled by less qualified, non-African-Americans candidates by a "tap on the shoulder" basis. Additionally, I have been subjected to racially charged and derogatory comments and hostile work environment.

Respondent has not stated a reason for its actions.

I believe I have been discriminated against because of my race (Black/African-American) in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED

JUN 14 2012

EEOC-SFDO

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| X  6-13-12   X  _Kenneth Haney_<br>     Date         Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 161-B (11/09) **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | | |
|---|---|---|
| To: | Kenneth Haney<br>14297 Hanson Creek Court<br>Houston, TX 77023 | From: San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-01145 | Darlene G. Turner,<br>Investigator Support Asst | (415) 625-5673 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐   More than 180 days have passed since the filing of this charge.

☒   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒   The EEOC is terminating its processing of this charge.

☐   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐   The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for **any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____          6-15-12
*for*   Michael Baldonado,                          *(Date Mailed)*
        **District Director**

Enclosures(s)

cc:

| | |
|---|---|
| Megan Detzner<br>UNITED AIRLINES - WHQLD<br>1200 E. Algonquin<br>Elk Grove Village, IL 60007 | Spencer F. Smith<br>THE LAW OFFICE OF SPENCER F. SMITH<br>353 Sacramento Street, Suite 1120<br>San Francisco, CA 94111 |

# * * * EMPLOYMENT * * *

COMPLAINT OF DISCRIMINATION UNDER
THE PROVISIONS OF THE CALIFORNIA
FAIR EMPLOYMENT AND HOUSING ACT

DFEH #    E201112M6407-00

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.)
**HANEY, KENNETH**

TELEPHONE NUMBER (INCLUDE AREA CODE)
**(832)731-0104**

ADDRESS
**14207 HANSON CREEK COURT**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **HOUSTON, TX 77075** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME
**UNITED AIRLINES**

TELEPHONE NUMBER (Include Area Code)
**(800)864-8331**

ADDRESS
**PO BOX 8097**

DFEH USE ONLY

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month,day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **04/24/2012** | **00** |

THE PARTICULARS ARE:

I allege that on about or before
04/24/2012 , the following
conduct occurred:

| | | |
|---|---|---|
| ___ termination | ___ denial of employment | ___ denial of family or medical leave |
| ___ laid off | X denial of promotion | ___ denial of pregnancy leave |
| ___ demotion | ___ denial of transfer | ___ denial of equal pay |
| X harassment | ___ denial of accommodation | ___ denial of right to wear pants |
| ___ genetic characteristics testing | ___ failure to prevent discrimination or retaliation | ___ denial of pregnancy accommodation |
| ___ constructive discharge (forced to quit) | ___ retaliation | |
| ___ impermissible non-job-related inquiry | ___ other (specify) _____ | |

by    **UNITED AIRLINES**

because of :

| Name of Person | Job Title (supervisor/manager/personnel director/etc.) |
|---|---|

| | | |
|---|---|---|
| ___ sex | ___ national origin/ancestry | ___ disability (physical or mental) | ___ retaliation for engaging in protected |
| ___ age | ___ marital status | ___ medical condition (cancer or | activity or requesting a protected |
| ___ religion | ___ sexual orientation | generic characteristic | leave or accommodation |
| X race/color | ___ association | ___ other (specify) | |

State of what you
believe to be the
reason(s) for
discrimination

I HAVE BEEN PASSED OVER FOR PROMOTIONS SINCE 2009 TO THE PRESENT BECAUSE ALL JOB OPENINGS AT UNITED AIRLINES HAVE NOT BEEN POSTED. LESS QUALIFIED NON AFRICAN-AMERICAN CANDIDATES WERE SELECTED FOR THE MANAGEMENT POSITIONS. THESE CANDIDATES WERE SELECTED BY A "TAP ON THE SHOULDER" BASIS. ALSO, I HAVE SEEN AND HEARD DEROGATORY COMMENTS IN THE WORKPLACE BASED ON RACE. I HAVE ALSO EXPERIENCED RACIAL HOSTILITY WHILE WORKING AT UNITED AIRLINES.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.

Dated  4/30/2012 9:05:00 AM

At   **San Francisco**

DATE FILED:  4/30/2012 9:05:00 AM

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA



STATE OF CALIFORNIA- STATE AND CONSUMER SERVICES AGENCY                                    EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                      Phyllis W. Cheng, Director
39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 30, 2012

HANEY, KENNETH
14207 HANSON CREEK COURT
HOUSTON, TX 77075

RE:   E201112M6407-00
      <u>HANEY/UNITED AIRLINES</u>

Dear HANEY, KENNETH:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 30, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

EXHIBIT E, PAGE 64

**EXHIBIT 2E, PAGE 75**

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator

cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

# EXHIBIT F

# SMITH

## PATTEN

Spencer F. Smith, Esq
Dow W. Patten, Esq
353 Sacramento Street, Suite 1120
San Francisco, CA 94111



*VIA U.S. MAIL*

June 27, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

Re:    *Terence Hartsfield v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire and EEOC Charge of Discrimination to file Terence Hartsfield's complaint against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information. Please contact me as soon as possible if there are any problems.

Sincerely,

Melanie K. Yabut
*Legal Assistant*
SMITH PATTEN

enclosure

1

P (415) 402-008
F (415) 520-010
www.smithpatten.co

EXHIBIT F, PAGE 66

**EXHIBIT 2F, PAGE 78**

Jun 27 12 08:52a     Terence hartsfield,           206-305-9405          p.2



### U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: __HARTSFIELD__  First Name: __TERENCE__  MI: ____

Street or Mailing Address: __3718 SOUTH 191st PLACE__  Apt or Unit #: ____

City: __SEATTLE__  County: ____  State: __WA__  Zip: __98188__

Phone Numbers: Home: (206) __850-4278__  Work: ( ) ____

Cell: ( ) ____  Email Address: __TERENCE.HARTSFIELD@GMAIL.COM__

Date of Birth: __11/24/1969__  Sex: ☒ Male ☐ Female  Do You have a Disability? ☐ Yes ☒ No

Please answer each of the next three questions.  i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race?  Please choose all that apply. ☐ American Indian or Alaskan Native  ☐ Asian  ☐ White
☒ Black or African American  ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? __African American__

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You

Name: ████████████████  Relationship: ████████

Address: ████████████  City: ████  State: ██  Zip Code: ████

Home Phone: ████████  Other Phone: ( ) ████

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer  ☐ Union  ☐ Employment Agency  ☐ Other (Please Specify) ____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: __United Airlines__

Address: __77 West Wacker Dr__  County: ____

City: __Chicago__  State: __IL__  Zip: __60601__  Phone: (810) __864 8331__

Type of Business: __Airline__  Job Location if different from Org. Address: ____

Human Resources Director or Owner Name: __Jeff Smisek__  Phone: (810) __864 8331__

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15  ☐ 15 – 100  ☐ 101 – 200  ☐ 201 – 500  ☒ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No

Date Hired: __10/30/1995__  Job Title At Hire: __First Officer__

Pay Rate When Hired: $ __35/hr__  Last or Current Pay Rate: $ __137/hr__

Job Title at Time of Alleged Discrimination: __Captain__  Date Quit/Discharged: __N/A__

Name and Title of Immediate Supervisor: __Andy Allen, Chief Plot__

If Job Applicant, Date You Applied for Job ____  Job Title Applied For ____

1

Jun 27 12 08:52a          Terence hartsfield                    206-3    9405              p.3

4.  What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑Race  ☐ Sex  ☐Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☐ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information: circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify:_____N/A_____

If you checked genetic information, how did the employer obtain the genetic information?_____N/A_____

Other reason (basis) for discrimination (Explain):_____N/A_____

5.  What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. *(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A.  Date: 2009-PRESENT Action: I have been passed over for promotions. All job openings at United I have not been posted. Less qualified (see attached)

Name and Title of Person(s) Responsible:_____

B.  Date:_____ Action:_____

Name and Title of Person(s) Responsible _____

6.  Why do you believe these actions were discriminatory? Please attach additional pages if needed.

These actions were discriminatory because UAL did not give all qualified candidates a fair chance to apply to management practices.

7.  What reason(s) were given to you for the acts you consider discriminatory?  By whom?  His or Her Job Title?

No reasons were given and no notification was given when I applied to a management position in 2009.

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |
| | | | |

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|--------------------------------------------------------|-----------|------------------------|

A._____

B._____

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|--------------------------------------------------------|-----------|------------------------|

A._____

B._____

Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
   ☐ Yes, I have a disability
   ☐ I do not have a disability now but I did have one
   ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____ N/A _____

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
   ☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____ N/A _____

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
   ☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

_____ N/A _____

Describe the changes or assistance that you asked for: _____

How did your employer respond to your request? _____

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. | | | |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☐ Yes ☒ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

N/A

16. Have you sought help about this situation from a union, an attorney, or any other source? ☒ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Smith Patten                                    S.F. CA 94111
353 Sacramento St Suite #1120

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____                        26 Jun 12
Signature                                       Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

**Terence Hartsfield EEOC Attachment**

**#5 What happened to you that you believe was discriminatory?**

> **Action:** (Cont.) non African-American candidates have been selected for the management positions. These candidates were selected by a "tap on the shoulder" basis.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 550-2012-01733 |

| California Department of Fair Employment and Housing | | and EEOC |
|---|---|---|
| State or local Agency, if any | | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| Terence Hartsfield | 206-850-4278 | 11/24/69 |

Street Address                    City, State and ZIP Code

**3718 SOUTH 191ST PLACE**
**SEATTLE, WASHINGTON 98188**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNITED AIRLINES | 500 | 800-864-8331 |

Street Address                    City, State and ZIP Code

**77 WEST WACKER DRIVE**
**CHICAGO, ILLINOIS 60601**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address                    City, State and ZIP Code

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN | Earliest: **2009**   Latest: **PRESENT** |
| ☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION | |
| ☐ OTHER (Specify) | ☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for Respondent on October 30, 1995. My most recent job title is Captain.

From 2009 to the present, I have been passed over for promotions. All job openings at United have not been posted. Less qualified non-African-American candidates have been selected for the management positions. The selected candidates were selected by a "tap-on-the-shoulder" basis.

Respondent has not given any reason for their actions.

I believe that I was discriminated against because of my race (African-American), in violation of the Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

23 June 2012 / _Charging Party Signature_
Date        Charging Party Signature

RECEIVED
JUN 29 2012
EEOC-SFDO

EEOC Form 161-B (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Terence Hartsfield<br>3718 South 191st Place<br>Seattle, WA 98188 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

☐  *On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **550-2012-01733** | **Darlene G. Turner,<br>Investigator Support Asst** | **(415) 625-5673** |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐  More than 180 days have passed since the filing of this charge.

☒  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒  The EEOC is terminating its processing of this charge.

☐  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐  The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

*[signature]*   6/29/12

Michael Baldonado,
District Director

*(Date Mailed)*

cc: | Megan Detzner<br>Senior Staff Representative<br>UNITED AIRLINES-WHQLD<br>1200 E. Algonquin<br>Elk Grove Village, IL 60007 | Spencer F. Smith<br>SMITH PATTEN<br>353 Sacramento Street, Suite 1120<br>San Francisco, CA 94111 |

EXHIBIT F, PAGE 73

## EMPLOYMENT

| | |
|---|---|
| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH #  **E201112M6673-00**<br>DFEH USE ONLY |

### CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (Indicate Mr. or Ms.)
**HARTSFIELD, TERENCE**

TELEPHONE NUMBER (INCLUDE AREA CODE)
**(206)850-4278**

ADDRESS
**3718 SOUTH 191ST PLACE**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SEATTLE, WA 98188** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |

| ADDRESS | DFEH USE ONLY |
|---|---|
| **PO BOX 8097** | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **06/22/2012** | **00** |

THE PARTICULARS ARE:

I allege that on about or before
<u>06/22/2012</u> , the following
conduct occurred:

| | | |
|---|---|---|
| ___ termination | ___ denial of employment | ___ denial of family or medical leave |
| ___ laid off | _X_ denial of promotion | ___ denial of pregnancy leave |
| ___ demotion | ___ denial of transfer | ___ denial of equal pay |
| ___ harassment | ___ denial of accommodation | ___ denial of right to wear pants |
| ___ genetic characteristics testing | ___ failure to prevent discrimination or retaliation | ___ denial of pregnancy accommodation |
| ___ constructive discharge (forced to quit) | ___ retaliation | |
| ___ impermissible non-job-related inquiry | ___ other (specify) _____ | |

by   **UNITED AIRLINES**

|  | Name of Person | Job Title (supervisor/manager/personnel director/etc.) |
|---|---|---|

because of :

| | | |
|---|---|---|
| ___ sex | ___ national origin/ancestry | ___ disability (physical or mental) | ___ retaliation for engaging in protected |
| ___ age | ___ marital status | ___ medical condition (cancer or | activity or requesting a protected |
| ___ religion | ___ sexual orientation | genetic characteristic | leave or accommodation |
| _X_ race/color | ___ association | ___ other (specify) | |

State of what you believe to be the reason(s) for discrimination

I HAVE BEEN PASSED OVER FOR PROMOTIONS SINCE 2009 TO THE PRESENT BECAUSE ALL JOB OPENINGS AT UNITED AIRLINES HAVE NOT BEEN POSTED. LESS QUALIFIED NON AFRICAN-AMERICAN CANDIDATES WERE SELECTED FOR THE MANAGEMENT POSITIONS. THESE CANDIDATES WERE SELECTED BY A "TAP ON THE SHOULDER" BASIS.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.

Dated  6/27/2012 11:17:00 AM

At  SAN FRANCISCO

DATE FILED:  6/27/2012 11:17:00 AM

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

EXHIBIT F, PAGE 74

**EXHIBIT 2F, PAGE 86**

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                    EDMUND G. BROWN JR., Governor



**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                    Phylis W. Cheng, Director

39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

June 27, 2012

HARTSFIELD, TERENCE
3718 SOUTH 191ST PLACE
SEATTLE, WA 98188

RE:  E201112M6673-00
     HARTSFIELD/UNITED AIRLINES

Dear HARTSFIELD, TERENCE:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective June 27, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

EXHIBIT F, PAGE 75

**EXHIBIT 2F, PAGE 87**

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator

cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (05/06)

# EXHIBIT G



The Law Office of
Spencer F. Smith

**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104



*VIA US MAIL*

April 10, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

Re:    *Terrance Haynie v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake
questionnaire to file Terrance Haynie's charge against United Airlines. I am also requesting an
immediate right to sue in this matter sent to our office at the above listed information. Please contact
me as soon as possible if there are any problems.

Sincerely,

Melanie Yabut
*Assistant to Spencer F. Smith*

enclosure

1

 

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: **Haynie**     First Name: **Terrance**     MI: **S**

Street or Mailing Address: **58 Mountainview Dr.**     Apt or Unit #:

City: **Brookfield**     County:     State: **CT**     Zip: **06804**

Phone Numbers: Home: (**203**) **994-0177**     Work: (  )

Cell: (  )     Email Address: **THAYNIE1@MAC.COM**

Date of Birth: **04/07/1957**     Sex: ☒ Male ☐ Female     Do You Have a Disability? ☐ Yes ☒ No

**Please answer each of the next three questions.**   i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
☒ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? **African American**

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ▓▓▓▓▓     Relationship: ▓▓▓▓▓

Address: ▓▓▓▓▓     City: ▓▓▓▓▓     State: ▓▓▓▓▓ Zip Code: ▓▓▓▓▓

Home Phone: (  )     Other Phone: ▓▓▓▓▓

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer ☐ Union ☐ Employment Agency ☐ Other (Please Specify)

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: **United Airlines**

Address: **77 West Wacker Drive** County: **Cook**

City: **Chicago**     State: **IL** Zip: **60601** Phone: (**800**) **864-8331**

Type of Business: **Airlines**     Job Location if different from Org. Address:

Human Resources Director or Owner Name: **Michael Bonds**     Phone: (**312**) **997-2915**

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15     ☐ 15 – 100     ☐ 101 – 200     ☐ 201 – 500     ☒ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No

Date Hired: **12/05/1988**     Job Title at Hire: **Second Officer Flight Engineer**

Pay Rate When Hired: **$30,000/yr**     Last or Current Pay Rate: **$171,000/yr**

Job Title at Time of Alleged Discrimination: **Captain**     Date Quit/Discharged:

Name and Title of Immediate Supervisor: **James Simon, Chief Pilot**

If Job Applicant, Date You Applied for Job     Job Title Applied For

RECEIVED APR 1 1 2012 EEOC S.F.

EXHIBIT G, PAGE 78

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☐ Sex ☐Age ☐ Disability ☐ National Origin ☐ Religion ☑ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information?_____
_____ N/A _____

Other reason (basis) for discrimination (Explain): __Failure to promote__

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: __02/05/2012__ Action: __United Airlines allowed me to be harassed and humiliated with racially charged notes and epithets, bullying, and death threats.__
Name and Title of Person(s) Responsible: __Management at United Airlines__

B. Date: __2000-Present__ Action: __United Airlines has failed to stop the hostile work environment I've been suffering from for 12 years. (see attached)__
Name and Title of Person(s) Responsible __Management at United.__

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.
__I believe these actions were and continue to be discriminatory because United Airlines retaliated against me for helping another pilot and (see attached)__

**7. What reason(s) were given to you for the acts you consider discriminatory?** By whom? His or Her Job Title?
__No reasons were given.__

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |
| | | | |

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

**A.** _____

_____

**B.** _____

_____

**Of the persons in the same or similar situation as you, who was treated *same* as you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

**A.** _____

_____

**B.** _____

_____

**Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.**

**9. Please check all that apply:**
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

**10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
_____ N/A _____

_____

**11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?
_____ N/A _____

**12. Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes ☐ No
If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)
_____

Describe the changes or assistance that you asked for: _____ N/A _____

_____

How did your employer respond to your request? _____

_____

**13.  Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)**

| | Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|---|
| A. | | | | |
| | | | | |
| B. | | | | |

**14.  Have you filed a charge previously on this matter with the EEOC or another agency?**   ☐ Yes   ☒ No

**15.  If you filed a complaint with another agency, provide the name of agency and the date of filing:** _____

N/A

**16.  Have you sought help about this situation from a union, an attorney, or any other source?**   ☒ Yes   ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Law office of Spencer smith       san Francisco, CA
353 Sacramento St suite #1120       94111

**Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.**  If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws.  **If you do not file a charge of discrimination within the time limits, you will lose your rights.**  If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1.  If you want to file a charge, you should check Box 2.

> **BOX 1**  ☐ I want to talk to an EEOC employee before deciding whether to file a charge.  I understand that by checking this box, I have not filed a charge with the EEOC.  I also understand that I could lose my rights if I do not file a charge in time.

> **BOX 2**  ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above.  I understand that the EEOC must give the employer, union, or employment agency that I accuse of **discrimination information about the charge, including my name.**  I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____          _____
Signature                                                    Today's Date   4/10/12

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

**Terrance Haynie EEOC Form Attachment**

**#5 What happened to you that you believe was discriminatory?**

C.   **Date:** 2011-present

**Action:** United Airlines has failed to promote me further than a Captain position. There have been several management positions which have been filled through a "tap on the shoulder" method where the candidates chosen did not apply for the position. These positions were not posted to all eligible employees such as myself. Instead, these positions were given to Non-African American candidates.

**Name and Title of Person(s) Responsible:** Management at United Airlines

**#6 Why do you believe these acts were discriminatory?**
(Cont.) removing the intoxicated pilot from the flight in 2005. I tried to do what was best for the safety of our crew and our passengers. However, United Airlines has failed to stop the derogatory comments, hate mail, and death threats stemming from this 2005 incident. After 23 years of service United Airlines allows me to be constantly harassed by prank telephone calls in the middle of the night and racially-charged epithets in verbal and written form.

I believe United Airlines' failure to promote me is discriminatory because management positions have not been filled based on merit. I have dedicated 23 years to United Airlines and continue to experience harassment, hostility, and discriminatory behavior.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 550-2012-01021 |

| Connecticut Comm. On Human Rights & Opportunities | and EEOC |
|---|---|

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Terrance S. Haynie | (203) 994-0177 | 04-07-1957 |

| Street Address | City, State and ZIP Code |
|---|---|
| 58 Mountainview Drive, Brookfield, CT 06804 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNITED AIRLINES | 500 or More | (800) 864-8331 |

| Street Address | City, State and ZIP Code |
|---|---|
| 77 West Wacker Drive, Chicago, IL 60601 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest / Latest |

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER (Specify)

Latest: **05-09-2012**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on or about November 5, 1988. My most recent job title is Captain and my immediate supervisor is James Simon, Chief Pilot. Since 2000 to the present, I have been subjected to harassment on account of my race. This harassment came in the form of racially charged notes and epithets, bullying, and death threats. Further, Respondent has failed to promote me past my current position as Captain. There have been several management positions which have been filled through a "tap on the shoulder" method where candidates did not need to apply. This has denied qualified candidates (such as myself) from those positions which have been awarded to non-African American candidates.

Respondent has not stated a reason for its actions.

I believe I have been discriminated against because of my race (Black/African American) and in retaliation for my participation in protected activities, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| ✗ _5/15/12_  ___Terrance S Haynie___  Date   Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

*RECEIVED MAY 18 2012 EEOC-SFDO*

EEOC Form 161-B (11/09)            U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: Terrance S. Haynie<br>58 Mountainview Drive<br>Brookfield, CT 06804 | From: San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|

☐   *On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-01021 | Geoffrey T. Gould,<br>Investigator | (415) 625-5693 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA): This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐   More than 180 days have passed since the filing of this charge.

☒   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒   The EEOC is terminating its processing of this charge.

☐   The EEOC will continue to process this charge.

Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

☐   The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*                                          6-6-12

Enclosures(s)                    Michael Baldonado,                    *(Date Mailed)*
                                 District Director

cc:
                                        Spencer F. Smith
                                        THE LAW OFFICE OF SPENCER F. SMITH
UNITED AIRLINES                         353 Sacramento Street, Suite 1120
77 West Wacker Drive                    San Francisco, CA 94111
Chicago, IL 60601





353 Sacramento St., Suite 1120
San Francisco, CA 94111
v 415-402-0084
f 415-520-6950
www.smithpatten.com

*VIA U.S. MAIL*

July 16, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

     Re:   *Terrance Haynie v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire to file Terrance Haynie's charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information. Please contact me as soon as possible if there are any problems.

Sincerely,

Melanie K. Yabut
*Legal Assistant*
SMITH PATTEN

enclosure

1

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

RECEIVED
EEOC-SFDO

RECEIVED
JUL 17 2012
EEOC-SFDO

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: __HAYNIE__   First Name: __TERRANCE__   MI __E__

Street or Mailing Address: __58 MOUNTAINVIEW DRIVE__   Apt or Unit #: _____

City: __BROOKFIELD__   County: _____   State: __CT__   Zip: __06804__

Phone Numbers: Home: (__203__) __994-0177__   Work: (___) _____

Cell: (___) _____   Email Address: __THAYNIE1@MAC.COM__

Date of Birth: __04/09/1957__   Sex: ☑Male ☐ Female   Do You Have a Disability? ☐ Yes ☑No

**Please answer each of the next three questions.   i. Are you Hispanic or Latino?** ☐ Yes ☑No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
   ☑Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? __AFRICAN AMERICAN__

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ████████   Relationship: _____

Address: ████████   City: ████████   te: ██   Zip Code: ████████

Home Phone: (___) _____   Other Phone: ████████

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☑Employer ☐ Union ☐ Employment Agency ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: __UNITED AIRLINES__

Address: __77 WEST WACKER DRIVE__   County: _____

City: __CHICAGO__   State: __IL__ Zip: __60601__   Phone: (__800__) __804 8331__

Type of Business: __AIRLINE__   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: __Michael Bonds__   Phone: (__312__) __999-2915__

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☑No

Date Hired: __12/05/1988__   Job Title At Hire: __Second Officer Flight Engineer__

Pay Rate When Hired: __$30,000/yr__   Last or Current Pay Rate: __$171,000/yr__

Job Title at Time of Alleged Discrimination: __Captain__   Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: __James Simans, Chief Pilot__

If Job Applicant, Date You Applied for Job _____   Job Title Applied For _____

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race  ☐ Sex  ☐ Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☑ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information: circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information? _____ N/A _____

Other reason (basis) for discrimination (Explain): _____ N/A _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

**A. Date:** _____   **Action:** (see attachment)

**Name and Title of Person(s) Responsible:** _____

**B. Date:** _____   **Action:** _____

**Name and Title of Person(s) Responsible** _____

**6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.**

**7. What reason(s) were given to you for the acts you consider discriminatory?  By whom?  His or Her Job Title?**

**8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.**

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

2

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. _____

_____

B. _____

_____

**Of the persons in the same or similar situation as you, who was treated the *same* as you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. _____

_____

B. _____

_____

**Answer questions 9-12 only if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.**

**9.  Please check all that apply:**
- ☐ Yes, I have a disability
- ☐ I do not have a disability now but I did have one
- ☐ No disability but the organization treats me as if I am disabled

**10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?**  (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____ N/A _____

_____

**11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____ N/A _____

_____

**12.  Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes ☐ No

If "Yes," when did you ask? _____  How did you ask (verbally or in writing)? _____

Who did you ask?  (Provide full name and job title of person)

_____ N/A _____

Describe the changes or assistance that you asked for: _____

_____

_____

How did your employer respond to your request? _____

_____

07/13/2012  19:30   203775Eⁿⁿⁿ   OFFICEMAX 0140   PAGE  01/01

13.  Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|

A.

B.

14.  Have you filed a charge previously on this matter with the EEOC or another agency?  ☑ Yes ☐ No

15.  If you filed a complaint with another agency, provide the name of agency and the date of filing:

May 2012

16.  Have you sought help about this situation from a union, an attorney, or any other source?  ☑ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Smith Patten  353 Sacramento st. suite #1120
C.F. CA 94111

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.  If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws.  If you do not file a charge of discrimination within the time limits, you will lose your rights.  If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1.  If you want to file a charge, you should check Box 2.

BOX 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge.  I understand that by checking this box, I have not filed a charge with the EEOC.  I also understand that I could lose my rights if I do not file a charge in time.

BOX 2  ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.  I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____
Signature

_7/13/2012_
Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1)  FORM NUMBER/TITLE/DATE: EEOC Intake Questionnaire (M20009). 2) AUTHORITY:  42 U.S.C. § 2000e-5(b) 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3)  PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge.  4) ROUTINE USES.  EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5)  WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.  Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

## TERRY HAYNIE EEOC ATTACHMENT

5a)

On June 12, 2012, a Flight Officer working with me abandoned his post during the flight's final checklist. The next day, I reported the incident to Flight Operations. Flight Operations suggested that I confront the Flight Officer. When I confronted him, he made hostile and degrading comments toward me. As a result of this confrontation, the airplane did not take off. After being harassed, James Simons, Chief Pilot of Washington-Dulles Airport, called me into the Chief Pilots office but did not call the Flight Officer. United Airlines retaliated against me for complaining of continued harassment by ordering me to a psychological evaluation with a predetermined result.





**SMITH**
**PATTEN**

353 Sacramento St., Suite 1120
San Francisco, CA 94111
v 415-402-0084
f 415-520-0104
www.smithpatten.com

August 13, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105

    Re:   *Terrance Haynie v. United Airlines*

To Whom it May Concern:

Our office represents the above referenced Plaintiff in this matter. Attached is the EEOC Charge of
Discrimination of Terrance Haynie against United Airlines. I am requesting an immediate right to sue
in this matter sent to our office at the above listed information. Please contact our office if there are any
problems.

Thank you,

Melanie K. Yabut
*Legal Assistant*
Smith Patten

enclosures

1

08/09/2012  16:30  2037756807          OFFICEMAX 0140                    PAGE  03/03

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA | |
| | ☒ EEOC | 5B0-2012-01830 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Terrance S. Haynie | (203) 994-0177 | 04-07-1957 |

| Street Address | City, State and ZIP Code |
|---|---|
| 58 Mountainview Drive, Brookfield, CT 06804 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNITED AIRLINES | 500 or More | (800) 864-8331 |

| Street Address | City, State and ZIP Code |
|---|---|
| 77 West Wacker Drive,  Chicago, IL 60601 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER (Specify)

Earliest: 06-12-2012    Latest: 07-31-2012

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired as a Second Officer Flight Engineer on December 5, 1988.  My current position is Captain.

On June 12, 2012, a Flight Officer working with me abandoned his post during the flight's final checklist. The next day, I reported the incident to Flight Operations, who suggested that I confront the Flight Officer. When I confronted him, he made hostile and degrading comments toward me. As a result of this confrontation, the airplane did not take off.  After being harassed, James Simons, Chief Pilot of Washington-Dulles Airport, called me into the Chief Pilot's office but did not call the Flight Officer. United Airlines retaliated against me for complaining of continued harassment by ordering me to a medical evaluation.

I believe that I have been discriminated against because of my race (Black), and in retaliation for complaining of discrimination, in violation of Title Vii of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 8/9/2012      X [signature] | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date      Charging Party Signature | |

EEOC Form 161-B (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To:  Terrance S. Haynie
58 Mountainview Drive
Brookfield, CT 06804

From:  San Francisco District Office
350 The Embarcadero
Suite 500
San Francisco, CA 94105

☐ *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-01830 | Deborah W. Randall,<br>Enforcement Manager | (415) 625-5660 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court <u>WITHIN 90 DAYS</u> **of your receipt of this notice;** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐  More than 180 days have passed since the filing of this charge.

☒  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒  The EEOC is terminating its processing of this charge.

☐  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐  The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court** <u>WITHIN 90 DAYS</u> of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u>** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Michael Baldonado,
District Director

8/17/2012
*(Date Mailed)*

Enclosures(s)

cc:

UNITED AIRLINES
77 West Wacker Drive
Chicago, IL 60601

Melanie Yabut
SMITH PATTEN
353 Sacramento Street, Suite 1120
San Francisco, CA 94111

# * * * EMPLOYMENT * * *

| COMPLAINT OF DISCRIMINATION UNDER | DFEH # | E201112M6214-00 |
|---|---|---|
| THE PROVISIONS OF THE CALIFORNIA | | |
| FAIR EMPLOYMENT AND HOUSING ACT | | DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (Indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **HAYNIE, TERRANCE** | **(203)994-0177** |

| ADDRESS |
|---|
| **58 MOUNTAINVIEW DRIVE** |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **BROOKFIELD, CT 06804** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |

| ADDRESS | DFEH USE ONLY |
|---|---|
| **PO BOX 8097** | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **02/05/2012** | **00** |

THE PARTICULARS ARE:

I allege that on about or before
02/05/2012 , the following
conduct occurred:

| | | |
|---|---|---|
| ___ termination | ___ denial of employment | ___ denial of family or medical leave |
| ___ laid off | X_ denial of promotion | ___ denial of pregnancy leave |
| ___ demotion | ___ denial of transfer | ___ denial of equal pay |
| X_ harassment | ___ denial of accommodation | ___ denial of right to wear pants |
| ___ genetic characteristics testing | X_ failure to prevent discrimination or retaliation | ___ denial of pregnancy accommodation |
| ___ constructive discharge (forced to quit) | X_ retaliation | |
| ___ impermissible non-job-related inquiry | ___ other (specify) _____ |

by   **UNITED AIRLINES**

because of :

| Name of Person | Job Title (supervisor/manager/personnel director/etc.) |
|---|---|

| | | |
|---|---|---|
| ___ sex | ___ national origin/ancestry | ___ disability (physical or mental) | X_ retaliation for engaging in protected |
| ___ age | ___ marital status | ___ medical condition (cancer or | activity or requesting a protected |
| ___ religion | ___ sexual orientation | generic characteristic | leave or accommodation |
| X_ race/color | ___ association | ___ other (specify) | |

State of what you
believe to be the
reason(s) for
discrimination

FROM 2000 THE PRESENT, UNITED AIRLINES HAS ALLOWED ME TO BE HARASSED AND HUMILIATED WITH RACIALLY CHARGED NOTES AND EPITHETS, BULLYING, AND DEATH THREATS. UNITED AIRLINES HAS FAILED TO STOP THE HOSTILE WORK ENVIRONMENT THAT I'VE BEEN SUFFERING FROM FOR 12 YEARS. THESE ACTIONS ARE DISCRIMINATORY BECAUSE IN 2005, UNITED AIRLINES RETALIATED AGAINST ME FOR HELPING AN INTOXICATED PILOT OFF A FLIGHT. I TRIED TO DO WHAT WAS BEST FOR THE SAFETY OF OUR CREW AND OUR PASSENGERS. HOWEVER, UNITED AIRLINES HAS FAILED TO STOP THE DEROGATORY COMMENTS, HATE MAIL, AND DEATH THREATS STEMMING FROM THIS 2005 INCIDENT.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.

Dated  3/28/2012 3:34:00 PM

At  San Francisco

DATE FILED:  3/28/2012 3:34:00 PM

| DFEH-300-03o (02/08) | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING | STATE OF CALIFORNIA |

**\* \* EMPLOYMENT \* \* \***

COMPLAINT OF DISCRIMINATION UNDER          DFEH #          E201112M6214-00
THE PROVISIONS OF THE CALIFORNIA
FAIR EMPLOYMENT AND HOUSING ACT                              DFEH USE ONLY

State of what you
believe to be the
reason(s) for
discrimination

FROM 2000 THE PRESENT, UNITED AIRLINES HAS ALLOWED ME TO BE HARASSED AND HUMILIATED WITH
RACIALLY CHARGED NOTES AND EPITHETS, BULLYING, AND DEATH THREATS. UNITED AIRLINES HAS
FAILED TO STOP THE HOSTILE WORK ENVIRONMENT THAT I'VE BEEN SUFFERING FROM FOR 12 YEARS.
THESE ACTIONS ARE DISCRIMINATORY BECAUSE IN 2005, UNITED AIRLINES RETALIATED AGAINST ME
FOR HELPING AN INTOXICATED PILOT OFF A FLIGHT. I TRIED TO DO WHAT WAS BEST FOR THE SAFETY
OF OUR CREW AND OUR PASSENGERS. HOWEVER, UNITED AIRLINES HAS FAILED TO STOP THE
DEROGATORY COMMENTS, HATE MAIL, AND DEATH THREATS STEMMING FROM THIS 2005 INCIDENT.

AFTER 23 YEARS OF SERVICE, UNITED AIRLINES ALLOWS ME TO BE CONSTANTLY HARASSED BY PRANK
TELEPHONE CALLS IN THE MIDDLE OF THE NIGHT AND RACIALLY-CHARGED EPITHETS IN VERBAL AND
WRITTEN FORM.

I BELIEVE UNITED AIRLINES' FAILURE TO PROMOTE ME IS DISCRIMINATORY BECAUSE MANAGEMENT
POSITIONS HAVE NOT BEEN FILLED BASED ON MERIT. I HAVE DEDICATED 23 YEARS TO UNITED AIRLINES
AND CONTINUE TO EXPERIENCE HARASSMENT, HOSTILITY, AND DISCRIMINATORY BEHAVIOR.

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                    EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                    Phyllis W. Cheng, Director

1515 CLAY STREET, SUITE 701, OAKLAND, CA 94612
(510) 622-2941
www.dfeh.ca.gov

March 28, 2012

HAYNIE, TERRANCE
58 MOUNTAINVIEW DRIVE
BROOKFIELD, CT 06804

RE:   E201112M6214-00
      HAYNIE/UNITED AIRLINES

Dear HAYNIE, TERRANCE:

**NOTICE OF CASE CLOSURE**

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective March 28, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Selena Wong
District Administrator

cc:   Case File

JAMES SIMON
CHIEF PILOT
UNITED AIRLINES
JFK ACCESS ROAD
NEW YORK NY 10010-3672

DFEH-200-43 (06/06)

# EXHIBIT H



**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*



February 7, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

    Re:   *Richard A. John v. United Airlines*

To Whom It May Concern;

I am enclosing the EEOC intake questionnaire to file a charge on behalf of our client, Richard A. John, in the above referenced issue. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information. Please contact me as soon as possible if there are any problems.

Sincerely,

Melissa Sotto
*Assistant to Spencer F. Smith*

enclosures

1

EXHIBIT H, PAGE 98

**EXHIBIT 2H, PAGE 112**



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: _John_   First Name: _Richard_   MI: _A_

Street or Mailing Address: _611 East 39th St_   Apt or Unit #: _____

City: _Brooklyn_   County: _____   State: _NY_   Zip: _11203_

Phone Numbers: Home: (_991_) _817-4403_   Work: (___) _____

Cell: (___) _____   Email Address: _Rajj @ optonline.net_

Date of Birth: _11/10/1965_   Sex: ☒ Male ☐ Female   Do You Have a Disability? ☐ Yes ☒ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☐ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White

☒ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? _Trinidad and Tobago, West Indies_

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: _____   Relationship: _____

Address: _____   City: _____   State: ___ Zip Code: _____

Home Phone: _____   Other Phone: (___) _____

**2. I believe that I was discriminated against by the following organization(s):**   (Check those that apply)

☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: _United Airlines_

Address: _77 West Wacker Dr_   County: _Cook_

City: _Chicago_   State: _IL_ Zip: _60601_   Phone: (_800_) _864-8331_

Type of Business: _Airline_   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: _Michael Bonds_   Phone: (_312_) _997-2915_

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☒ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No

Date Hired: _01/04/1993_   Job Title at Hire: _Flight Officer_

Pay Rate When Hired: _$25,000/yr_   Last or Current Pay Rate: _$140,000_

Job Title at Time of Alleged Discrimination: _Captain Flight Officer_ Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: _James Simons - Chief Pilot, Director of Domicile operations_

If Job Applicant, Date You Applied for Job _11/17/11_ Job Title Applied For _Temporary Job Share_

1

EXHIBIT H, PAGE 99

**EXHIBIT 2H, PAGE 113**

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒Race  ☐ Sex  ☐Age  ☐ Disability  ☐ National Origin  ☐ Religion ☒Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _N/A_

If you checked genetic information, how did the employer obtain the genetic information? _N/A_

Other reason (basis) for discrimination (Explain): _N/A_

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. *(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: _1/17/11_   Action: _Interviewed for temporary job share A320 standards Captain but was not selected_

Name and Title of Person(s) Responsible: _Management at United Airlines /HR at UAL_

B. Date: _08/03/11_   Action: _Interviewed for Flight Operations Duty Manager but was not selected_

Name and Title of Person(s) Responsible _Management at United Airlines/HR at UAL_

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.

_These actions were discriminatory because in my total of 100 applications (see in 5 years, I have only been invited to interview five times and no job offers. attach_

**7. What reason(s) were given to you for the acts you consider discriminatory?** By whom? His or Her Job Title?

_No reasons given to me by Emil Lassen, Flight Standards Manager, and Bryan Quigley (Director of Flight Operations)_

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. _N/A_ | | | |
| B. | | | |

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

Of the persons in the same or similar situation as you, who was treated *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. Sal Crocker | African American, Male | Captain | Interviewed for A320 Standards Captain and Assistant Chief Pilot but no job offers |
| B. Karl Minter | African American, Male | Captain | Interviewed for Senior Manager for International Operations but no job. Also was denied promotion |

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
N/A

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for:

How did your employer respond to your request?

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|-----------|-----------|------------------------|-----------------------------------------------|
| A. | | | |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☒ Yes ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing:

EEOC, DFEH    June 20, 2010

16. Have you sought help about this situation from a union, an attorney, or any other source? ☒ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

law Office of Spencer Smith
353 Sacramento St Suite 1120  S.F. CA 94111

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you know about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge, or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____ Signature     February 4th 2012 Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974; Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

### Richard John EEOC Questionnaire Intake Attachment

**#5 What happened to you that you believe was discriminatory?**

C.      **Date:** January 2010-Present

   **Action:** Submitted 24 applications for various Flight Operations management jobs with no interviews. Submitted 13 applications for jobs outside of the Flight Operations Division bringing total of 37 applications submitted since my previous EEOC Discrimination Charge against United Airlines.

   **Name and Title of Person(s) Responsible:** Management at United Airlines

D.      **Date:**  July 2006-January 2012

   **Action:** Applied for 100 positions from July 2006 through January 2012. During application phase, only obtained five interviews and no job offers. (See attached)

   **Name and Title of Person(s) Responsible:** Management at United Airlines/HR at United Airlines

**#6 Why do you believe these actions were discriminatory?**

**A:** This was my second interview for the A320 Standards Captain position. After the first interview, I was told by the interviewing Captain that I was the best candidate he has ever interviewed in his tenured experience selecting Standards Captains. He also stated that "I told them to hire you." A white male was selected for the position who had far less experience on the A320 as compared to my application. The second interview was conducted by Carol Cameron and Emil Lassen. Several days after the interview I was advised that I passed the interview but was not selected. .

**B:** The interview for Flight Operations Duty Manager (FODM): Washington – was conducted by Director of Flight Operations Captain Bryan Quigley and Chief Pilot Andy Allen. After the interview, Bryan invited me to meet his boss Managing Director Jim Starley. Bryan took me to his office and introduced me to some of his staff. I firmly believed that he made a decision that the interview generated positive results. After a few weeks, Bryan called and advised me that I was not selected for the position. I later found out that Captain Quinn was selected for the job. I was already trained as an FODM with similar or more frontline experience as compared to Captain Quinn. Additionally, I had two graduate degrees over Captain Quinn (white male). Furthermore, I was already trained and was successful as a temporary FODM in the past. As far as I know, Captain Quinn was never an FODM in the past. Finally, when my interview was over, I was commuting from Chicago to New York and the Captain in charge of the flight, Chris Hoza, after realizing that I had just completed my interview, Captain Hoza advised me that he was invited to apply for the same position. He pulled out his smart phone and showed me the official email list of interview questions from United's HR department. As I read the email, the email trail demonstrated that he was sent the email by Chief Pilot and Director of Domicile Operations Captain Bo Ellis. Presently, Captain Hoza (white male) is on Special Assignment in Chicago. Obviously, others white males were given an unfair advantage in the process and I was denied a job offer.

I firmly believe that my qualifications, experience, and caliber of interview results were not the factors

that led to my denial of a promotion. Because in both interview situations I was advised that I passed the interview but was not selected. The candidate selected possessed less qualifications.

## Captain Richard John

## My Submissions (100 job submissions found)

This page displays all relevant details related to your draft and completed submissions.

Completed Submissions

Assistant Chief Pilot - Captain - UNITED- DEN (Flight Operations)
- Full-time
United States-CO-DEN - Denver
Job Posting:01/06/2012 – Job Number: FOPS12-H-JC
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/20/2012
View Submission

Assistant Chief Pilot - Captain - UNITED - IAD (Flight Operations)
- Full-time
United States-District of Columbia-IAD - Washington (Dulles)
Job Posting:01/06/2012 – Job Number: FOPS12-I-JC
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/17/2012
View Submission

Chief Pilot (IAD) — Pilot Management - Washington, D.C. (Flight
Operations)
- Full-time
United States-District of Columbia-IAD - Washington (Dulles)
Job Posting:12/19/2011 – Job Number: FOPS11-F-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 12/28/2011
View Submission

Chief Pilot (EWR) — Pilot Management - Newark, NJ (Flight
Operations)

- Full-time
United States-NJ-EWR - Newark
Job Posting:10/03/2011 – Job Number: FOPS11-A-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 10/31/2011
View Submission


Standards Captain - B767 (DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:09/19/2011 – Job Number: DEN29318972066117DH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 11/16/2011
View Submission


Temporary - (Job Share) Standards Captain - A320 (DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:09/02/2011 – Job Number: DEN29318972066120DH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 11/17/2011
View Submission


Line Training Manager - A320 - DEN (Flight Operations)
 - Full-time
United States-CO-DEN - Denver
Job Posting:06/20/2011 – Job Number: FOPS42-A-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/23/2011
View Submission


Manager - Fleet Technical Flight Operations - A320 - Denver, CO
(Flight Operations)
 - Full-time
United States-CO-DEN - Denver, United States-TX-IAH - Houston
(Intercontinental)
Job Posting:06/23/2011 – Job Number: FOPS41-A-DP

Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/23/2011
View Submission

Assistant Chief Pilot - Captain - UNITED- IAD/JFK (Flight
Operations)
 - Full-time
United States-District of Columbia-IAD - Washington (Dulles),
United States-NY-JFK - New York (Kennedy)
Job Posting:06/15/2011 – Job Number: FOPS12-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/12/2011
View Submission

Line Training Manager - 778 - DEN/IAH (Flight Operations)
 - Full-time
United States-CO-DEN - Denver, United States-TX-IAH - Houston
(Intercontinental)
Job Posting:06/20/2011 – Job Number: FOPS42-E-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/23/2011
View Submission

Line Training Manager - 737 - IAH/DEN (Flight Operations)
 - Full-time
United States-TX-IAH - Houston (Intercontinental), United States-
CO-DEN - Denver
Job Posting:06/20/2011 – Job Number: FOPS42-B-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/23/2011
View Submission

Line Training Manager - 747 - DEN (Flight Operations)
 - Full-time
United States-CO-DEN - Denver
Job Posting:06/20/2011 – Job Number: FOPS42-C-DP
Job Status: Inactive (No Longer Accepting Job Submissions)

Submission Status:
Completed
– Updated: 08/23/2011
View Submission


Assistant Chief Pilot - Captain - UNITED- ORD (Flight Operations)
 - Full-time
United States-IL-ORD - Chicago - O'Hare
Job Posting:06/15/2011 – Job Number: FOPS12-C-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/04/2011
View Submission


Domestic Flight Operations - Senior Manager -Chicago, IL (Flight
Operations)
 - Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:06/14/2011 – Job Number: FOPS1017-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/13/2011
View Submission


International Flight Operations - Senior Manager - Chicago, IL
(Flight Operations)
 - Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:06/14/2011 – Job Number: FOPS1016-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/13/2011
View Submission


Senior Manager - Fleet Standards - 737 - IAH (Flight Operations)
 - Full-time
United States-TX-IAH - Houston (Intercontinental)
Job Posting:04/11/2011 – Job Number: FOPS40-B-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011

View Submission

Senior Manager - Fleet Training - 747/778 - Denver, CO (Flight Operations)
 - Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS31-C-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
View Submission

Senior Manager - Fleet Training - A320 - Denver, CO (Flight Operations)
 - Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS31-A-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
View Submission

Senior Manager - Fleet Training - 756 - Denver, CO (Flight Operations)
 - Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS31-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
View Submission

Senior Manager - Fleet Standards - 756 - Denver, CO (Flight Operations)
 - Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS40-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
View Submission

Senior Manager - Fleet Standards - 778 - Denver, CO (Flight
Operations)
 - Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS40-E-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
-- Updated: 06/09/2011
View Submission


Senior Manager - Fleet Standards - 747 - Denver, CO (Flight
Operations)
 - Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS40-C-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
View Submission


Senior Manager - Fleet Standards - A320 - Denver, CO (Flight
Operations)
 - Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS40-A-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
View Submission


Flight Operations - Duty Manager - EWR(Flight Operations)
 - Full-time
United States-NJ-EWR - Newark
Job Posting:06/29/2011 – Job Number: FOPS1040-B-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/02/2011
View Submission


Flight Operations - Duty Manager - ORD (Flight Operations)

- Full-time
United States-IL-ORD - Chicago - O'Hare
Job Posting:06/29/2011 – Job Number: FOPS1040-E-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/05/2011
View Submission


Flight Operations - Dnty Manager - IAD (Flight Operations)
- Full-time
United States-District of Columbia-IAD - Washington (Dulles)
Job Posting:06/29/2011 – Job Number: FOPS1040-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/03/2011
View Submission


Flight Operations - Duty Manager - IAH (Flight Operations)
- Full-time
United States-TX-IAH - Houston (Intercontinental)
Job Posting:06/29/2011 – Job Number: FOPS1040-C-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/03/2011
View Submission


A320 Job Share Standards Captain (DENTK)
- Full-time
United States-CO-DEN - Denver
Job Posting:04/09/2009 – Job Number: DEN29318932060623RD
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 05/07/2009
View Submission


Program Manager - United Mileage Plus (HDQUZ)
- Full-time
United States-IL-HDQ - Chicago - Headquarters - 77 W Wacker Dr
Job Posting:07/02/2009 – Job Number: HDQ41308072064761GH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:

Completed
– Updated: 08/17/2009
View Submission

Manager - RM Loyalty Strategy & Analysis (HDQIM - I)
 - Full-time
United States-IL-HDQ - Chicago - Headquarters - 77 W Wacker Dr
Job Posting:07/08/2009 – Job Number: HDQ34768072064698TP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/10/2009
View Submission

Fleet Technical Manager A320 (WHQSD)
 - Full-time
United States-IL-WHQ - Chicago -Operations Center-Elk Grove
Village
Job Posting:12/08/2009 – Job Number: WHQ25498972061350RD
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 02/01/2010
View Submission

Managing Director - Flight Operations - Chicago, IL
 - Full-time
United States-IL-CHI - Chicago - Non Airport Locations
Job Posting:12/08/2010 – Job Number: FOPS04-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/10/2011
View Submission

Managing Director - Technology and Flight Test - Chicago, IL
 - Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:12/08/2010 – Job Number: FOPS06-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/10/2011
View Submission

Managing Director - Flight Standards - Denver, CO (Flight
Operations)
 - Full-time
United States-CO-DEN - Denver
Job Posting:12/08/2010 – Job Number: FOPS02-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/10/2011
View Submission

Standards Captain-A320 (DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:07/10/2010 – Job Number: DEN29318972067898RD
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/23/2010
View Submission

Alliance Partner Relationships - Europe, Middle East, Africa, India -
Senior Manager - Chicago, IL (Alliances)
 - Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:01/18/2011 – Job Number: AM04-RT
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/25/2011
View Submission

Alliance Joint Ventures Americas - Senior Manager - Chicago, IL
(Alliances)
 - Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:01/18/2011 – Job Number: AM23-PT
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/25/2011
View Submission

Director - Alliance Joint Ventures - Europe, Middle East and India -
Chicago, IL (Alliances)

- Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:01/18/2011 – Job Number: AM09-PT
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/25/2011
View Submission

Alliance Joint Ventures Asia/Pacific - Senior Manager - Chicago, IL
(Alliances)
- Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:01/18/2011 -- Job Number: AM22-PT
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
-- Updated: 01/25/2011
View Submission

Director - Alliance Analysis and Evaluation- Chicago, IL (Alliances)
- Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:01/18/2011 – Job Number: AM12-PT
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/27/2011
View Submission

Alliance Development - Americas - Senior Manager - Chicago, IL
(Alliances)
- Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:01/18/2011 -- Job Number: AM20-DK
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/26/2011
View Submission

Alliance Development - Asia/Pacific - Senior Manager - Chicago, IL
(Alliances)
- Full-time
United States-IL-WHQ - Chicago - Willis Tower

Job Posting:01/18/2011 – Job Number: AM19-DK
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/26/2011
View Submission

Alliance Development - Europe/Africa/MiddleEast/India - Senior
Manager - Chicago, IL (Alliances)
 - Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:01/18/2011 – Job Number: AM18-DK
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/26/2011
View Submission

Director - Alliance Bilateral Relationships - Chicago, IL (Alliances)
 - Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:01/18/2011 – Job Number: AM08-RT
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
-- Updated: 01/25/2011
View Submission

Alliances Partner Relationships- Americas- Senior Manager -
Chicago, IL (Alliances)
 - Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:01/18/2011 – Job Number: AM06-RT
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/25/2011
View Submission

Senior Manager - Flight Safety Action Program & Event Review
Committee - Chicago, IL (Safety/Quality Assurance)
 - Full-time
United States-IL-WHQ - Chicago -Operations Center-Elk Grove
Village
Job Posting:01/28/2011 – Job Number: SQA06-JC

**EXHIBIT 2H, PAGE 129**

Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 02/03/2011
View Submission

Managing Director - Pilot Contract Administration - Flight
Operations - Chicago, IL(Flight Operations)
 - Full-time
United States-IL-ORD - Chicago - O'Hare
Job Posting:02/02/2011 – Job Number: FOPS10-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 03/08/2011
View Submission

Senior Manager of Operational Efficiency - Chicago, IL (Operations)
 -
United States-IL-HDQ - Chicago - Headquarters - 77 W Wacker Dr
Job Posting:01/21/2011 – Job Number: SOCC62-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/28/2011
View Submission

Director - System Network Operations Control - Chicago, IL
(Network Operations Control)
 - Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:01/03/2011 – Job Number: SOCC12-MT
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/07/2011
View Submission

Director - Passenger Sales North America, Latin and Caribbean -
North America - Newark, NJ(The America's, Sales)
 - Full-time
United States-NJ-EWR - Newark
Job Posting:12/30/2010 – Job Number: SAL36-DB
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:

Completed
– Updated: 01/07/2011
View Submission

Managing Director - Network Operations Support - Chicago, IL
(Network Operations Control)
 - Full-time
United States-IL-WHQ - Chicago -Operations Center-Elk Grove
Village
Job Posting:01/03/2011 – Job Number: SOCC02-MT
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/07/2011
View Submission

Managing Director - Regional Express Operational Performance -
Chicago, IL
 - Full-time
United States-IL-WHQ - Chicago -Operations Center-Elk Grove
Village
Job Posting:11/29/2010 – Job Number: REGEX01-GH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 12/08/2010
View Submission

Director - Policy - Chicago, IL
 - Full-time
United States-IL-CHI - Chicago - Non Airport Locations
Job Posting:02/01/2011 – Job Number: GOV19-CA
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 11/26/2010
View Submission

Job Share Standards Captain (B757/767 Fleet / DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318975023252SH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed

**EXHIBIT 2H, PAGE 131**

– Updated: 08/02/2006
View Submission

Job Share Standards Captain (A320 Fleet / DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318975023254SH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 12/01/2006
View Submission

Standards Captain (B757 Fleet / DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318975023256SH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 10/27/2006
View Submission

Standards Captain (B777 Fleet / DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318975023261SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 10/26/2006
View Submission

Manager - Command Development Programs - DENTK
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN09268975054076SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 02/21/2007
View Submission

Standards Captain (B747 Fleet /DENTK 2011-21)
 - Full-time

United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN20112131023282EG
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 04/12/2007
View Submission

Special Assignment - Line Operational Safety Audit Observer
(LOSA) (WHQFS - Grade G - 980680)
 - Full-time
United States-IL-UAL - System Wide (Any location)
Job Posting:Not Available – Job Number:
WHQ98068065032231KM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 04/10/2007
View Submission

Assistant Chief Pilot ( DCAFO/Grade 20)
 - Full-time
United States-District of Columbia-DCA - Washington (National)
Job Posting:Not Available – Job Number: dca87868975058366sw
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 05/31/2007
View Submission

Interview Captain - Temporary Special Assignment (WHQFO 8999-
89)
 -
United States-IL-WHQ - Chicago -Operations Center-Elk Grove
Village
Job Posting:Not Available – Job Number:
WHQ89998932058373LW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/10/2007
View Submission

Job Share Assistant Chief Pilot (LAXFO)
 - Full-time

**EXHIBIT 2H, PAGE 133**

United States-CA-LAX - Los Angeles
Job Posting:Not Available – Job Number:
LAX04158932039507KFM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 09/07/2007
View Submission

Standards Captain (A320 Fleet / DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number:
DEN29318932060667KFM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 09/06/2007
View Submission

B737 Job Share Standards Captain (DENTK) - REPOST CLOSES
12/5
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number:
DEN29318932060666KFM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 09/13/2007
View Submission

Job Share Standards Captain (B737 Fleet / DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number:
DEN29318932060665KFM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 09/05/2007
View Submission

Flight Operations Supervisor, Command Development Programs
(DENTK)

 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number:
DEN07958932058377KFM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/28/2007
View Submission


Standards Captain-B-777 Fleet (DENTK-2938-89)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318932060659EG
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/02/2007
View Submission


Standards Captain (737 Fleet / DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318932060661EG
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/18/2007
View Submission


A320 Job Share Standard's Captain (DENTK-2931-89)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318932060663EG
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/26/2007
View Submission


A320 Standards Captain (DENTK-2931-89)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318932060651EG
Job Status: Inactive (No Longer Accepting Job Submissions)

Submission Status:
Completed
− Updated: 06/29/2007
View Submission


Standards Captain - B747 (DENTK - 89/Flt QualMgt)
 - Full-time
United States-CO-DEN - Denver
Job Posting:07/16/2008 − Job Number: DEN29318932060697SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
− Updated: 08/13/2008
View Submission


Standards Captain - B777 (DENTK - 89/Flt QualMgt)
 - Full-time
United States-CO-DEN - Denver
Job Posting:07/16/2008 − Job Number: DEN29318932060603SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
− Updated: 08/13/2008
View Submission


Standards Captain - B777 (DENTK - 89/Flt QualMgt)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available − Job Number: DEN29318932060698SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
− Updated: 06/24/2008
View Submission


Standards Captain - B777 (DENTK - 89/Flt QualMgt)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available − Job Number: DEN29318932060695SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
− Updated: 06/11/2008
View Submission

Standards Captain - B747-400 (DENTK - 89/Flt QualMgt)
- Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318932060696SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/11/2008
View Submission

Assistant Chief Pilot (LAXFO - 89/Flt QualMgt)
- Full-time
United States-CA-LAX - Los Angeles
Job Posting:Not Available – Job Number: LAX87868932039509SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 05/16/2008
View Submission

Manager - Flight Operations Customer & Employee Experience
(WHQFO)
- Full-time
United States-IL-ORD - Chicago - O'Hare
Job Posting:Not Available – Job Number:
WHQ48698932016422SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 04/16/2008
View Submission

Standards Captain - B747-400 Fleet (DENTK)
- Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318932060693SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 03/21/2008
View Submission

Standards Captain - B747-400 Fleet (DENTK)
- Full-time
United States-CO-DEN - Denver

Job Posting:Not Available – Job Number: DEN29318932060692SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 03/21/2008
View Submission

Fleet Captain - A320 (DENTK)
 - Full-time
United States-Colorado
Job Posting:12/17/2008 – Job Number: DEN0693893060609PG
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/27/2009
View Submission

Assistant Chief Pilot (SFOFO - 89/Flt QualMgt)
 - Full-time
United States-CA-SFO - San Francisco Airport
Job Posting:08/15/2008 – Job Number: SFO87868932062989SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/21/2008
View Submission

Assistant Chief Pilot (LAXFO - 89/Flt QualMgt)
 - Full-time
United States-CA-LAX - Los Angeles
Job Posting:08/15/2008 – Job Number: LAX87868932062988SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/21/2008
View Submission

Manager - Flight Safety Programs (WHQFS/-89)
 - Full-time
United States-CO-DEN - Denver
Job Posting:07/23/2008 – Job Number: DEN42828932060723JC
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/23/2008

View Submission

Flight Operations Duty Manager (WHQFO)
 - Full-time
United States-IL-WHQ - Chicago -Operations Center-Elk Grove
Village
Job Posting:Not Available – Job Number:
WHQ87408932043789SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 03/04/2008
View Submission

Flight Manager - Job Share (ORDFO)
 - Full-time
United States-IL-ORD - Chicago - O'Hare
Job Posting:Not Available – Job Number:
ORD05268932020913KFM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/08/2008
View Submission

Assistant Chief Pilot - ORDFO
 - Full-time
United States-IL-ORD - Chicago - O'Hare
Job Posting:Not Available – Job Number:
ORD87868932020912KFM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/08/2008
View Submission

A320 Job Share Standards Captain (DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number:
DEN29318932060686KFM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 12/03/2007

View Submission

A320 Standards Captain (DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number:
DEN29318932060685KFM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 11/13/2007
View Submission

Manager - Pilot New Hire and Command Development Programs
(DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number:
DEN05258932060670KFM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 10/18/2007
View Submission

A320 Job Share Standards Captain (DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number:
DEN29318932060671KFM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 10/12/2007
View Submission

Chief Pilot (DENFO)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number:
DEN04158932058399KFM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 10/08/2007

View Submission

737 Job Share Standards Captain (DENTK-2931-89)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available -- Job Number: den29318932023278co
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
-- Updated: 06/07/2007
View Submission

Flight Ops Duty Manager (WHQFO/ 8740-89)
 - Full-time
United States-IL-WHQ - Chicago -Operations Center-Elk Grove
Village
Job Posting:Not Available -- Job Number: WHQ87408932058353CO
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
-- Updated: 06/07/2007
View Submission

Standards Captain-B-777 Fleet (DENTK-2938-89)
 - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available -- Job Number: den29318932023284co
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
-- Updated: 04/12/2007
View Submission

Withdrawn Submissions
Temporary - (Job Share) Standards Captain - B767 (DENTK)
 - Full-time
United States-CO-DEN - Denver
Job Posting:09/19/2011 -- Job Number: DEN29318972066121DH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Withdrawn
-- Updated: 09/26/2011
View Submission

Supervisor - Flight Operations A320 (0795-89/DENTK)

- Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN07958975023276SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Withdrawn
– Updated: 12/22/2009
View Submission

Job Share Flight Operations Supervisor (LAXFO)
- Full-time
United States-CA-LAX - Los Angeles
Job Posting:Not Available – Job Number: LAX07948975039506SW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Withdrawn
– Updated: 12/22/2009
View Submission

Job Share Standards Captain (737 Fleet / DENTK) - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318975023278SH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Withdrawn– Updated: 12/22/2009
View Submission

Manager - Technology Strategy (Grade: I - DENTK) - Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN86418075026809SH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Withdrawn– Updated: 12/22/2009
View Submission

Program Leader - AQP Standards (WHQSD)
- Full-time
United States-IL-WHQ - Chicago -Operations Center-Elk Grove Village
Job Posting:02/27/2009 – Job Number: WHQ09038032062961PG
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Withdrawn– Updated: 12/22/2009
View Submission

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 550-2012-00676 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Richard A. John c/o | (415) 520-6950 | |

Street Address                                    City, State and ZIP Code

Spencer Smith, Esq.
The Law Office of Spencer Smith
353 Sacramento Street, Suite 1120, San Francisco, CA 94111

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNITED AIRLINES | 500 or More | (312) 997-7508 |

Street Address                                    City, State and ZIP Code

77 West Wacker Drive, Chicago, IL 60601

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                Latest
                        01-31-2012

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I previously worked for Respondent as a Flight Officer.

From about January of 2010 to the present, I have submitted approximately 24 applications for various Flight Operations management jobs with no interviews. I have submitted approximately 13 applications for jobs outside of the Flight Operations Division. Specifically, on or about 11/17/11, I was interviewed for temporary job share A320 but was not selected. On or about 8/03/11, I was interviewed for Flight Operations Duty Manager but was not selected. In both interviews, I was advised that I passed the interview but was not selected. The candidate selected possessed less qualifications. I have submitted a total of 37 applications since my previous U.S. Equal Employment Opportunity Commission charge of discrimination filed against Respondent.

On or about June 20, 2010, I filed a dual complaint of discrimination with the U.S. EEOC and the CA Department of Fair Employment and Housing.

No reasons were provided by Emily Lassen, Flight Standards Manager, and Bryan Quigley, Director of Flight Operations, for Respondent's actions.

I believe I have been discriminated against because of my race, Black, and retaliated against for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| FEB 23rd 2012 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date          Charging Party Signature | |

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| | |
|---|---|
| To:  Richard A. John<br>611 East 39th Street<br>Brooklyn, NY 11203 | From:  San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |

☐  On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **550-2012-00676** | **Adriana Gomez,**<br>**Investigator** | **(415) 625-5659** |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐  More than 180 days have passed since the filing of this charge.

☒  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒  The EEOC is terminating its processing of this charge.

☐  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐  The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

☐  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____          03 01 2012

Michael Baldonado,                                    (Date Mailed)
District Director

Enclosures(s)

cc:     Ms. Megan Detzner                          Spencer F. Smith, Esq.
        Senior Staff Representative              LAW OFFICE OF SPENCER F. SMITH
        UNITED AIRLINES                          353 Sacramento Street, Suite 1120
        1200 E. Algonquin                        San Francisco, CA 94111
        Elk Grove, IL 60007

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Richard A. John<br>611 East 39th Street<br>Brooklyn, NY 11203 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) | | |
|---|---|---|---|
| EEOC Charge No. | EEOC Representative | | Telephone No. |
| 16G-2012-02209 | Holly M. Woodyard,<br>Investigator | | (212) 336-3643 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[X] Other (briefly state)    **Charging Party wishes to pursue matter in Federal District Court.**

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice;** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Kevin J. Berry,_
**Kevin J. Berry,**
**District Director**

September 28, 2012
*(Date Mailed)*

Enclosures(s)

cc:

| UNITED AIRLINES<br>Attn: Megan Detzner<br>77 Wacker Drive<br>Chicago, IL 60601 | The Law Office of Spencer F. Smith<br>353 Sacramento Street, Suite 1120<br>San Francisco, CA 94111 |
|---|---|

EXHIBIT H, PAGE 131

**\* \* EMPLOYMENT \* \* \***

**COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT**

DFEH #　　**E201112M6326-00**

DFEH USE ONLY

CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **JOHN, RICHARD** | **(954)817-4403** |

ADDRESS
**611 EAST 39TH STREET**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **BROOKLYN, NY 11203** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |

| ADDRESS | DFEH USE ONLY |
|---|---|
| **PO BOX 8097** | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month,day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **01/20/2012** | **00** |

THE PARTICULARS ARE:

I allege that on about or before
<u>01/20/2012</u> , the following
conduct occurred:

| | | |
|---|---|---|
| ___ termination | ___ denial of employment | ___ denial of family or medical leave |
| ___ laid off | _X_ denial of promotion | ___ denial of pregnancy leave |
| ___ demotion | ___ denial of transfer | ___ denial of equal pay |
| ___ harassment | ___ denial of accommodation | ___ denial of right to wear pants |
| ___ genetic characteristics testing | ___ failure to prevent discrimination or retaliation | ___ denial of pregnancy accommodation |
| ___ constructive discharge (forced to quit) | _X_ retaliation | |
| ___ impermissible non-job-related inquiry | ___ other (specify) _____ | |

by　**UNITED AIRLINES**

because of :

| Name of Person | Job Title (supervisor/manager/personnel director/etc.) | |
|---|---|---|
| ___ sex | ___ national origin/ancestry | ___ disability (physical or mental) | _X_ retaliation for engaging in protected |
| ___ age | ___ marital status | ___ medical condition (cancer or | activity or requesting a protected |
| ___ religion | ___ sexual orientation | generic characteristic | leave or accommodation |
| _X_ race/color | ___ association | ___ other (specify) | |

State of what you believe to be the reason(s) for discrimination

FROM JANUARY 2011 TO THE PRESENT, I HAVE APPLIED TO OVER 40 MANAGEMENT POSITIONS WITHIN UNITED AIRLINES. FROM JULY 2006 TO JANUARY 2012, I HAVE APPLIED TO A TOTAL OF 100 MANAGEMENT POSITIONS. DURING THE APPLICATION PHASE FOR THESE POSITIONS, I HAVE ONLY OBTAINED FIVE INTERVIEWS AND RECEIVED NO JOB OFFERS. I FIRMLY BELIEVE THAT MY QUALIFICATIONS, EXPERIENCE, AND CALIBER OF INTERVIEW RESULTS WERE NOT THE FACTORS THAT LED TO MY DENIAL OF A PROMOTION. UNITED AIRLINES SELECTED CANDIDATES WITH LESS QUALIFICATIONS FOR THE POSITION. UNITED AIRLINES RETALIATED AGAINST ME FOR BEING PART OF THE UNITED COALITION, A GROUP THAT FILED DISCRIMINATION CHARGES

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-use. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated  **4/17/2012 9:41:00 AM**

At  **San Francisco**

DATE FILED:  **4/17/2012 9:41:00 AM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

**EMPLOYMENT**

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E201112M6326-00 |
| --- | --- | --- |
| | | DFEH USE ONLY |

State of what you believe to be the reason(s) for discrimination

FROM JANUARY 2011 TO THE PRESENT, I HAVE APPLIED TO OVER 40 MANAGEMENT POSITIONS WITHIN UNITED AIRLINES. FROM JULY 2006 TO JANUARY 2012, I HAVE APPLIED TO A TOTAL OF 100 MANAGEMENT POSITIONS. DURING THE APPLICATION PHASE FOR THESE POSITIONS, I HAVE ONLY OBTAINED FIVE INTERVIEWS AND RECEIVED NO JOB OFFERS. I FIRMLY BELIEVE THAT MY QUALIFICATIONS, EXPERIENCE, AND CALIBER OF INTERVIEW RESULTS WERE NOT THE FACTORS THAT LED TO MY DENIAL OF A PROMOTION. UNITED AIRLINES SELECTED CANDIDATES WITH LESS QUALIFICATIONS FOR THE POSITION. UNITED AIRLINES RETALIATED AGAINST ME FOR BEING PART OF THE UNITED COALITION, A GROUP THAT FILED DISCRIMINATION CHARGES AGAINST UNITED AIRLINES IN 2010.



STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                    EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                      Phyllis W. Cheng, Director
39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 17, 2012

JOHN, RICHARD
611 EAST 39TH STREET
BROOKLYN, NY 11203

RE:   E201112M6326-00
      <u>JOHN/UNITED AIRLINES</u>

Dear JOHN, RICHARD:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 17, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

EXHIBIT H, PAGE 134

**EXHIBIT 2H, PAGE 148**

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator

cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

# EXHIBIT I



**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104



*VIA US MAIL*

February 27, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

    Re:   *Eldridge Johnson Jr. v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake
questionnaire to file Eldridge Johnson Jr. charge against United Airlines. I am also requesting an
immediate right to sue in this matter sent to our office at the above listed information. Please contact
me as soon as possible if there are any problems.

Sincerely,

Kristine D. Kahey
*Assistant to Spencer F. Smith*

enclosure

1

EXHIBIT I, PAGE 136

**EXHIBIT 2I, PAGE 151**

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**INTAKE QUESTIONNAIRE**

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: __Johnson Jr.__   First Name: __Eldridge__   MI: _____

Street or Mailing Address: __1111 North Grove Ave__   Apt or Unit #: _____

City: __Oak Park__   County: _____   State: __IL__   Zip: __60302__

Phone Numbers: Home: (__708__) __848-0072__   Work: (__) _____

Cell: (__) _____   Email Address: __E-JJr@yahoo.com__

Date of Birth: __01/10/1949__   Sex: ☑ Male ☐ Female   Do You Have a Disability? ☐ Yes ☑ No

**Please answer each of the next three questions.**   i. Are you Hispanic or Latino?  ☐ Yes ☑ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
☑ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? __African American__

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ███████████████   Relationship: ███████████

Address: ███████████   City: ███████████   Zip Code: ███████

Home Phone: ███████████   Other Phone: (__) _____

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)
☑ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: __United Airlines__

Address: __77 West Wacker Dr__   County: __Cook__

City: __Chicago__   State: __IL__ Zip: __60601__   Phone: (__800__) __864-3331__

Type of Business: __Airlines__   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: __Michael Bands__   Phone: (__312__) __997-2915__

**Number of Employees in the Organization at All Locations:** Please Check (✓) One
☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☐ No

Date Hired: __04/10/1978__   Job Title At Hire: __Flight Officer__

Pay Rate When Hired: __$1100/month__   Last or Current Pay Rate: __$165,000/yr__

Job Title at Time of Alleged Discrimination: __Captain__   Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: __Tad Gordan, Tempaury Chieb Pilot__

If Job Applicant, Date You Applied for Job _____   Job Title Applied For _____

4.  What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to* Race. *If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to* Retaliation.

☒ Race ☐ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☒ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information? _____

_____ N/A _____

Other reason (basis) for discrimination (Explain): _____ N/A _____

5.  What happened to you that you believe was discriminatory?  Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you.  Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: Oct 2011   Action: Applied to four management positions. I have been passed over for promotions and have received no job offers.

Name and Title of Person(s) Responsible: Management at United

B. Date: _____   Action: _____

_____

Name and Title of Person(s) Responsible _____

6.  Why do you believe these actions were discriminatory? Please attach additional pages if needed.

I have been retaliated against due to my race and engaging in protected activity in Jan 2010.

7.  What reason(s) were given to you for the acts you consider discriminatory?  By whom?  His or Her Job Title?

No reason was given

8. Describe who was in the same or similar situation as you and how they were treated.  For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.  For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |
| | | | |

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|--------------------------------------------------------|-----------|-------------------------|

A. _____

_____

B. _____

_____

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|--------------------------------------------------------|-----------|-------------------------|

A. _____

_____

B. _____

_____

Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.

**9.  Please check all that apply:**     ☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

**10.  What is the disability that you believe is the reason for the adverse action taken against you?   Does this disability prevent or limit you from doing anything?**  (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
_____N/A_____

_____

**11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?
_____N/A_____

_____

**12.  Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes ☐ No

If "Yes," when did you ask? _____  How did you ask (verbally or in writing)? _____

Who did you ask?  (Provide full name and job title of person)
_____N/A_____

Describe the changes or assistance that you asked for: _____

_____

How did your employer respond to your request? _____

_____

3

**13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)**

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|

A.

B.

**14. Have you filed a charge previously on this matter with the EEOC or another agency?** ☑ Yes ☐ No

**15. If you filed a complaint with another agency, provide the name of agency and the date of filing:**

EEOC   June 14, 2010

**16. Have you sought help about this situation from a union, an attorney, or any other source?** ☑ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Law office of Spencer smith   S.F. CA 94111
353 Sacramento st suite 1120

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

**BOX 1** ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

**BOX 2** ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____   02/27/2012
Signature   Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974; Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

EXHIBIT I, PAGE 140

**EXHIBIT 2I, PAGE 155**

Eldridge Johnson



lst of Jobs applied
for

# SMITH
## PATTEN

Spencer F. Smith, Esq
Dow W. Patten, Esq
353 Sacramento Street, Suite 1120
San Francisco, CA 94111



*VIA U.S. MAIL*

June 12, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

    Re:    *Eldridge Johnson v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC Charge of Discrimination to file Eldridge Johnson's charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information by **Monday, June 18, 2012.** Please contact me as soon as possible if there are any problems.

Sincerely,

Melanie K. Yabut
*Assistant to Smith Patten*

enclosure

1

P (415) 402-00{
F (415) 520-01{
www.smithpatten.co

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form. | ☐ FEPA<br>☒ EEOC | 550-2012-00780 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(Indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Eldridge Johnson, Jr.** | **(708) 848-0072** | **01-10-1949** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1111 North Grove Ave, Oak Park, IL 60302** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **UNITED AIRLINES** | **500 or More** | **(800) 864-3331** |

| Street Address | City, State and ZIP Code |
|---|---|
| **77 West Wacker Drive, Chicago, IL 60601** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN<br>☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | Earliest **10-01-2011**   Latest **10-01-2011**<br>☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began working for Respondent on April 10, 1978. My most recent job title is Captain.

I filed an EEOC charge in 2010 (Charge No. 550-2010-01760). In 2011, I applied for four management positions but was not selected.

I believe that I have been discriminated against because my race (African American), and in retaliation for opposing Respondent's discriminatory actions, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| *21 Apr 12*   X *Eldridge Johnson Jr.*<br>Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 161-B (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Eldridge Johnson, Jr.<br>1111 North Grove Ave<br>Oak Park, IL 60302 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-00780 | Eric C. Darius,<br>Intake Supervisor | (415) 625-5670 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Michael Baldonado,
District Director

06/15/2012
*(Date Mailed)*

Enclosures(s)

cc:
| Megan Detzner<br>Senior Staff Representative<br>UNITED AIRLINES<br>1200 E. Algonquin<br>Elk Grove Village, IL 60007 | Spencer Smith, Esq.<br>THE LAW OFFICE OF SPENCER F. SMITH<br>353 Sacramento Street, Suite 1120<br>San Francisco, CA 94111 |
|---|---|

EXHIBIT I, PAGE 144

**EXHIBIT 2I, PAGE 159**



STATE OF CALIFORNIA |State and Consumer Services Agency                          GOVERNOR EDMUND G. BROWN JR.

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
2218 Kausen Drive, Suite 100 I Elk Grove I CA I 95758
800-884-1684 I Videophone 916-226-5285 I TDD (800) 700-2320
www.dfeh.ca.gov I email: contact.center@dfeh.ca.gov

DIRECTOR PHYLLIS W. CHENG

January 29, 2013

Richard Dent
Paul Hastings
55 Second Street, 24th Floor
San Francisco, CA 94105

RE:   **CERTIFICATION IN RESPONSE TO PUBLIC RECORDS REQUEST**
      DFEH Inquiry Number:   46390-33718
      (Eldridge Johnson – 2012 Complaint of Discrimination)

This notice is in response to your request for public documents pursuant to the provisions of the
California Public Records Act, Government Code section 6250 et seq. The Department of Fair
Employment and Housing (DFEH) has processed your request for public records pursuant to Government
Code section 6250 et seq.  Please find a copy of the records requested in the above-referenced inquiry.
Portions of the file may have been redacted pursuant to Government Code section 6254 et seq. and Civil
Code section 1798 et seq.  I hereby certify and declare that I am the duly authorized custodian of records
for the DFEH.

☐   The accompanying records are true and correct copies of records kept in the regular course and
    scope of the business of the DFEH and constitute the complete investigation record of the case,
    with the exception of the following:  information concerning offers and counter-offers made in an
    attempt to resolve the matter; information on formal conciliation efforts; material accepted under an
    agreement that it would be confidential pursuant to Government Code section 12932, subdivision
    (b); attorney work product and privileged communication; and, unless this disclosure is made to a
    party to an EEOC charge, any information that would reveal a charge filed with the U.S. Equal
    Employment Opportunity Commission under Title VII of the Civil Rights Act of 1964, unless a
    lawsuit under Title VII has been filed on the subject case.

☒   I have performed a search of the files and computer records maintained by the DFEH.  I certify that
    no records exist which are responsive to the request.

☐   The records requested were destroyed pursuant to the DFEH's three year retention policy.

☐   You have requested a copy of a file that is still open and under investigation.  Please be advised that
    pursuant to Government Code section 6254 et seq., and Civil Code section 1798.40, the Department
    of Fair Employment and Housing does not produce any information contained in its active case
    files.  You may resubmit your request for the records after the case has been closed.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and
correct to the best of my knowledge and belief.  Executed on January 29, 2013.

Iva Townsel
Custodian of Record
916.478.7251

# EXHIBIT J



**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*

February 10, 2012



U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

    Re:   *Johnnie E. Jones v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake
questionnaire to file Johnnie E. Jones charge against United Airlines. I am also requesting an
immediate right to sue in this matter sent to our office at the above listed information. Please contact
me as soon as possible if there are any problems.

Sincerely,

Kristine D. Kahey
*Assistant to Spencer F. Smith*

enclosure

1

**EXHIBIT 2J, PAGE 162**      EXHIBIT J, PAGE 146

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**INTAKE QUESTIONNAIRE**

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." **(PLEASE PRINT)**

**1. Personal Information**

Last Name: __Jones__ First Name: __Johnnie__ MI: __E__

Street or Mailing Address: __110 Lawson Lane__ Apt or Unit #: _____

City: __Fayetteville__ County: _____ State: __GA__ Zip: __30214__

Phone Numbers: Home: (__770__) __716-7392__ Work: (__)_____

Cell: (__)_____ Email Address: __CapJetJones@aol.com__

Date of Birth: __08/01/1954__ Sex: ☒ Male ☐ Female Do You Have a Disability? ☐ Yes ☒ No

**Please answer each of the next three questions.** i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☐ White
☒ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? __African American__

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ██████████ Relationship: ██████████

Address: ██████████ City: ████████ State: ████ Zip Code: ████████

Home Phone: ████████ Other Phone: (__)_____

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer ☐ Union ☐ Employment Agency ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: __United Airlines__

Address: __77 West Wacker Dr__ County: __Cook__

City: __Chicago__ State: __IL__ Zip: __60601__ Phone: (__800__) __864-8331__

Type of Business: __Airlines__ Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: __Michael Bonds__ Phone: (__312__) __997-2915__

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15 ☐ 15 – 100 ☐ 101 – 200 ☐ 201 – 500 ☒ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No

Date Hired: __06/27/1988__ Job Title At Hire: __Flight Officer__

Pay Rate When Hired: $__25,000/yr__ Last or Current Pay Rate: $__140,000/yr__

Job Title at Time of Alleged Discrimination: __Captain__ Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: __Walt Clark at Discrimination, now James Simon, Supervisor__

If Job Applicant, Date You Applied for Job _____ Job Title Applied For _____

1

4.  What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒ Race  ☐ Sex  ☐ Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☒ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information: circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify:  N|A

If you checked genetic information, how did the employer obtain the genetic information?  N|A

_____

Other reason (basis) for discrimination (Explain):  N|A

5.  What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. *(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A.  Date: 2011 _____  Action: Applied for 16 management positions and I was never invited to interview for any of these 16 positions (see attached)

Name and Title of Person(s) Responsible: _____

B.  Date: _____  Action: _____

_____

Name and Title of Person(s) Responsible: _____

6.  Why do you believe these actions were discriminatory? Please attach additional pages if needed.

These actions were discriminatory because I am part of the United Coalition. Discrimination is believed to be inherent in United's decision not to grant me any interview for any of [see attached]

7.  What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?

I received one voicemail from management Captain Mike Bonner who stated that even though my package was competitive, they decided to select other candidates and received rejection [see attached]

8.  Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better than* you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |
| | | | |

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. _____

_____

B. _____

_____

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. Karl Minter   African American, Male, Captain for United - Coalition member adversely affected by retaliation by persons who decide who gets management positions

B. Glenwood Roane   African American, Male, captain for United - Coalition member adversely affected by retaliation by people who decide promotions to management

Answer questions 9-12 **only** if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.

9.  Please check all that apply:      ☐ Yes, I have a disability
                                       ☐ I do not have a disability now but I did have one
                                       ☐ No disability but the organization treats me as if I am disabled

10.  What is the disability that you believe is the reason for the adverse action taken against you?   Does this disability prevent or limit you from doing anything?  (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
N/A
_____

_____

_____

11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
     ☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____

_____

12.  Did you ask your employer for any changes or assistance to do your job because of your disability?
     ☐ Yes ☐ No
If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask?  (Provide full name and job title of person)

_____

Describe the changes or assistance that you asked for: _____

_____

_____

How did your employer respond to your request?

_____

_____

3

**EXHIBIT 2J, PAGE 165**

EXHIBIT J, PAGE 149

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|-----------|-----------|------------------------|-----------------------------------------------|

A. _____

_____

B. _____

_____

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☑ Yes  ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

EEOC, DFEH     June 15, 2010

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☑ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Law office of spencer smith

353 Sacramento St  S.F. CA 94111     (suite 120)

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2  ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____        Feb 7, 2012
Signature                                Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are;
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 1211/(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

EXHIBIT 2J, PAGE 166

Johnnie Jones EEOC Intake Questionnaire Attachment

**# 5 What happened to you that you believe was discriminatory?**

(Cont.) the positions I applied for. Discrimination is also inherent in the screening and selection of candidates because the process is not transparent and I have no idea who makes the decision to interview or promote a management applicant

**Name and Title of Person(s) Responsible:** Management at United Airlines

**#6 Why do you believe these actions were discriminatory?**

I have a previous EEOC Discrimination Charge against United Airlines which as now resulted in retaliation against the United Airlines African American pilots involved in the United Coalition who filed these charges in January 2010.

**#7 What reasons were given to you for the acts you consider discriminatory?**

(Cont.) from other positions I have applied for through email notification.

**EXHIBIT 2J, PAGE 167**     EXHIBIT J, PAGE 151

My Submissions

Johnnie Jones, you are signed in. | My Account Options

My Job Cart (0 items) | Sign Out

**Job Search     My Jobpage**

My Submissions |     My Job Cart |   My Saved Searches   |

**My Submissions (16 job submissions found)**

This page displays all relevant details related to your draft and completed submissions.

Submissions per page:
100

Completed Submissions

**Standards Captain - B767 (DENTK)**     · Full-time
CO-DEN - Denver
Job Posting : 09/19/2011 – Job Number: DEN2931897206117DH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 11/16/2011
*View Submission*

**Temporary - (Job Share) Standards Captain - B767 (DENTK)**     · Full-
time
CO-DEN - Denver
Job Posting : 09/19/2011 – Job Number: DEN2931897206121DH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 11/16/2011
*View Submission*

**Investigator - Flight Safety - Chicago, IL (Safety/Quality Assurance)**
· Full-time
IL-WHQ - Chicago - Willis Tower
Job Posting : 09/07/2011 – Job Number: SQA1014-JC
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 11/17/2011
*View Submission*

**Temporary - (Job Share) Standards Captain - B767 (DENTK)**     · Full-
time
United States
Job Posting : 07/11/2011 – Job Number: DEN2931897206107CC
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 08/09/2011
*View Submission*

**Supervisor - Airport Operations - Cargo - Atlanta, GA (Airport
Operations)**     · Full-time
GA-ATL - Atlanta
Job Posting : 07/05/2011 – Job Number: AOc1160-CCCC-RD
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 07/06/2011
*View Submission*

**Flight Operations - Duty Manager - SFO (Flight Operations)**     · Full-time
CA-SFO - San Francisco Airport
Job Posting : 06/29/2011 – Job Number: FOPS1040-F-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 08/04/2011
*View Submission*

**Flight Operations - Duty Manager - IAD (Flight Operations)**     · Full-time
District of Columbia-IAD - Washington (Dulles)
Job Posting : 06/29/2011 – Job Number: FOPS1040-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 08/03/2011
*View Submission*

**Domestic Flight Operations - Senior Manager -Chicago, IL (Flight
Operations)**     · Full-time
IL-WHQ - Chicago - Willis Tower

Candidate Profile
Take a few minutes to create or modify your
employment profile and to specify your preferred
working criteria for future openings matching your
interests.
Access my profile

Icon legend
More information
Draft submission
Completed submission

EXHIBIT 2J, PAGE 168      EXHIBIT J, PAGE 152

Job Posting : 06/14/2011 – Job Number: FOPS1017-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 07/13/2011
*View Submission*

**Director - Operations, Flight Operations - Chicago, IL (Flight Operations)**
  - Full-time
IL-WHQ - Chicago - Willis Tower
Job Posting : 06/14/2011 – Job Number: FOPS1015-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 06/20/2011
*View Submission*

**Assistant Chief Pilot - Captain - UNITED- SFO/SEA (Flight Operations)**
  - Full-time
CA-SFO - San Francisco Airport, WA-SEA - Seattle / Tacoma
Job Posting : 06/15/2011 – Job Number: FOPS12-B-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 08/04/2011
*View Submission*

**Assistant Chief Pilot - Captain - UNITED- DEN/LAX (Flight Operations)**
  - Full-time
CO-DEN - Denver, CA-LAX - Los Angeles
Job Posting : 06/15/2011 – Job Number: FOPS12-A-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 08/02/2011
*View Submission*

**Assistant Chief Pilot - Captain - UNITED- IAD/JFK (Flight Operations)**
  - Full-time
District of Columbia-IAD - Washington (Dulles), NY-JFK - New York (Kennedy)
Job Posting : 06/15/2011 – Job Number: FOPS12-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 07/12/2011
*View Submission*

**Manager - Flight Operations Safety Management System - Chicago, IL
(Flight Operations)**      - Full-time
IL-WHQ - Chicago - Willis Tower
Job Posting : 06/09/2011 – Job Number: FOPS111-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 06/15/2011
*View Submission*

**Manager — Flight Operations Regulatory Compliance - Chicago, IL
(Flight Operations)**      - Full-time
IL-WHQ - Chicago - Willis Tower
Job Posting : 04/22/2011 – Job Number: FOPS1019-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 05/02/2011
*View Submission*

**Project Manager - Flight Operations Technical - Chicago, IL (Flight
Operations)**      - Full-time
IL-WHQ - Chicago - Willis Tower
Job Posting : 10/11/2011 – Job Number: FOPS1031-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 06/27/2011
*View Submission*

**Director - Diversity - Chicago, IL/Houston, TX (Human Resources)**
IL-WHQ - Chicago - Willis Tower, TX-HQS - Headquarters Smith
Job Posting : 02/23/2011 – Job Number: HR260-AL
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: 03/01/2011
*View Submission*

**EXHIBIT 2J, PAGE 169**      EXHIBIT J, PAGE 153



**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*

March 9, 2012

Attn: Amber Turner
U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

    Re:   *Johnnie Jones v. United Airlines*

Dear Ms. Turner,

I am enclosing the signed charge against United Airlines for Johnnie Jones. I am requesting an immediate right to sue in this matter sent to our office at the above listed information. Please contact me as soon as possible if there are any problems. I appreciate your assistance.

Sincerely,

Melissa Sotto
*Assistant to Spencer F. Smith*

enclosure

1

**EXHIBIT 2J, PAGE 170**   EXHIBIT J, PAGE 154

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 550-2012-00697 |

### California Department Of Fair Employment & Housing  and EEOC

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Johnnie E. Jones | (770) 716-7392 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 110 Lawson Lane, Fayetteville, GA 30214 | |

Named is the Employer, Labor Organization, Employment Agency Apprenticeship Committee or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNITED AIRLINES | 500 or More | (800) 864-8331 |

| Street Address | City, State and ZIP Code |
|---|---|
| 77 West Wacker Drive, Chicago, IL 60601 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest        Latest
                11-16-2011

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent in or about June 1988. My current position is Captain. I am part of the United Coalition and have previously filed with the EEOC. Throughout 2011, I applied for 16 positions and was never granted an interview. Management Captain Mike Bonner stated that even though my package was competitive, Respondent decided to select other candidates.

I believe I have been discriminated against because of my race (African American) and retaliated against for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| X Mar 2, 2012  X Johnnie E Jones | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date        Charging Party Signature | |

Case3:12-cv-02730-MMC   Document46-2   Filed02/15/13   Page62 of 103

EEOC Form 161-B (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: Johnnie E. Jones<br>110 Lawson Lane<br>Fayetteville, GA 30214 | From: San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |

☐ On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-00697 | Malinda K. Tuazon,<br>Investigator | (415) 625-5617 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐  More than 180 days have passed since the filing of this charge.

☒  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒  The EEOC is terminating its processing of this charge.

☐  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

☐  The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*                           3-16-12

Michael Baldonado,                     *(Date Mailed)*
District Director

Enclosures(s)

cc:    Ms. Megan Deizner                          Spencer F. Smith, Esq.
       Senior Staff Representative                353 Sacramento St., Suite 1120
       United Airlines - WHQLD                    San Francisco, CA 94111
       1200 E. Algonquin
       Elk Grove, IL 60007

**EXHIBIT 2J, PAGE 172**                    EXHIBIT J, PAGE 156

# * * * EMPLOYMENT * * *

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E201112M6325-00 |
|---|---|---|
| | | DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **JONES, JOHNNIE** | **(770)716-7392** |

**ADDRESS**
**110 LAWSON LANE**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **FAYETTEVILLE, GA 30214** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |

| ADDRESS | DFEH USE ONLY |
|---|---|
| **PO BOX 8097** | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month,day, and year) | RESPONDENT CODE | |
|---|---|---|---|
| **500+** | **11/16/2011** | **00** | |

THE PARTICULARS ARE:

**I allege that on about or before 11/16/2011 , the following conduct occurred:**

| | | |
|---|---|---|
| ___ termination | ___ denial of employment | ___ denial of family or medical leave |
| ___ laid off | _X_ denial of promotion | ___ denial of pregnancy leave |
| ___ demotion | ___ denial of transfer | ___ denial of equal pay |
| ___ harassment | ___ denial of accommodation | ___ denial of right to wear pants |
| ___ genetic characteristics testing | ___ failure to prevent discrimination or retaliation | ___ denial of pregnancy accommodation |
| ___ constructive discharge (forced to quit) | _X_ retaliation | |
| ___ impermissible non-job-related inquiry | ___ other (specify) _____ | |

**by   UNITED AIRLINES**

| | Name of Person | Job Title (supervisor/manager/personnel director/etc.) |
|---|---|---|

**because of :**

| | | | |
|---|---|---|---|
| ___ sex | ___ national origin/ancestry | ___ disability (physical or mental) | _X_ retaliation for engaging in protected |
| ___ age | ___ marital status | ___ medical condition (cancer or | activity or requesting a protected |
| ___ religion | ___ sexual orientation | genetic characteristic | leave or accommodation |
| _X_ race/color | ___ association | ___ other (specify) | |

**State of what you believe to be the reason(s) for discrimination**

IN JANUARY 2010, I FILED DISCRIMINATION CHARGES AGAINST UNITED AIRLINES. IN 2011, I APPLIED TO 16 MANAGEMENT POSITIONS AND HAVE NOT BEEN INVITED TO INTERVIEW FOR ANY OF THESE 16 POSITIONS. ALTHOUGH I AM HIGHLY QUALIFIED, UNITED AIRLINES RETALIATED AGAINST ME FOR BEING PART OF THE UNITED COALITION, WHICH IS A GROUP WHO FILED DISCRIMINATION CHARGES AGAINST UNITED AIRLINES IN 2011.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.

Dated  **4/17/2012 9:28:00 AM**

At  **San Francisco**

DATE FILED:  **4/17/2012 9:28:00 AM**

DFEH-300-03o (02/03)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

EXHIBIT J, PAGE 157

**EXHIBIT 2J, PAGE 173**

Case3:12-cv-02730-MMC   Document46-2   Filed02/15/13   Page64 of 103



STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                    EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                              Phyllis W. Cheng, Director
39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 17, 2012

JONES, JOHNNIE
110 LAWSON LANE
FAYETTEVILLE, GA 30214

RE:  E201112M6325-00
     JONES/UNITED AIRLINES

Dear JONES, JOHNNIE:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 17, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case
is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator

cc:    Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

**EXHIBIT 2J, PAGE 175**

EXHIBIT J, PAGE 159

# EXHIBIT K

Spencer F. Smith, Esq.
spencer@smithlawsf.com

Dow W. Patten, Of Counsel
dpatten@smithlawsf.com

**The Law Office of**
**Spencer F. Smith**

353 Sacramento Street, Suite 1120

San Francisco, CA. 94111

V: (415) 520-6950

F: (415) 520-0104

www.smithlawsf.com

*VIA US MAIL*



May 7, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

     Re:   *Anthony Manswell v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake
questionnaire to file W. Anthony Manswell's charge against United Airlines. I am also requesting an
immediate right to sue in this matter sent to our office at the above listed information by **Monday, May
14, 2012.** Please contact me as soon as possible if there are any problems.

Sincerely,

Melanie K. Yabut
*Assistant to Spencer F. Smith*

enclosure

1

EXHIBIT K, PAGE 160

**EXHIBIT 2K, PAGE 177**



RECEIVED
MAY 0 8 2012
EEOC-SFDO

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: **Manswell**   First Name: **W. Anthony**   MI: _____

Street or Mailing Address: **9550 Bradshaw Lane**   Apt or Unit #: _____

City: **Tamarac**   County: _____   State: **FL**   Zip: **33321**

Phone Numbers: Home: ( **443** ) **802 4910**   Work: ( ___ ) _____

Cell: ( ___ ) _____   Email Address: **Mkasa AM @comcast.net**

Date of Birth: **11/01/1963**   Sex: ☑ Male ☐ Female   Do You Have a Disability? ☐ Yes ☑ No

**Please answer each of the next three questions.**   i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White

☑ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? **African American**

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ██████████   Relationship: ██████████

Address: ██████████   City: ██████   State: ██   Zip Code: ██████

Home Phone: ██████████   Other Phone: ( ___ ) _____

**2. I believe that I was discriminated against by the following organization(s): (Check those that apply)**

☑ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: **United Airlines**

Address: **77 West Wacker Dr**   County: _____

City: **Chicago**   State: **IL** Zip: **60601**   Phone: **803 864 8331**

Type of Business: **Airlines**   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: **Jeff Smisek**   Phone: **(800) 864 8331**

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☐ No

Date Hired: **08/07/1989**   Job Title At Hire: **Pilot**

Pay Rate When Hired: $ **28,000/yr**   Last or Current Pay Rate: $ **160,000/yr**

Job Title at Time of Alleged Discrimination: **Captain**   Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: **James Simon**

If Job Applicant, Date You Applied for Job _____   Job Title Applied For _____

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑Race ☐ Sex ☐Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information? _____

_____ N/A _____

Other reason (basis) for discrimination (Explain): _____ N/A _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 2009-Present Action: I have been passed over for promotions. Less qualified candidates who are non-African-Americans (see attached).

Name and Title of Person(s) Responsible: _____

B. Date: _____ Action: _____

_____

Name and Title of Person(s) Responsible _____

**6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.**
these actions were discriminatory because not all qualified candidates had a fair chance at management positions

**7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?**
No reasons were given

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |
| | | | |

EXHIBIT K, PAGE 162

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|----------|----------|----------|
| A. | | | |
| B. | | | |

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|----------|----------|----------|
| A. | | | |
| B. | | | |

**Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.**

**9. Please check all that apply:**
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

**10. What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

N/A

**11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

N/A

**12. Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask?  (Provide full name and job title of person)

N/A

Describe the changes or assistance that you asked for:

How did your employer respond to your request?

3

EXHIBIT K, PAGE 163

**EXHIBIT 2K, PAGE 180**

**13.** Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|-----------|-----------|------------------------|-----------------------------------------------|
| A. | | | |
| B. | | | |

**14.** Have you filed a charge previously on this matter with the EEOC or another agency?   ☐ Yes   ☑ No

**15.** If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

N/A

**16.** Have you sought help about this situation from a union, an attorney, or any other source? ☑ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Law Office of Spencer Smith        S.F. CA 94111
353 Sacramento st suite #120

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

---

**BOX 1** ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

---

**BOX 2** ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

---

_____Signature_____                    5/3/2012
      Signature                        Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/2008). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

Anthony Manswell EEOC Attachment

**#5 What happened to you that you believe was discriminatory?**

> **Action:** (Cont.) have been selected for the management positions. These candidates were selected by a "tap on the shoulder" basis. All job postings were not open to all qualified candidates.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 550-2012-01211 |

| Florida Commission On Human Relations | | and EEOC |
|---|---|---|
| *State or local Agency, if any* | | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. W. Anthony Manswell** | | |

| Street Address | City, State and ZIP Code |
|---|---|
| **9550 Bradshaw Lane, Tamarac, FL 33321** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **UNITED AIRLINES** | **500 or More** | **(800) 864-8331** |

| Street Address | City, State and ZIP Code | | |
|---|---|---|---|
| **77 West Wacker Drive, Chicago, IL 60601** | | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **01-01-2009**   Latest **05-22-2012**

☒ CONTINUING ACTION

THE PARTICULARS ARE *(if additional paper is needed, attach extra sheet(s)):*

I began working for Respondent on August 07, 1989. My most recent job title is Captain.

Since 2009, I have been passed over for promotions. Management positions have been filled by less qualified non African-American candidates.

Respondent has not given any reason for their actions.

I believe that I was discriminated against because of my race (African American), in violation of the Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| X 6/7/2012   X *[signature]*<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE JUN 07 2012<br>*(month, day, year)* |

*[stamp: RECEIVED JUN 07 2012 EEOC-SEDO]*

EXHIBIT K, PAGE 166

**EXHIBIT 2K, PAGE 183**

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| | |
|---|---|
| To:  W. Anthony Manswell<br>9550 Bradshaw Lane<br>Tamarac, FL 33321 | From:  San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-01211 | Darlene G. Turner,<br>Investigator Support Asst | (415) 625-5673 |

(See also the additional information enclosed with this form.)

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐  More than 180 days have passed since the filing of this charge.

☒  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒  The EEOC is terminating its processing of this charge.

☐  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

☐  The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

_Randall_ for
Michael Baldonado,
District Director

06/13/2012
(Date Mailed)

cc:   Megan Detzner
Senior Staff Representative
UNITED AIRLINES
1200 E. Algonquin
Elk Grove Village, IL 60007

Spencer F. Smith
SPENCER F. SMITH, P.C.
353 Sacramento Street, Suite 1120
San Francisco, CA 94111

# * * * EMPLOYMENT * * *

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E201112M6376-00 |
|---|---|---|
| | | DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **MANSWELL, W. ANTHONY** | **(443)802-2910** |

ADDRESS
**5716 ADAMS WAY**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **CLARKSVILLE, MD 21029** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |

| ADDRESS | DFEH USE ONLY |
|---|---|
| **PO BOX 8097** | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month,day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **04/24/2012** | **00** |

THE PARTICULARS ARE:

I allege that on about or before <u>04/24/2012</u> , the following conduct occurred:

| | | |
|---|---|---|
| ___ termination | ___ denial of employment | ___ denial of family or medical leave |
| ___ laid off | X denial of promotion | ___ denial of pregnancy leave |
| ___ demotion | ___ denial of transfer | ___ denial of equal pay |
| ___ harassment | ___ denial of accommodation | ___ denial of right to wear pants |
| ___ genetic characteristics testing | ___ failure to prevent discrimination or retaliation | ___ denial of pregnancy accommodation |
| ___ constructive discharge (forced to quit) | ___ retaliation | |
| ___ impermissible non-job-related inquiry | ___ other (specify) _____ | |

by **UNITED AIRLINES**

| Name of Person | Job Title (supervisor/manager/personnel director/etc.) |
|---|---|

because of :

| | | | |
|---|---|---|---|
| ___ sex | ___ national origin/ancestry | ___ disability (physical or mental) | ___ retaliation for engaging in protected |
| ___ age | ___ marital status | ___ medical condition (cancer or | activity or requesting a protected |
| ___ religion | ___ sexual orientation | generic chracteristic | leave or accommodation |
| X race/color | ___ association | ___ other (specify) _____ | |

State of what you believe to be the reason(s) for discrimination

I HAVE BEEN PASSED OVER FOR PROMOTIONS SINCE 2009 TO THE PRESENT. LESS QUALIFIED NON AFRICAN-AMERICAN CANDIDATES WERE SELECTED FOR THE MANAGEMENT POSITIONS BY A "TAP ON THE SHOULDER" BASIS.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.

Dated **4/24/2012 5:18:00 PM**

At **San Francisco**

DATE FILED: **4/24/2012 5:18:00 PM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

EXHIBIT K, PAGE 168

**EXHIBIT 2K, PAGE 185**

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY

EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**

Phyllis W. Cheng, Director

39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 24, 2012

MANSWELL, W. ANTHONY
5716 ADAMS WAY
CLARKSVILLE, MD 21029

RE:   E201112M6376-00
      MANSWELL/UNITED AIRLINES

Dear MANSWELL, W. ANTHONY:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 24, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

EXHIBIT K, PAGE 169

**EXHIBIT 2K, PAGE 186**

Notice of Case Closure
Page Two


DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator


cc:   Case File


JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

# EXHIBIT L

Case3:12-cv-02730-MMC   Document46-2   Filed02/15/13   Page79 of 103



**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*

April 26, 2012



U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

    Re:   *Leon Miller v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire to file Leon Miller's charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information by **Tuesday, May 1, 2012.** Please contact me as soon as possible if there are any problems.

Sincerely,

Melanie K. Yabut
*Assistant to Spencer F. Smith*

enclosure

1

**EXHIBIT 2L, PAGE 189**



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER,** a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." **(PLEASE PRINT)**

**1. Personal Information**

Last Name: __Miller__  First Name: __Leon__  MI: _____

Street or Mailing Address: __20058 Randolph Place__  Apt or Unit #: _____

City: __Denver__  County: _____  State: __CO__  Zip: __80249__

Phone Numbers: Home: (__303__) __667-6603__  Work: (___) _____

Cell: (___) _____  Email Address: _____

Date of Birth: __04/01/1955__  Sex: ☑ Male ☐ Female  Do You Have a Disability? ☐ Yes ☑ No

**Please answer each of the next three questions.**  i. Are you Hispanic or Latino? ☐ Yes ☐ No

ii. What is your Race?  Please choose all that apply. ☐ American Indian or Alaskan Native  ☐ Asian  ☐ White

☑ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? __African American__

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ███████  Relationship: ███████

Address: ███████  City: ███████  State: ___  Zip Code: ███████

Home Phone: ███████  Other Phone: (___) _____

**2. I believe that I was discriminated against by the following organization(s):**  (Check those that apply)

☑ Employer  ☐ Union  ☐ Employment Agency  ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: __United Airlines__

Address: __77 West Wacker Drive__  County: _____

City: __Chicago__  State: __IL__ Zip: __60601__  Phone: (__800__) __864-8331__

Type of Business: __Airlines__  Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: __Jeff Smisek__  Phone: (__800__) __864-8331__

**Number of Employees in the Organization at All Locations: Please Check (√) One**

☐ Fewer Than 15  ☐ 15 – 100  ☐ 101 – 200  ☐ 201 – 500  ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☑ No

Date Hired: __04/03/1995__  Job Title At Hire: __Pilot__

Pay Rate When Hired: $ __25,000__  Last or Current Pay Rate: $ __138.51/hr__

Job Title at Time of Alleged Discrimination: __Captain__  Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: __John Buyer__

If Job Applicant, Date You Applied for Job _____  Job Title Applied For _____

EXHIBIT L, PAGE 172

**EXHIBIT 2L, PAGE 190**

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☐ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information? _____ N/A _____

_____ N/A _____

Other reason (basis) for discrimination (Explain): _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

**A.** Date: *2009-Present* Action: I have been passed over for promotions because all job openings have not been posted. less qualified non African (see attached

Name and Title of Person(s) Responsible: _____

**B.** Date: _____ Action: _____

_____

Name and Title of Person(s) Responsible _____

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.

I believe these actions were discriminatory because not all qualified employees were given a fair chance at management positions

**7. What reason(s) were given to you for the acts you consider discriminatory?** By whom? His or Her Job Title?

No reasons were given.

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| **A.** | | | |
| | | | |
| **B.** | | | |
| | | | |

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|---------------------------------------------------------|-----------|--------------------------|

A. _____

_____

B. _____

_____

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|---------------------------------------------------------|-----------|--------------------------|

A. _____

_____

B. _____

_____

Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

**9. Please check all that apply:**
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

**10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

N/A
_____

_____

**11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

N/A
_____

_____

**12. Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

N/A
_____

Describe the changes or assistance that you asked for: _____

_____

_____

How did your employer respond to your request? _____

_____

3

**13.** Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|-----------|-----------|------------------------|-----------------------------------------------|

A. _____

_____

B. _____

_____

**14.** Have you filed a charge previously on this matter with the EEOC or another agency?   ☐ Yes   ☒ No

**15.** If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

_____ N/A _____

**16.** Have you sought help about this situation from a union, an attorney, or any other source?   ☒ Yes   ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Law Office of Spencer Smith          Suite 1120 S.F.
353 Sacramento St                          CA 94111

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

> **BOX 1** ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

> **BOX 2** ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____                    4/25/2012
Signature                                                    Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/26/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respond to an litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

**Leon Miller EEOC Attachment**

**#5 What happened to you that you believe was discriminatory?**

> **Action**: (Cont.) candidates have been selected for the management positions. These candidates were selected by a "tap on the shoulder" basis.

# CHARGE OF DISCRIMINATION

| | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA | |
| | ☒ EEOC | 550-2012-01124 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Leon Miller | (303) 667-6103 | 04-01-1955 |

| Street Address | City, State and ZIP Code |
|---|---|
| 20058 Randolph Place, Denver, CO 80249 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNITED AIRLINES | 500 or More | (800) 864-8331 |

| Street Address | City, State and ZIP Code |
|---|---|
| 77 West Wacker Drive, Chicago, IL 60601 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 01-01-2009 | 05-23-2012 |

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

APRIL 3, 1995

I began working for Respondent on ~~July 20, 1992.~~ My most recent job title is Captain.

Since 2009, I have been passed over for promotions. All job openings were not fairly posted. Management positions have been filled by less qualified non African-American candidates.

Respondent has not given any reason for their actions.

I believe that I was discriminated against because of my race (African American), in violation of the Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY -- When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |

| 5/26/2012 | | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
|---|---|---|
| Date | Charging Party Signature | |

RECEIVED MAY 3 1 2012 EEOC-SFDO

Case3:12-cv-02730-MMC   Document46-2   Filed02/15/13   Page86 of 103

EEOC Form 161-B (11/09)                    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Leon Miller<br>20058 Randolph Place<br>Denver, CO 80249 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |

| ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-01124 | Joseph R. Cosgrove,<br>Investigator Support Asst | (415) 625-5623 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

| ☐ | More than 180 days have passed since the filing of this charge. |
| ☒ | Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge. |
| ☒ | The EEOC is terminating its processing of this charge. |
| ☐ | The EEOC will continue to process this charge. |

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

| ☐ | The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost. |
| ☐ | The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time. |

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*                                          6-5-12

Enclosures(s)                        Michael Baldonado,                    *(Date Mailed)*
                                      District Director

cc:
UNITED AIRLINES                                  Spencer F. Smith
c/o Ms. Megan Detzner                            Smith Patten
Senior Staff Representative                      353 Sacramento Street, Suite 1120
United Airlines - WHQLD                          San Francisco, CA 94111
1200 E. Algonquin
Elk Grove, IL  60007

EXHIBIT L, PAGE 178

**EXHIBIT 2L, PAGE 196**

**★ ★ ★ EMPLOYMENT ★ ★ ★**

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E201112R8981-00 |
|---|---|---|
| | | DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **MILLER, LEON** | **(303)667-6103** |

ADDRESS
**20058 RANDOLPH PLACE**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **DENVER, CO 80249** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |
| | DFEH USE ONLY |

ADDRESS
**9841 AIRPORT BOULEVARD #104**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **LOS ANGELES, CA 90045** | **LOS ANGELES** | **037** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month,day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **04/24/2012** | **00** |

THE PARTICULARS ARE:

I allege that on about or before __04/24/2012__ , the following conduct occurred:

____ termination
____ laid off
____ demotion
____ harassment
____ genetic characteristics testing
____ constructive discharge (forced to quit)
____ impermissible non-job-related inquiry

____ denial of employment
_X_ denial of promotion
____ denial of transfer
____ denial of accommodation
____ failure to prevent discrimination or retaliation
____ retaliation
____ other (specify) _____

____ denial of family or medical leave
____ denial of pregnancy leave
____ denial of equal pay
____ denial of right to wear pants
____ denial of pregnancy accommodation

by **UNITED AIRLINES**

because of :

Name of Person                              Job Title (supervisor/manager/personnel director/etc.)

____ sex
____ age
____ religion
_X_ race/color

____ national origin/ancestry
____ marital status
____ sexual orientation
____ association

____ disability (physical or mental)
____ medical condition (cancer or genetic characteristic
____ other (specify)

____ retaliation for engaging in protected activity or requesting a protected leave or accommodation

State of what you believe to be the reason(s) for discrimination

I HAVE BEEN PASSED OVER FOR PROMOTIONS SINCE 2009 TO THE PRESENT BECAUSE ALL JOB OPENINGS AT UNITED AIRLINES HAVE NOT BEEN POSTED. LESS QUALIFIED NON AFRICAN-AMERICAN CANDIDATES WERE SELECTED FOR THE MANAGEMENT POSITIONS. THESE CANDIDATES WERE SELECTED BY A "TAP ON THE SHOULDER" BASIS.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated  **4/24/2012 5:38:00 PM**

At  **San Francisco**

DATE FILED:  **4/24/2012 5:38:00 PM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

EXHIBIT L, PAGE 179

**EXHIBIT 2L, PAGE 197**

Case3:12-cv-02730-MMC  Document46-2  Filed02/15/13  Page88 of 103



EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**

Phyllis W. Cheng, Director

1055 WEST 7TH STREET, SUITE 1400, LOS ANGELES, CA 90017
(213) 439-6770
www.dfeh.ca.gov

April 24, 2012

MILLER, LEON
20058 RANDOLPH PLACE
DENVER, CO 80249

RE: E201112R8981-00
<u>MILLER/UNITED AIRLINES</u>

Dear MILLER, LEON:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 24, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

EXHIBIT L, PAGE 180

**EXHIBIT 2L, PAGE 198**

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Tina Walker*

Tina Walker
District Administrator

cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)