# EXHIBIT M

**The Law Office of
Spencer F. Smith**

**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*

February 13, 2012

RECEIVED
FEB 14 2012
EEOC-SFDO

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

Re:    *Karl P. Minter v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire to file Karl P. Minter charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information. Please contact me as soon as possible if there are any problems.

Sincerely,

Kristine D. Kahey
*Assistant to Spencer F. Smith*

enclosure

1

EXHIBIT M, PAGE 182

RECEIVED
FEB 1 4 2012
EEOC-SFDO

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A" (PLEASE PRINT)

**1. Personal Information**

Last Name: **Minter**   First Name: **Karl**   MI: **P**

Street or Mailing Address: **3881 Clifton Manor Place**   Apt or Unit #: _____

City: **Haymarket**   County: _____   State: **VA**   Zip: **20169**

Phone Numbers: Home: **(703) 868-4905**   Work: ( )

Cell: ( )   Email Address: **KaMint4@aol.com**

Date of Birth: **11/27/1957**   Sex: ☑ Male ☐ Female   Do You Have a Disability? ☐ Yes ☑ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race?  Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
☑ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? **African American**

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: _____   Relationship: _____

Address: _____   City: _____   State: _____   Zip Code: _____

Home Phone: ( )   Other Phone: ( ) _____

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☑ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: **United Airlines**

Address: **77 West Wacker Dr**   County: **Cook**

City: **Chicago**   State: **IL** Zip: **60601**   Phone: **(800) 864-8331**

Type of Business: **Airlines**   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: **Michael Bonds**   Phone: **(312) 997-2915**

**Number of Employees in the Organization at All Locations:** Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☑ No

Date Hired: **03/30/1992**   Job Title At Hire: **Flight Officer**

Pay Rate When Hired: _____   Last or Current Pay Rate: _____

Job Title at Time of Alleged Discrimination: **Captain**   Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: **Walter Clark - Captain**

**If Job Applicant**, Date You Applied for Job _____   Job Title Applied For _____

1

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒ Race ☐ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☒ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: ___N/A___

If you checked genetic information, how did the employer obtain the genetic information? ___N/A___

Other reason (basis) for discrimination (Explain): ___N/A___

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

**A.** Date: ___Jan 2011- Present___ Action: ___Applied for 9 positions since Jan 2011. I have been passed over for promotions and have received no job offers.___

Name and Title of Person(s) Responsible: ___(see attached)___

**B.** Date: _____ Action: _____

Name and Title of Person(s) Responsible _____

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.
___I have been retaliated against due to race and engaging in a protected activity in Jan 2010. Management positions were not posted to all eligible employees.___

**7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?**
___No reason was given.___

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| **A.** | | | |
| | | | |
| **B.** | | | |
| | | | |

2

EXHIBIT M, PAGE 184

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|----------------------------------------------------------|-----------|--------------------------|

A.

B.

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|----------------------------------------------------------|-----------|--------------------------|

A.

B.

**Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.**

**9. Please check all that apply:**
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

**10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

N/A

**11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes ☐ No

If "Yes," what medication, medical equipment or other assistance do you use?

N/A

**12. Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

N/A

Describe the changes or assistance that you asked for: _____

How did your employer respond to your request? _____

3

EXHIBIT M, PAGE 185

**EXHIBIT 2M, PAGE 204**

**13.** Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|-----------|-----------|------------------------|----------------------------------------------|

A. _____

_____

B. _____

_____

**14.** Have you filed a charge previously on this matter with the EEOC or another agency?  ☑Yes ☐ No

**15.** If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

_EEOC, DFEH    June 18, 2010_

**16.** Have you sought help about this situation from a union, an attorney, or any other source?  ☑Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

_Law office of Spencer Smith_
_353 Sacramento St Suite 1120 S.F. CA 94111_

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.  If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws.  If you do not file a charge of discrimination within the time limits, you will lose your rights.  If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1.  If you want to file a charge, you should check Box 2.

> **BOX 1**  ☐ I want to talk to an EEOC employee before deciding whether to file a charge.  I understand that by checking this box, I have not filed a charge with the EEOC.  I also understand that I could lose my rights if I do not file a charge in time.

> **BOX 2**  ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.  I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____                    _____
Signature                                   Today's Date    ✗ Feb 12

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

**Karl Minter EEOC Questionnaire Intake Attachment**

**#6 Why do you believe these actions were discriminatory?**

(Cont.) There are positions that have been filled within the last two years, such as line check airman, chief pilot, assistant chief pilot, and flight manager. Instead, these positions were given to hand-picked Non- African-American candidates.

EXHIBIT M, PAGE 187

**EXHIBIT 2M, PAGE 206**

- Capt Karl Minter
- My Submissions|My Job Cart|My Saved Searches|
  Beginning of the main content section.
  **My Submissions (11 job submissions found)**
  This page displays all relevant details related to your draft and completed submissions.
  Submissions per page:
  5102550100

**Managing Director - Pilot Contract Administration - Flight Operations - Chicago, IL(Flight Operations) - Full-time**
United States-IL-ORD - Chicago - O'Hare
Job Posting:02/02/2011 – Job Number: FOPS10-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed – Updated: 03/08/2011
*View Submission*

**International Flight Operations - Senior Manager - Chicago, IL (Flight Operations) - Full-time**
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:06/14/2011 – Job Number: FOPS1016-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed – Updated: 07/13/2011
*View Submission*

**Domestic Flight Operations - Senior Manager -Chicago, IL (Flight Operations) - Full-time**
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:06/14/2011 – Job Number: FOPS1017-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed – Updated: 07/13/2011
*View Submission*

**Assistant Chief Pilot - Captain - UNITED- IAD/JFK (Flight Operations) - Full-time**
United States-District of Columbia-IAD - Washington (Dulles), United States-NY-JFK - New York (Kennedy)
Job Posting:06/15/2011 – Job Number: FOPS12-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed – Updated: 07/12/2011
*View Submission*

**Manager — Flight Operations Regulatory Compliance - Chicago, IL (Flight Operations) - Full-time**
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:04/22/2011 – Job Number: FOPS1019-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed – Updated: 05/02/2011
*View Submission*

**Director - Corporate & Community Affairs - Chicago, IL - Full-time**
United States-IL-CHI - Chicago - Non Airport Locations
Job Posting:03/18/2011 – Job Number: GOV30-CA
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed – Updated: 02/28/2011
*View Submission*

**Managing Director - Flight Operations - Chicago, IL - Full-time**
United States-IL-CHI - Chicago - Non Airport Locations
Job Posting:12/08/2010 – Job Number: FOPS04-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed – Updated: 01/10/2011
*View Submission*

**Managing Director - System Chief Pilot - Chicago, IL (Flight Operations) - Full-time**
United States-IL-WHQ - Chicago -Operations Center-Elk Grove Village
Job Posting:12/08/2010 – Job Number: FOPS05-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed – Updated: 01/10/2011
*View Submission*

**Managing Director - Technology and Flight Test - Chicago, IL - Full-time**
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:12/08/2010 – Job Number: FOPS06-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed – Updated: 01/10/2011
*View Submission*

EXHIBIT M, PAGE 189

**EXHIBIT 2M, PAGE 208**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 550-2012-00718 |

| Virginia Council On Human Rights | | and EEOC |
|---|---|---|
| State or local Agency, if any | | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Karl P. Minter | (703) 868-4905 | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 3881 Clifton Manor Place, Haymarket, VA 20169 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNITED AIRLINES | 500 or More | (800) 864-8331 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 77 West Wacker Drive,  Chicago, IL 60601 | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest          Latest<br>                    03-08-2012<br><br>☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have applied for promotions with Respondent since January of 2011.  Respondent has not interviewed or hired me.

I believe I have been discriminated against because of my Race (African-American), and retaliated against for my participation in protected activities, in violation of Title VII of the Civil Rights Act of 1964, as amended.

**RECEIVED**

MAR 21 2012

**EEOC-SFDO**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| <br>20 Mar 12<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EXHIBIT M, PAGE 190

EXHIBIT 2M, PAGE 209

EEOC Form 161-B (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Karl P. Minter<br>3881 Clifton Manor Place<br>Haymarket, VA 20169 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | | |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-00718 | **Hernan Morales,**<br>**Investigator** | **(415) 625-5662** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice;** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

|  | More than 180 days have passed since the filing of this charge. |
|---|---|
|  | Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge. |
| X | The EEOC is terminating its processing of this charge. |
|  | The EEOC will continue to process this charge. |

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

|  | The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost. |
|---|---|
|  | The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time. |

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u>** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*       3/23/12

Enclosures(s)

**Michael Baldonado,**
**District Director**

*(Date Mailed)*

cc:     United Airlines
     77 West Wacker Drive
     Chicago, IL 60601

     Spencer Smith
     THE LAW OFFICES OF SPENCER F. SMITH
     353 Sacramento Street, suite 1120
     San Francisco, CA 94111

EXHIBIT M, PAGE 191

**\* \* \* EMPLOYMENT \* \* \***

COMPLAINT OF DISCRIMINATION UNDER
THE PROVISIONS OF THE CALIFORNIA
FAIR EMPLOYMENT AND HOUSING ACT

DFEH #   **E201112M6330-00**

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.)
**MINTER, KARL**

TELEPHONE NUMBER (INCLUDE AREA CODE)
**(703)868-4905**

ADDRESS
**3881 CLIFTON MANOR PLACE**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **HAYMARKET, VA 20169** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME
**UNITED AIRLINES**

TELEPHONE NUMBER (Include Area Code)
**(800)864-8331**

ADDRESS
**PO BOX 8097**

DFEH USE ONLY

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month,day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **07/13/2011** | **00** |

THE PARTICULARS ARE:

I allege that on about or before
07/13/2011 , the following
conduct occurred:

___ termination
___ laid off
___ demotion
___ harassment
___ genetic characteristics testing
___ constructive discharge (forced to quit)
___ impermissible non-job-related inquiry

___ denial of employment
X denial of promotion
___ denial of transfer
___ denial of accommodation
___ failure to prevent discrimination or retaliation
X retaliation
___ other (specify) _____

___ denial of family or medical leave
___ denial of pregnancy leave
___ denial of equal pay
___ denial of right to wear parts
___ denial of pregnancy accommodation

by   **UNITED AIRLINES**

Name of Person                Job Title (supervisor/manager/personnel director/etc.)

because of :

___ sex
___ age
___ religion
X race/color

___ national origin/ancestry
___ marital status
___ sexual orientation
___ association

___ disability (physical or mental)
___ medical condition (cancer or genetic characteristic
___ other (specify) _____

X retaliation for engaging in protected
activity or requesting a protected
leave or accommodation

State of what you
believe to be the
reason(s) for
discrimination

FROM JANUARY 2011 TO THE PRESENT, I HAVE APPLIED FOR 9 MANAGEMENT POSITIONS. I HAVE BEEN PASSED OVER FOR PROMOTIONS AND RECEIVED NO JOB OFFERS. MANY POSITIONS WERE FILLED BY HAND-PICKED NON-AFRICAN AMERICAN CANDIDATES. UNITED AIRLINES RETALIATED AGAINST ME FOR BEING PART OF THE UNITED COALITION, A GROUP THAT FILED DISCRIMINATION CHARGES AGAINST UNITED AIRLINES IN 2010.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.

Dated  4/17/2012 10:33:00 AM

At   San Francisco

DATE FILED:  4/17/2012 10:33:00 AM

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

EXHIBIT M, PAGE 192

**EXHIBIT 2M, PAGE 211**

Case3:12-cv-02730-MMC   Document46-2   Filed02/15/13   Page102 of 103

 STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY   EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                      Phyllis W. Cheng, Director

39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 17, 2012

MINTER, KARL
3881 CLIFTON MANOR PLACE
HAYMARKET, VA 20169

RE:   E201112M6330-00
      MINTER/UNITED AIRLINES

Dear MINTER, KARL:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 17, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

EXHIBIT M, PAGE 193

**EXHIBIT 2M, PAGE 212**

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator

cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

# EXHIBIT N

**EXHIBIT 2N, PAGE 214**



**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*

February 3, 2012



U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

    Re.   *Kenneth Montgomery v. United Airlines*

To Whom It May Concern,

I am enclosing the EEOC intake questionnaire to file a charge on behalf of our client, Kenneth Montgomery, in the above referenced issue. I am requesting an immediate right to sue in this matter sent to our office at the above listed information. Please contact me as soon as possible if there are any problems.

Sincerely,

Melissa Sotto
*Assistant to Spencer F. Smith*

enclosure

1

**EXHIBIT 2N, PAGE 215**    EXHIBIT N, PAGE 195

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**INTAKE QUESTIONNAIRE**

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: **Montgomery**   First Name: **Kenneth**   MI: **J**

Street or Mailing Address: **13026 Terminal Way**   Apt or Unit #: _____

City: **Woodbridge**   County: **Prince William**   State: **VA**   Zip: **22193**

Phone Numbers: Home: (**703**) **730-1996**   Work: (____) _____

Cell: (____) _____   Email Address: **SkiMaster-Ken @ msn.com**

Date of Birth: **10/4/1960**   Sex: ☒ Male ☐ Female   Do You Have a Disability? ☐ Yes ☒ No

**Please answer each of the next three questions.   i. Are you Hispanic or Latino?** ☐ Yes ☒ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White

☒ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? **United States of America**

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ████████████████   Relationship: _____

Address: ████████████   City: ██████   State:██   Zip Code: █████

Home Phone: (████████████   Other Phone: █████

**2. I believe that I was discriminated against by the following organization(s):   (Check those that apply)**

☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: **United Airlines World Headquarters**

Address: **1200 EAST ALGONQUIN ROAD**   County: _____

City: **Elk Grove Village**   State: **IL** Zip: **60007**   Phone: (**800**) **864 3331**

Type of Business: **Airlines**   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: **Michael Bonds**   Phone: **312) 997 2915**

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☒ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☒ No

Date Hired: **07/06/86**   Job Title At Hire: **Customer Service Representative**

Pay Rate When Hired: **$1,150/month**   Last or Current Pay Rate: **$5,189/month**

Job Title at Time of Alleged Discrimination: **Supervisor Airport Ops**. Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: **James Schake / Terminal Area Manager**

If Job Applicant, Date You Applied for Job **08/29/11**   Job Title Applied For **Area Manager**

1

**EXHIBIT 2N, PAGE 216**   EXHIBIT N, PAGE 196

**4.  What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒ Race  ☐ Sex  ☐ Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☒ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information? ____ N/A ____

Other reason (basis) for discrimination (Explain): _____ N/A _____

**5.  What happened to you that you believe was discriminatory?  Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you.  Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A.  Date: 06/2010   Action: Submitted for Temp 6 month service supervisor position and offered and accepted position w/ possibility of upgrading to Area manager. July 2010 White male
Name and Title of Person(s) Responsible: Sally Schiman, supervisor (see attache

B.  Date: 08/2011   Action: Applied for Area Manager and successfully passed interview panel and selected manager was less qualified
Name and Title of Person(s) Responsible: Bill Watts - Terminal Director; sally schiman concourse Director

**6.  Why do you believe these actions were discriminatory? Please attach additional pages if needed.**
Successfully passed interview panel and selected candidate less qualified I have a previous EEOC approved discrimination charge against UA much has (see attach

**7.  What reason(s) were given to you for the acts you consider discriminatory?  By whom? His or Her Job Title?**
Selected candidates were qualified more.

**8. Describe who was in the same or similar situation as you and how they were treated.  For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.  For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.**

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. Christopher Branch | White, Male, US Citizen | Former supervisor- New Area Manager | Has been awarded upgrade manager opportunities, special training and coaching. |
| B. Debbie St George | White, Female, US Citizen | Reinstated Area Manager | Prematurely fast tracked to SVC Director supervisor Operation Manager |

2

**EXHIBIT 2N, PAGE 217**          EXHIBIT N, PAGE 197

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. United Coalition members/Pilot-Mgrs   Black, male & female, US citizen   Captains/
Supervisors

B.

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. Mario Arthur      Black Male      supervisor Airport Operations
Held out of service in 2010 due to hearsay from Customs Border Patrol

B. Leonard Miller      Black Male      Customer svc Rep
Held out of service based on pax claim of assault

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
N|A

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for: _____

How did your employer respond to your request? _____

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. Rodney Pine | Supervisor-Airport Operations - IAD | | |
| B. Mario Arthur | Supervisor-Airport Operations - IAD | ▓▓▓▓▓ | |

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☒ Yes ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

EEOC        June 20 2010

16. Have you sought help about this situation from a union, an attorney, or any other source? ☒ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Law Office of Spencer Smith
353 Sacramento St. S.F. CA 94111    (Suite 1120)

Please check one of the boxes to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_Kennett J. Montgomery_        01/25/2012
Signature                      Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

**EXHIBIT 2N, PAGE 219**                    EXHIBIT N, PAGE 199

<u>Kenneth Montgomery EEOC Questionnaire Intake Attachment</u>

**#5 What happened to you that you believe was discriminatory?**

C.   **Date:** 06/2010

**Action:** White male with lesser management background was selected to upgrade as an Area Manager even though Supervisor Schiman mentioned possible upgrade to me.

**Name and Title of Person(s) Responsible:** Sally Schiman, Supervisor

**Date:** 03/2011-Present

**Action:** Please see attached list of Job Submissions for which I was not selected.

**Name and Title of Person(s) Responsible:** Management at United Airlines

D.   **Date:** 02/2010

**Action:** Removed from Control Center as CS Operations Supervisor. I was moved to Midnight Relief Supervisor with schedule of 2 midnight starts followed with 3 early morning starts resulting in 1.5 days off schedule rotation, which was wrongfully posted as a 2-day off pattern.

E.   **Date:** September 2006

**Action:** After being reinstated, I did not get assigned my original position in the Station Control Center as CS OPS Supervisor. I was moved to the Main Terminal Ticket Counter Supervisor role used as an entry position at IAD station, by CS Manager Becki Culley, which was the manager that terminated me.

**Name and Title of Person(s) Responsible:** Becki Culley, CS Manager

F.   **Date:** June 13, 2006

**Action:** Wrongful Termination for Alleged Pass Travel Abuse -- Authorized to add in-laws error by UAL Benefits Representative

**Name and Title of Person(s) Responsible:** United Airlines Benefits

**#6 Why do you believe these actions were discriminatory?**
(Cont.) resulted in retaliation against the United Airlines African American pilots involved in the United Coalition who filed these charges in January 2010.

Kenneth Montgomery, you are signed in.
|My Account Options

My Job Cart (0 items)

**Job Search**

My Jobpage

My Submissions

Beginning of the main content section.
**My Submissions**
This page displays all relevant details related to your draft and completed submissions.

**Area Manager - Hub Operations - Washington Dulles, VA (IAD) (Airport Operations)**
- Full-time
District of Columbia-IAD - Washington (Dulles)
Job Posting:08/29/2011 – Job Number: AOC476-C-CW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 09/21/2011
*View Submission*

**Country Sales Manager — Dubai (Sales)**
- Full-time
DU-DXB - Dubai
Job Posting:06/06/2011 – Job Number: SAL2073I-JC
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/01/2011
*View Submission*

**General Manager — Reno, NV (Airport Operations)**
- Full-time
NV-RNO - Reno
Job Posting:04/25/2011 – Job Number: AOC176-RD5
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/02/2011
*View Submission*

**Niche Sales Manager - Locations: Virtual (Sales)**
- Full-time
United States
Job Posting:03/09/2011 – Job Number: SAL104-DB
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 03/17/2011
*View Submission*

**Manager - Leadership Development - Washington DC (Airport Operations)**
- Full-time
District of Columbia-IAD - Washington (Dulles)
Job Posting:06/10/2011 – Job Number: AOC607-RD

**Candidate Profile**
Take a few minutes to create or modify your employment profile and to specify your preferred working criteria for future openings matching your interests
.Access my profile
**Icon legend**
☐ More information

Draft submission

Completed submission

**EXHIBIT 2N, PAGE 221**                    EXHIBIT N, PAGE 201

Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 03/17/2011
_View Submission_

My Submissions - Page 1 of 1 Previous | **1** | Next

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 550-2012-00664 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Kenneth Montgomery** | **(703) 730-1996** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **13026 Terminal Way, Woodbridge, VA 22193** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (include Area Code) |
|---|---|---|
| **UNITED AIRLINES WORLD HEADQUARATERS** | **500 or More** | **(800) 864-3331** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1200 East Algonquin Rd, Elk Grove Village, IL 60007** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                                Latest
**02-21-2012**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on June 6, 1986 as a Customer Service Representative. My current job title is Supervisor.

On June 28, 2010 I filed EEOC Charge No.: 550-2010-01733. Since my complaint I have been subjected to numerous retaliatory actions by Respondent.

I believe I have been discriminated against based on my race (African American) in violation of Title VII of the Civil Rights Act of 1964 as amended. I also believe I have been retaliated against for engaging in protected activity in violation of the statute.

RECEIVED EEOC SFDO

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 2/23/2012   *Kenneth J. Montgomery*<br>Date           Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

**EXHIBIT 2N, PAGE 223**               EXHIBIT N, PAGE 203

EEOC Form 161-B (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Kenneth Montgomery<br>13026 Terminal Way<br>Woodbridge, VA 22193 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-00664 | Krystal L. Clark,<br>Investigator | (415) 625-5689 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

*[signature]* for —Michael  Baldonado,
**District Director**

3-2-12
*(Date Mailed)*

cc:

| Ms. Megan Detzner<br>Senior Staff Representative<br>UNITED AIRLINES WORLD HEADQUARTERS<br>1200 East Algonquin Rd<br>Elk Grove Village, IL 60007 | Spencer Smith, ESQ<br>The Law Offices of Spencer Smith<br>353 Sacramento Street, Suite 1120<br>San Francisco, CA 94111 |
|---|---|

**\* \* \* EMPLOYMENT \* \* \***

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E201112M6332-00 |
|---|---|---|
| | | DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (Indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **MONTGOMERY, KENNETH** | **(703)730-1996** |

| ADDRESS |
|---|
| **13026 TERMINAL WAY** |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **WOODBRIDGE, VA 22193** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |

| ADDRESS | DFEH USE ONLY |
|---|---|
| **PO BOX 8097** | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **09/21/2011** | **00** |

THE PARTICULARS ARE:

I allege that on about or before 09/21/2011 , the following conduct occurred:

| | | |
|---|---|---|
| ___ termination | ___ denial of employment | ___ denial of family or medical leave |
| ___ laid off | X denial of promotion | ___ denial of pregnancy leave |
| ___ demotion | ___ denial of transfer | ___ denial of equal pay |
| ___ harassment | ___ denial of accommodation | ___ denial of right to wear pants |
| ___ genetic characteristics testing | ___ failure to prevent discrimination or retaliation | ___ denial of pregnancy accommodation |
| ___ constructive discharge (forced to quit) | X retaliation | |
| ___ impermissible non-job-related inquiry | ___ other (specify) _____ | |

by    **UNITED AIRLINES**

| | Name of Person | Job Title (supervisor/manager/personnel director/etc.) |
|---|---|---|

because of :

| | | |
|---|---|---|
| ___ sex | ___ national origin/ancestry | ___ disability (physical or mental) | X retaliation for engaging in protected |
| ___ age | ___ marital status | ___ medical condition (cancer or | activity or requesting a protected |
| ___ religion | ___ sexual orientation | generic characteristic | leave or accommodation |
| X race/color | ___ association | ___ other (specify) _____ | |

State of what you believe to be the reason(s) for discrimination

FROM MARCH 2011 TO THE PRESENT, I APPLIED TO 5 MANAGEMENT POSITIONS. I HAVE RECEIVED NO JOB OFFERS. ALTHOUGH I SUCCESSFULLY PASSED INTERVIEW PANELS, UNITED AIRLINES NEVER OFFERED ME THE POSITION. THE SELECTED CANDIDATES POSSESSED LESS QUALIFICATIONS THAN ME. UNITED AIRLINES RETALIATED AGAINST ME BECAUSE I AM PART OF THE UNITED COALITION GROUP. THE UNITED COALITION IS A GROUP THAT FILED DISCRIMINATION CHARGES AGAINST UNITED AIRLINES IN 2010.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.

Dated  **4/17/2012 10:54:00 AM**

At   **San Francisco**

DATE FILED:  **4/17/2012 10:54:00 AM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

**EXHIBIT 2N, PAGE 225**

EXHIBIT N, PAGE 205



STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                                    EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                                          Phyllis W. Cheng, Director

39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 17, 2012

MONTGOMERY, KENNETH
13026 TERMINAL WAY
WOODBRIDGE, VA 22193

RE:   E201112M6332-00
      MONTGOMERY/UNITED AIRLINES

Dear MONTGOMERY, KENNETH:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 17, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

EXHIBIT N, PAGE 206

**EXHIBIT 2N, PAGE 226**

Notice of Case Closure
Page Two


DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator


cc:   Case File


JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

**EXHIBIT 2N, PAGE 227**          EXHIBIT N, PAGE 207

# EXHIBIT O



**The Law Office of Spencer F. Smith**

**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*



February 13, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

    Re:   *Paul C. Noble v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire to file Paul C. Noble charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information. Please contact me as soon as possible if there are any problems.

Sincerely,

Kristine D. Kahey
*Assistant to Spencer F. Smith*

enclosure

1



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**INTAKE QUESTIONNAIRE**

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: __Noble__   First Name: __Paul__   MI: __C__

Street or Mailing Address: __1239 Southwest Jacqueline Ave__ Apt or Unit #: _____

City: __Port St. Lucie__   County: _____   State: __FL__   Zip: __34953__

Phone Numbers: Home: (404) 290-3169   Work: (   )

Cell: (   )   Email Address: __Capt76769@aol.com__

Date of Birth: __06/18/57__   Sex: ☑Male ☐ Female   Do You Have a Disability? ☐ Yes ☑No

**Please answer each of the next three questions.**   i. Are you Hispanic or Latino? ☐ Yes ☑No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
☑Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? __African American__

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ████████   Relationship: ████████

Address: ████████   City: ████   State ██   Zip Code: ████

Home Phone: ████████   Other Phone: (   )

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☑ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: __United Airlines__

Address: __77 West Wacker Dr__   County: __Cook__

City: __Chicago__   State: __IL__ Zip: __60601__ Phone: (800) 864-8331

Type of Business: __Airline__   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: __Michael Bonds__   Phone: (312) 997-2915

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☑No

Date Hired: __05/23/1988__   Job Title At Hire: __Flight Engineer__

Pay Rate When Hired: __$1,300/month__ Last or Current Pay Rate: __$13,000/month__

Job Title at Time of Alleged Discrimination: __Captain__   Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: __Walt Clark, Supervisor__

If Job Applicant, Date You Applied for Job _____ Job Title Applied For _____

1

EXHIBIT O, PAGE 209

**EXHIBIT 2O, PAGE 230**

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒ Race ☐ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☒ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

_____

Other reason (basis) for discrimination (Explain): _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

**A. Date:** Sept 2011   **Action:** Applied for Temporary Standards Captain and did not get an interview or a call back.

Name and Title of Person(s) Responsible: _____

**B. Date:** _____ **Action:** _____

_____

Name and Title of Person(s) Responsible _____

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.

I have been working for 23 years and have yet to see a person of color in any manage-ment position. Have an EEOC discrimination charge against United Airlines from Jan 2010

**7. What reason(s) were given to you for the acts you consider discriminatory?  By whom? His or Her Job Title?**
No reasons were given

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|--------------------------------------------------------|-----------|--------------------------|
| **A.** | | | |
| | | | |
| **B.** | | | |
| | | | |

2

EXHIBIT O, PAGE 210

**EXHIBIT 2O, PAGE 231**

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. Richard John | African American, Male | Captain | |
| B. Sal Crocker | African American, Male | Captain | |

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9.  Please check all that apply:
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?  (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
☐ Yes ☐ No
If "Yes," when did you ask? _____  How did you ask (verbally or in writing)? _____
Who did you ask?  (Provide full name and job title of person)

Describe the changes or assistance that you asked for: _____

How did your employer respond to your request? _____

3

13.  Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |

A.

B.

14.  Have you filed a charge previously on this matter with the EEOC or another agency?  ☒ Yes  ☐ No

15.  If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

EEOC  June 2010

16.  Have you sought help about this situation from a union, an attorney, or any other source?  ☒ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Law office do spencer smith
353 Sacramento st Suite 1120 S.F. CA 94112

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.  If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws.  If you do not file a charge of discrimination within the time limits, you will lose your rights.  If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1.  If you want to file a charge, you should check Box 2.

BOX 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge.  I understand that by checking this box, I have not filed a charge with the EEOC.  I also understand that I could lose my rights if I do not file a charge in time.

BOX 2  ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.  I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____                           2/10/2012
Signature                                                Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/2008). 2) AUTHORITY.  42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3)  PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge.  4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5)  WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.  Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge.  It is not mandatory that this form be used to provide the requested information.

November 2009

4

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 550-2012-00716 |

Illinois Department Of Human Rights and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| Paul C. Noble | (404) 290-3169 | |

Street Address: 123B Southwest Jacqueline Avenue, Port St Lucie, FL 34953

City, State and ZIP Code:

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNITED AIRLINES | 500 or More | (800) 864-8331 |

Street Address: 77 West Wacker Drive, Chicago, IL 60601

City, State and ZIP Code:

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

Street Address:

City, State and ZIP Code:

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest          Latest
                  09-01-2011

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I applied for a position with Respondent as a Temporary Standards Captain on or around September of 2011. Respondent did not interview me and I was not hired.

I believe I was discriminated against because of my Race (African-American), and retaliated against for my participation in protected activities, in violation of Title VII of the Civil Rights Act of 1964, as amended.

**RECEIVED**

MAR 21 2012

**EEOC-SFDO**

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 3-20-12        *[signature]*     Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EXHIBIT O, PAGE 213

EXHIBIT 2O, PAGE 234

EEOC Form 161-B (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Paul C. Noble<br>1239 Southwest Jacqueline Avenue<br>Port St Lucie, FL 34953 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

|  | *On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a))* | | |
|---|---|---|---|
| EEOC Charge No.<br><br>**550-2012-00716** | EEOC Representative<br>**Hernan Morales,**<br>**Investigator** | | Telephone No.<br><br>**(415) 625-5662** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

|  | More than 180 days have passed since the filing of this charge. |
|---|---|
| **X** | Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge. |
| **X** | The EEOC is terminating its processing of this charge. |
|  | The EEOC will continue to process this charge. |

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

|  | The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost. |
|---|---|
|  | The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time. |

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____          3/23/14

**Michael Baldonado,**          *(Date Mailed)*
**District Director**

Enclosures(s)

cc:   Megan Detzner, Sr. Staff Representative
      UNITED AIRLINES
      1200 E. Algonquin
      Elk Grove Village, IL 60007

Spencer F. Smith, Esq.
353 Sacramento Street, Suite 1120
San Francisco, CA 94111

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Paul C. Noble<br>1239 Southwest Jacqueline Avenuue<br>Port Saint Lucie, FL 34953 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

|  | ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |  |  |
|---|---|---|---|---|

| EEOC Charge No. | EEOC Representative | | Telephone No. |
|---|---|---|---|
| 16G-2012-02219 | Holly M. Woodyard,<br>Investigator | | (212) 336-3643 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☒ Other (briefly state)   **Charging Party wishes to pursue matter in Federal District Court.**

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_(signature)_

Kevin J. Berry,
District Director

September 28, 2012
(Date Mailed)

Enclosures(s)

cc:
UNITED AIRLINES
Attn: Megan Detzner
77 Wacker Drive
Chicago, IL 60601

The Law Office of Spencer F. Smith
353 Sacramento Street, Suite 1120
San Francisco, CA 94111

EXHIBIT O, PAGE 215

**EXHIBIT 2O, PAGE 236**

**\*\*\* EMPLOYMENT \*\*\***

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E201112M6331-00 |
|---|---|---|
| | | DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **NOBLE, PAUL** | **(404)290-3169** |

ADDRESS
**1239 SOUTHWEST JACQUELINE AVENUE**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **PORT ST LUCIE, FL 34953** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |

| ADDRESS | DFEH USE ONLY |
|---|---|
| **PO BOX 8097** | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month,day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **09/01/2011** | **00** |

THE PARTICULARS ARE:

I allege that on about or before
09/01/2011 , the following
conduct occurred:

| | | |
|---|---|---|
| ___ termination | ___ denial of employment | ___ denial of family or medical leave |
| ___ laid off | _X_ denial of promotion | ___ denial of pregnancy leave |
| ___ demotion | ___ denial of transfer | ___ denial of equal pay |
| ___ harassment | ___ denial of accommodation | ___ denial of right to wear pants |
| ___ genetic characteristics testing | ___ failure to prevent discrimination or retaliation | ___ denial of pregnancy accommodation |
| ___ constructive discharge (forced to quit) | _X_ retaliation | |
| ___ impermissible non-job-related inquiry | ___ other (specify) _____ | |

by     **UNITED AIRLINES**

because of :

Name of Person

| | | Job Title (supervisor/manager/personnel director/etc.) |
|---|---|---|
| ___ sex | ___ national origin/ancestry | ___ disability (physical or mental) | _X_ retaliation for engaging in protected |
| ___ age | ___ marital status | ___ medical condition (cancer or | activity or requesting a protected |
| ___ religion | ___ sexual orientation | generic chracteristic | leave or accommodation |
| _X_ race/color | ___ association | ___ other (specify) | |

State of what you believe to be the reason(s) for discrimination

IN SEPTEMBER 2011, I APPLIED FOR TEMPORARY STANDARDS CAPTAIN AND DID NOT GET AN INTERVIEW OR CALLBACK. I BELIEVE THAT I WAS NOT INVITED TO INTERVIEW BECAUSE I AM PART OF THE UNITED COALITION. THE UNITED COALITION FILED DISCRIMINATION CHARGES AGAINST UNITED AIRLINES IN JANUARY 2010. UNITED AIRLINES RETALIATED AGAINST ME BECAUSE I ENGAGED IN THIS PROTECTED ACTIVITY.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated  **4/17/2012 10:44:00 AM**

At  **San Francisco**

DATE FILED:  **4/17/2012 10:44:00 AM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

Case3:12-cv-02730-MMC   Document46-3   Filed02/15/13   Page25 of 69

STATE OF CALIFORNIA—STATE AND CONSUMER SERVICES AGENCY                                    EDMUND G. BROWN JR., Governor



**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                                    Phyllis W. Cheng, Director
39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 17, 2012

NOBLE, PAUL
1239 SOUTHWEST JACQUELINE AVENUE
PORT ST LUCIE, FL 34953

RE:  E201112M6331-00
     <u>NOBLE/UNITED AIRLINES</u>

Dear NOBLE, PAUL:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 17, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

EXHIBIT O, PAGE 217

**EXHIBIT 2O, PAGE 238**

Notice of Case Closure   Case 3:12-cv-02730-MMC   Document 46-3   Filed 02/15/13   Page 26 of 69
Page Two


DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,


Kate Riley
District Administrator


cc:   Case File


JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

EXHIBIT O, PAGE 218

**EXHIBIT 2O, PAGE 239**

# EXHIBIT P



**The Law Office of
Spencer F. Smith**

**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*

April 30, 2012



U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

Re:    *Xavier Palmer v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire to file Xavier Palmer's charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information by **Monday, May 7, 2012.** Please contact me as soon as possible if there are any problems.

Sincerely,

Melanie K. Yabut
*Assistant to Spencer F. Smith*

enclosure

1

EXHIBIT P, PAGE 219

**EXHIBIT 2P, PAGE 241**

RECEIVED
MAY 0 1 2012
EEOC-SFDO

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**INTAKE QUESTIONNAIRE**

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions **completely**, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: _Palmer_    First Name: _Xavier_    MI: _G_

Street or Mailing Address: _24885 Sun Stream Circle_    Apt or Unit #: _____

City: _Moreno Valley_ County: _Riverside_   State: _CA_   Zip: _92557_

Phone Numbers: Home: _(951) 243-8229_    Work: (___) _____

Cell: _(310) 213 1557_    Email Address: _xgpalmer@gmail.com_

Date of Birth: _04/16/1957_   Sex: ☑Male ☐ Female   Do You Have a Disability? ☐ Yes ☑No

**Please answer each of the next three questions.**   i. Are you Hispanic or Latino? ☐ Yes ☑No

ii. What is your Race?   Please choose all that apply.  ☐ American Indian or Alaskan Native  ☐ Asian  ☐ White
☑ Black or African American  ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? _African American_

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: _[redacted]_    Relationship: _[redacted]_

Address: _[redacted]_    City: _[redacted]_    State: _[redacted]_   Zip Code: _[redacted]_

Home Phone: _[redacted]_    Other Phone: (___) _____

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☑Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: _United Airlines_

Address: _77 West Wacker Dr_    County: _____

City: _Chicago_    State: _IL_ Zip: _60601_   Phone: _(800) 864 8331_

Type of Business: _Airlines_   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: _Jeff Smisek_    Phone: _(800) 864 8331_

**Number of Employees in the Organization at All Locations:** Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☑No

Date Hired: _03/18/1991_    Job Title At Hire: _B727 second officer_

Pay Rate When Hired: _____    Last or Current Pay Rate: _____

Job Title at Time of Alleged Discrimination: _Captain_    Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: _John Buyer_

If Job Applicant, Date You Applied for Job _____   Job Title Applied For _____

**EXHIBIT 2P, PAGE 242**

**4.  What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to* Retaliation.

☑ Race ☐ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify:_____

If you checked genetic information, how did the employer obtain the genetic information?_____

_____

Other reason (basis) for discrimination (Explain): _____

**5.  What happened to you that you believe was discriminatory?**  Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you.  **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

**A.  Date:** 2007-Present Action: _See attachment_
(2006)

**Name and Title of Person(s) Responsible:** _____

**B.  Date:** _____   **Action:** _____

**Name and Title of Person(s) Responsible** _____

**6.  Why do you believe these actions were discriminatory? Please attach additional pages if needed.**

I believe these actions were discriminatory because not all jobs were fairly posted to all qualified employees.

**7.  What reason(s) were given to you for the acts you consider discriminatory?  By whom?  His or Her Job Title?**

_____

_____

**8.  Describe who was in the same or similar situation as you and how they were treated.  For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.  For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.**

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

**A.** _____

_____

_____

**B.** _____

_____

_____

2

EXHIBIT P, PAGE 221

**EXHIBIT 2P, PAGE 243**

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|--------------------------------------------------------|-----------|-------------------------|
| A. | | | |
| B. | | | |

Of the persons in the same or similar situation as you, who was treated the *same as* you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|--------------------------------------------------------|-----------|-------------------------|
| A. | | | |
| B. | | | |

Answer questions 9-12 *only* if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

N/A

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

N/A

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
☐ Yes ☐ No
If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____
Who did you ask? (Provide full name and job title of person)

N/A

Describe the changes or assistance that you asked for:

How did your employer respond to your request?

5

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|-----------|-----------|------------------------|----------------------------------------------|

A. _____

_____

B. _____

_____

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☒ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

N/A

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☐ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

*Law office of Spencer smith        S.F. CA*
*353 Sacramento st Suite 1120        94111*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. **If you do not file a charge of discrimination within the time limits, you will lose your rights.** If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2  ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____          27 April 2012
Signature                                 Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

Xavier Palmer EEOC Form Attachment

**#5 What happened to you that you believe was discriminatory?**

Action: (Cont.) I have been harassed at United Airlines because of my race. There have been three positions that I have applied for and have been turned down or told that I was next on the list for the position. I applied to New Pilot Supervisor in June 1993. I applied for the Line Check Airman position in March 2006 and March 2007. I applied to the Interview Captain twice in 2007. I have been passed over for promotions from 2006 to the present. All job openings at United Airlines have not been posted. Less qualified non African-American candidates were selected for the management positions. These candidates were selected by a "tap on the shoulder" basis. Also, I have seen and heard derogatory comments in the workplace based on race.

**CHARGE OF DISCRIMINATION** Charge Presented To: Agency(ies) Charge No(s):

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| | |
|---|---|
| ☐ | FEPA |
| ☒ | EEOC |

550-2012-01144

**California Department of Fair Employment & Housing** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Mr. Xavier G. Palmer | | |

| Street Address | City, State and ZIP Code |
|---|---|
| 24885 Sun Stream Circle, Moreno Valley, CA 92557 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| UNITED AIRLINES | 500+ | |

| Street Address | City, State and ZIP Code |
|---|---|
| San Francisco International Airport, San Francisco, CA 94128 | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

| | | |
|---|---|---|
| ☒ RACE | ☐ COLOR | ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN |
| ☐ RETALIATION | ☐ AGE | ☐ DISABILITY ☐ GENETIC INFORMATION |
| ☐ OTHER *(Specify)* | | |

DATE(S) DISCRIMINATION TOOK PLACE
Earliest         Latest
                   05-24-2012

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I have been harassed at United Airlines because of my race. I have been repeatedly denied promotions including to New Pilot Supervisor in June 1993, Line Check Airman in March 2006 and March 2007, and Interview Captain twice in 2007. I have also been passed over for non-posted promotions from 2006 to present. Many of the candidates selected for the non-posted promotions were "tapped on the shoulder". I also have heard derogatory comments in the workplace based on race.

I believe I have been discriminated against by Respondent based on my race (black), in violation of Title VII of the Civil Rights act of 1964, as amended.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 6/7/2012                     *[signature]* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date          Charging Party Signature | |

*[RECEIVED stamp: JUN 08 2012 EEOC-SFDO]*

EEOC Form 161-B (11/09)   **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: Xavier G. Palmer<br>24885 Sun Stream Circle<br>Moreno Valley, CA 92557 | From: San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-01144 | **Thomas P. MaGee**<br>Investigator | (415) 625-5669 |

(See also the additional information enclosed with this form.)

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_signature_   6/29/12

Enclosures(s)   Michael Baldonado,
District Director   (Date Mailed)

cc:  Megan Detzner, Sr. Staff Rep.
United Airlines - WHQLD
1200 E. Algonquin
Elk Grove, IL 60007

Spencer F. Smith
THE LAW OFFICE OF SPENCER F. SMITH
353 Sacramento Street, Suite 1120
San Francisco, CA 94111

Enclosure with EEOC

EXHIBIT P, PAGE 226

# * * * EMPLOYMENT * * *

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E201112R9070-00 |
|---|---|---|
| | | DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **PALMER, XAVIER** | **(310)213-1557** |

| ADDRESS |
|---|
| **24885 SUN STREAM CIRCLE** |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **MORENO VALLEY, CA 92557** | **RIVERSIDE** | **065** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |

| ADDRESS | DFEH USE ONLY |
|---|---|
| **9841 AIRPORT BOULEVARD #104** | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **LOS ANGELES, CA 90045** | **LOS ANGELES** | **037** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **04/24/2012** | **00** |

THE PARTICULARS ARE:

I allege that on or about or before <u>04/24/2012</u>, the following conduct occurred:

| | | |
|---|---|---|
| ____ termination | ____ denial of employment | ____ denial of family or medical leave |
| ____ laid off | X denial of promotion | ____ denial of pregnancy leave |
| ____ demotion | ____ denial of transfer | ____ denial of equal pay |
| ____ harassment | ____ denial of accommodation | ____ denial of right to wear pants |
| ____ genetic characteristics testing | ____ failure to prevent discrimination or retaliation | ____ denial of pregnancy accommodation |
| ____ constructive discharge (forced to quit) | ____ retaliation | |
| ____ impermissible non-job-related inquiry | ____ other (specify) _____ | |

by   **UNITED AIRLINES**

Name of Person                    Job Title (supervisor/manager/personnel director/etc.)

because of :

| | | |
|---|---|---|
| ____ sex | ____ national origin/ancestry | ____ retaliation for engaging in protected |
| ____ age | ____ marital status | activity or requesting a protected |
| ____ religion | ____ sexual orientation | leave or accommodation |
| X race/color | ____ association | |
| | ____ disability (physical or mental) | |
| | ____ medical condition (cancer or genetic characteristic) | |
| | ____ other (specify) _____ | |

State of what you believe to be the reason(s) for discrimination

I HAVE BEEN PASSED OVER FOR PROMOTIONS SINCE 2006 TO THE PRESENT BECAUSE ALL JOB OPENINGS AT UNITED AIRLINES HAVE NOT BEEN POSTED. LESS QUALIFIED NON AFRICAN-AMERICAN CANDIDATES WERE SELECTED FOR THE MANAGEMENT POSITIONS. THESE CANDIDATES WERE SELECTED BY A "TAP ON THE SHOULDER" BASIS. I APPLIED FOR THREE POSITIONS AT UNITED AIRLINES FOR WHICH I WAS NEVER OFFERED A POSITION. I HAVE ALSO BEEN TOLD THAT I WAS NEXT ON THE LIST FOR SOME POSITIONS. I APPLIED FOR NEW PILOT SUPERVISOR IN 1993, LINE CHECK AIRMAN (TWICE) MARCH 2006 AND 2007, AND INTERVIEW CAPTAIN (TWICE) BOTH IN 2007.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated  4/30/2012 9:50:00 AM

At  San Francisco

DATE FILED:  4/30/2012 9:50:00 AM

# * * * EMPLOYMENT * * *

COMPLAINT OF DISCRIMINATION UNDER
THE PROVISIONS OF THE CALIFORNIA
FAIR EMPLOYMENT AND HOUSING ACT

DFEH #    **E201112R9070-00**

DFEH USE ONLY

State of what you
believe to be the
reason(s) for
discrimination

I HAVE BEEN PASSED OVER FOR PROMOTIONS SINCE 2006 TO THE PRESENT BECAUSE ALL JOB
OPENINGS AT UNITED AIRLINES HAVE NOT BEEN POSTED. LESS QUALIFIED NON AFRICAN-AMERICAN
CANDIDATES WERE SELECTED FOR THE MANAGEMENT POSITIONS. THESE CANDIDATES WERE
SELECTED BY A "TAP ON THE SHOULDER" BASIS. I APPLIED TO THREE POSITIONS AT UNITED AIRLINES
FOR WHICH I WAS NEVER OFFERED A POSITION. I HAVE ALSO BEEN TOLD THAT I WAS NEXT ON THE LIST
FOR SOME POSITIONS. I APPLIED FOR NEW PILOT SUPERVISOR IN 1993, LINE CHECK AIRMAN (TWICE)
MARCH 2006 AND 2007, AND INTERVIEW CAPTAIN (TWICE) BOTH IN 2007.



STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                    EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                          Phyllis W. Cheng, Director
1055 WEST 7TH STREET, SUITE 1400, LOS ANGELES, CA 90017
(213) 439-6770
www.dfeh.ca.gov

April 30, 2012

PALMER, XAVIER
24885 SUN STREAM CIRCLE
MORENO VALLEY, CA 92557

RE:   E201112R9070-00
      PALMER/UNITED AIRLINES

Dear PALMER, XAVIER:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department
of Fair Employment and Housing (DFEH) has been closed effective April 30, 2012 because
an immediate right-to-sue notice was requested. DFEH will take no further action on the
complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965,
subdivision (b), a civil action may be brought under the provisions of the Fair Employment
and Housing Act against the person, employer, labor organization or employment agency
named in the above-referenced complaint. The civil action must be filed within one year
from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity
Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this
DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act,
whichever is earlier.

EXHIBIT P, PAGE 229

**EXHIBIT 2P, PAGE 251**

Notice of Case Closure
Page Two


DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Tina Walker*

Tina Walker
District Administrator


cc:   Case File


JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

# EXHIBIT Q

Spencer F. Smith, Esq.
*spencer@smithlawsf.com*

Dow W. Patten, Of Counsel
*dpatten@smithlawsf.com*

**The Law Office of**
**Spencer F. Smith**

353 Sacramento Street, Suite 1120

San Francisco, CA. 94111

V: (415) 520-6950

F: (415) 520-0104

*@smithlawsf.com*

RECEIVED
MAY 04 2012
EEOC-SFDO

*VIA US MAIL*

May 2, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

Re:     *David Ricketts v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake
questionnaire to file David Rickett's charge against United Airlines. I am also requesting an immediate
right to sue in this matter sent to our office at the above listed information by **Monday May 7, 2012.**
Please contact me as soon as possible if there are any problems.

Sincerely,

Kristine D. Kahey
*Assistant to Spencer F. Smith*

enclosure

1

EXHIBIT Q, PAGE 231

**EXHIBIT 2Q, PAGE 254**

RECEIVED
MAY 0 4 2012
EEOC-SFDO

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: _Ricketts_   First Name: _David_   MI: _____

Street or Mailing Address: _5269 Rising Sun Lane_ Apt or Unit #: _____

City: _Ellicott City_   County: _____   State: _MD_   Zip: _21043_

Phone Numbers: Home: (443) 745-3295   Work: ( )

Cell: ( )   Email Address: _dcashewman@aol.com_

Date of Birth: _12/03/1961_   Sex: ☑ Male ☐ Female   Do You Have a Disability? ☐ Yes ☑ No

**Please answer each of the next three questions.**   i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White

☑ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? _African American_

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: _Law Office of Spencer Smith_ Relationship: _Attorney_

Address: _353 Sacramento St_ City: _S.F._   State: _CA_ Zip Code: _94111_

Home Phone: (415) 402-0084   Other Phone: ( )

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☑ Employer  ☐ Union  ☐ Employment Agency  ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: _United Airlines_

Address: _77 West Wacker Dr_   County: _____

City: _Chicago_   State: _IL_ Zip: _60601_   Phone: (800) 864 8331

Type of Business: _Airlines_   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: _Jeff Smisek_   Phone: (800) 864-8331

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☑ No

Date Hired: _11/21/1988_   Job Title At Hire: _Pilot_

Pay Rate When Hired: _$26.50/hr_   Last or Current Pay Rate: _$156/hr_

Job Title at Time of Alleged Discrimination: _Captain_   Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: _James Simon_

If Job Applicant, Date You Applied for Job _____ Job Title Applied For _____

EXHIBIT Q, PAGE 232

**EXHIBIT 2Q, PAGE 255**

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑Race ☐ Sex ☐Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information? ___ N/A ___

Other reason (basis) for discrimination (Explain): _____ N/A _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

**A. Date:** 2009-PRESENT **Action:** I have been passed over for promotions because all job openings have not been posted. less qualified non African (attached)

Name and Title of Person(s) Responsible: _____

**B. Date:** _____ **Action:** _____

Name and Title of Person(s) Responsible _____

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.
These acts were discriminatory because not all qualified employees were given a fair chance at a management position

**7. What reason(s) were given to you for the acts you consider discriminatory?** By whom? His or Her Job Title?
No reasons were given.

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |
| | | | |

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

**Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.**

**9. Please check all that apply:**
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

**10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

N/A

**11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

N/A

**12. Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

N/A

Describe the changes or assistance that you asked for: _____

How did your employer respond to your request? _____

FROM : DAVID AND tRACEY RICKetts        FAX NO. : 4104657452        May. 01 2012 10:56PM  P1

13.  Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|-----------|-----------|------------------------|-----------------------------------------------|
| A. | | | |
| B. | | | |

14.  Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☑ No

15.  If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

N/A

16.  Have you sought help about this situation from a union, an attorney, or any other source?  ☑ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Law Office of Spencer Smith        SF CA
353 Sacramento st #1120        94111

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.  If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws.  If you do not file a charge of discrimination within the time limits, you will lose your rights.  If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1.  If you want to file a charge, you should check Box 2.

BOX 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge.  I understand that by checking this box, I have not filed a charge with the EEOC.  I also understand that I could lose my rights if I do not file a charge in time.

BOX 2  ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above.  I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.  I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____        5/1/2012
Signature        Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-679. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(b), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2008

4

<u>David Ricketts EEOC Attachment</u>

### <u>#5 What happened to you that you believe was discriminatory?</u>

**Action:** (Cont.) candidates have been selected for the management positions. These candidates were selected by a "tap on the shoulder" basis.

FROM : DAVID AND tRACEY RICKETTS      FAX NO. : 4104657452      Jun. 07 2012 02:43PM  P1

| CHARGE OF DISCRIMINATION | Charge Presented To | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 550-2012-01184 |

**California Department Of Fair Employment & Housing**          and EEOC

*State or local Agency, if any*

| Name *(indicate Mr. Ms. Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Mr. David Ricketts | (443) 745-3275 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 5269 Rising Sun Lane, Ellicott City, MD 21043 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| UNITED AIRLINES | 500 or More | (847) 700-4000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 77 West Wacker, Chicago, IL 60601 | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest _____  Latest 06-31-2012
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by Respondent on November 11, 1988 as a pilot. My current job title is Captain.

Since 2009 I have been passed over for several Promotions if favor of less qualified non-African American employees. I have knowledge that Respondent has failed to post job openings in accordance with its policies. Respondent stated no reason for its actions.

I believe I have been discriminated against on the basis of my race (African American) in violation of Title VII of the Civil Rights Act of 1964 as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 6/7/2012  *David Ricketts (signature)*<br>Date      Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

*[stamp: RECEIVED JUN 08 2012 EEOC SFDO]*

EXHIBIT Q, PAGE 237

Case3:12-cv-02730-MMC   Document46-3   Filed02/15/13   Page48 of 69

EEOC Form 161-B (11/09)   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | David Ricketts<br>5269 Rising Sun Lane<br>Ellicott City, MD 21043 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-01184 | Krystal L. Clark,<br>Investigator | (415) 625-5689 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ]   More than 180 days have passed since the filing of this charge.

[ X ]   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[ X ]   The EEOC is terminating its processing of this charge.

[ ]   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ]   The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for **any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*(signature)*

for   **Michael Baldonado,**
**District Director**

5-19-12

*(Date Mailed)*

Enclosures(s)

cc:

UNITED AIRLINES
77 West Wacker
Chicago, IL 60601

Spencer F. Smith
LAW OFFICES OF SPENCER SMITH
353 Sacramento St., Suite 1120
San Francisco, CA 94111

EXHIBIT Q, PAGE 238

**EXHIBIT 2Q, PAGE 261**

# * * * EMPLOYMENT * * *

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | **E201112M6377-00** |
|---|---|---|
| | | DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **RICKETTS, DAVID** | **(443)745-3275** |

| ADDRESS |
|---|
| **5269 RISING SUN LANE** |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **ELLICOTT CITY, MD 21043** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |

| ADDRESS | DFEH USE ONLY |
|---|---|
| **PO BOX 8097** | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE | |
|---|---|---|---|
| **500+** | **04/24/2012** | **00** | |

THE PARTICULARS ARE:

I allege that on about or before <u>04/24/2012</u>, the following conduct occurred:

| | | |
|---|---|---|
| ____ termination | ____ denial of employment | ____ denial of family or medical leave |
| ____ laid off | _X_ denial of promotion | ____ denial of pregnancy leave |
| ____ demotion | ____ denial of transfer | ____ denial of equal pay |
| ____ harassment | ____ denial of accommodation | ____ denial of right to wear pants |
| ____ genetic characteristics testing | ____ failure to prevent discrimination or retaliation | ____ denial of pregnancy accommodation |
| ____ constructive discharge (forced to quit) | ____ retaliation | |
| ____ impermissible non-job-related inquiry | ____ other (specify) _____ |

by   **UNITED AIRLINES**

Name of Person                                           Job Title (supervisor/manager/personnel director/etc.)

because of :

| | | | |
|---|---|---|---|
| ____ sex | ____ national origin/ancestry | ____ disability (physical or mental) | ____ retaliation for engaging in protected |
| ____ age | ____ marital status | ____ medical condition (cancer or | activity or requesting a protected |
| ____ religion | ____ sexual orientation | generic characteristic | leave or accommodation |
| _X_ race/color | ____ association | ____ other (specify) _____ | |

State of what you believe to be the reason(s) for discrimination

I HAVE BEEN PASSED OVER FOR PROMOTIONS FROM 2009 TO THE PRESENT BECAUSE ALL JOB OPENINGS AT UNITED AIRLINES HAVE NOT BEEN POSTED. LESS QUALIFIED NON AFRICAN-AMERICAN CANDIDATES WERE SELECTED FOR THE MANAGEMENT POSITIONS. THESE CANDIDATES WERE SELECTED BY A "TAP ON THE SHOULDER" BASIS.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated **4/24/2012 5:58:00 PM**

At  **San Francisco**

DATE FILED:  **4/24/2012 5:58:00 PM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

EXHIBIT Q, PAGE 239

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                                   EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                              Phyllis W. Cheng, Director

39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 24, 2012

RICKETTS, DAVID
5269 RISING SUN LANE
ELLICOTT CITY, MD 21043

RE:   E201112M6377-00
      RICKETTS/UNITED AIRLINES

Dear RICKETTS, DAVID:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 24, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

EXHIBIT Q, PAGE 240

**EXHIBIT 2Q, PAGE 263**

Notice of Case Closure
Page Two


DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator


cc:   Case File


JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

# EXHIBIT R





**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*

February 3, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

Re:   *Glenwood Roane Jr. v. United Airlines*

To Whom It May Concern;

I am enclosing the EEOC intake questionnaire to file a charge on behalf of our client, Glenwood Roane Jr., in the above referenced issue. I am requesting an immediate right to sue in this matter sent to our office at the above listed information. Please contact me as soon as possible if there are any problems.

Sincerely,



Melissa Sotto
*Assistant to Spencer F. Smith*

enclosure

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: __Roane, Jr.__   First Name: __Glenwood__   MI: _____

Street or Mailing Address: __1513 Eglantyne Ct.__   Apt or Unit #: _____

City: __Raleigh__   County: _____   State: __NC__   Zip: __27613__

Phone Numbers: Home: (__919__) __795 6823__   Work: (___) _____

Cell: (___) _____   Email Address: __GPRchosen@ att.net__

Date of Birth: __07|18|62__   Sex: ☒ Male ☐ Female   Do You Have a Disability? ☐ Yes ☒ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
☒ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? __African American__

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ███████   Relationship: ███████

Address: ███████   City: ███████   State: ███ Zip Code: ███████

Home Phone: (███████   Other Phone: (___) _____

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: __United Airlines__

Address: __77 West Wacker Drive__   County: __Cook__

City: __Chicago__   State: __IL__ Zip: __60601__   Phone: __800__ __804-8331__

Type of Business: __Airline__   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: __Michael Bonds__   Phone: (__312__) __997-2915__

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☒ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No

Date Hired: __10/24/1988__   Job Title At Hire: __Flight Officer__

Pay Rate When Hired: _____   Last or Current Pay Rate: _____

Job Title at Time of Alleged Discrimination: __Captain__   Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: __Walt Clark__

If Job Applicant, Date You Applied for Job _____   Job Title Applied For _____

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒ Race  ☐ Sex  ☐ Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☒ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing  ii. family medical history  iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: __N/A__

If you checked genetic information, how did the employer obtain the genetic information? __N/A__

Other reason (basis) for discrimination (Explain): __N/A__

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. *(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

**A. Date:** _2009-present_ **Action:** _Applied for 34 positions already and has received no job offer_

**Name and Title of Person(s) Responsible:** _____

**B. Date:** _____ **Action:** _____

**Name and Title of Person(s) Responsible** _____

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.

_I have a previously filed EEOC discrimination charge against UAL from Jan 2010. This has resulted in retaliation for all United Coalition Group_

**7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?**

_____

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

2

EXHIBIT R, PAGE 244

**EXHIBIT 2R, PAGE 268**

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. Sal Crocker   African American, Male   Captain   Interviewed for Asst Chief Pilot, Flight Operations Duty Manager, Standards Captain. No job offers

B. Richard John   African American, Male   Captain   Interviewed for Flight Operations Duty Manager, Standards captain and rejected for all positions

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
   ☐ Yes, I have a disability
   ☐ I do not have a disability now but I did have one
   ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

N/A

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
   ☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
   ☐ Yes ☐ No
If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for: _____

How did your employer respond to your request? _____

3

EXHIBIT R, PAGE 245

**EXHIBIT 2R, PAGE 269**

13. Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. | | | |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☒ Yes  ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

EEOC, DFEH    June 18, 2010

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☒ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Law office of spencer smith
333 Sacramento St. Suite 1120 S.F. CA 94111

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.  If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws.  If you do not file a charge of discrimination within the time limits, you will lose your rights.  If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1.  If you want to file a charge, you should check Box 2.

> **BOX 1**  ☐ I want to talk to an EEOC employee before deciding whether to file a charge.  I understand that by checking this box, I have not filed a charge with the EEOC.  I also understand that I could lose my rights if I do not file a charge in time.

> **BOX 2**  ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above.  I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.  I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____                                    1/25/2012
        Signature                                           Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY.  42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES.  EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

Go to the main content section.



United Continental Holdings
|
Company History
|
News & Events

Home
>
Inside Coair / United Career Gateway
>
Job Opportunities

Glenwood Roane, you are signed in
|My Account Options|

My Job Cart (0 items)
|Sign Out|

**Job Search**

**My Jobpage**

My Submissions

|

My Job Cart|
My Saved Searches|

Beginning of the main content section.

**My Submissions (24 job submissions found)**
This page displays all relevant details related to your draft and completed submissions.

Submissions per page: 25 ▼

**Temporary – (Job Share) Standards Captain - A320 (DENTK)**
- Full-time
United States-CO-DEN - Denver
Job Posting:09/02/2011 – Job Number: DEN29318972066120DH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 09/12/2011
*View Submission*

**Candidate Profile**
Take a few minutes to create or modify your employment profile and to specify your preferred working criteria for future openings matching your interests.Access my profile

**Icon legend**
More information

EXHIBIT R, PAGE 247

**EXHIBIT 2R, PAGE 271**

### Flight Operations - Duty Manager - IAD (Flight Operations)
- Full-time
United States-District of Columbia-IAD - Washington (Dulles)
Job Posting:06/29/2011 - Job Number: FOPS1040-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
- Updated: 08/02/2011
*View Submission*

### Line Training Manager - 747 - DEN (Flight Operations)
- Full-time
United States-CO-DEN - Denver
Job Posting:06/20/2011 - Job Number: FOPS42-C-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
- Updated: 08/23/2011
*View Submission*

### Line Training Manager - 778 - DEN/IAH (Flight Operations)
- Full-time
United States-CO-DEN - Denver, United States-TX-IAH - Houston (Intercontinental)
Job Posting:06/20/2011 - Job Number: FOPS42-E-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
- Updated: 08/24/2011
*View Submission*

### Line Training Manager - A320 - DEN (Flight Operations)
- Full-time
United States-CO-DEN - Denver
Job Posting:06/20/2011 - Job Number: FOPS42-A-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
- Updated: 08/23/2011
*View Submission*

### International Flight Operations - Senior Manager - Chicago, IL (Flight Operations)
- Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:06/14/2011 - Job Number: FOPS1016-DP
Job Status: Inactive (No Longer Accepting Job Submissions)

EXHIBIT R, PAGE 248

**EXHIBIT 2R, PAGE 272**

Submission Status:
Completed
– Updated: 07/13/2011
*View Submission*

### Domestic Flight Operations - Senior Manager -Chicago, IL (Flight Operations)
- Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:06/14/2011 – Job Number: FOPS1017-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/13/2011
*View Submission*

### Assistant Chief Pilot - Captain - UNITED- IAD/JFK (Flight Operations)
- Full-time
United States-District of Columbia-IAD - Washington (Dulles), United States-NY-JFK - New York (Kennedy)
Job Posting:06/15/2011 – Job Number: FOPS12-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/12/2011
*View Submission*

### Manager - Fleet Technical Flight Operations - A320 - Denver, CO (Flight Operations)
- Full-time
United States-CO-DEN - Denver, United States-TX-IAH - Houston (Intercontinental)
Job Posting:06/23/2011 – Job Number: FOPS41-A-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/23/2011
*View Submission*

### Manager - Fleet Technical Flight Operations - 747 - Denver, CO (Flight Operations)
- Full-time
United States-CO-DEN - Denver, United States-TX-IAH - Houston (Intercontinental)
Job Posting:06/23/2011 – Job Number: FOPS41-C-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/23/2011

EXHIBIT R, PAGE 249

**EXHIBIT 2R, PAGE 273**

*View Submission*

### Senior Manager - Fleet Standards - 737 - IAH (Flight Operations)

- Full-time
United States-TX-IAH - Houston (Intercontinental)
Job Posting:04/11/2011 – Job Number: FOPS40-B-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
*View Submission*

### Senior Manager - Fleet Standards - 747 - Denver, CO (Flight Operations)

- Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS40-C-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
*View Submission*

### Senior Manager - Fleet Standards - 756 - Denver, CO (Flight Operations)

- Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS40-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
*View Submission*

### Senior Manager - Fleet Standards - 778 - Denver, CO (Flight Operations)

- Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS40-E-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
*View Submission*

### Senior Manager - Fleet Standards - A320 - Denver, CO (Flight Operations)

- Full-time

United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS40-A-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
*View Submission*

### Senior Manager - Fleet Training - 737 – IAH (Flight Operations)

- Full-time
United States-TX-IAH - Houston (Intercontinental)
Job Posting:04/11/2011 – Job Number: FOPS31-B-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
*View Submission*

### Senior Manager - Fleet Training - 747/778 - Denver, CO (Flight Operations)

– Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS31-C-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
*View Submission*

### Senior Manager - Fleet Training - 756 - Denver, CO (Flight Operations)

- Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS31-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
*View Submission*

### Senior Manager - Fleet Training - A320 - Denver, CO (Flight Operations)

- Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS31-A-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011

*View Submission*

### Standards Captain-A320 (DENTK)
- Full-time
United States-CO-DEN - Denver
Job Posting:07/10/2010 – Job Number: DEN29318972067898RD
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/23/2010
*View Submission*

### Job Share Standards Captain (A320 Fleet / DENTK)
- Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318975023244SH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/27/2006
*View Submission*

### Standards Captain (A320 Fleet / DENTK)
- Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318975023245SH
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 01/27/2006
*View Submission*

### Standards Captain (A320 Fleet / DENTK)
- Full-time
United States-CO-DEN - Denver
Job Posting:Not Available – Job Number: DEN29318932060667KFM
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 09/06/2007
*View Submission*

### Interview Captain - Temporary Special Assignment (WHQFO 8999-89)
-
United States-IL-WHQ - Chicago -Operations Center-Elk Grove Village
Job Posting:Not Available – Job Number: WHQ89998932058373LW
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed

– Updated: 07/10/2007
*View Submission*

My Submissions - Page 1 of 1Previous |**1** |Next

Powered by **Taleo** ⊗

For general questions related to Talent Selection, please contact the Employee Service Center (ESC) at (877) 242-0075.
For technical questions related to the online application process, please contact recruiting at (866) 562-0781.

United is an equal opportunity employer: M/F/D/V.



Contact Us

Privacy Policy

Copyright © 2010 United. All Rights Reserved.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s) |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 550-2012-00663 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Glenwood Roane | (919) 796-6823 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 1513 Eglantyne Ct, Raleigh, NC 27613 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code |
|---|---|---|
| UNITED AIRLINES | 500 or More | (312) 997-7508 |

| Street Address | City, State and ZIP Code |
|---|---|
| 77 West Wacker Drive, Chicago, IL 60601 | |

| Name | No. Employees, Members | Phone No. (Include Area Code |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest    Latest |
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | 02-21-2012 |
| ☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION | |
| ☐ OTHER *(Specify)* | ☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I was hired by Respondent on October 24, 1998 as a Flight Officer. My current job title is Captain.

On June 18, 2010 I filed EEOC Charge No.: 550-2010-01755. Since my complaint I have been subjected to numerous retaliatory actions by Respondent.

I believe I have been discriminated against based on my race (African American) in violation of Title VII of the Civil Rights Act of 1964 as amended. I also believe I have been retaliated against for engaging in protected activity in violation of the statute.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 2-23-2012          *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date | |

EXHIBIT R, PAGE 254

EXHIBIT 2R, PAGE 278

EEOC Form 161-B (11/09)   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To:   Glenwood Roane                                        From:   San Francisco District Office
      1513 Eglantyne Ct                                             350 The Embarcadero
      Raleigh, NC 27613                                             Suite 500
                                                                    San Francisco, CA 94105

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-00663 | Krystal L. Clark, Investigator | (415) 625-5689 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

| | More than 180 days have passed since the filing of this charge. |
| X | Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge. |
| X | The EEOC is terminating its processing of this charge. |
| | The EEOC will continue to process this charge. |

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

| | The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost. |
| | The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time. |

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*                                               3-8-12

Enclosures(s)                  Michael Baldonado,                *(Date Mailed)*
                               District Director

cc:

UNITED AIRLINES                              Spencer F. Smith
77 West Wacker Drive                         Law Office of Spencer F. Smith
Chicago, IL 60601                            353 Sacramento Street, Suite 1120
                                             San Francisco, CA 94111

**\*\*\* EMPLOYMENT \*\*\***

| COMPLAINT OF DISCRIMINATION UNDER<br>THE PROVISIONS OF THE CALIFORNIA<br>FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E201112M6329-00 |
|---|---|---|
| | | DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| ROANE JR., GLENWOOD | (919)795-6823 |

ADDRESS
**1513 EGLANTYNE COURT**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| RALEIGH, NC 27613 | OUT OF STATE | 000 |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| UNITED AIRLINES | (800)864-8331 |

| ADDRESS | DFEH USE ONLY |
|---|---|
| PO BOX 8097 | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| SAN FRANCISCO, CA 94128 | SAN FRANCISCO | 075 |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month,day, and year) | RESPONDENT CODE |
|---|---|---|
| 500+ | 09/12/2011 | 00 |

THE PARTICULARS ARE:

I allege that on about or before
09/12/2011 , the following
conduct occurred:

| | | |
|---|---|---|
| ___ termination | ___ denial of employment | ___ denial of family or medical leave |
| ___ laid off | _X_ denial of promotion | ___ denial of pregnancy leave |
| ___ demotion | ___ denial of transfer | ___ denial of equal pay |
| ___ harassment | ___ denial of accommodation | ___ denial of right to wear pants |
| ___ genetic characteristics testing | ___ failure to prevent discrimination or retaliation | ___ denial of pregnancy accommodation |
| ___ constructive discharge (forced to quit) | _X_ retaliation | |
| ___ impermissible non-job-related inquiry | ___ other (specify) _____ | |

by     **UNITED AIRLINES**

|  | Name of Person | Job Title (supervisor/manager/personnel director/etc.) |
|---|---|---|

because of :

| | | | |
|---|---|---|---|
| ___ sex | ___ national origin/ancestry | ___ disability (physical or mental) | _X_ retaliation for engaging in protected |
| ___ age | ___ marital status | ___ medical condition (cancer or | activity or requesting a protected |
| ___ religion | ___ sexual orientation | generic characteristic | leave or accommodation |
| _X_ race/color | ___ association | ___ other (specify) | |

State of what you
believe to be the
reason(s) for
discrimination

IN 2011, I APPLIED TO 18 MANAGEMENT POSITIONS. SINCE 2007, I HAVE APPLIED TO A TOTAL OF 24 MANAGEMENT POSITIONS. I HAVE NOT RECEIVED ANY JOB OFFERS AND LESS QUALIFIED CANDIDATES WERE CHOSEN INSTEAD OF ME. UNITED AIRLINES RETALIATED AGAINST ME BECAUSE I AM PART OF THE UNITED COALITION, A GROUP THAT FILED DISCRIMINATION CHARGES AGAINST UNITED AIRLINES IN 2010.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.


Dated  4/17/2012 10:21:00 AM

At  San Francisco

DATE FILED:  4/17/2012 10:21:00 AM

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA



STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                                    EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                          Phyllis W. Cheng, Director

39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 17, 2012

ROANE JR., GLENWOOD
1513 EGLANTYNE COURT
RALEIGH, NC 27613

RE:   E201112M6329-00
      ROANE JR./UNITED AIRLINES

Dear ROANE JR., GLENWOOD:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department
of Fair Employment and Housing (DFEH) has been closed effective April 17, 2012 because
an immediate right-to-sue notice was requested. DFEH will take no further action on the
complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965,
subdivision (b), a civil action may be brought under the provisions of the Fair Employment
and Housing Act against the person, employer, labor organization or employment agency
named in the above-referenced complaint. The civil action must be filed within one year
from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity
Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this
DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act,
whichever is earlier.

Notice of Case Closure
Page Two


DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator


cc:   Case File


JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

# EXHIBIT S



**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*

April 25, 2012



U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

    Re:   *Frederick Robinson v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire to file Frederick Robinson's charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information by **Tuesday, May 1, 2012**. Please contact me as soon as possible if there are any problems.

Sincerely,

Melanie K. Yabut
*Assistant to Spencer F. Smith*

enclosure

1

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**RECEIVED** APR 2 6 2012 EEOC-SFDO

**1. Personal Information**

Last Name: _Robinson_   First Name: _Frederick_   MI: ___

Street or Mailing Address: _8919 East Colorado Drive_   Apt or Unit #: ___

City: _Denver_   County: ___   State: _CO_   Zip: _80231_

Phone Numbers: Home: (_720_) _341-9466_   Work: (___)

Cell: (___)   Email Address: _frederickrobinson@yahoo.com_

Date of Birth: _10/04/1949_   Sex: ☑ Male ☐ Female   Do You Have a Disability? ☐ Yes ☑ No

**Please answer each of the next three questions.**   i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
☑ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? _African American_

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ███████████   Relationship: ███████

Address: ███████   City: ███████   Zip Code: ███████

Home Phone: (███████   Other Phone: (___) _____

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☑ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: _United Airlines_

Address: _77 West Wacker Dr_   County: ___

City: _Chicago_   State: _IL_ Zip: _60601_   Phone: (_800_) _864-8331_

Type of Business: _Airlines_   Job Location if different from Org. Address: ___

Human Resources Director or Owner Name: _Jeff Smisek_   Phone: (_800_) _864-833_

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☑ No

Date Hired: _09/26/1988_   Job Title At Hire: _Second Officer_

Pay Rate When Hired: _____   Last or Current Pay Rate: _$140,000/yr_

Job Title at Time of Alleged Discrimination: _Captain_   Date Quit/Discharged: _N/A_

Name and Title of Immediate Supervisor: _Dede O'Neill_

If Job Applicant, Date You Applied for Job _____   Job Title Applied For _____

1

EXHIBIT S, PAGE 260

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race  ☐ Sex  ☐ Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☐ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information? _____

N/A

Other reason (basis) for discrimination (Explain): _____ N/A _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 2009-Present  Action: I have been passed over for promotions since 2009 to the present. All job openings have not been posted. (see attached)

Name and Title of Person(s) Responsible: _____

B. Date: _____  Action: _____

Name and Title of Person(s) Responsible _____

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.
these actions were discriminatory because all management positions have not been fairly posted for all qualified candidates.

**7. What reason(s) were given to you for the acts you consider discriminatory?  By whom? His or Her Job Title?**
No reasons were given

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. _____

_____

B. _____

_____

2

EXHIBIT S, PAGE 261

**EXHIBIT 2S, PAGE 286**

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

**A.** _____

_____

**B.** _____

_____

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

**A.** _____

_____

**B.** _____

_____

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

**9.  Please check all that apply:**     ☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

**10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?**  (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
N/A
_____

**11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes  ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?
N/A
_____

**12.  Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes  ☐ No

If "Yes," when did you ask? _____  How did you ask (verbally or in writing)? _____

Who did you ask?  (Provide full name and job title of person)
N/A
_____

Describe the changes or assistance that you asked for: _____

_____

How did your employer respond to your request? _____

_____

**EXHIBIT 2S, PAGE 287**

**13.** Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|

A. _____

_____

B. _____

_____

**14.** Have you filed a charge previously on this matter with the EEOC or another agency?   ☐ Yes  ☒ No

**15.** If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

N/A

**16.** Have you sought help about this situation from a union, an attorney, or any other source?   ☒ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Law Office of Spencer Smith    Suite #1120 S.F. CA
352 Sacramento St                              94111

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.  If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws.  If you do not file a charge of discrimination within the time limits, you will lose your rights.  If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1.  If you want to file a charge, you should check Box 2.

> **BOX 1** ☐ I want to talk to an EEOC employee before deciding whether to file a charge.  I understand that by checking this box, I have not filed a charge with the EEOC.  I also understand that I could lose my rights if I do not file a charge in time.

> **BOX 2** ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above.  I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.  I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____                        24 April 12
Signature                                          Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/30/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a).
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009                                                                                                                    4

**Frederick Robinson EEOC Attachment**

**#5 What happened to you that you believe was discriminatory?**

> **Action:** (Cont.) Less qualified non African-American candidates have been selected for the management positions. These candidates were selected by a "tap on the shoulder" basis.

EXHIBIT S, PAGE 264

**EXHIBIT 2S, PAGE 289**

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | FEPA | |
| X | EEOC | 550-2012-01118 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Frederick Robinson** | **(720) 341-9466** | **10-04-1949** |

| Street Address | City, State and ZIP Code |
|---|---|
| **8919 East Colorado Drive, Denver, CO 80231** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **UNITED AIRLINES** | **500 or More** | **(800) 864-8331** |

| Street Address | City, State and ZIP Code |
|---|---|
| **77 West Wacker Drive,  Chicago, IL 60601** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

| | | | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|---|---|
| [X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN | | | Earliest **01-01-2009**  Latest **05-22-2012** |
| [ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION | | | |
| [ ] OTHER *(Specify)* | | | [X] CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began working for Respondent on September 26, 1988. My most recent job title is Captain.

Since 2009, I have been passed over for promotions.  All job openings were not fairly posted.  Management positions have been filled by less qualified non African-American candidates.

Respondent has not given any reason for their actions.

I believe that I was discriminated against because of my race (African American), in violation of the Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED
JUN 0 4 2012

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 25 May 12          *[signature]* Frederick Robinson | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date        Charging Party Signature | |

EXHIBIT S, PAGE 265

EEOC Form 161-B (11/09)       **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To:  Frederick Robinson<br>8919 East Colorado Drive<br>Denver, CO 80231 | From:  San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |

[ ]    *On behalf of person(s) aggrieved whose identity is*
       *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-01118 | Eric C. Darius,<br>Intake Supervisor | (415) 625-5670 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice;** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ]    More than 180 days have passed since the filing of this charge.

[X]    Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]    The EEOC is terminating its processing of this charge.

[ ]    The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ]    The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]    The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____                    06/07/2012
       Michael  Baldonado,                          *(Date Mailed)*
       District Director

Enclosures(s)

| | |
|---|---|
| cc:  **Ms. Megan Detzner**<br>**Senior Staff Representative**<br>**United Airlines - WHQLD**<br>**1200 E. Algonquin**<br>**Elk Grove, IL  60007** | Spencer Smith, Esq.<br>LAW OFFICES OF SPENCER F. SMITH<br>353 Sacramento Street, Suite 1120<br>San Francisco, CA 94111 |

EXHIBIT S, PAGE 266

**EXHIBIT 2S, PAGE 291**

## * * * EMPLOYMENT * * *

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E201112M6373-00 |
|---|---|---|
| | | DFEH USE ONLY |

### CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.)
**ROBINSON, FREDERICK**                          TELEPHONE NUMBER (INCLUDE AREA CODE)
                                                 **(720)341-9466**

ADDRESS
**8919 EAST COLORADO DRIVE**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **DENVER, CO 80231** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME
**UNITED AIRLINES**                              TELEPHONE NUMBER (Include Area Code)
                                                 **(800)864-8331**

ADDRESS
**PO BOX 8097**                                  DFEH USE ONLY

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month,day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **04/24/2012** | **00** |

THE PARTICULARS ARE:

I allege that on about or before
**04/24/2012** , the following
conduct occurred:

| | | |
|---|---|---|
| ___ termination | ___ denial of employment | ___ denial of family or medical leave |
| ___ laid off | X denial of promotion | ___ denial of pregnancy leave |
| ___ demotion | ___ denial of transfer | ___ denial of equal pay |
| ___ harassment | ___ denial of accommodation | ___ denial of right to wear pants |
| ___ genetic characteristics testing | ___ failure to prevent discrimination or retaliation | ___ denial of pregnancy accommodation |
| ___ constructive discharge (forced to quit) | ___ retaliation | |
| ___ impermissible non-job-related inquiry | ___ other (specify) _____ | |

by     **UNITED AIRLINES**

| | Name of Person | Job Title (supervisor/manager/personnel director/etc.) |
|---|---|---|

because of :

| | | | |
|---|---|---|---|
| ___ sex | ___ national origin/ancestry | ___ disability (physical or mental) | ___ retaliation for engaging in protected |
| ___ age | ___ marital status | ___ medical condition (cancer or | activity or requesting a protected |
| ___ religion | ___ sexual orientation | genetic characteristic | leave or accommodation |
| X race/color | ___ association | ___ other (specify) ___ | |

State of what you
believe to be the
reason(s) for
discrimination

I HAVE BEEN PASSED OVER FOR PROMOTIONS SINCE 2009 TO THE PRESENT BECAUSE ALL JOB OPENINGS AT UNITED AIRLINES HAVE NOT BEEN POSTED. LESS QUALIFIED NON AFRICAN-AMERICAN CANDIDATES WERE SELECTED FOR THE MANAGEMENT POSITIONS. THESE CANDIDATES WERE SELECTED BY A "TAP ON THE SHOULDER" BASIS.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.

Dated  **4/24/2012 4:23:00 PM**

At  **San Francisco**

DATE FILED:  **4/24/2012 4:23:00 PM**

DFEH-300-03o (02/06)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING                          STATE OF CALIFORNIA

EXHIBIT S, PAGE 267

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                                    EDMUND G. BROWN JR., Governor

 **DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                                      Phyllis W. Cheng, Director

39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 24, 2012

ROBINSON, FREDERICK
8919 EAST COLORADO DRIVE
DENVER, CO 80231

RE:   E201112M6373-00
      ROBINSON/UNITED AIRLINES

Dear ROBINSON, FREDERICK:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 24, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

Notice of Case Closure
Page Two


DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator


cc:   Case File



JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

# EXHIBIT T

**EXHIBIT 2T, PAGE 295**

**The Law Office of**
*Spencer F. Smith*

**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*

April 25, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

    Re:   *Leo Sherman v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire to file Leo Sherman's charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information by **Tuesday, May 1, 2012**. Please contact me as soon as possible if there are any problems.

Sincerely,

Melanie K. Yabut
*Assistant to Spencer F. Smith*

enclosure



1

EXHIBIT T, PAGE 270

**EXHIBIT 2T, PAGE 296**

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: **Sherman**   First Name: **Leo**   MI:

Street or Mailing Address: **24609 Hosford Meadows Dr** Apt or Unit #:

City: **Porter**   County:   State: **TX**   Zip: **77365**

Phone Numbers: Home: ( **504** ) **782·8120**   Work: ( )

Cell: ( )   Email Address: **lsherm@mac.com**

Date of Birth: **08|08|1965**   Sex: ☒ Male ☐ Female   Do You Have a Disability? ☐ Yes ☒ No

**Please answer each of the next three questions.**   i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☐ White

☒ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? **African American**

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ██████████   Relationship: ██████████

Address: ██████████   City: ████   State: ██   Zip Code: ████

Home Phone: ██████████   Other Phone: ( )

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify)

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: **United Airlines/continental**

Address: **27 West Wacker Drive**   County:

City: **Chicago**   State: **IL** Zip: **60601**   Phone: (800) **864 8331**

Type of Business: **Airlines**   Job Location if different from Org. Address:

Human Resources Director or Owner Name: **Jeff Smisek**   Phone: (800)

**Number of Employees in the Organization at All Locations:** Please Check (√) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☒ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes

Date Hired: **01/03/1998**   Job Title At Hire: **727 Flight Engineer**

Pay Rate When Hired: **$25,000/yr**   Last or Current Pay Rate: **$181,000/yr**

Job Title at Time of Alleged Discrimination: **Captain**   Date Quit/Discharged:

Name and Title of Immediate Supervisor: **John Walker**

If Job Applicant, Date You Applied for Job **04/06/12** Job Title Applied For **Mgmt Development Associate**

RECEIVED APR 26 2012 EEOC-SFDO

1

EXHIBIT T, PAGE 271

**EXHIBIT 2T, PAGE 297**

4. What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☐ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information? ____ N/A _____

Other reason (basis) for discrimination (Explain): _____ N/A _____

5. **What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.** *(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 2009-Present Action: I have been passed over for promotions because all job openings have not been posted. less qualified non African Americans (see attached)

Name and Title of Person(s) Responsible: _____

B. Date: _____ Action: _____

Name and Title of Person(s) Responsible: _____

6. **Why do you believe these actions were discriminatory?** Please attach additional pages if needed.

I believe these actions were discriminatory because not all qualified employees were given a fair chance at a management position

7. **What reason(s) were given to you for the acts you consider discriminatory?   By whom?   His or Her Job Title?**

No reasons were given.

8. **Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.  For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. _____

_____

B. _____

_____

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

**Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.**

**9. Please check all that apply:**
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

**10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

N/A

**11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

N/A

**12. Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for: _____

N/A

How did your employer respond to your request? _____

3

**13.** Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|-----------|-----------|------------------------|-----------------------------------------------|
| **A.** | | | |
| **B.** | | | |

**14.** Have you filed a charge previously on this matter with the EEOC or another agency? ☐ Yes ☒ No

**15.** If you filed a complaint with another agency, provide the name of agency and the date of filing:

N/A

**16.** Have you sought help about this situation from a union, an attorney, or any other source? ☐ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Law office of Spencer Smith        S.F. CA
353 Sacramento st Suite 1120       94111

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

**BOX 1** ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

**BOX 2** ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_Leo of Sherman_                    _April 24, 2012_
_____             _____
Signature                           Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974; Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (283/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

Leo Sherman EEOC Attachment

**#5 What happened to you that you believe was discriminatory?**

**Action**: (Cont.) have been awarded for the management positions. These candidates were selected by a "tap on the shoulder" basis.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA | |
| | ☒ EEOC | 550-2012-01113 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(Indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Leo Sherman** | **(504) 782-8120** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **24609 Hosford Meadows Dr, Porter, TX 77365** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **UNITED AIRLINES/ CONTINENTAL** | **500 or More** | **(800) 864-8331** |

| Street Address | City, State and ZIP Code |
|---|---|
| **77 West Wacker Drive,  Chicago, IL 60601** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN

☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                Latest
**05-10-2012**

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by Respondent on or about January 3, 1998. My most recent job title is Captain and my immediate supervisor is John Walker. Since 2009 to the present, I have been passed over for promotions because not all job openings have been posted. Less qualified, non-African-Americans have been awarded management positions that I have applied for or otherwise expressed interest in. These candidates were selected by a "tap on the shoulder" basis.

Respondent has not stated a reason for its actions.

I believe I have been discriminated against because of my race (Black/African-American) in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| X  *May 13, 2012*   *Leo H Sherman* | RECEIVED MAY 18 2012 EEOC-SFDO |
| Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

**EXHIBIT 2T, PAGE 302**

EEOC Form 161-B (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Leo Sherman<br>24609 Hosford Meadows Dr<br>Porter, TX 77365 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-01113 | Geoffrey T. Gould,<br>Investigator | (415) 625-5693 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the **paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_Michael Baldonado,_
**District Director**

06/07/2012
(Date Mailed)

Enclosures(s)

cc:
UNITED AIRLINES/ CONTINENTAL
77 West Wacker Drive
Chicago, IL 60601

Spencer F. Smith
THE LAW OFFICE OF SPENCER F. SMITH
353 Sacramento Street, Suite 1120
San Francisco, CA 94111

EXHIBIT T, PAGE 277

**EXHIBIT 2T, PAGE 303**

# \*\*\* EMPLOYMENT \*\*\*

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E201112M6371-00 |
|---|---|---|
| | | DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **SHERMAN, LEO** | **(504)782-8120** |

ADDRESS
**24609 HOSFORD MEADOWS DRIVE**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **PORTER, TX 77365** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |

| ADDRESS | DFEH USE ONLY |
|---|---|
| **PO BOX 8097** | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **04/24/2012** | **00** |

THE PARTICULARS ARE:

I allege that on about or before **04/24/2012** , the following conduct occurred:

| | | |
|---|---|---|
| ___ termination | ___ denial of employment | ___ denial of family or medical leave |
| ___ laid off | _X_ denial of promotion | ___ denial of pregnancy leave |
| ___ demotion | ___ denial of transfer | ___ denial of equal pay |
| ___ harassment | ___ denial of accommodation | ___ denial of right to wear pants |
| ___ genetic characteristics testing | ___ failure to prevent discrimination or retaliation | ___ denial of pregnancy accommodation |
| ___ constructive discharge (forced to quit) | ___ retaliation | |
| ___ impermissible non-job-related inquiry | ___ other (specify) | |

by    **UNITED AIRLINES**

because of :

Name of Person / Job Title (supervisor/manager/personnel director/etc.)

| | | |
|---|---|---|
| ___ sex | ___ national origin/ancestry | ___ disability (physical or mental) | ___ retaliation for engaging in protected |
| ___ age | ___ marital status | ___ medical condition (cancer or | activity or requesting a protected |
| ___ religion | ___ sexual orientation | genetic characteristic | leave or accommodation |
| _X_ race/color | ___ association | ___ other (specify) | |

State of what you believe to be the reason(s) for discrimination

I HAVE BEEN PASSED OVER FOR PROMOTIONS SINCE 2009 TO THE PRESENT BECAUSE ALL JOB OPENINGS AT UNITED AIRLINES HAVE NOT BEEN POSTED. LESS QUALIFIED NON AFRICAN-AMERICAN CANDIDATES WERE SELECTED FOR THE MANAGEMENT POSITIONS. THESE CANDIDATES WERE SELECTED BY A "TAP ON THE SHOULDER" BASIS.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated  **4/24/2012 3:23:00 PM**

At   **San Francisco**

DATE FILED:  **4/24/2012 3:23:00 PM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

EXHIBIT T, PAGE 278

**EXHIBIT 2T, PAGE 304**

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                    EDMUND G. BROWN JR., Governor



**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                                 Phyllis W. Cheng, Director
39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 24, 2012

SHERMAN, LEO
24609 HOSFORD MEADOWS DRIVE
PORTER, TX 77365

RE:   E201112M6371-00
      <u>SHERMAN/UNITED AIRLINES</u>

Dear SHERMAN, LEO:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 24, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

EXHIBIT T, PAGE 279

**EXHIBIT 2T, PAGE 305**

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator


cc:   Case File


JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

# EXHIBIT U



**The Law Office of**
**Spencer F. Smith**

**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*



February 13, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

    Re:    *Tom W. Lester v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire to file Tom W. Lester charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information. Please contact me as soon as possible if there are any problems.

Sincerely,

Kristine D. Kahey
*Assistant to Spencer F. Smith*

enclosure

1

RECEIVED
FEB 14 2012
EEOC-SFDO

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: **Tom**          First Name: **Lester**          MI: **W**

Street or Mailing Address: **1620 Farmhill Dr**          Apt or Unit #: _____

City: **Algonquin**    County: _____    State: **IL**    Zip: **60102**

Phone Numbers: Home: (**847**) **854-5917**          Work: (____) _____

Cell: (____) _____    Email Address: **Namydo@ aol.com**

Date of Birth: **03/24/1966**    Sex: ☑ Male ☐ Female    Do You Have a Disability? ☐ Yes ☑ No

**Please answer each of the next three questions;**    i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race?   Please choose all that apply.   ☐ American Indian or Alaskan Native ☐ Asian ☐ White

☑ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? **African American**

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ███████████          Relationship: ███████

Address: ███████    City: ███████    State: ████    Zip Code: ████████

Home Phone: ████████          Other Phone: (____) _____

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☑ Employer ☐ Union ☐ Employment Agency ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: **United Airlines**

Address: **97 West Wacker Dr**    County: _____

City: **Chicago**    State: **IL** Zip: **60601**    Phone: (**312**) **997-2915**

Type of Business: **Airlines**    Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: **Michael Bonds**    Phone: (**312**) **997-2915**

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15 ☐ 15 – 100 ☐ 101 – 200 ☐ 201 – 500 ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☑ No

Date Hired: **12/1988**    Job Title At Hire: **Flight Officer**

Pay Rate When Hired: _____    Last or Current Pay Rate: _____

Job Title at Time of Alleged Discrimination: **Captain**    Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: **Jeffrey Bo Ellis**

If Job Applicant, Date You Applied for Job _____ Job Title Applied For _____

1

4.  What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒Race ☐ Sex ☐Age ☐ Disability ☐ National Origin ☐ Religion ☒Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information?_____

_____ N/A _____

Other reason (basis) for discrimination (Explain): _____ N/A _____

5.  What happened to you that you believe was discriminatory?  Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you.  Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A.  Date: 05/2011      Action: Applied for Flight Operations Manager and was not invited to an interview (See attached)

Name and Title of Person(s) Responsible: Management at United

B.  Date: 02/2011      Action: Applied for Flight Safety Senior Manager and was not invited to interview (see attached)

Name and Title of Person(s) Responsible: Management at United

6.  Why do you believe these actions were discriminatory? Please attach additional pages if needed.
These actions were discriminatory because I am part of the United Coalition. Discrimination is believed to be inherent in United's decision not to promote or interview me

7.  What reason(s) were given to you for the acts you consider discriminatory?  By whom?  His or Her Job Title?  (see attached)
No reasons given.

8.  Describe who was in the same or similar situation as you and how they were treated.  For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.  For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |
| | | | |

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|--------------------------------------------------------|-----------|--------------------------|

A. _____

_____

B. _____

_____

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|--------------------------------------------------------|-----------|--------------------------|

A. _____

_____

B. _____

_____

**Answer questions 9-12 only if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.**

**9.  Please check all that apply:**     ☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

**10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?**  (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
_____N/A_____

_____

_____

**11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?
_____N/A_____

_____

**12.  Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes ☐ No

If "Yes," when did you ask? _____  How did you ask (verbally or in writing)? _____

Who did you ask?  (Provide full name and job title of person)
_____N/A_____

Describe the changes or assistance that you asked for: _____

_____

_____

How did your employer respond to your request? _____

_____

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|-----------|-----------|------------------------|----------------------------------------------|
| A. | | | |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency?   ☑ Yes   ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

_EEOC_

16. Have you sought help about this situation from a union, an attorney, or any other source?   ☑ Yes   ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

_Law office of Spencer smith_
_333 Sacramento st. suite 120 C.F. CA 94111_

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

> BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

> BOX 2 ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____          _2 - 13 - 12_
        Signature                          Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08), 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate as necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009                                                                    4

**Lester Tom EEOC Intake Questionnaire Attachment**

**#6 Why do you believe these acts were discriminatory?**

In January 2010, I filed an EEOC discrimination charge against United Airlines. United has retaliated against all United Coalition members by not promoting any members. Also, there have been several positions that have been filled within 2011, such as line check airman, chief pilot, assistant chief pilot, and flight manager. These positions were not posted to all eligible employees. Instead, these positions were given to Non-African American candidates.

# Summary

Please review your application below. To finalize, click "Submit." To modify specific information, click "Edit" next to the relevant section.

## Tell Us About Yourself

### Personal Information

Mr. Lester W Tom1620 Farmhill DriveAlgonquin, 60102United States—Illinois—Chicagonamydo@aol.com

| | |
|---|---|
| Primary Number | Home Phone |
| Home Phone Number | 8478545917 |
| Cellular Number | 8475306307 |
| Work Phone Number | 77360144323 |
| **United Employee ID**<br>(Your 6 digit File # EX:123456) | 084804 |
| **Continental Employee ID** | |
| Supervisor's Name | Jeffory Bo Ellis |

## Experience & Education

### Work Experience

| | |
|---|---|
| Current Employer | Yes |
| Employer | United Airlines |
| Job Function | Pilot |
| Job Title | Captain |
| Company Address Code | ORDFO |
| Employer City | CHICAGO |
| Employer State | ILLINOIS |
| Start Date | 12/1988 |
| End Date | |
| Supervisor's Name | JEFFERY BOELLIS |
| Supervisor's Company/Work Address Code (i.e. HQSHR, WHQHR) | ORDFO |
| Supervisor's Phone | 773-601-4323 |
| Responsibilities | As a Boeing 757/767 Captain, I am resonsible for the safe, |

efficient operation of these aircraft and crew in the domestic and international airspace.

Other Achievements/Certificates Flight Manager, ORDFO Snowman, ORDFO Line Check (Significant Special Projects)    Airman, ORDFO

## Education

| | |
|---|---|
| Institution | Judson College - IL |
| Program | Management Leadership |
| Major | Management Science |
| Education Level | Bachelor's Degree |
| Institution City | Elgin |
| Institution State | Illinois |
| GPA | |
| out of | |
| Start Date | 09/1995 |
| Graduation Date | 05/1997 |
| Anticipated Graduation Date | No |
| Graduated from High School or GED | Yes |

## Certifications

## Resume Content

Please replace the information included in my general profile with the information specific     No
to this job submission.

# Preliminary Questions

## Questionnaire

Are you legally authorized to work in the United States?
Do you now or will you in the future require sponsorship for an employment visa?

# Questionnaire

## Questionnaire

Do you have a Bachelor's degree or 5-8 years equivalent work experience? Yes
Do you have a Master's degree or equivalent work experience?                Yes

EXHIBIT U, PAGE 288

**EXHIBIT 2U, PAGE 315**

Do you have 5 years in part 121 regulatory administration?                    No

# Job Preferences & Locations

## Job Field Preferences⁻

Professional Opportunities — Flight OperationsTalent Selection

## Location Preferences

Colorado — DEN - DenverIllinois — WHQ - Chicago - Willis Tower

# Application Questions

## Questionnaire

-ua01i) Have you been formally counseled for any performance issues in the last   No
two years? (Answer only if you are a United Airlines employee.)

-ua02i) If "YES", please explain.

-ua03i) Are you in any stage of formal discipline?                    No

-ua04i) If "YES", please explain.

-ua05i) On how many separate occasions (not days) were you absent from work
during the last 12 months? (Excludes vacation and absence due to pregnancy,
family and medical leave (FMLA), military leave, military training, military
physical, jury and witness duty, emergency disaster relief, any other absence   3
designated as leave under the Americans with Disabilities Act or analogous
state laws.) Indicate "NA" if you have been on inactive status for a year or
more.

-ua06i) Number of times late during the last 12 months. (Excludes absence due
to pregnancy, family and medical leave (FMLA), military leave, military
training, military physical, jury and witness duty, emergency disaster relief, any   0
other absence designated as leave under the Americans with Disabilities Act or
analogous state laws.) Indicate "NA" if you have been on inactive status for a
year or more.

-ua07i) In your most recent performance evaluation (not mid-year evaluation,)   Yes
did you receive a rating of "successful" or higher?

-ua08i) If "NO", please briefly explain.

-ua09i) Have you been in your current position (classification, location and   Yes
organization) for at least six months?

-ua10i) If you have not been in your current position for six months, do you   N/A
have an approved waiver from your manager to apply for this position?

-ua11i) Have you notified your current manager of your decision to apply for   No

EXHIBIT U, PAGE 289

EXHIBIT 2U, PAGE 316

this position?

NOTE: All active employees are responsible for notifying your current manager prior to interviewing. If you are selected to interview for this position, your current manager will be notified of your candidacy via email at the time of your interview scheduling.

If you are applying for a position in the United States, will you now or in the future require sponsorship for Employment Visa status? (-ua02)                                     Yes

I represent that all information entered on this application and on any other forms completed by me or statements made by me in connection with my application or during the course of my employment, if I am hired, to be true and correct. I understand that misrepresentation, omission, or concealment of information requested will be reason for dismissal if I am employed. (-ua31)                                     I agree to the above stipulation.

## Resume

### Attachments

| Relevant Files | File Name | Date | Comments |
|---|---|---|---|
| Yes | Resume for UAL Flt Saftey Department.wps | 01/29/11 | |

Powered by **Taleo** ✕

Lester W. Tom
1620 Farmhill Drive, Algonquin IL 60102
857-854-5917          Namvdo@aol.com

**Objective:**   To use my aviation and managerial experience to enhance our operation in the Corporate Safety Department.

**Qualifications:**   Total Time 16,700    PIC 10,700
ATP, CFIIME, SES
Type Ratings: B7676/757, B737, A320/319

**Experience:**   2001-Present, B767/757 UAL Captain ORDFO.
- Provide a safe, reliable and efficient service
  And manage a crew of up to 15 co-workers.

2004-Present, Centerline Aviation USVL
- Aircraft owner, operated by a Part 135
  company.

1999-2001, UAL Flight Manager ORDFO.
- Managed daily line flying activity for the B737 and
  supported the Domicile Chief Pilot.
  Supported the operation in the capacity of FODM.
  Filled the position of Snowman, assisting the station
  with impending snow events.

1998-20001, A320/319 UAL Captain ORDFO.
- Provided safe, reliable efficient service consistent
  with UAL policy.

1997-1998, B737-300 UAL Line Check Airman ORDFO.
- Served in the capacity of a LCA, charged with
  completing the training of our Captains and
  First Officers during LOE.

1995-1998, B737-300 UAL Captain ORDFO.
- Provided safe, reliable and efficient service consistent
  with UAL policy.

**1988-1995, UAL First Officer/Second Officer ORDFO.**
* Served as a B767/757 and B737-300 First Officer.
  Served as a DC-10 Second Officer.

**1997-1988, Aero Virgin Island Corp.**
* Served as a DC-3 First Officer with schedule
  passenger service in the Caribbean.

**1986-1988, Ace Flight Center.**
* Provided primary, ATP and multi-engine training
  for Part 135 pilots and private individuals.
  Also provided charter pilot services to local
  companies.

**Education/Training: 1988-2000 UAL.**
* **Command Leadership Training**
* **Leadership Training**
* **Cultural Leadership Training**
* **Diversity Training**

* **Judson College.**
  **BA, Management Leadership**

* **Alabama Aviation & Technical College.**
  **AS, Flight Technology**

**References:**        Will be provided upon request.

EXHIBIT U, PAGE 292

**EXHIBIT 2U, PAGE 319**

Below are the two completed submissions for positions that I applied for without success.

Lester Tom

# Completed Submissions



## Manager — Flight Operations Regulatory Compliance - Chicago, IL (Flight Operations)

 - Full-time
IL-WHQ - Chicago - Willis Tower
Job Posting:04/22/2011 – Job Number: FOPS1019-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 05/02/2011
View Submission



## Senior Manager - Flight Safety Action Program & Event Review Committee - Chicago, IL (Safety/Quality Assurance)

 - Full-time
IL-WHQ - Chicago -Operations Center-Elk Grove Village
Job Posting:01/28/2011 – Job Number: SQA06-JC
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 02/24/2011
View Submission

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 550-2012-00717 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Mr. Lester W. Tom | (847) 854-5917 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 1620 Farmhill Drive, Algonquin, IL 60102 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| UNITED AIRLINES | 500 or More | (312) 997-2915 |

| Street Address | City, State and ZIP Code |
|---|---|
| 77 West Wacker Drive,  Chicago, IL 60601 | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest          Latest
**05-30-2011**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by Respondent in or about December 1988. My most recent job title is Captain and my direct supervisor is Jeffrey Bo Ellis. In or about January 2010, I filed an EEOC complaint against Respondent. In or about February 2011 and May 2011, I applied for positions as a Flight Operations Manager and Flight Safety Senior Manager. Despite my qualifications, I was not called to interview for either of these positions. I believe that the positions have been awarded to less qualified and non-Black applicants.

Respondent has not stated a reason for its actions.

I believe I have been discriminated against because of my race (Black) and in retaliation for my participation in protected activities, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| ✗ _____       ✗ _____ Date                Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EXHIBIT U, PAGE 294

**EXHIBIT 2U, PAGE 321**

EEOC Form 161-B (11/09)          U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Lester W. Tom<br>1620 Farmhill Drive<br>Algonquin, IL 60102 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-00717 | Geoffrey T. Gould,<br>Investigator | (415) 625-5693 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice;** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for **any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____          6-29-12
Michael Baldonado,                              *(Date Mailed)*
**District Director**

Enclosures(s)

cc:      **Ms. Megan Detzner, Sr. Staff Rep.**                    Spencer F. Smith
        **United Airlines - WHQLD**                             **THE LAW OFFICE OF SPENCER F. SMITH**
        **1200 E. Algonquin**                                   353 Sacramento Street, Suite 1120
        **Elk Grove, IL 60007**                                 San Francisco, CA 94111

Enclosure with EEOC

**\* \* \* EMPLOYMENT \* \* \***

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E201112M6327-00 |
|---|---|---|
| | | DFEH USE ONLY |

### CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (Indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **TOM, LESTER** | **(847)854-5917** |

ADDRESS
**1620 FARMHILL DRIVE**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **ALGONQUIN, IL 60102** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |

| ADDRESS | DFEH USE ONLY |
|---|---|
| **PO BOX 8097** | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE | |
|---|---|---|---|
| **500+** | **05/02/2011** | **00** | |

THE PARTICULARS ARE:

I allege that on about or before ___05/02/2011___ , the following conduct occurred:

| | | |
|---|---|---|
| ___ termination | ___ denial of employment | ___ denial of family or medical leave |
| ___ laid off | _X_ denial of promotion | ___ denial of pregnancy leave |
| ___ demotion | ___ denial of transfer | ___ denial of equal pay |
| ___ harassment | ___ denial of accommodation | ___ denial of right to wear pants |
| ___ genetic characteristics testing | ___ failure to prevent discrimination or retaliation | ___ denial of pregnancy accommodation |
| ___ constructive discharge (forced to quit) | _X_ retaliation | |
| ___ impermissible non-job-related inquiry | ___ other (specify) _____ | |

by **UNITED AIRLINES**

| | Name of Person | Job Title (supervisor/manager/personnel director/etc.) |
|---|---|---|

because of :

| | | | |
|---|---|---|---|
| ___ sex | ___ national origin/ancestry | ___ disability (physical or mental) | _X_ retaliation for engaging in protected |
| ___ age | ___ marital status | ___ medical condition (cancer or | activity or requesting a protected |
| ___ religion | ___ sexual orientation | genetic characteristic | leave or accommodation |
| _X_ race/color | ___ association | ___ other (specify) _____ | |

State of what you believe to be the reason(s) for discrimination

IN FEBRUARY 2011, I APPLIED FOR FLIGHT SAFETY SENIOR MANAGER AND WAS NOT INVITED TO INTERVIEW. LESS QUALIFIED CANDIDATES WERE CHOSEN FOR THE POSITION. IN MAY 2011, I APPLIED FOR FLIGHT OPERATIONS MANAGER AND WAS NOT INVITED TO INTERVIEW AGAIN. LESS QUALIFIED NON AFRICAN-AMERICAN CANDIDATES WERE CHOSEN FOR THE POSITION. UNITED AIRLINES RETALIATED AGAINST ME BECAUSE I AM PART OF THE UNITED COALITION, A GROUP THAT FILED DISCRIMINATION CHARGES AGAINST UNITED AIRLINES IN 2010.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.

Dated  **4/17/2012 9:52:00 AM**

At  **San Francisco**

DATE FILED:  **4/17/2012 9:52:00 AM**

DFEH-300-03e (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                          EDMUND G. BROWN JR., Governor



**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                                  Phyllis W. Cheng, Director
39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 17, 2012

TOM, LESTER
1620 FARMHILL DRIVE
ALGONQUIN, IL 60102

RE:  E201112M6327-00
     TOM/UNITED AIRLINES

Dear TOM, LESTER:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 17, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

EXHIBIT U, PAGE 297

Notice of Case Closure
Page Two


DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator


cc:   Case File


JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

# EXHIBIT V

**The Law Office of**
**Spencer F. Smith**

**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*



April 27, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

  Re: *Erwin Washington v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake
questionnaire to file Erwin Washington's charge against United Airlines. I am also requesting an
immediate right to sue in this matter sent to our office at the above listed information by **Tuesday, May
1, 2012.** Please contact me as soon as possible if there are any problems.

Sincerely,

Melanie K. Yabut
*Assistant to Spencer F. Smith*

enclosure

i

EXHIBIT V, PAGE 299

**EXHIBIT 2V, PAGE 327**



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**INTAKE QUESTIONNAIRE**

EEOC-SFDO

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: WASHINGTON   First Name: ERWIN   MI: _____

Street or Mailing Address: 13924 WEST CENTER DRIVE   Apt or Unit #: _____

City: LAKEWOOD   County: _____   State: CO   Zip: 80228

Phone Numbers: Home: (303) 506-8924   Work: (___) _____

Cell: (___) _____   Email Address: ERWIN.WASHINGTON@GMAIL.COM

Date of Birth: 06/07/1958   Sex: ☑ Male ☐ Female   Do You Have a Disability? ☐ Yes ☑ No

**Please answer each of the next three questions.**   i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
☑ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? African American

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ▮▮▮▮▮▮▮▮   Relationship: ▮▮▮▮▮▮

Address: ▮▮▮▮▮▮▮▮▮▮ City: ▮▮▮▮▮ State: ▮▮▮ Zip Code: ▮▮▮▮▮

Home Phone: (▮▮▮▮)   Other Phone: (___) _____

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☑ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: United Airlines

Address: 77 West Wacker   County: _____

City: Chicago   State: IL Zip: 6060   Phone: (80) 864 8331

Type of Business: Airlines   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: Jeff Smisek   Phone: (800) 864 8331

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☐ No

Date Hired: 07/20/1992   Job Title At Hire: 727 Flight Engineer

Pay Rate When Hired: $ 27,000/yr   Last or Current Pay Rate: $ 150,000/yr

Job Title at Time of Alleged Discrimination: Captain   Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: James Simon

If Job Applicant, Date You Applied for Job 2009   Job Title Applied For 757 standards captain

EXHIBIT V, PAGE 300

**EXHIBIT 2V, PAGE 328**

4. What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑Race ☐ Sex ☐Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information? _____ N/A _____

Other reason (basis) for discrimination (Explain): _____ N/A _____

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.** *(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 2009-Present Action: I applied for Standards Captain position in 2009. I have been passed over for promotion. Since 2009 to the present (attached) (see)

Name and Title of Person(s) Responsible: _____

B. Date: _____ Action: _____

Name and Title of Person(s) Responsible _____

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.

I believe these actions were discriminatory because not all job openings have been fairly posted for all qualified employees.

7. What reason(s) were given to you for the acts you consider discriminatory?   By whom? His or Her Job Title?

No reasons were given.

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |
| | | | |

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| **A.** | | | |
| **B.** | | | |

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| **A.** | | | |
| **B.** | | | |

**Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.**

9. **Please check all that apply:**
   ☐ Yes, I have a disability
   ☐ I do not have a disability now but I did have one
   ☐ No disability but the organization treats me as if I am disabled

10. **What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

N/A

11. **Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
   ☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

N/A

12. **Did you ask your employer for any changes or assistance to do your job because of your disability?**
   ☐ Yes ☐ No
If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____
Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for: N /A

How did your employer respond to your request? _____

3

13. Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |

A. _____

_____

B. _____

_____

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☑ No

15. If yes, filed a complaint with another agency, provide the name of agency and the date of filing: _____

N/A

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☑ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Law office of Spencer Smith    Suite #1120  S.F. CA

353 Sacramento st    94111

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2  ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____                    27 Apr 2012
Signature                                     Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(A)
2) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

## Erwin Washington EEOC Form Attachment

**#5 What happened to you that you believe was discriminatory?**

Action: (Cont.) I have been passed over for promotions. All job openings at United Airlines have not been posted. Less qualified non-African-American candidates were selected for the management positions. These candidates were selected by a "tap on the shoulder" basis. Also, I have seen and heard derogatory comments in the workplace based on race.

LAXFO

PAGE  01

EEOC Form 5 (11/08)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 550-2012-01130 |

|  | Illinois Department Of Human Rights | and EEOC |
|---|---|---|
|  | State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Erwin Washington | (303) 506-8724 | 06-07-1958 |

| Street Address | City, State and ZIP Code |
|---|---|
| 13924 West Center Drive, Lakewood, CO 80228 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNITED AIRLINES | 500 or More | (800) 864-8331 |

| Street Address | City, State and ZIP Code |
|---|---|
| 77 West Wacker Drive, Chicago, IL 60601 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
|  |  |  |

| Street Address | City, State and ZIP Code |
|---|---|
|  |  |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest 01-01-2009    Latest 05-23-2012

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for Respondent on July 20, 1992. My most recent job title is Captain.

Since 2009, I have been passed over for promotions. All job openings were not fairly posted. Management positions have been filled by less qualified non African-American candidates.

Respondent has not given any reason for their actions.

I believe that I was discriminated against because of my race (African American), in violation of the Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Date

Charging Party Signature

RECEIVED JUN 2 2 2012 EEOC-SDO

EXHIBIT V, PAGE 305

**EXHIBIT 2V, PAGE 333**

EEOC Form 161-B (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Erwin Washington<br>13924 West Center Drive<br>Lakewood, CO 80228 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-01130 | Darlene G. Turner,<br>Investigator Support Asst | (415) 625-5673 |

(See also the additional information enclosed with this form.)

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐   More than 180 days have passed since the filing of this charge.

☒   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒   The EEOC is terminating its processing of this charge.

☐   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

☐   The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Michael Baldonado,
District Director

06/29/2012
(Date Mailed)

Enclosures(s)

cc:
Megan Detzner
Senior Staff Rep.
UNITED AIRLINES-WHQLD
1200 E. Algonquin
Elk Grove Village, IL 60007

Spencer F. Smith, Esq.
SMITH PATTEN
353 Sacramento Street, Suite 1120
San Francisco, CA 94111

EXHIBIT V, PAGE 306

**EXHIBIT 2V, PAGE 334**

**\*\*\* EMPLOYMENT \*\*\***

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E201112M6391-00 |
|---|---|---|
| | | DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) **WASHINGTON, ERWIN** | TELEPHONE NUMBER (INCLUDE AREA CODE) ▮▮▮▮ |
|---|---|

| ADDRESS ▮▮▮▮ | | |
|---|---|---|
| CITY/STATE/ZIP ▮▮▮▮ | COUNTY **OUT OF STATE** | COUNTY CODE **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME **UNITED AIRLINES** | TELEPHONE NUMBER (Include Area Code) **(800)864-8331** |
|---|---|

| ADDRESS **PO BOX 8097** | DFEH USE ONLY |
|---|---|
| CITY/STATE/ZIP **SAN FRANCISCO, CA 94128** | COUNTY **SAN FRANCISCO** |  COUNTY CODE **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) **500+** | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) **04/24/2012** | RESPONDENT CODE **00** |
|---|---|---|

THE PARTICULARS ARE:

I allege that on about or before 04/24/2012 , the following conduct occurred:

| | | |
|---|---|---|
| ____ termination | ____ denial of employment | ____ denial of family or medical leave |
| ____ laid off | _X_ denial of promotion | ____ denial of pregnancy leave |
| ____ demotion | ____ denial of transfer | ____ denial of equal pay |
| _X_ harassment | ____ denial of accommodation | ____ denial of right to wear pants |
| ____ genetic characteristics testing | ____ failure to prevent discrimination or retaliation | ____ denial of pregnancy accommodation |
| ____ constructive discharge (forced to quit) | ____ retaliation | |
| ____ impermissible non-job-related inquiry | ____ other (specify) _____ | |

by   **UNITED AIRLINES**

| Name of Person | Job Title (supervisor/manager/personnel director/etc.) |
|---|---|

because of :

| | | |
|---|---|---|
| ____ sex | ____ national origin/ancestry | ____ disability (physical or mental) | ____ retaliation for engaging in protected activity or requesting a protected leave or accommodation |
| ____ age | ____ marital status | ____ medical condition (cancer or genetic characteristic) | |
| ____ religion | ____ sexual orientation | | |
| _X_ race/color | ____ association | ____ other (specify) _____ | |

State of what you believe to be the reason(s) for discrimination

I APPLIED FOR THE 757 STANDARDS CAPTAIN POSITION AND I HAVE BEEN PASSED OVER FOR PROMOTIONS SINCE 2009 TO THE PRESENT. ALL JOB OPENINGS AT UNITED AIRLINES HAVE NOT BEEN POSTED. LESS QUALIFIED NON AFRICAN-AMERICAN CANDIDATES WERE SELECTED FOR THE MANAGEMENT POSITIONS. THESE CANDIDATES WERE SELECTED BY A "TAP ON THE SHOULDER" BASIS. ALSO, I HAVE SEEN AND HEARD DEROGATORY COMMENTS IN THE WORKPLACE BASED ON RACE.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.

Dated  4/26/2012 10:34:00 AM

At  San Francisco

DATE FILED:  4/26/2012 10:34:00 AM

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

EXHIBIT V, PAGE 307

**EXHIBIT 2V, PAGE 335**

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                           EDMUND G. BROWN JR., Governor



**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                                            Phyllis W. Cheng, Director

39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 26, 2012

WASHINGTON, ERWIN

███████████████████

RE:   E201112M6391-00
      <u>WASHINGTON/UNITED AIRLINES</u>

Dear WASHINGTON, ERWIN:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 26, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

EXHIBIT V, PAGE 308

**EXHIBIT 2V, PAGE 336**

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator

cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (08/06)

# EXHIBIT W

**EXHIBIT 2W, PAGE 338**

**The Law Office of
Spencer F. Smith**

RECEIVED
FEB 23 2012
EEOC-SFDO

**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*

February 22, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

     Re:  *Darryl Wilson v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake
questionnaire to file Darryl Wilson charge against United Airlines. I am also requesting an immediate
right to sue in this matter sent to our office at the above listed information. Please contact me as soon as
possible if there are any problems.

Sincerely,

Kristine D. Kahey
*Assistant to Spencer F. Smith*

enclosure

1

EXHIBIT W, PAGE 310

**EXHIBIT 2W, PAGE 339**

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: **Wilson**   First Name: **Darryl**   MI: _____

Street or Mailing Address: **3278 Yorktown Dr**   Apt or Unit #: _____

City: **Roswell**   County: _____   State: **GA**   Zip: **30075**

Phone Numbers: Home: **(404) 936-0651**   Work: ( )

Cell: ( ) _____   Email Address: **United320captain@aol.com**

Date of Birth: **04/12/1960**   Sex: ☑Male ☐ Female   Do You Have a Disability? ☐ Yes ☑No

**Please answer each of the next three questions.**   i. Are you Hispanic or Latino? ☐ Yes ☑No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☐ White
☑Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? **African American**

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ███████████   Relationship: _____

Address: ███████   City: _____   State: ███   Zip Code: _____

Home Phone: ███████   Other Phone: ( )

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☑ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: **United Airlines**

Address: **77 West Wacker Dr**   County: **Cook**

City: **Chicago**   State: **IL** Zip: **60601**   Phone: **(800) 864-3331**

Type of Business: **Airlines**   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: **Michael Bonds**   Phone: **(312) 997-2915**

**Number of Employees in the Organization at All Locations:** Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☑No

Date Hired: **09/14/1992**   Job Title At Hire: **727 Engineer**

Pay Rate When Hired: _____   Last or Current Pay Rate: **$140,000/YR**

Job Title at Time of Alleged Discrimination: **Captain**   Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: **Walt Clark**

If Job Applicant, Date You Applied for Job _____   Job Title Applied For _____

1

EXHIBIT W, PAGE 311

**EXHIBIT 2W, PAGE 340**

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race  ☐ Sex  ☐ Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☑ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information? _____

_____ N/A _____

Other reason (basis) for discrimination (Explain): _____ N/A _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. *(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 2011   Action: Applied for 80 positions since January 2011. I have been passed over for promotions and received no job offers.

Name and Title of Person(s) Responsible: Management at United   (see attached)

B. Date: _____   Action: _____

Name and Title of Person(s) Responsible _____

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.

I have been retaliated against due to my race and engaging in a protected activity in Jan 2010. Management positions were not posted to all eligible employees.

**7. What reason(s) were given to you for the acts you consider discriminatory?** By whom? His or Her Job Title? (see attached)

No reason was given.

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |
| | | | |

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

**A.** _____

_____

**B.** _____

**Of the persons in the same or similar situation as you, who was treated *same* as you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

**A.** _____

_____

**B.** _____

**Answer questions 9-12 *only* if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.**

**9.  Please check all that apply:**
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

**10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?**  (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

N/A
_____

_____

**11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

N/A
_____

_____

**12.  Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask?  (Provide full name and job title of person)

N/A
_____

Describe the changes or assistance that you asked for: _____

_____

_____

How did your employer respond to your request? _____

_____

3

EXHIBIT W, PAGE 313

**EXHIBIT 2W, PAGE 342**

**13. Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)**

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|

A. _____

B. _____

**14. Have you filed a charge previously on this matter with the EEOC or another agency?**  ☒ Yes  ☐ No

**15. If you filed a complaint with another agency, provide the name of agency and the date of filing:** _____

_EEOC June 2010_

**16. Have you sought help about this situation from a union, an attorney, or any other source?**  ☒ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

_law office of Spencer Smith_
_303 Sacramento St Suite 1120  S.F. CA 94111_

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.  If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws.  If you do not file a charge of discrimination within the time limits, you will lose your rights.  If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1.  If you want to file a charge, you should check Box 2.

---

BOX 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge.  I understand that by checking this box, I have not filed a charge with the EEOC.  I also understand that I could lose my rights if I do not file a charge in time.

---

BOX 2  ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above.  I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.  I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

---

_____ _Signature_     February 22, 2012
                                            **Today's Date**

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge.  4) ROUTINE USES.  EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

Darryl Wilson EEOC Form Attachment

**#6 Why do you believe these actions were discriminatory?**

In January 2010, I filed an EEOC discrimination charge against United Airlines. United has retaliated against all United Coalition members by not promoting any members. Also, there have been several positions that have been filled within 2011, such as line check airman, chief pilot, assistant chief pilot, and flight manager. These positions were given to Non-African American candidates.

EXHIBIT W, PAGE 315

**EXHIBIT 2W, PAGE 344**

## Draft Submissions

**1 Draft**

### Line Training Manager - 756 - DEN/IAH (Flight Operations)
- Full-time
United States-CO-DEN - Denver, United States-TX-IAH - Houston (Intercontinental)
Job Posting:06/20/2011 – Job Number: FOPS42-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
*View Submission*

**2 Draft**

### Senior Manager - Airport Operations Facilities - ORD (Airport Operations)
- Full-time
United States-IL-ORD - Chicago - O'Hare
Job Posting:06/20/2011 – Job Number: AOC433-A-AP
Job Status: Inactive (No Longer Accepting Job Submissions)
*View Submission*

**3 Draft**

### Line Training Manager - 778 - DEN/IAH (Flight Operations)
- Full-time
United States-CO-DEN - Denver, United States-TX-IAH - Houston (Intercontinental)
Job Posting:06/20/2011 – Job Number: FOPS42-E-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
*View Submission*

## Completed Submissions

**1**

### Flight Operations – Duty Manager - IAH (Flight Operations)
- Full-time
United States-TX-IAH - Houston (Intercontinental)
Job Posting:06/29/2011 – Job Number: FOPS1040-C-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/03/2011
*View Submission*

**2**

### Flight Operations - Duty Manager - IAD (Flight Operations)
- Full-time
United States-District of Columbia-IAD - Washington (Dulles)
Job Posting:06/29/2011 – Job Number: FOPS1040-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/03/2011
*View Submission*

**3**

### Flight Manager - First Officer - Chicago, IL - WHQ (Flight Operations)
- Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:06/21/2011 – Job Number: FOPS13-A-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/27/2011
*View Submission*

EXHIBIT W, PAGE 316

**EXHIBIT 2W, PAGE 345**

## International Flight Operations - Senior Manager - Chicago, IL (Flight Operations)
- Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:06/14/2011 – Job Number: FOPS1016-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/13/2011

**4** Apply

*View Submission*

## Domestic Flight Operations - Senior Manager -Chicago, IL (Flight Operations)
- Full-time
United States-IL-WHQ - Chicago - Willis Tower
Job Posting:06/14/2011 – Job Number: FOPS1017-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/13/2011

**5** Apply

*View Submission*

## Assistant Chief Pilot - Captain - UNITED- DEN/LAX (Flight Operations)
- Full-time
United States-CO-DEN - Denver, United States-CA-LAX - Los Angeles
Job Posting:06/15/2011 – Job Number: FOPS12-A-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/02/2011

**6** Apply

*View Submission*

## Assistant Chief Pilot - Captain - UNITED- SFO/SEA (Flight Operations)
- Full-time
United States-CA-SFO - San Francisco Airport, United States-WA-SEA - Seattle / Tacoma
Job Posting:06/15/2011 – Job Number: FOPS12-B-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/04/2011

**7** Apply

*View Submission*

## Assistant Chief Pilot - Captain - UNITED- ORD (Flight Operations)
- Full-time
United States-IL-ORD - Chicago - O'Hare
Job Posting:06/15/2011 – Job Number: FOPS12-C-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 08/04/2011

**8** Apply

*View Submission*

### Assistant Chief Pilot - Captain - UNITED- IAD/JFK (Flight Operations)

- Full-time
United States-District of Columbia-IAD - Washington (Dulles), United States-NY-JFK - New York (Kennedy)
Job Posting:06/15/2011 – Job Number: FOPS12-D-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 07/12/2011
*View Submission*

### Senior Manager - Fleet Standards - A320 - Denver, CO (Flight Operations)

- Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS40-A-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
*View Submission*

### Senior Manager - Fleet Training - A320 - Denver, CO (Flight Operations)

- Full-time
United States-CO-DEN - Denver
Job Posting:04/11/2011 – Job Number: FOPS31-A-DP
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status:
Completed
– Updated: 06/09/2011
*View Submission*

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 550-2012-00758 |

**California Department Of Fair Employment & Housing** and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Darryl Wilson** | **(404) 936-0651** | **04-12-1960** |

Street Address                City, State and ZIP Code
**3278 Yorktown Drive, Roswell, GA 30075**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe
Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **UNITED AIRLINES** | **500 or More** | **(800) 864-8331** |

Street Address                City, State and ZIP Code
**77 West Wacker Drive,  Chicago, IL 60601**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address                City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

| | | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|---|
| ☒ RACE    ☐ COLOR    ☐ SEX    ☐ RELIGION    ☐ NATIONAL ORIGIN | | Earliest                Latest |
| ☒ RETALIATION    ☐ AGE    ☐ DISABILITY    ☐ GENETIC INFORMATION | | **12-31-2011** |
| ☐ OTHER *(Specify)* | | ☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began working for Respondent on or around September 14, 1992. My current job title is Captain.

In or around January 2010, I filed my first EEOC discrimination charge against United Airlines. I now file another charge because I have applied for eight positions since January 2011 and have been passed over for promotion. Management positions were also not posted to all eligible employees. There have been several positions filled in 2011, such as Line Check Airman, Chief Pilot, Assistant Chief Pilot and Flight Manager. These positions have been given to non-African-American candidates. I believe Respondent retaliated against all United Coalition members by not promoting them.

I believe that I have been discriminated against because of retaliation and my race (African American), in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED        RECEIVED

MAY 0 6 2012        MAY 0  2012

EEOC-SFDO        EEOC-SFDO

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| X  5/3/12         X ⟨signature⟩ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date         Charging Party Signature | |

EEOC Form 161-B (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To:  Darryl Wilson
     3278 Yorktown Drive
     Roswell, GA 30075

From:  San Francisco District Office
       350 The Embarcadero
       Suite 500
       San Francisco, CA 94105

|  | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-00758 | Malinda K. Tuazon, Investigator | (415) 625-5617 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge.  It has been issued at your request.  Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

[ ]  More than 180 days have passed since the filing of this charge.

[X]  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]  The EEOC is terminating its processing of this charge.

[ ]  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge.  In this regard, **the paragraph marked below applies to your case:**

[ ]  The EEOC is closing your case.  Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice.  Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]  The EEOC is continuing its handling of your ADEA case.  However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.)  EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Michael  Baldonado,
District Director

05/10/2012
*(Date Mailed)*

Enclosures(s)

cc:    Ms. Megan Detzner
       Senior Staff Representative
       United Airlines - WHQLD
       1200 E. Algonquin
       Elk Grove, IL  60007

       Spencer F. Smith, Esq.
       The Law Office of Spencer F. Smith
       353 Sacramento, Street, Suite 1120
       San Francisco, CA 94111

EXHIBIT W, PAGE 320

**EXHIBIT 2W, PAGE 349**

**\*\*\* EMPLOYMENT \*\*\***

COMPLAINT OF DISCRIMINATION UNDER
THE PROVISIONS OF THE CALIFORNIA
FAIR EMPLOYMENT AND HOUSING ACT

DFEH #     E201112M6328-00

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.)
**WILSON, DARRYL**

TELEPHONE NUMBER (INCLUDE AREA CODE)
**(404)936-0651**

ADDRESS
**3278 YORKTOWN DRIVE**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **ROSWELL, GA 30075** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME
**UNITED AIRLINES**

TELEPHONE NUMBER (Include Area Code)
**(800)864-8331**

ADDRESS
**PO BOX 8097**

DFEH USE ONLY

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month,day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **02/16/2012** | **00** |

THE PARTICULARS ARE:

I allege that on about or before
02/16/2012 , the following
conduct occurred:

| | | |
|---|---|---|
| ____ termination | ____ denial of employment | ____ denial of family or medical leave |
| ____ laid off | X denial of promotion | ____ denial of pregnancy leave |
| ____ demotion | ____ denial of transfer | ____ denial of equal pay |
| ____ harassment | ____ denial of accommodation | ____ denial of right to wear pants |
| ____ genetic characteristics testing | ____ failure to prevent discrimination or retaliation | ____ denial of pregnancy accommodation |
| ____ constructive discharge (forced to quit) | X retaliation | |
| ____ impermissible non-job-related inquiry | ____ other (specify) _____ | |

by    **UNITED AIRLINES**

Name of Person                    Job Title (supervisor/manager/personnel director/etc.)

because of :

| | | | |
|---|---|---|---|
| ____ sex | ____ national origin/ancestry | ____ disability (physical or mental) | X retaliation for engaging in protected |
| ____ age | ____ marital status | ____ medical condition (cancer or | activity or requesting a protected |
| ____ religion | ____ sexual orientation | generic characteristic | leave or accommodation |
| X race/color | ____ association | ____ other (specify) | |

State of what you
believe to be the
reason(s) for
discrimination

FROM 2011 TO THE PRESENT, I HAVE APPLIED TO 15 MANAGEMENT POSITIONS WITHIN UNITED AIRLINES. I HAVE BEEN PASSED OVER FOR EACH APPLICATION AND RECEIVED NO JOB OFFERS. UNITED AIRLINES SELECTED LESS QUALIFIED CANDIDATES AND THESE POSITIONS WERE GIVEN TO NON-AFRICAN AMERICAN CANDIDATES. UNITED AIRLINES RETALIATED AGAINST ME BECAUSE I AM PART OF THE UNITED COALITION, A GROUP THAT FILED DISCRIMINATION CHARGES AGAINST UNITED AIRLINES IN 2010. UNITED AIRLINES HAS ALSO ALLOWED ME TO BE DISCRIMINATED AGAINST BECAUSE I AM AFRICAN-AMERICAN. OTHER FLIGHT ATTENDANTS AND PILOTS HAVE ASSUMED I KNOW ABOUT THE PROSTITUTION ALLEGATIONS WITHIN UNITED AIRLINES

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy not to process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated  **4/17/2012 10:03:00 AM**

At   **San Francisco**

DATE FILED:  **4/17/2012 10:03:00 AM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

EXHIBIT W, PAGE 321

**EXHIBIT 2W, PAGE 350**

**\*\* EMPLOYMENT \*\***

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E201112M6328-00 |
|---|---|---|
| | | DFEH USE ONLY |

State of what you believe to be the reason(s) for discrimination

FROM 2011 TO THE PRESENT, I HAVE APPLIED TO 15 MANAGEMENT POSITIONS WITHIN UNITED AIRLINES. I HAVE BEEN PASSED OVER FOR EACH APPLICATION AND RECEIVED NO JOB OFFERS. UNITED AIRLINES SELECTED LESS QUALIFIED CANDIDATES AND THESE POSITIONS WERE GIVEN TO NON-AFRICAN AMERICAN CANDIDATES. UNITED AIRLINES RETALIATED AGAINST ME BECAUSE I AM PART OF THE UNITED COALITION, A GROUP THAT FILED DISCRIMINATION CHARGES AGAINST UNITED AIRLINES IN 2010. UNITED AIRLINES HAS ALSO ALLOWED ME TO BE DISCRIMINATED AGAINST BECAUSE I AM AFRICAN-AMERICAN. OTHER FLIGHT ATTENDANTS AND PILOTS HAVE ASSUMED I KNOW ABOUT THE PROSTITUTION ALLEGATIONS WITHIN UNITED AIRLINES BECAUSE OF MY RACE. UNITED AIRLINES HAS DONE NOTHING TO STOP THE PROSTITUTION ALLEGATIONS AND DISCRIMINATION WITHIN THE COMPANY.

**EXHIBIT 2W, PAGE 351**



STATE OF CALIFORNIA—STATE AND CONSUMER SERVICES AGENCY                    EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                    Phyllis W. Cheng, Director
39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 17, 2012

WILSON, DARRYL
3278 YORKTOWN DRIVE
ROSWELL, GA 30075

RE:   E201112M6328-00
      <u>WILSON/UNITED AIRLINES</u>

Dear WILSON, DARRYL:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 17, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

EXHIBIT W, PAGE 323

**EXHIBIT 2W, PAGE 352**

Notice of Case Closure    Case 3:12-cv-02730-MMC   Document 46-4   Filed 02/15/13   Page 71 of 83
Page Two


DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator


cc:   Case File


JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

EXHIBIT W, PAGE 324

**EXHIBIT 2W, PAGE 353**

# EXHIBIT X

## EXHIBIT X

## NON-EXHAUSTED CLAIMS

| Plaintiff | Title VII | FEHA |
|---|---|---|
| 1.  BRISCOE, Odie | Plaintiff Briscoe is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐  Actions that occurred before 6/29/11, or after 4/24/12<br><br>Scope:<br>☐  Disparate impact<br>☐  Discriminatory compensation<br>☐  Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐  All claims against Defendant UCH | Plaintiff Briscoe is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐  Actions that occurred before 4/24/11, or after 4/24/12<br><br>Scope:<br>☐  Disparate impact<br>☐  Discriminatory compensation<br>☐  Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐  All claims against Defendant UCH |
| 2.  CROCKER, Sal | Plaintiff Crocker is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐  Actions that occurred before 8/25/11, or after 2/21/12<br><br>Scope:<br>☐  Disparate impact<br>☐  Discriminatory compensation<br>☐  Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐  All claims against Defendant UCH | Plaintiff Crocker is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐  Actions that occurred before 4/17/11, or after 4/17/12<br><br>Scope:<br>☐  Disparate impact<br>☐  Discriminatory compensation<br>☐  Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐  All claims against Defendant UCH |

| | | | |
|---|---|---|---|
| 3. | ECUNG, Mario | Plaintiff Ecung is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 6/28/11, or after 4/23/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | Plaintiff Ecung is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/23/11, or after 4/23/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH |
| 4. | GADSON, Annette | Plaintiff Gadson is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 7/6/11, or after 5/1/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | Plaintiff Gadson is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 5/1/11, or after 5/1/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH |
| 5. | HANEY, Kenneth | Plaintiff Haney is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 7/5/11, or after 4/30/12 | Plaintiff Haney is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/30/11, or after 4/30/12 |

EXHIBIT X, PAGE 326

**EXHIBIT 2X, PAGE 356**

|  | Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH |
|---|---|---|
| 6. HARTSFIELD, Terence | Plaintiff Hartsfield is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 9/1/11, or after 6/27/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | Plaintiff Hartsfield is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 6/27/11, or after 6/27/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH |
| 7. HAYNIE, Terrance | Plaintiff Haynie is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 6/2/11, or after 3/28/12, under a theory of race discrimination, failure to promote, or retaliation[1]<br>☐ Actions that occurred before 6/2/11, or after 7/17/12, under a | Plaintiff Haynie is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 3/28/11, or after 3/28/12 |

---

[1] This limitations period is based on the first EEOC charge that Plaintiff Haynie filed, which alleged race discrimination, failure to promote, retaliation, and harassment.  Baldocchi Dec. Ex. G.

|  | theory of race based or retaliatory harassment[2] | |
| --- | --- | --- |
|  | Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH |
| 8.  JOHN, Richard | Plaintiff John is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 8/13/11, or after 2/9/12[3]<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | Plaintiff John is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/17/11, or after 4/17/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH |

[2] The start date of this limitations period is based on the first EEOC charge filed by Plaintiff Haynie.  The end date of this limitations period is based on Plaintiff Haynie's second EEOC charge, filed on July 17, 2012, which alleged that an act of harassment occurred in June 2012. Baldocchi Dec. Ex. G.

[3] The 8/13/11 to 2/9/12 limitations period is based on Plaintiff John's EEOC charge filed 2/9/12, for which a Right to Sue Notice was issued 3/1/12.  Baldocchi Dec. Ex. H.  Defendants have a copy of another Right to Sue Notice, issued 9/28/12, which appears to relate to a second EEOC charge filed by Plaintiff John.  This chart does not consider the second EEOC charge in its calculation of the applicable limitations period.  Defendants reserve all rights to assert all defenses and arguments if and when additional charge information is discovered, including without limitation, the dates and charge allegations and the SOL limitations periods resulting therefrom

| 9. JOHNSON, Eldridge | Plaintiff Johnson is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 9/11/11, or after 2/28/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | ☐ Plaintiff Johnson is barred from bringing any and all claims under FEHA. |
|---|---|---|
| 10. JONES, Johnnie | Plaintiff Jones is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 8/17/11, or after 2/13/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | Plaintiff Jones is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/17/11, or after 4/17/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH |
| 11. MANSWELL, Anthony | Plaintiff Manswell is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 6/29/11, or after 4/24/12 | Plaintiff Manswell is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/24/11, or after 4/24/12 |

| | | |
|---|---|---|
| | Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH |
| 12. MILLER, Leon | Plaintiff Miller is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 6/29/11, or after 4/24/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | Plaintiff Miller is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/24/11, or after 4/24/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH |
| 13. MINTER, Karl | Plaintiff Minter is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 8/18/11, or after 2/14/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants: | Plaintiff Minter is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/17/11, or after 4/17/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants: |

EXHIBIT X, PAGE 330

**EXHIBIT 2X, PAGE 360**

|  | ☐ All claims against Defendant UCH | ☐ All claims against Defendant UCH |
|---|---|---|
| 14. MONTGOMER Y, Kenneth | Plaintiff Montgomery is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 8/11/11, or after 2/7/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | Plaintiff Montgomery is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/17/11, or after 4/17/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH |
| 15. NOBLE, Paul | Plaintiff Noble is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 8/18/11, or after 2/14/12[4]<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments | Plaintiff Noble is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/17/11, or after 4/17/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments |

[4] The 8/18/11 to 2/14/12 limitations period is based on Plaintiff Noble's EEOC charge filed 2/14/12, for which a Right to Sue Notice was received 3/23/12. Baldocchi Dec. Ex. O. Defendants have a copy of another Right to Sue Notice, issued 9/28/12, which appears to relate to a second EEOC charge filed by Plaintiff Noble. This chart does not consider the second EEOC charge in its calculation of the applicable limitations period. Defendants reserve all rights to assert all defenses and arguments if and when additional charge information is discovered, including without limitation, the dates and charge allegations and the SOL limitations periods resulting therefrom

EXHIBIT X, PAGE 331

| | | |
|---|---|---|
| | **Defendants:**<br>☐ All claims against Defendant UCH | **Defendants:**<br>☐ All claims against Defendant UCH |
| 16. PALMER,<br>Xavier | Plaintiff Palmer is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>**Date:**<br>☐ Actions that occurred before 7/5/11, or after 4/30/12<br><br>**Scope:**<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>**Defendants:**<br>☐ All claims against Defendant UCH | Plaintiff Palmer is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>**Date:**<br>☐ Actions that occurred before 4/30/11, or after 4/30/12<br><br>**Scope:**<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>**Defendants:**<br>☐ All claims against Defendant UCH |
| 17. RICKETTS,<br>David | Plaintiff Ricketts is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>**Date:**<br>☐ Actions that occurred before 6/29/11, or after 4/24/12<br><br>**Scope:**<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>**Defendants:**<br>☐ All claims against Defendant UCH | Plaintiff Ricketts is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>**Date:**<br>☐ Actions that occurred before 4/24/11, or after 4/24/12<br><br>**Scope:**<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>**Defendants:**<br>☐ All claims against Defendant UCH |
| 18. ROANE,<br>Glenwood | Plaintiff Roane is barred from bringing under Title VII any and all claims challenging or alleging: | Plaintiff Roane is barred from bringing under FEHA any and all claims challenging or alleging: |

| | | |
|---|---|---|
| | Date:<br>☐ Actions that occurred before 8/11/11, or after 2/7/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments (other than Interview Captain – Temporary Special Assignment (WHQ) which he applied for in 2007, and therefore is time-barred anyway)[5]<br><br>Defendants:<br>☐ All claims against Defendant UCH | Date:<br>☐ Actions that occurred before 4/17/11, or after 4/17/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br><br><br><br>Defendants:<br>☐ All claims against Defendant UCH |
| 19. ROBINSON, Frederick | Plaintiff Robinson is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 6/29/11, or after 4/24/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | Plaintiff Robinson is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/24/11, or after 4/24/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH |

---

[5] In Plaintiff Roane's EEOC intake questionnaire, filed February 7, 2013, he submitted a list of applied-for positions dating back to 2007. One of the listed positions is Interview Captain – Temporary Special Assignment (WHQ), for which he submitted an application in July 2007. Baldocchi Dec. Ex. R; SAC ¶¶ 338, 348, 357, 386, 408.

EXHIBIT X, PAGE 333

**EXHIBIT 2X, PAGE 363**

| 20. SHERMAN, Leo | Plaintiff Sherman is barred from bringing under Title VII any and all claims challenging or alleging: | Plaintiff Sherman is barred from bringing under FEHA any and all claims challenging or alleging: |
|---|---|---|
| | Date:<br>☐  Actions that occurred before 6/29/11, or after 4/24/12 | Date:<br>☐  Actions that occurred before 4/24/11, or after 4/24/12 |
| | Scope:<br>☐  Disparate impact<br>☐  Discriminatory compensation<br>☐  Discrimination or retaliation claims related to special assignments | Scope:<br>☐  Disparate impact<br>☐  Discriminatory compensation<br>☐  Discrimination or retaliation claims related to special assignments |
| | Defendants:<br>☐  All claims against Defendant UCH | Defendants:<br>☐  All claims against Defendant UCH |
| 21. TOM, Lester | Plaintiff Tom is barred from bringing under Title VII any and all claims challenging or alleging: | Plaintiff Tom is barred from bringing under FEHA any and all claims challenging or alleging: |
| | Date:<br>☐  Actions that occurred before 8/18/11, or after 2/14/12[6] | Date:<br>☐  Actions that occurred before 4/17/11, or after 4/17/12 |
| | Scope:<br>☐  Disparate impact<br>☐  Discriminatory compensation<br>☐  Discrimination or retaliation claims related to special assignments | Scope:<br>☐  Disparate impact<br>☐  Discriminatory compensation<br>☐  Discrimination or retaliation claims related to special assignments |
| | Defendants:<br>☐  All claims against Defendant UCH | Defendants:<br>☐  All claims against Defendant UCH |

---

[6] This chart is based on an unverified charge for Tom.  To the extent that investigation and/or discovery fail to produce a verified charge for Plaintiff Tom, Defendants reserve all rights and defenses with respect to Plaintiff Tom, including but not limited to exhaustion of administrative remedies as to all claims under Title VII.

EXHIBIT X, PAGE 334

**EXHIBIT 2X, PAGE 364**

| 22. WASHINGTON, Erwin | Plaintiff Washington is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 7/1/11, or after 4/26/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | Plaintiff Washington is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/26/11, or after 4/26/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH |
|---|---|---|
| 23. WILSON, Darryl | Plaintiff Wilson is barred from bringing under Title VII any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 7/1/11, or after 4/26/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | Plaintiff Wilson is barred from bringing under FEHA any and all claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/26/11, or after 4/26/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH |