# EXHIBIT 3

## NON-EXHAUSTED CLAIMS FROM CORRECTED THIRD AMENDED

| Plaintiff | Title VII | FEHA |
|---|---|---|
| 1. BRISCOE, Odie | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 6/29/11, or after 4/24/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/24/11, or after 4/24/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments |
| 2. CROCKER, Sal | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 8/25/11, or after 2/21/12<br><br>Scope:<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/17/11, or after 4/17/12<br><br>Scope:<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments |
| 3. ECUNG, Mario | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 6/28/11, or after 4/23/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/23/11, or after 4/23/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special |

| Plaintiff | Title VII | FEHA |
|---|---|---|
| | assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | assignments |
| 4. GADSON, Annette | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 7/6/11, or after 5/1/12<br><br>Scope:<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 5/1/11, or after 5/1/12<br><br>Scope:<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments |
| 5. HANEY, Kenneth | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 7/5/11, or after 4/30/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/30/11, or after 4/30/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments |
| 6. HARTSFIELD, Terence | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 9/1/11, or after 6/27/12<br><br>Scope:<br>☐ Disparate impact | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 6/27/11, or after 6/27/12<br><br>Scope:<br>☐ Disparate impact |

| Plaintiff | Title VII | FEHA |
|---|---|---|
| | ☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | ☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments |
| 7. HAYNIE, Terrance | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 6/2/11, or after 3/28/12, under a theory of race discrimination, failure to promote, or retaliation<br>☐ Actions that occurred before 1/19/12, or after 7/17/12, under a theory of race discrimination or retaliation<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 3/28/11, or after 3/28/12<br><br><br><br><br><br><br><br>Scope:<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments |
| 8. JOHN, Richard | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 8/13/11, or after 2/9/12<br><br>Scope:<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/17/11, or after 4/17/12<br><br>Scope:<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments |

| Plaintiff | Title VII | FEHA |
|---|---|---|
| | UCH | |
| 9. JOHNSON, Eldridge | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 9/1/11, or after 2/28/12<br><br>Scope:<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 3/14/11, or after 3/14/12<br><br>Scope:<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments |
| 10. JONES, Johnnie | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 8/17/11, or after 2/13/12<br><br>Scope:<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/17/11, or after 4/17/12<br><br>Scope:<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments |
| 11. MANSWELL, Anthony | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 6/29/11, or after 4/24/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/24/11, or after 4/24/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments |

| Plaintiff | Title VII | FEHA |
|---|---|---|
| | Defendants:<br>☐ All claims against Defendant UCH | |
| 12. MILLER, Leon | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 6/29/11, or after 4/24/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/24/11, or after 4/24/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments |
| 13. MINTER, Karl | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 8/18/11, or after 2/14/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/17/11, or after 4/17/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments |
| 14. MONTGOMERY, Kenneth | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 8/11/11, or after 2/7/12<br><br>Scope:<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/17/11, or after 4/17/12<br><br>Scope:<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation |

| Plaintiff | Title VII | FEHA |
|---|---|---|
|  | claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | claims related to special assignments |
| 15. NOBLE, Paul | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 8/18/11, or after 2/14/12<br><br>Scope:<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/17/11, or after 4/17/12<br><br>Scope:<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments |
| 16. PALMER, Xavier | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 7/5/11, or after 4/30/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/30/11, or after 4/30/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments |
| 17. RICKETTS, David | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 6/29/11, or after 4/24/12<br><br>Scope:<br>☐ Disparate impact | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/24/11, or after 4/24/12<br><br>Scope:<br>☐ Disparate impact |

| Plaintiff | Title VII | FEHA |
|---|---|---|
|  | ☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | ☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments |
| 18. ROANE, Glenwood | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 8/11/11, or after 2/7/12<br><br>Scope:<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments (other than Interview Captain – Temporary Special Assignment (WHQ) which he applied for in 2007, and therefore is time-barred anyway)<br><br>Defendants:<br>☐ All claims against Defendant UCH | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/17/11, or after 4/17/12<br><br>Scope:<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments |
| 19. ROBINSON, Frederick | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 6/29/11, or after 4/24/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/24/11, or after 4/24/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments |

| Plaintiff | Title VII | FEHA |
|---|---|---|
| 20. SHERMAN, Leo | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 6/29/11, or after 4/24/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/24/11, or after 4/24/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments |
| 21. TOM, Lester | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 8/18/11, or after 2/14/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/17/11, or after 4/17/12<br><br>Scope:<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments |
| 22. WASHINGTON, Erwin | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 7/1/11, or after 4/26/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/26/11, or after 4/26/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments |

| Plaintiff | Title VII | FEHA |
|---|---|---|
| | Defendants:<br>☐ All claims against Defendant UCH | |
| 23. WILSON, Darryl | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 8/27/11, or after 2/23/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments<br><br>Defendants:<br>☐ All claims against Defendant UCH | All claims challenging or alleging:<br><br>Date:<br>☐ Actions that occurred before 4/17/11, or after 4/17/12<br><br>Scope:<br>☐ Disparate impact<br>☐ Discriminatory compensation<br>☐ Discrimination or retaliation claims related to special assignments |