IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON, et al., | No. C-12-2730 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNITED CONTINENTAL HOLDINGS, INC., et al., | |
| Defendants. / | |

In light of the pendency of defendants' motion to dismiss, the Case Management Conference, presently scheduled for September 27, 2013, is hereby CONTINUED to December 13, 2013. A Joint Case Management Statement shall be filed no later than December 6, 2013.

**IT IS SO ORDERED.**

Dated: September 20, 2013

MAXINE M. CHESNEY
United States District Judge