# EXHIBIT A



**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*

April 25, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

     Re:    *Odie Briscoe v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire to file Odie Briscoe's charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information by **Tuesday, May 1, 2012.** Please contact me as soon as possible if there are any problems.

Sincerely,

Kristine D. Kahey
*Assistant to Spencer F. Smith*

RECEIVED
APR 2 6 2012
EEOC-SFDO

enclosure

1

**EXHIBIT A, PAGE 8**

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: _Briscoe_   First Name: _Odie_   MI:

Street or Mailing Address: _3090 Lakewood Circle_   Apt or Unit #:

City: _Weston_   County:   State: _FL_   Zip: _33332_

Phone Numbers: Home: (_954_) _646-8026_   Work: (_____)

Cell: (_____)   Email Address: _CDRob756@aol.com_

Date of Birth: _04/05/1952_   Sex: ☒ Male ☐ Female   Do You Have a Disability? ☐ Yes ☒ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
☒ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? _African American_

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ▉▉▉▉▉▉▉▉▉▉   Relationship: ▉▉▉▉▉

Address: ▉▉▉▉▉▉   City: ▉▉▉▉▉   Zip Code: ▉▉▉▉

Home Phone: ▉▉▉▉   Other Phone: (_____)

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: _United Airlines_

Address: _77 West Wacker Drive_   County:

City: _Chicago_   State: _IL_   Zip: _60601_   Phone: (_40_) _864-8331_

Type of Business: _Airlines_   Job Location if different from Org. Address:

Human Resources Director or Owner Name: _Jeff Smisek_   Phone: (___) ___-____

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☒ More than 500

**3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee?** ☐ Yes ☐ No

Date Hired: _10/1997_   Job Title At Hire: _First Officer_

Pay Rate When Hired: _$25,000/yr_   Last or Current Pay Rate: _$165/hr_

Job Title at Time of Alleged Discrimination: _Captain_   Date Quit/Discharged:

Name and Title of Immediate Supervisor: _Dave Ross_

If Job Applicant, Date You Applied for Job _2011_   Job Title Applied For _Line check Airman_

RECEIVED APR 26 2012 EEOC-SFDO

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☐ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing    ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information? _____
_____ N/A _____

Other reason (basis) for discrimination (Explain): _____ N/A _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

**A. Date:** 2009-Present **Action:** I have been passed over for promotions since 2009 to the present. All job openings have not been posted (see attached

Name and Title of Person(s) Responsible: _____

**B. Date:** _____ **Action:** _____
_____

Name and Title of Person(s) Responsible _____

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.

These actions were discriminatory because all management positions have not been fairly posted for all qualified candidates.

**7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?**

No reasons were given.

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, **and if it relates to your claim of discrimination.** For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| **A.** | | | |
| | | | |
| **B.** | | | |
| | | | |

2

**EXHIBIT A, PAGE 10**

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. _____

_____

B. _____

_____

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. _____

_____

B. _____

_____

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
   ☐ Yes, I have a disability
   ☐ I do not have a disability now but I did have one
   ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____ N/A _____

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
   ☐ Yes  ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____ N/A _____

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
   ☐ Yes  ☐ No
If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

_____

Describe the changes or assistance that you asked for: _____

_____ N/A _____

How did your employer respond to your request? _____

_____

3

**EXHIBIT A, PAGE 11**

**13.** Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

|  | Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|---|
| **A.** | | | | |
| **B.** | | | | |

**14.** Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☑ No

**15.** If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

N/A

**16.** Have you sought help about this situation from a union, an attorney, or any other source?  ☐ Yes  ☑ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Law Office of Spencer Smith          S.F. CA 94111
353 Sacramento St Suite 1120

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.  If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws.  If you do not file a charge of discrimination within the time limits, you will lose your rights.  If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1.  If you want to file a charge, you should check Box 2.

| **BOX 1** ☐ I want to talk to an EEOC employee before deciding whether to file a charge.  I understand that by checking this box, I have not filed a charge with the EEOC.  I also understand that I could lose my rights if I do not file a charge in time. |
|---|

| **BOX 2** ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above.  I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.  I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination. |
|---|

_QBusca_                                   4 / 25 / 2012
Signature                                  Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (920/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

**EXHIBIT A, PAGE 12**

<u>Odie Briscoe EEOC Attachment</u>

<u>#5 What happened to you that you believe was discriminatory?</u>

**Action**: (Cont.) Less qualified non African-American candidates were selected for the management positions. These candidates were selected by a "tap on the shoulder" basis.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 550-2012-01115 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Odie Briscoe JR. | (954) 648-8026 | |

| Street Address | City, State and ZIP Code | | |
|---|---|---|---|
| 3090 Lakewood Circle, Weston, FL 33332 | | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNITED AIRLINES | 500 or More | (800) 864-8331 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 77 West Wacker Drive, Chicago, IL 60601 | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest / Latest
**05-16-2012**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent in or about October 1997. My current job title is Captain. My immediate Supervisor is Dave Ross. From 2009 until the present, I have been passed over for promotion. Respondent has also failed to post Management positions, in an equitable manner, for all qualified candidates to apply. Specifically, less qualified non-African-American candidates have been selected for such positions.

Respondent did not state a reason for its actions.

I believe I have been discriminated against on the basis of my race (Black), in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED
JUN 06 2012
EEOC-SFDO

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 5/21/12   D. Briscoe JR. | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date   Charging Party Signature | |

**EXHIBIT A, PAGE 14**

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Odie Briscoe
3090 Lakewood Circle
Weston, FL 33332

From: San Francisco District Office
350 The Embarcadero
Suite 500
San Francisco, CA 94105

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-01115 | Carlos U. Rocha, Investigator | (415) 625-5658 |

(See also the additional Information enclosed with this form.)

NOTICE TO THE PERSON AGGRIEVED:

Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA): This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

Age Discrimination In Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_signature_                    6-27-12

Michael Baldonado,
District Director

(Date Mailed)

Enclosures(s)

cc:

HR Director
UNITED AIRLINES
77 West Wacker Drive
Chicago, IL 60601

**EXHIBIT A, PAGE 15**

# *** EMPLOYMENT ***

COMPLAINT OF DISCRIMINATION UNDER
THE PROVISIONS OF THE CALIFORNIA
FAIR EMPLOYMENT AND HOUSING ACT

DFEH #   **E201112M6372-00**

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **BRISCOE, ODIE** | **(954)646-8026** |

ADDRESS

**3090 LAKEWOOD CIRCLE**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **WESTON, FL 33332** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |

| ADDRESS | DFEH USE ONLY |
|---|---|
| **PO BOX 8097** | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **04/24/2012** | **00** |

THE PARTICULARS ARE:

I allege that on about or before
**04/24/2012** , the following
conduct occurred:

____ termination
____ laid off
____ demotion
____ harassment
____ genetic characteristics testing
____ constructive discharge (forced to quit)
____ impermissible non-job-related inquiry

____ denial of employment
_X_ denial of promotion
____ denial of transfer
____ denial of accommodation
____ failure to prevent discrimination or retaliation
____ retaliation
____ other (specify) _____

____ denial of family or medical leave
____ denial of pregnancy leave
____ denial of equal pay
____ denial of right to wear pants
____ denial of pregnancy accommodation

by   **UNITED AIRLINES**

Name of Person

because of :

____ sex
____ age
____ religion
_X_ race/color

____ national origin/ancestry
____ marital status
____ sexual orientation
____ association

Job Title (supervisor/manager/personnel director/etc.)

____ disability (physical or mental)
____ medical condition (cancer or genetic characteristic)
____ other (specify) _____

____ retaliation for engaging in protected activity or requesting a protected leave or accommodation

State of what you
believe to be the
reason(s) for
discrimination

I HAVE BEEN PASSED OVER FOR PROMOTIONS SINCE 2009 TO THE PRESENT BECAUSE ALL JOB OPENINGS AT UNITED AIRLINES HAVE NOT BEEN POSTED. LESS QUALIFIED NON AFRICAN-AMERICAN CANDIDATES WERE SELECTED FOR THE MANAGEMENT POSITIONS. THESE CANDIDATES WERE SELECTED BY A "TAP ON THE SHOULDER" BASIS.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.

Dated  **4/24/2012 3:55:00 PM**

At  **San Francisco**

DATE FILED:  **4/24/2012 3:55:00 PM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

# EXHIBIT A, PAGE 16



STATE OF CALIFORNIA – STATE AND CONSUMER SERVICES AGENCY                                    EDMUND G. BROWN JR., Governor

## DEPARTMENT OF FAIR EMPLOYMENT & HOUSING

Phyllis W. Cheng, Director

39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 24, 2012

BRISCOE, ODIE
3090 LAKEWOOD CIRCLE
WESTON, FL 33332

RE:  E201112M6372-00
     BRISCOE/UNITED AIRLINES

Dear BRISCOE, ODIE:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 24, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

**EXHIBIT A, PAGE 17**

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator

cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO CA 60601

DFEH-200-43 (06/06)

**EXHIBIT A, PAGE 18**

# EXHIBIT B



**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*

February 21, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

     Re:   *Seleno E. Crocker v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire to file Seleno E. Crocker charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information. Please contact me as soon as possible if there are any problems.

Sincerely,

Kristine D. Kahey
*Assistant to Spencer F. Smith*

enclosure

1

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: _Crocker_     First Name: _Seleno "Sal"_     MI: _E_

Street or Mailing Address: _5386 Scarlet Ridge_     Apt or Unit #: _____

City: _Arlington_     County: _____     State: _TN_     Zip: _38002_

Phone Numbers: Home: ( _901_ ) _932-2872_     Work: ( ) _____

Cell: ( ) _____     Email Address: _Diversity@Salcrocker.com_

Date of Birth: _10/29/1965_     Sex: ☒ Male  ☐ Female     Do You Have a Disability? ☐ Yes ☐ No

**Please answer each of the next three questions.   i. Are you Hispanic or Latino?** ☐ Yes ☒ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
☒ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? _African American_

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ███████     Relationship: ███████

Address: ███████     City: ███████     State: ███     Zip Code: ███

Home Phone: ( ███ )     Other Phone: ( ) _____

**2. I believe that I was discriminated against by the following organization(s):  (Check those that apply)**

☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: _United Airlines_

Address: _77 West Wacker Dr_     County: _____

City: _Chicago_     State: _IL_   Zip: _60601_     Phone: ( _800_ ) _864-8331_

Type of Business: _Airlines_     Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: _Michael Bonds_     Phone: ( _312_ ) _997-2915_

Number of Employees in the Organization at All Locations; Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☒ More than 500

**3. Your Employment Data** *(Complete as many items as you are able.)* Are you a federal employee? ☐ Yes ☒ No

Date Hired: _02/1989_     Job Title At Hire: _727 Flight Engineer_

Pay Rate When Hired: _$ 1520/month_     Last or Current Pay Rate: _$12,000/month_

Job Title at Time of Alleged Discrimination: _Captain Flight Ops_   Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: _BO Ellis Jebbrey_

If Job Applicant, Date You Applied for Job _____     Job Title Applied For _____

**EXHIBIT B, PAGE 20**

4. What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒ Race  ☐ Sex  ☐ Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☒ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

_____

Other reason (basis) for discrimination (Explain): _____

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 12/2010- 12/2011 Action: Applied for 18 positions from December 2010 – December 2011 and have received no job offers. I have only had 4 interviews.

Name and Title of Person(s) Responsible: _____

B. Date: _____ Action: _____

_____

Name and Title of Person(s) Responsible _____

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.
I have previously filed EEOC discrimination charge against United Airlines from January 2010 which has resulted in retaliation for all members of united coalition group.

7. What reason(s) were given to you for the acts you consider discriminatory?  By whom?  His or Her Job Title? _____

_____

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.  For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|---------------------------------------------------------|-----------|-------------------------|
| A. | N/A | | |
| B. | | | |

Of the persons in the same or similar situation as you, who was treated *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|---------------------------------------------------------|-----------|-------------------------|
| A. | N/A | | |
| B. | | | |

**Answer questions 9-12 _only_ if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.**

9. Please check all that apply:
   ☐ Yes, I have a disability
   ☐ I do not have a disability now but I did have one
   ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

N/A

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
   ☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

N/A

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
   ☐ Yes ☐ No
If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____
Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for: _____

How did your employer respond to your request? _____

3

**EXHIBIT B, PAGE 22**

Feb. 17, 2012  2:24PM   Crc       Plaza 

13. Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. | | | |
| B. | | | |

14.  Have you filed a charge previously on this matter with the EEOC or another agency?  ☒ Yes  ☐ No

15.  If you filed a complaint with another agency, provide the name of agency and the date of filing:

*EEOC  June 2010*

16.  Have you sought help about this situation from a union, an attorney, or any other source?  ☒ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

*Law office of spencersmith*
*358 Sacramento st Suite 1120 SF, CA 94111*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.  If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws.  If you do not file a charge of discrimination within the time limits, you will lose your rights.  If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1.  If you want to file a charge, you should check Box 2.

**BOX 1**  ☐ I want to talk to an EEOC employee before deciding whether to file a charge.  I understand that by checking this box, I have not filed a charge with the EEOC.  I also understand that I could lose my rights if I do not file a charge in time.

**BOX 2**  ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.  I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____
Signature

*FEB 17, 2012*
Today's Date

PRIVACY ACT STATEMENT This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE, EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 20 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form in other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

*SEC*

**EXHIBIT B, PAGE 23**

Sal Crocker List of Applications

Job Applications

Applied for 18 positions from December 2010-October 2011

1. 767 Pilot Instructor
2. 767 Standards Captain
3. Assistant Chief Pilot - Captain
4. Assistant Chief Pilot – Captain
5. Assistant Chief Pilot – Captain
6. Assistant Chief Pilot - Captain
7. Standards Captain
8. Temp Job Share Standards Captain
9. Director Flight Operations
10. Domestic Flight Operations Manager
11. Flight Operation Duty Manager
12. International Senior Manager
13. Managing Director- Flight Operations
14. Managing Director – Flight Standards
15. Managing Director – System Chief Pilot
16. Managing Director
17. Managing Director
18. Standards Captain

# SMITH
# PATTEN

Spencer F. Smith, Esq
Dow W. Patten, Esq
353 Sacramento Street, Suite 1120
San Francisco, CA 94111



*VIA U.S. MAIL*

June 18, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

Re:    *Seleno "Sal" Crocker v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC Charge of Discrimination to file Seleno "Sal" Crocker's charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information by **Monday, June 25, 2012.** Please contact me as soon as possible if there are any problems.

Sincerely,

Melanie K. Yabut
*Assistant to Smith Patten*

enclosure

I

P (415) 402-008
F (415) 520-010
www.smithpatten.con

**EXHIBIT B, PAGE 25**

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 550-2012-00768 |

**Illinois Department of Human Rights** and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| **Seleno Crocker** | **(901) 832-2872** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **6 Scarlet Ridge, Arlington, TN 38002** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **UNITED AIRLINES** | **500 or More** | **(800) 864-8331** |

| Street Address | City, State and ZIP Code |
|---|---|
| **West Wacker Drive, Chicago, IL 60601** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| **12-01-2010** | **12-31-2011** |
| ☒ CONTINUING ACTION | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for Respondent in or around February 1989. My most recent job title is Captain Flight OPS.

In or around January 2010, I filed an EEOC discrimination charge against the Respondent. From December 1, 2010 to December 2011 I applied for 18 positions but have received no offers.

I believe that I have been discriminated against because my race (African American), and in retaliation for opposing Respondent's discriminatory actions, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 6/18/12   X _____ Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

**EXHIBIT B, PAGE 26**

EEOC Form 161-B (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: Seleno Crocker<br>C/O<br>Spencer F. Smith, Esq<br>Smith Patten<br>353 Sacramento Street, Suite 1120<br>San Francisco, CA 94111 | From:  San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-00768 | Carlos U. Rocha,<br>Investigator | (415) 625-5658 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____                          7-17-12

Michael Baldonado,                                   *(Date Mailed)*
District Director

Enclosures(s)

cc:     Megan Detzner
        Senior Staff Representative
        UNITED AIRLINES
        1200 E. Algonquin
        Elk Grove Village, IL 60007

**EXHIBIT B, PAGE 27**

# * * * EMPLOYMENT * * *

**COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT**

DFEH # **E201112M6333-00**

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (Indicate Mr. or Ms.)
**CROCKER, SELENO**

TELEPHONE NUMBER (INCLUDE AREA CODE)
**(901)832-2872**

ADDRESS
**5386 SCARLET RIDGE**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **ARLINGTON, TN 38002** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME
**UNITED AIRLINES**

TELEPHONE NUMBER (Include Area Code)
**(800)864-8331**

ADDRESS
**PO BOX 8097**

DFEH USE ONLY

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **10/01/2011** | **00** |

THE PARTICULARS ARE:

I allege that on about or before **10/01/2011** , the following conduct occurred:

| | | |
|---|---|---|
| ____ termination | ____ denial of employment | ____ denial of family or medical leave |
| ____ laid off | X___ denial of promotion | ____ denial of pregnancy leave |
| ____ demotion | ____ denial of transfer | ____ denial of equal pay |
| ____ harassment | ____ denial of accommodation | ____ denial of right to wear pants |
| ____ genetic characteristics testing | ____ failure to prevent discrimination or retaliation | ____ denial of pregnancy accommodation |
| ____ constructive discharge (forced to quit) | X___ retaliation | |
| ____ impermissible non-job-related inquiry | ____ other (specify) _____ | |

by   **UNITED AIRLINES**

because of :

Name of Person

Job Title (supervisor/manager/personnel director/etc.)

| | | |
|---|---|---|
| ____ sex | ____ national origin/ancestry | ____ disability (physical or mental) | X___ retaliation for engaging in protected activity or requesting a protected leave or accommodation |
| ____ age | ____ marital status | ____ medical condition (cancer or | |
| ____ religion | ____ sexual orientation | genetic characteristic | |
| X___ race/color | ____ association | ____ other (specify) | |

State of what you believe to be the reason(s) for discrimination

FROM DECEMBER 2010 TO THE PRESENT, I HAVE APPLIED TO 18 MANAGEMENT POSITIONS. I HAVE BEEN INVITED TO INTERVIEW ONLY FOUR TIMES AND RECEIVED NO JOB OFFERS. UNITED AIRLINES RETALIATED AGAINST ME BECAUSE I AM PART OF THE UNITED COALITION GROUP. THE UNITED COALITION IS A GROUP THAT FILED DISCRIMINATION CHARGES AGAINST UNITED AIRLINES IN 2010.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.

Dated **4/17/2012 11:06:00 AM**

At  **San Francisco**

DATE FILED:  **4/17/2012 11:06:00 AM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

**EXHIBIT B, PAGE 28**



STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                                    Phyllis W. Cheng, Director
39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 17, 2012

CROCKER, SELENO
5386 SCARLET RIDGE
ARLINGTON, TN 38002

RE:  E201112M6333-00
     <u>CROCKER/UNITED AIRLINES</u>

Dear CROCKER, SELENO:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department
of Fair Employment and Housing (DFEH) has been closed effective April 17, 2012 because
an immediate right-to-sue notice was requested. DFEH will take no further action on the
complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965,
subdivision (b), a civil action may be brought under the provisions of the Fair Employment
and Housing Act against the person, employer, labor organization or employment agency
named in the above-referenced complaint. The civil action must be filed within one year
from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity
Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this
DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act,
whichever is earlier.

**EXHIBIT B, PAGE 29**

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator

cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

**EXHIBIT B, PAGE 30**

# EXHIBIT C



**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*



May 7, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

> Re:   *Mario Ecung v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire to file Mario Ecung's charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information by **Monday, May 14, 2012**. Please contact me as soon as possible if there are any problems.

Sincerely,

Melanie K. Yabut
*Assistant to Spencer F. Smith*

enclosure

1

**RECEIVED**
MAY 0 9 2012
EEOC-SFDO

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: __ECUNG__   First Name: __MARIO__   MI: __M__

Street or Mailing Address: __3956 KENWAY AVE__   Apt or Unit #: ____

City: __LOS ANGELES__   County: ____   State: __CA__   Zip: __90008__

Phone Numbers: Home: ( 2B ) __458-1014__   Work: ( ) ____

Cell: ( ) ____   Email Address: __MARECUG @AOL.COM__

Date of Birth: __01/22/1956__   Sex: ☑ Male ☐ Female   Do You Have a Disability? ☐ Yes ☑ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
☑ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? __African American__

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: ████████   Relationship: ████████

Address: ████████   City: ████████   State: ████   Zip Code: ████

Home Phone: ( ████   Other Phone: ( ) ____

**2. I believe that I was discriminated against by the following organization(s):**   (Check those that apply)

☑ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) ____

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: __United Airlines__

Address: __77 West Wacker Dr__   County: ____

City: __Chicago__   State: __IL__ Zip: __60601__   Phone: (800) __864-8331__

Type of Business: __Airlines__   Job Location if different from Org. Address: ____

Human Resources Director or Owner Name: __Jeff Smisek__   Phone: (800) __864-8331__

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☑ No

Date Hired: __06/18/1985__   Job Title At Hire: __B727 second officer flight engineer__

Pay Rate When Hired: __$23.08/hr__   Last or Current Pay Rate: __$160/hr__

Job Title at Time of Alleged Discrimination: __Captain__   Date Quit/Discharged: __N/A__

Name and Title of Immediate Supervisor: __Capt. John Buyer__

If Job Applicant, Date You Applied for Job ____   Job Title Applied For ____

1

**EXHIBIT C, PAGE 32**

4. What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☐ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information? _____

N/A

Other reason (basis) for discrimination (Explain): _____ N/A _____

5. What happened to you that you believe was **discriminatory**? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. *(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

**A.** Date: 2009-Present Action: I have been passed over for promotions All Job openings at United have not been posted. Less qualified (see attached)

Name and Title of Person(s) Responsible: _____

**B.** Date: _____ Action: _____

Name and Title of Person(s) Responsible _____

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.

These actions were discriminatory because UAL did not give all qualified candidates a fair chance to apply to management

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title? Positions No reasons were given.

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

2

**EXHIBIT C, PAGE 33**

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |
| | | | |

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |
| | | | |

Answer questions 9-12 _only_ if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.

**9. Please check all that apply:**
☐ Yes, I have a disability
☐ I do not have a disability now but I did have one
☐ No disability but the organization treats me as if I am disabled

**10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?**  (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

N/A

**11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

N/A

**12.  Did you ask your employer for any changes or assistance to do your job because of your disability?**
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask?  (Provide full name and job title of person)

N/A

Describe the changes or assistance that you asked for: _____

How did your employer respond to your request? _____

3

**EXHIBIT C, PAGE 34**

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|-----------|-----------|------------------------|-----------------------------------------------|
| A. | | | |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☑ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

N/A

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☐ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Law Office of Spencer F. Smith          S.F. CA 94111
353 Sacramento St Suite #1120

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2  ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____                         April 24, 2012
Signature                                          Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE, EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 28 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

**EXHIBIT C, PAGE 35**

Mario Eeung EEOC Attachment

#5 What happened to you that you believe was discriminatory?

**Action**: (Cont.) non African-American candidates have been selected for the management positions. These candidates were selected by a "tap on the shoulder" basis.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 550-2012-01219 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Mario M. Ecung | (213) 458-1014 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 3956 Kenway Avenue, Los Angeles, CA 90008 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNITED AIRLINES | 201 - 500 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 77 West Wacker Drive, Chicago, IL 60601 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|

| ☒ RACE | ☐ COLOR | ☐ SEX | ☐ RELIGION | ☐ NATIONAL ORIGIN |
|---|---|---|---|---|
| ☐ RETALIATION | ☐ AGE | ☐ DISABILITY | ☐ GENETIC INFORMATION | |
| ☐ OTHER (Specify) | | | | |

| Earliest | Latest |
|---|---|
| 01-01-2009 | 05-22-2012 |

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for Respondent on June 18, 1985. My most recent job title is Captain.

Since 2009, I have been passed over for promotions. Management positions have been filled by less qualified non African-American candidates.

Respondent has not given any reason for their actions.

I believe that I was discriminated against because of my race (African American), in violation of the Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |

| 6/1/2012 | X *Mario L Ecung* |
|---|---|
| Date | Charging Party Signature |

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

RECEIVED
JUN 12 2012
EEOC-SFDO

**EXHIBIT C, PAGE 37**

EEOC Form 161-B (1/08)

## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To:   Marlo M. Ecung
      3956 Kenway Avenue
      Los Angeles, CA 90008

From:   San Francisco District Office
        350 The Embarcadero
        Suite 500
        San Francisco, CA 94105

[ ]   *On behalf of person(s) aggrieved whose identity is
      CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-01219 | Eric C. Darius,<br>Intake Supervisor | (415) 625-5619 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ]   More than 180 days have passed since the filing of this charge.

[X]   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]   The EEOC is terminating its processing of this charge.

[ ]   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ]   The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*   6-22-12

For   Michael  Baldonado,
      District Director

Enclosures(s)

*(Date Mailed)*

cc:   Megan Detzner
      Senior Staff Representative
      UNITED AIRLINES-WHQLD
      1200 E. Algonquin
      Elk Grove Village, IL 60007

      Smith Patten
      SMITH PATTEN
      353 Sacramento Street, Suite 1120
      San Francisco, CA 94111

# EXHIBIT C, PAGE 38

# * * * EMPLOYMENT * * *

**COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT**

DFEH # **E201112R8964-00**

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.)
**ECUNG, MARIO**

TELEPHONE NUMBER (INCLUDE AREA CODE)
**(213)458-1014**

ADDRESS
**3956 KENWAY AVE**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **LOS ANGELES, CA 90008** | **LOS ANGELES** | **037** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME
**UNITED AIRLINES**

TELEPHONE NUMBER (Include Area Code)
**(800)864-8331**

ADDRESS
**9841 AIRPORT BOULEVARD #104**

DFEH USE ONLY

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **LOS ANGELES, CA 90045** | **LOS ANGELES** | **037** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION. TOOK PLACE (month, day, and year) | RESPONENT CODE |
|---|---|---|
| **500+** | **04/23/2012** | **00** |

THE PARTICULARS ARE:

I allege that on about or before **04/23/2012** , the following conduct occurred:

|  |  |  |
|---|---|---|
| ____ termination | ____ denial of employment | ____ denial of family or medical leave |
| ____ laid off | X denial of promotion | ____ denial of pregnancy leave |
| ____ demotion | ____ denial of transfer | ____ deniesd of equal pay |
| ____ harassment | ____ denial of accommodation | ____ denial of right to wear pants |
| ____ genetic characteristics testing | ____ failure to prevent discrimination or retaliation | ____ denial of pregnancy accommodation |
| ____ constructive discharge (forced to quit). | ____ retaliation | |
| ____ impermissible non-job-related inquiry | ____ other (specify) _____ | |

by **UNITED AIRLINES**

Name of Person

Job Title (supervisor/manager/personnel director/etc.)

because of :

|  |  |  |
|---|---|---|
| ____ sex | ____ national origin/ancestry | ____ disability (physical or mental) | ____ retaliation for engaging in protected |
| ____ age | ____ marital status | ____ medical condition (cancer or | activity or requesting a protected |
| ____ religion | ____ sexual orientation | genetic characteristic | leave or accommodation |
| X race/color | ____ association | ____ other (specify) | |

State of what you believe to be the reason(s) for discrimination

I HAVE BEEN PASSED OVER FOR PROMOTIONS FOR THE LAST 3 YEARS TO THE PRESENT. ALL JOB OPENINGS AT UNITED AIRLINES HAVE NOT BEEN POSTED. LESS QUALIFIED NON AFRICAN-AMERICAN CANDIDATES WERE SELECTED FOR THE MANAGEMENT POSITIONS. THESE CANDIDATES WERE SELECTED BY A "TAP ON THE SHOULDER" BASIS.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated 4/23/2012 5:53:00 PM

At San Francisco

DATE FILED:  4/23/2012 5:53:00 PM

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

**EXHIBIT C, PAGE 39**



STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                          EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                          Phyllis W. Cheng, Director
1055 WEST 7TH STREET, SUITE 1400, LOS ANGELES, CA 90017
(213) 439-6770
www.dfeh.ca.gov

April 23, 2012

ECUNG, MARIO
3956 KENWAY AVE
LOS ANGELES, CA 90008

RE:   E201112R8964-00
      <u>ECUNG/UNITED AIRLINES</u>

Dear ECUNG, MARIO:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 23, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

**EXHIBIT C, PAGE 40**

Notice of Case Closure
Page Two


DFEH does not retain case files beyond three years after a complaint is filed, unless the case
is still open at the end of the three-year period.

Sincerely,

*Tina Walker*

Tina Walker
District Administrator

cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

**EXHIBIT C, PAGE 41**

# EXHIBIT D



**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*



May 1, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

> Re:  *Annette Gadson v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire to file Annette Gadson's charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information by **Monday, May 7, 2012.** Please contact me as soon as possible if there are any problems.

Sincerely,

Melanie K. Yabut
*Assistant to Spencer F. Smith*

enclosure

1

**EXHIBIT D, PAGE 42**

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
INTAKE QUESTIONNAIRE**

RECEIVED
MAY 03 2012
EEOC-SFDO

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER,** a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: Gadson   First Name: Annette   MI: B

Street or Mailing Address: 137 Garden Street   Apt or Unit #:

City: Teaneck   County:   State: NJ   Zip: 09666

Phone Numbers: Home: ( 201 ) 921-7596   Work: ( )

Cell: ( )   Email Address: annettegadson@yahoo.com

Date of Birth: 09/07/1958   Sex: ☐ Male ☑ Female   Do You Have a Disability? ☐ Yes ☑ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
☑ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? African American

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: ▮▮▮▮▮▮▮   Relationship: ▮▮▮▮▮▮▮

Address: ▮▮▮▮▮▮▮   City: ▮▮▮▮▮   State ▮   Zip Code: ▮▮▮

Home Phone: ▮▮▮▮▮   Other Phone: ( )

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☑ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify)

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: United Airlines

Address: 77 West Wacker Dr   County:

City: Chicago   State: IL   Zip: 60601   Phone: (800) 8648331

Type of Business: Airlines   Job Location if different from Org. Address:

Human Resources Director or Owner Name: Jeff Smisek   Phone: (800) 8648331

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☑ No

Date Hired: 07/14/1986   Job Title At Hire: Reservation Agent

Pay Rate When Hired: $865/month   Last or Current Pay Rate: $5831/month

Job Title at Time of Alleged Discrimination: Hub Supervisor   Date Quit/Discharged:

Name and Title of Immediate Supervisor: Vinny Pestrichella

If Job Applicant, Date You Applied for Job _____ Job Title Applied For _____

1

**EXHIBIT D, PAGE 43**

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☐ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information? _____
_____ N/A _____

Other reason (basis) for discrimination (Explain): _____ N/A _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 2009-present Action: I have applied to promotions and not been selected. Less qualified candidates were selected  (see attachment)

Name and Title of Person(s) Responsible: _____

B. Date: _____ Action: _____

Name and Title of Person(s) Responsible _____

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.
I believe these actions were discriminatory because I am part of (see attached) the United Coalition. United Airlines has retaliated against me for

**7. What reason(s) were given to you for the acts you consider discriminatory?** By whom? His or Her Job Title?
No reasons were given.

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

2

**EXHIBIT D, PAGE 44**

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. _____

_____

B. _____

_____

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. _____

_____

B. _____

_____

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
   ☐ Yes, I have a disability
   ☐ I do not have a disability now but I did have one
   ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____ N/A _____

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
   ☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____ N/A _____

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
   ☐ Yes ☐ No
If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

_____ N/A _____

Describe the changes or assistance that you asked for: _____

_____

How did your employer respond to your request? _____

_____

3

**EXHIBIT D, PAGE 45**

13. Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|-----------|-----------|------------------------|-----------------------------------------------|
| A. | | | |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☑ Yes ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

*EEOC*

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☑ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

*Law Office of Spencer Smith*      *San Francisco CA*
*353 Sacramento at suite #180*      *94111*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

**BOX 1** ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

**BOX 2** ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____       *5-1-2012*
Signature                           Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/2008)  2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

**EXHIBIT D, PAGE 46**

**Annette Gadson EEOC Questionnaire Intake Attachment**

**#5 What happened to you that you believe was discriminatory?**

(Cont.) for the higher management positions. These candidates were also non-African American. United Airlines retaliated against me because I am part of the United Coalition, a group that filed discrimination charges against United Airlines in 2010.

**#6 Why do you believe these acts were discriminatory?**
(Cont.) filing discrimination charges against them in 2010. United Airlines has passed me over for promotions while I have been told I interviewed well, I have not been selected.

Spencer F. Smith, Esq.
spencer@smithlawsf.com

Dow W. Patten, Of Counsel
dpatten@smithlawsf.com

**The Law Office of Spencer F. Smith**

353 Sacramento Street, Suite 1120

San Francisco, CA. 94111

V: (415) 520-6950

F: (415) 520-0104

@smithlawsf.com

*VIA US MAIL*   560-2012-01180



May 4, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

      Re:   *Annette Gadson v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing page 2 of Ms. Gadson's EEOC intake questionnaire against United Airlines because we have amended the complaint. Please correct the charge and provide us a copy of the corrected charge. Please contact me as soon as possible if you have any questions or concerns.

Sincerely,

Melanie K. Yabut
*Assistant to Spencer F. Smith*

enclosure

1

4.  What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race  ☐ Sex  ☐ Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☑ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: ___N/A___

If you checked genetic information, how did the employer obtain the genetic information? ____
_____N/A_____

Other reason (basis) for discrimination (Explain): _____N/A_____

5.  What happened to you that you believe was discriminatory?  Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you.  Please attach additional pages if needed. *(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A.  Date: __2009-present__ Action: __I have applied to promotions and not been selected.__
__Less qualified candidates were selected   (see attachment)__

Name and Title of Person(s) Responsible: _____

B.  Date: _____   Action: _____

Name and Title of Person(s) Responsible _____

6.  Why do you believe these actions were discriminatory? Please attach additional pages if needed.
__I believe These actions were discriminatory because I am part of__
__the United Coalition. United Airlines has retaliated against me for (see attached)__

7.  What reason(s) were given to you for the acts you consider discriminatory?  By whom? His or Her Job Title?
__No reasons were given.__

8. Describe who was in the same or similar situation as you and how they were treated.  For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.  For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. _____

_____

B. _____

, 2

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 550-2012-01180 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Annette Gadson** | (201) 921-7576 | 09-07-1958 |

| Street Address | City, State and ZIP Code |
|---|---|
| **137 Garden Street, Teaneck, NJ 07866** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **UNITED AIRLINES** | 500 or More | (800) 864-8331 |

| Street Address | City, State and ZIP Code |
|---|---|
| **77 West Wacker Drive, Chicago, IL 60601** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER (Specify)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 01-01-2009 | 05-22-2012 |

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for Respondent on July 14, 1986. My most recent job title is Hub Supervisor.

Since 2009, I have been passed over for promotions. Higher management positions have been filled by less qualified non African-American candidates.

Respondent has not given any reason for their actions.

I believe that I was discriminated against because of my race (African American), in violation of the Title VII of the Civil Rights Act of 1964, as amended. I also believe that Respondent has retaliated against me because I am part of the United Coalition that filed discrimination charges against Respondent in 2010.

**RECEIVED**

JUN 07 2012

**EEOC-SEDO**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 6-5-2012   X _[signature]_<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

**EXHIBIT D, PAGE 50**

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| | |
|---|---|
| To:  Annette Gadson<br>137 Garden Street<br>Teaneck, NJ 07666 | From:  San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |

☐  On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-01180 | Eric C. Darius,<br>Intake Supervisor | (415) 625-5670 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court <u>WITHIN 90 DAYS</u> **of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐  More than 180 days have passed since the filing of this charge.

☒  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒  The EEOC is terminating its processing of this charge.

☐  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐  The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court** <u>WITHIN 90 DAYS</u> of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required ) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred** more than 2 years (3 years) **before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____
Michael Baldonado,
**District Director**

06/12/2012
*(Date Mailed)*

Enclosures(s)

cc:
UNITED AIRLINES
77 West Wacker Drive
Chicago, IL 60601

Spencer F. Smith
THE LAW OFFICE OF SPENCER SMITH
353 Sacramento Street
Suite 1120
San Francisco, CA 94111

**EXHIBIT D, PAGE 51**

# * * * EMPLOYMENT * * *

COMPLAINT OF DISCRIMINATION UNDER
THE PROVISIONS OF THE CALIFORNIA
FAIR EMPLOYMENT AND HOUSING ACT

DFEH #    **E201112M6419-00**

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **GADSON, ANNETTE** | **(201)921-7576** |

ADDRESS
**137 GARDEN STREET**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **TEANECK, NJ 07666** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |

ADDRESS
**PO BOX 8097**

DFEH USE ONLY

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **04/24/2012** | **00** |

THE PARTICULARS ARE:

I allege that on about or before
<u>04/24/2012</u> , the following
conduct occurred:

| | | |
|---|---|---|
| ____ termination | ____ denial of employment | ____ denial of family or medical leave |
| ____ laid off | _X_ denial of promotion | ____ denial of pregnancy leave |
| ____ demotion | ____ denial of transfer | ____ denial of equal pay |
| ____ harassment | ____ denial of accommodation | ____ denial of right to wear pants |
| ____ genetic characteristics testing | ____ failure to prevent discrimination or retaliation | ____ denial of pregnancy accommodation |
| ____ constructive discharge (forced to quit) | _X_ retaliation | |
| ____ impermissible non-job-related inquiry | ____ other (specify) _____ | |

by    **UNITED AIRLINES**

|  | Name of Person | Job Title (supervisor/manager/personnel director/etc.) |
|---|---|---|

because of :

| | | |
|---|---|---|
| ____ sex | ____ national origin/ancestry | ____ disability (physical or mental) | _X_ retaliation for engaging in protected |
| ____ age | ____ marital status | ____ medical condition (cancer or | activity or requesting a protected |
| ____ religion | ____ sexual orientation | genetic characteristic | leave or accommodation |
| _X_ race/color | ____ association | ____ other (specify) | |

State of what you
believe to be the
reason(s) for
discrimination

FROM 2009 TO THE PRESENT, I HAVE BEEN PASSED OVER FOR PROMOTIONS. LESS QUALIFIED NON AFRICAN AMERICAN CANDIDATES HAVE BEEN SELECTED FOR THE HIGHER MANAGEMENT POSITIONS. UNITED AIRLINES RETALIATED AGAINST ME BECAUSE I AM PART OF THE UNITED COALITION, A GROUP THAT FILED DISCRIMINATION CHARGES AGAINST UNITED AIRLINES IN 2010.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.

Dated  5/1/2012 2:45:00 PM

At   San Francisco

DATE FILED:   5/1/2012 2:45:00 PM

DFEH-300-03a (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

# EXHIBIT D, PAGE 52



STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                    EDMUND G. BROWN JR., Governor

## DEPARTMENT OF FAIR EMPLOYMENT & HOUSING

Phyllis W. Cheng, Director

39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

May 01, 2012

GADSON, ANNETTE
137 GARDEN STREET
TEANECK, NJ 07666

RE:  E201112M6419-00
    <u>GADSON/UNITED AIRLINES</u>

Dear GADSON, ANNETTE:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective May 01, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

**EXHIBIT D, PAGE 53**

Notice of Case Closure
Page Two


DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator


cc:    Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

**EXHIBIT D, PAGE 54**

# EXHIBIT E

**The Law Office of**
**Spencer F. Smith**

**Spencer F. Smith**
353 Sacramento Street, Suite 1120
San Francisco, CA. 94111
V: (415) 520-6950
F: (415) 520-0104

*VIA US MAIL*



April 27, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

     Re:    *Kenneth Haney v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire to file Kenneth Haney's charge against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information by **Tuesday, May 1, 2012.** Please contact me as soon as possible if there are any problems.

Sincerely,

Melanie K. Yabut
*Assistant to Spencer F. Smith*

enclosure

1

**EXHIBIT E, PAGE 55**

RECEIVED
MAY 0 1 2012
EEOC-SFDO

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: _Haney_   First Name: _Kenneth_   MI: _D_

Street or Mailing Address: _14207 Hanson Creek ct_   Apt or Unit #: _____

City: _Houston_   County: _____   State: _TX_   Zip: _____

Phone Numbers: Home: (_832_) _731-0104_   Work: (____) _____

Cell: (____)   Email Address: _KDH14207@AOL.COM_

Date of Birth: _07/04/59_   Sex: ☑ Male ☐ Female   Do You Have a Disability? ☐ Yes ☑ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
☑ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? _African American_

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: ██████████████   Relationship: ██████████

Address: ██████████   City: ██████████   State: ██████   Zip Code: ██████████

Home Phone: ██████████   Other Phone: (____) _____

**2. I believe that I was discriminated against by the following organization(s): (Check those that apply)**

☑ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: _United Airlines_

Address: _77 West Wacker Dr_   County: _____

City: _Chicago_   State: _IL_ Zip: _60601_   Phone: (800) _864-8331_

Type of Business: _Airlines_   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: _Jeff Smusek_   Phone: (800) _864-8331_

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☑ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☑ No

Date Hired: _11/23/1992_   Job Title At Hire: _First Officer_

Pay Rate When Hired: $ _32,020/yr_   Last or Current Pay Rate: $ _140,000/yr_

Job Title at Time of Alleged Discrimination: _Captain_   Date Quit/Discharged: _____

Name and Title of Immediate Supervisor: _Bo Ellis_

If Job Applicant, Date You Applied for Job _____   Job Title Applied For _____

**EXHIBIT E, PAGE 56**

4.  What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑Race  ☐ Sex  ☐Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☐ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information? _____ N/A _____
_____ N/A _____

Other reason (basis) for discrimination (Explain): _____

5.  What happened to you that you believe was discriminatory?  Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you.  Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A.  Date 2009 Present Action: I have been passed over for promotions from 2009 to the present. Less qualified non African American (See attached)

Name and Title of Person(s) Responsible: _____

B.  Date: _____ Action: _____

Name and Title of Person(s) Responsible _____

6.  Why do you believe these actions were discriminatory?  Please attach additional pages if needed.
_____

_____

7.  What reason(s) were given to you for the acts you consider discriminatory?  By whom?  His or Her Job Title?
_____

_____

8. Describe who was in the same or similar situation as you and how they were treated.  For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.  For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A._____

_____

B._____

_____

2

**EXHIBIT E, PAGE 57**

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|----------------------------------------------------------|-----------|-------------------------|

A. _____

B. _____

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|-----------|----------------------------------------------------------|-----------|-------------------------|

A. _____

B. _____

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
   ☐ Yes, I have a disability
   ☐ I do not have a disability now but I did have one
   ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____ N/A _____

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
   ☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____ N/A _____

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
   ☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

_____ N/A _____

Describe the changes or assistance that you asked for: _____

How did your employer respond to your request? _____

3

**EXHIBIT E, PAGE 58**

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|-----------|-----------|------------------------|-----------------------------------------------|
| A. | | | |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☐ Yes ☑ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing:

*N/A*

16. Have you sought help about this situation from a union, an attorney, or any other source? ☑ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

*Law Office of Spencer Smith     Suite #1120  S.F. CA*
*353 Sacramento St                    94111*

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

> **BOX 1** ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

> **BOX 2** ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____                    _4-26-12_
Signature                                           Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

**EXHIBIT E, PAGE 59**

**Kenneth Haney EEOC Form Attachment**

**#5 What happened to you that you believe was discriminatory?**

Action: (Cont.) candidates were selected for the management positions. These candidates were selected by a "tap on the shoulder" basis. Also, I have seen and heard derogatory comments in the workplace based on race. Also, I have experienced racial hostility while working at United Airlines.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 550-2012-01145 |

| Texas Workforce Commission Civil Rights Division | | and EEOC |
|---|---|---|
| *State or local Agency, if any* | | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Kenneth Haney | (832) 731-0104 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 14297 Hanson Creek Court, Houston, TX 77023 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNITED AIRLINES | 500 or More | (800) 864-8331 |

| Street Address | City, State and ZIP Code |
|---|---|
| 77 West Wacker Drive,  Chicago, IL 60601 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN   ☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION   ☐ OTHER (Specify) | Earliest: ___ Latest: 05-22-2012   ☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on or about November 23, 1992. My most recent job title is Captain and my immediate supervisor is Bo Ellis. Since 2009 to the present, I have been denied several promotional opportunities into management positions. These positions have been filled by less qualified, non-African-Americans candidates by a "tap on the shoulder" basis. Additionally, I have been subjected to racially charged and derogatory comments and hostile work environment.

Respondent has not stated a reason for its actions.

I believe I have been discriminated against because of my race (Black/African-American) in violation of Title VII of the Civil Rights Act of 1964, as amended.

**RECEIVED**

JUN 1 4 2012

**EEOC-SFDO**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| X 6-13-12   X *[signature]* Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

**EXHIBIT E, PAGE 61**

EEOC Form 161-B

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Kenneth Haney<br>14297 Hanson Creek Court<br>Houston, TX 77023 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-01145 | Darlene G. Turner,<br>Investigator Support Asst | (415) 625-5673 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

| | More than 180 days have passed since the filing of this charge. |
|---|---|
| **X** | Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge. |
| **X** | The EEOC is terminating its processing of this charge. |
| | The EEOC will continue to process this charge. |

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

| | The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost. |
|---|---|
| | The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time. |

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____     6-15-12

for   Michael Baldonado,     *(Date Mailed)*
District Director

Enclosures(s)

cc:
Megan Detzner
UNITED AIRLINES - WHQLD
1200 E. Algonquin
Elk Grove Village, IL 60007

Spencer F. Smith
THE LAW OFFICE OF SPENCER F. SMITH
353 Sacramento Street, Suite 1120
San Francisco, CA 94111

**EXHIBIT E, PAGE 62**

# * * * EMPLOYMENT * * *

COMPLAINT OF DISCRIMINATION UNDER
THE PROVISIONS OF THE CALIFORNIA
FAIR EMPLOYMENT AND HOUSING ACT

DFEH #   E201112M6407-00

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **HANEY, KENNETH** | **(832)731-0104** |

ADDRESS
**14207 HANSON CREEK COURT**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **HOUSTON, TX 77075** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |

ADDRESS
**PO BOX 8097**

DFEH USE ONLY

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **04/24/2012** | **00** |

THE PARTICULARS ARE:

I allege that on about or before
**04/24/2012** , the following
conduct occurred:

|   |   |   |
|---|---|---|
| ___ termination | ___ denial of employment | ___ denial of family or medical leave |
| ___ laid off | X denial of promotion | ___ denial of pregnancy leave |
| ___ demotion | ___ denial of transfer | ___ denial of equal pay |
| X harassment | ___ denial of accommodation | ___ denial of right to wear pants |
| ___ genetic characteristics testing | ___ failure to prevent discrimination or retaliation | ___ denial of pregnancy accommodation |
| ___ constructive discharge (forced to quit) | ___ retaliation | |
| ___ impermissible non-job-related inquiry | ___ other (specify) _____ | |

by   **UNITED AIRLINES**

Name of Person _____    Job Title (supervisor/manager/personnel director/etc.) _____

because of :

|   |   |   |
|---|---|---|
| ___ sex | ___ national origin/ancestry | ___ disability (physical or mental) | ___ retaliation for engaging in protected |
| ___ age | ___ marital status | ___ medical condition (cancer or | activity or requesting a protected |
| ___ religion | ___ sexual orientation | genetic characteristic | leave or accommodation |
| X race/color | ___ association | ___ other (specify) _____ | |

State of what you
believe to be the
reason(s) for
discrimination

I HAVE BEEN PASSED OVER FOR PROMOTIONS SINCE 2009 TO THE PRESENT BECAUSE ALL JOB OPENINGS AT UNITED AIRLINES HAVE NOT BEEN POSTED. LESS QUALIFIED NON AFRICAN-AMERICAN CANDIDATES WERE SELECTED FOR THE MANAGEMENT POSITIONS. THESE CANDIDATES WERE SELECTED BY A "TAP ON THE SHOULDER" BASIS. ALSO, I HAVE SEEN AND HEARD DEROGATORY COMMENTS IN THE WORKPLACE BASED ON RACE. I HAVE ALSO EXPERIENCED RACIAL HOSTILITY WHILE WORKING AT UNITED AIRLINES.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy not to process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.

Dated  **4/30/2012 9:05:00 AM**

At  San Francisco

DATE FILED:  **4/30/2012 9:05:00 AM**

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

## EXHIBIT E, PAGE 63

STATE OF CALIFORNIA -STATE AND CONSUMER SERVICES AGENCY                    EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                    Phyllis W. Cheng, Director

39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

April 30, 2012

HANEY, KENNETH
14207 HANSON CREEK COURT
HOUSTON, TX 77075

RE:   E201112M6407-00
      **HANEY/UNITED AIRLINES**

Dear HANEY, KENNETH:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 30, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

**EXHIBIT E, PAGE 64**

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator

cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

**EXHIBIT E, PAGE 65**

# EXHIBIT F

# SMITH
## PATTEN

Spencer F. Smith, Esq
Dow W. Patten, Esq
353 Sacramento Street, Suite 1120
San Francisco, CA 94111

*VIA U.S. MAIL*



June 27, 2012

U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260

     Re:   *Terence Hartsfield v. United Airlines*

To Whom It May Concern;

Our office represents the Plaintiff in the above referenced matter. I am enclosing the EEOC intake questionnaire and EEOC Charge of Discrimination to file Terence Hartsfield's complaint against United Airlines. I am also requesting an immediate right to sue in this matter sent to our office at the above listed information. Please contact me as soon as possible if there are any problems.

Sincerely,

Melanie K. Yabut
*Legal Assistant*
SMITH PATTEN

enclosure

1

P (415) 402-008
F (415) 520-010
www.smithpatten.com

**EXHIBIT F, PAGE 66**

Jun 27 12 08:52a        Terance hartsfield.            206-398-9405              p.2



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: HARTSFIELD    First Name: TERENCE    MI: _____

Street or Mailing Address: 3718 SOUTH 191st PLACE    Apt or Unit #: _____

City: SEATTLE    County: _____    State: WA    Zip: 98188

Phone Numbers: Home: (206) 850-4293    Work: ( )_____

Cell: ( )_____    Email Address: TERENCE.HARTSFIELD@GMAIL.COM

Date of Birth: 11/24/1969    Sex: ☑Male ☐ Female    Do You Have a Disability? ☐ Yes ☑No

Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☑No

ii. What is your Race?  Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
                                              ☑Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? _____ African American

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach Yo[u]

Name: ██████████████    Relationship: ██████

Address: ██████████████ City: ██████ Sta[te] Zip Code: ██████

Home Phone: ██████████████    Other Phone: ( )_____

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☑Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify)

Organization Contact Information (If the organization is an employer, provide the address where you actually worked.  If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: United Airlines

Address: 77 West Wacker Dr    County: _____

City: Chicago    State: IL Zip: 60601    Phone: (810) 864-8331

Type of Business: Airline    Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: Jeff Smisek    Phone: (810) 864-8331

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 - 100   ☐ 101 - 200   ☐ 201 - 500   ☑More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☑No

Date Hired: 10/30/1995    Job Title At Hire: First Officer

Pay Rate When Hired: $ 35/hr    Last or Current Pay Rate: $ 137/hr

Job Title at Time of Alleged Discrimination: Captain    Date Quit/Discharged: N/A

Name and Title of Immediate Supervisor: Andy Allen, Chief Pilot

If Job Applicant, Date You Applied for Job _____ Job Title Applied For _____

**EXHIBIT F, PAGE 67**

4. What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑Race ☐ Sex ☐Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information: circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____ N/A _____

If you checked genetic information, how did the employer obtain the genetic information? ____ N/A ____

Other reason (basis) for discrimination (Explain): _____ N/A _____

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. (*Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor*)

A. Date: 2009-PRESENT Action: I have been passed over for promotions. All the openings at United have not been posted. Less qualified (see attached)

Name and Title of Person(s) Responsible: _____

B. Date: _____ Action: _____

Name and Title of Person(s) Responsible _____

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.

These actions were discriminatory because UAL did not give all qualified candidates a fair chance to apply to management positions.

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?

No reasons were given and no notification was given when I applied to a management position in 2009.

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |

2

Jun 27 12 08:52a        Terence hartsfield

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A._____

_____

B._____

_____

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A._____

_____

B._____

_____

Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
   ☐ Yes, I have a disability
   ☐ I do not have a disability now but I did have one
   ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____ N/A _____

_____

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
   ☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____ N/A _____

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
   ☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

_____ N/A _____

Describe the changes or assistance that you asked for: _____

_____

_____

How did your employer respond to your request? _____

_____

3

**EXHIBIT F, PAGE 69**

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|-----------|-----------|------------------------|-----------------------------------------------|

A.

B.

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☒ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing:

N/A

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☒ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Smith Patten                                    S.F. CA 94111
353 Sacramento St Suite #1120

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2  ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____                    26 JUN 12
Signature                                          Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

Jun 27 12 08:53a        Terence hartsfield

---

**Terence Hartsfield EEOC Attachment**

**#5 What happened to you that you believe was discriminatory?**

Action: (Cont.) non African-American candidates have been selected for the management positions. Those candidates were selected by a "tap on the shoulder" basis.

Jun 27 12 01:52p        Terence Hartsfield                    206-8/ 9406            p.2

EEOC Form 5 (1/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 550-2012-01733 |

| California Department of Fair Employment and Housing | | and EEOC |
|---|---|---|
| State or local Agency, if any | | |

| Name (Indicate Mr, Ms, Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Terence Hartsfield | 206-850-4278 | 11/24/69 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 3718 SOUTH 191ST PLACE SEATTLE, WASHINGTON 98188 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNITED AIRLINES | 500 | 800-864-8331 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 77 WEST WACKER DRIVE CHICAGO, ILLINOIS 60601 | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **2009**   Latest: **PRESENT**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for Respondent on October 30, 1995. My most recent job title is Captain.

From 2009 to the present, I have been passed over for promotions. All job openings at United have not been posted. Less qualified non-African-American candidates have been selected for the management positions. The selected candidates were selected by a "tap-on-the-shoulder" basis.

Respondent has not given any reason for their actions.

I believe that I was discriminated against because of my race (African-American), in violation of the Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

RECEIVED
JUN 29 2012
EEOC-SFDO

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Date        Charging Party Signature

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To:  Terence Hartsfield
3718 South 191st Place
Seattle, WA 98188

From:  San Francisco District Office
350 The Embarcadero
Suite 500
San Francisco, CA 94105

☐ On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2012-01733 | Darlene G. Turner, Investigator Support Asst | (415) 625-5673 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*                                            6/29/12

Michael Baldonado,                                    (Date Mailed)
District Director

Enclosures(s)

cc:  Megan Detzner
Senior Staff Representative
UNITED AIRLINES-WHQLD
1200 E. Algonquin
Elk Grove Village, IL 60007

Spencer F. Smith
SMITH PATTEN
353 Sacramento Street, Suite 1120
San Francisco, CA 94111

**EXHIBIT F, PAGE 73**

# * * * EMPLOYMENT * * *

COMPLAINT OF DISCRIMINATION UNDER
THE PROVISIONS OF THE CALIFORNIA
FAIR EMPLOYMENT AND HOUSING ACT

DFEH #     **E201112M6673-00**

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (Indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **HARTSFIELD, TERENCE** | **(206)850-4278** |

| ADDRESS | | |
|---|---|---|
| **3718 SOUTH 191ST PLACE** | | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SEATTLE, WA 98188** | **OUT OF STATE** | **000** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **UNITED AIRLINES** | **(800)864-8331** |

| ADDRESS | DFEH USE ONLY |
|---|---|
| **PO BOX 8097** | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SAN FRANCISCO, CA 94128** | **SAN FRANCISCO** | **075** |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE |
|---|---|---|
| **500+** | **06/22/2012** | **00** |

THE PARTICULARS ARE:

I allege that on about or before
06/22/2012 , the following
conduct occurred:

| | | |
|---|---|---|
| ___ termination | ___ denial of employment | ___ denial of family or medical leave |
| ___ laid off | _X_ denial of promotion | ___ denial of pregnancy leave |
| ___ demotion | ___ denial of transfer | ___ denial of equal pay |
| ___ harassment | ___ denial of accommodation | ___ denial of right to wear pants |
| ___ genetic characteristics testing | ___ failure to prevent discrimination or retaliation | ___ denial of pregnancy accommodation |
| ___ constructive discharge (forced to quit) | ___ retaliation | |
| ___ impermissible non-job-related inquiry | ___ other (specify) _____ | |

by     **UNITED AIRLINES**

because of :

Name of Person _____     Job Title (supervisor/manager/personnel director/etc.) _____

| | | |
|---|---|---|
| ___ sex | ___ national origin/ancestry | ___ disability (physical or mental) | ___ retaliation for engaging in protected |
| ___ age | ___ marital status | ___ medical condition (cancer or | activity or requesting a protected |
| ___ religion | ___ sexual orientation | genetic characteristic | leave or accommodation |
| _X_ race/color | ___ association | ___ other (specify) _____ | |

State of what you
believe to be the
reason(s) for
discrimination

I HAVE BEEN PASSED OVER FOR PROMOTIONS SINCE 2009 TO THE PRESENT BECAUSE ALL JOB OPENINGS AT UNITED AIRLINES HAVE NOT BEEN POSTED. LESS QUALIFIED NON AFRICAN-AMERICAN CANDIDATES WERE SELECTED FOR THE MANAGEMENT POSITIONS. THESE CANDIDATES WERE SELECTED BY A "TAP ON THE SHOULDER" BASIS.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.

Dated 6/27/2012 11:17:00 AM

At  SAN FRANCISCO

DATE FILED:  6/27/2012 11:17:00 AM

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

# EXHIBIT F, PAGE 74

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                EDMUND G. BROWN JR., Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                                            Phyllis W. Cheng, Director
39141 CIVIC CENTER DRIVE, SUITE 410, FREMONT, CA 94538
(510) 789-1085
www.dfeh.ca.gov

June 27, 2012

HARTSFIELD, TERENCE
3718 SOUTH 191ST PLACE
SEATTLE, WA 98188

RE:  E201112M6673-00
     HARTSFIELD/UNITED AIRLINES

Dear HARTSFIELD, TERENCE:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective June 27, 2012 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Kate Riley
District Administrator

cc:   Case File

JEFF SMISEK
PRESIDENT/CEO
UNITED AIRLINES
77 WEST WACKER DRIVE
CHICAGO IL 60601

DFEH-200-43 (06/06)

**EXHIBIT F, PAGE 76**