IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON, et al., | No. C-12-2730 MMC |
| Plaintiffs, | **ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY OF DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |
| v. | |
| UNITED CONTINENTAL HOLDINGS, INC., et al., | |
| Defendants. | |

On February 14, 2014, plaintiffs electronically filed a document titled "Opposition to Defendants' Motion to Dismiss Fourth Amended Complaint and Motion to Strike." Plaintiffs have violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiffs are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Plaintiffs are hereby advised that if they fail in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the

record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: February 24, 2014

_____
MAXINE M. CHESNEY
United States District Judge