IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON, et al., | No. C-12-2730 MMC |
| Plaintiffs, | **ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE** |
| v. | |
| UNITED CONTINENTAL HOLDINGS, INC., et al., | |
| Defendants. | |

    Before the Court are two motions filed January 31, 2014 by defendants United Airlines, Inc. and Continental Airlines, Inc.  Plaintiffs have filed opposition, to which defendants have replied.  Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for decision on the parties' respective written submissions and hereby VACATES the hearing scheduled for March 14, 2014.

    **IT IS SO ORDERED.**

Dated: March 11, 2014

MAXINE M. CHESNEY
United States District Judge