IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELDRIDGE JOHNSON, et al.,

    Plaintiffs,

  v.

UNITED CONTINENTAL HOLDINGS, INC., et al.,

    Defendants.

          No. C-12-2730 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    In light of the pendency of defendants' motion to dismiss, the Case Management Conference, presently scheduled for May 23, 2014 is hereby CONTINUED to July 18, 2013, at 9:00 a.m. A Joint Case Management Statement shall be filed no later than July 11, 2014.

    **IT IS SO ORDERED.**

Dated: May 20, 2014

MAXINE M. CHESNEY
United States District Judge