IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON, et al., | No. C-12-2730 MMC |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS' MOTION TO COMPEL RULE 26 CONFERENCE; VACATING HEARING** |
| v. | |
| UNITED CONTINENTAL HOLDINGS, INC., et al., | |
| Defendants. | |

Before the Court is plaintiffs' "Motion to Compel Fed. R. Civ. P. 26(f) Conference of the Parties," filed May 16, 2014. Defendants have filed opposition; plaintiffs did not file a reply. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision on the parties' respective written submissions, VACATES the hearing noticed for June 20, 2014, and rules as follows.

By the instant motion, plaintiffs seek an order directing plaintiffs to "participate forthwith" in the conference required by Rule 26(f) of the Federal Rules of Civil Procedure. (See Pls.' Mot. at 3:8-10.)

Pursuant to Rule 26, "the parties must confer as soon as practicable – and in any event at least 21 days before a [Rule 16] scheduling conference is to be held." See Fed. R.

Civ. P. 26(f)(1).  Here, the initial case management conference is scheduled to be held on July 18, 2014, and, consequently, the conference required by Rule 26(f)(1) must occur no later than June 27, 2014.  Plaintiffs fail to show why the Rule 26(f)(1) conference should be conducted on an earlier date.

     Accordingly, plaintiffs' motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated:  June 16, 2014

MAXINE M. CHESNEY
United States District Judge