IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELDRIDGE JOHNSON, et al.,

        Plaintiffs,

  v.

UNITED CONTINENTAL HOLDINGS, INC., et al.,

        Defendants.

No. C-12-2730 MMC

**ORDER GRANTING IN PART AND DENYING IN PART DEFERRED PORTION OF DEFENDANTS' MOTION TO EXCEED PAGE LIMITS, TO ENLARGE TIME, AND TO CONTINUE CASE MANAGEMENT CONFERENCE**

      Before the Court is defendants' "Administrative Motion to Exceed Page Limits, to Enlarge Time, and to Continue August 8, 2014 Case Management Conference and Related Deadlines," filed July 2, 2014, by which defendants seek (1) as to their anticipated motion to sever and motion to dismiss/transfer based on improper venue, as well as for plaintiffs' oppositions thereto, an order increasing the page limitations from twenty-five to thirty-five pages; (2) as to the replies, an order increasing the page limitations from fifteen to twenty-five pages; and (3) as to each such motion, an order enlarging the briefing schedules.[1]

      Having considered the papers filed in connection with defendants' administrative

---

[1] By order filed July 9, 2014, the Court denied the motion to the extent it sought a continuance of the case management conference, and deferred ruling on the remaining issues pending further discussion at said conference.

motion, and having addressed the matter further at the case management conference conducted August 8, 2014, the Court finds good cause has been shown for the requested increase in the page limitations applicable to the motion to sever and opposition thereto, and for an enlargement of the briefing schedule for said motion.

Accordingly, defendants' administrative motion is hereby GRANTED in part and DENIED in part as follows:

1. To the extent defendants seek, as to their severance motion and the opposition thereto, an order increasing the page limitations from twenty-five to thirty-five pages, the motion is GRANTED.

2. To the extent defendants seek, as to their severance motion, an enlargement of the briefing schedule as jointly proposed at the case management conference, the motion is GRANTED.

3. In all other respects, the motion is DENIED; as to the venue motion, the denial is without prejudice to refiling after the severance motion has been determined.[2]

**IT IS SO ORDERED.**

Dated: August 11, 2014

MAXINE M. CHESNEY
United States District Judge

---

[2] At the time they filed their administrative motion, defendants anticipated filing the severance motion and venue motion simultaneously. At the case management conference, the parties and the Court agreed that the motions should be filed and heard sequentially.