IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON, et al., | No. C-12-2730 MMC |
| Plaintiffs, | **ORDER VACATING HEARING ON DEFENDANTS' MOTION TO SEVER PARTIES AND CLAIMS** |
| v. | |
| UNITED CONTINENTAL HOLDINGS, INC., et al., | |
| Defendants. | |

Before the Court is the "Motion to Sever Parties and Claims," filed October 3, 2014 by defendants United Air Lines, Inc. and Continental Airlines, Inc.  Plaintiffs have filed opposition, to which defendants have replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for December 5, 2014.

**IT IS SO ORDERED.**

Dated:  December 2, 2014

MAXINE M. CHESNEY
United States District Judge