1   DONNA M. MELBY (SB# 86417)
    donnamelby@paulhastings.com
2   JENNIFER S. BALDOCCHI (SB# 168945)
    jenniferbaldocchi@paulhastings.com
3   JI HAE KIM (SB# 275020)
    jihaekim@paulhastings.com
4   PAUL HASTINGS LLP
    515 South Flower Street, Twenty-Fifth Floor
5   Los Angeles, CA  90071-2228
    Telephone:  1(213) 683-6000
6   Facsimile:  1(213) 627-0705

7   GARY T. LAFAYETTE (SB# 088666)
    glafayette@lkclaw.com
8   LAFAYETTE & KUMAGAI LLP
    101 Mission Street, Suite 600
9   San Francisco, CA 94105-1738
    Telephone:  1(415) 357-4600
10  Facsimile:  1(415) 357-4605

11  Attorneys for Defendants
    UNITED AIRLINES, INC.;
12  AND CONTINENTAL AIRLINES, INC.

13                          UNITED STATES DISTRICT COURT

14                          NORTHERN DISTRICT OF CALIFORNIA

15  ELDRIDGE JOHNSON, MARIO ECUNG,          CASE NO. 3:12-CV-02730-MMC
    LEON MILLER, XAVIER PALMER,
16  KENNETH MONTGOMERY, ANNETTE             **DEFENDANTS' NOTICE OF MOTION
    GADSON, PAUL C. NOBLE, JOHNNIE E.       AND ADMINISTRATIVE MOTION TO
17  JONES, Jr., FREDERICK ROBINSON,         HAVE CERTIFIED COURT REPORTER
    GLEN ROANE, DAVID RICKETTS,             PRESENT TO RECORD JANUARY 23,
18  LESTER TOM, TERRY HAYNIE, SAL           2015 CASE MANAGEMENT
    CROCKER, ANTHONY MANSWELL,              CONFERENCE**
19  KARL MINTER, ERWIN WASHINGTON,
    DARRYL WILSON, LEO SHERMAN, KEN
20  HANEY, RICHARD JOHN, ODIE               Judge:      Hon. Maxine M. Chesney
    BRISCOE, and TERENCE HARTSFIELD,
21                                          Complaint filed:     May 29, 2012
                    Plaintiffs,             FAC filed:           July 20, 2012
22                                          SAC filed:           November 30, 2012
            vs.                             TAC filed:           May 20, 2013
23                                          Corrected TAC filed: June 21, 2013
    UNITED AIR LINES, INC.;                 4AC filed:           Jan. 3, 2014
24  CONTINENTAL AIRLINES, INC.; and
    DOES 1-10,
25
                    Defendants.
26

27

28

DEFTS' NOTICE OF MOTION AND
                                           MOTION TO HAVE COURT REPORTER
                                           PRESENT AT JANUARY 23 CMC

1

**NOTICE OF MOTION AND ADMINISTRATIVE MOTION**

2  TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD, SPENCER SMITH, DOW W.

3  PATTEN AND THE LAW OFFICES OF SMITH PATTEN:

4         PLEASE TAKE NOTICE that pursuant to the Northern District of California Local Rule

5  No. 7-11, Defendants United Airlines, Inc. ("United") and Continental Airlines, Inc.

6  ("Continental") (collectively "Defendants") will and hereby do file this Administrative Motion

7  with the Court for an order to have a certified court reporter present at the parties' Case

8  Management Conference, scheduled for January 23, 2015 at 10:30 a.m. ("January 23 CMC").

9         This Motion is made on the grounds that good cause exists to have the January 23 CMC

10  reported.  Given the complexity of the present case – which is brought by 23 Plaintiffs, each

11  asserting distinct claims and factual circumstances – the January 23 CMC will involve detailed

12  discussions that will affect the substance and course of this litigation.  Given the importance of

13  the January 23 CMC and the number of decisions that likely will result therefrom, Defendants

14  communicated with Plaintiffs' counsel in an attempt to obtain a stipulation to jointly request to

15  the Court to have a court reporter present at the conference.  Plaintiffs' counsel stated that they

16  will not oppose Defendants' motion.

17         This Motion is based upon this Notice and Memorandum of Points and Authorities in

18  support thereof, the accompanying Declaration of Jennifer S. Baldocchi ("Baldocchi Dec."), the

19  Court's record in this action, and all matters of which the Court may take judicial notice.

20

**MEMORANDUM OF POINTS AND AUTHORITIES**

21  **I.**      **PROCEDURAL BACKGROUND**

22         A court reporter is necessary for the January 23, 2015 CMC because this 23 Plaintiff case

23  presents complicated issues related to scheduling, severance, venue, discovery, and

24  manageability.  A written record will provide necessary guidance and limit the need for future

25  motion practice to clarify the parties' positions and the Court's decisions.  The CMC will address

26  how the litigation should progress, including detailed questions about the best way to handle

27  Defendants' concerns about the prejudice caused by the misjoinder of 23 Plaintiffs in a single

28  case, issues related to improper venue, and Defendants' continuing request to stay discovery and

1  disclosures until initial deficiencies are fully addressed.  The discussion and findings at the CMC

2  will significantly impact the future of this case.  Given the myriad issues before the Court, a

3  written record of the positions expressed by each party and the Court is essential.  A written

4  record will provide the parties with much-needed certainty as to the scope and progression of the

5  case going forward, and will lessen the need for motion practice to address future questions.

6  **II.    SPECIFIC ACTION REQUESTED:  TO HAVE A CERTIFIED COURT
7  REPORTER PRESENT AT THE AUGUST 8 CASE MANAGEMENT
   CONFERENCE**

8      Local Rule 7-11 requires Defendants to "set forth specifically the action requested."  By

9  this motion, Defendants seek an order from the Court to have a certified court reporter present to

10 record the January 23 CMC.

11
12 **III.   REASONS SUPPORTING THE MOTION:  THERE IS GOOD CAUSE TO HAVE
   THE AUGUST 8 CASE MANAGEMENT CONFERENCE REPORTED**

13     Local Rule 7-11 requires Defendants to set forth "the reasons supporting [this] motion."

14 There is good cause to have the January 23 CMC reported.

15     The purpose of the Case Management Conference is for the parties to address and discuss

16 with the Court each of the various agenda items contained in the parties' Joint Case Management

17 Statement.  *See* Case Management Conference Order, Dkt. No. 14, filed 08/09/12 ("Each party

18 shall be represented at the Case Management Conference by counsel prepared to address all of the

19 matters referred to in this Order.").  Defendants' anticipate that because of the complexity of this

20 case, and the many unique aspects of the case, the January 23 CMC will involve discussion of

21 substantive matters and a number of critical decisions that will affect the course of this litigation.

22 Good cause supports capturing such important discussions on the record.

23     For example, given the sheer number of Plaintiffs in this case – and in light of

24 Defendants' contention that Plaintiffs are misjoined and improperly venued in the present suit –

25 Defendants anticipate that the January 23 CMC topics will cover the parties' different positions

26 on how to properly manage the case.  The parties overwhelmingly disagree on how to handle

27 discovery, motion practice, and case scheduling.  Defendants seek to raise these issues with the

28

1   Court during the January 23 CMC and to obtain rulings regarding management of the case going

2   forward.

3          Among other things, the CMC will address the scheduling for Defendants' Motion to

4   Dismiss Plaintiffs' Fourth Amended Complaint ("4AC") for Improper Venue, Inconvenience and

5   Transfer ("Venue Motion") and the status of Defendants' Motion to Sever Parties and Claims

6   ("Severance Motion"), which is currently pending before the Court.  Discussions at the CMC also

7   will consider Defendants' position that the 4AC is incapable of response in a single answer,

8   because each Plaintiff asserts distinct claims and factual circumstances that require unique

9   responses and defenses.

10          Similarly, the parties disagree as to the proper timing, approach to and scope of discovery

11  at this juncture as well as the appropriate schedule for managing the remainder of the case.

12  Defendants continue to object to initial disclosures and any discovery at this procedural stage of

13  the case as premature and impractical, because Defendants' dispositive motions challenging

14  fundamental jurisdictional and manageability issues may result in Plaintiffs' claims being

15  dismissed or severed and transferred to different districts.  However, to the extent the Court

16  disagrees and any discovery is permitted in the near future, Defendants' position is that discovery

17  may potentially only be proper after foundational issues and steps are addressed as outlined in

18  Defendants' position in the Joint CMC Statement.[1]

19          Plaintiffs do not agree with Defendants' proposed schedule or position on initial

20  disclosures and discovery.  Thus, it is anticipated that the Court will resolve these important

21  matters at the January 23 CMC.  It is critical to capture these and other rulings on the record, in

22  order to, at minimum, memorialize the discussion and rulings so as to minimize any potential

23  future confusion and differences over these issues.

24  **IV.    PLAINTIFFS COUNSEL DO NOT OPPOSE THIS REQUEST**

25          The Local Rules express a preference for stipulations.  *See* Local Rule 7-11.  Consistent

26  with the Local Rules, Defendants attempted to obtain a stipulation from Plaintiffs' counsel to

27

28  [1] Defendants' proposals as to motion practice, discovery and scheduling will be more specifically
    set forth in the Joint CMC Statement.

                                          -3-

1    jointly request the Court to provide a certified court reporter at the January 23 CMC.  On January

2    9, 2015, counsel for Defendants, Jennifer S. Baldocchi, sent an email to Spencer Smith and Dow

3    Patten, counsel for Plaintiffs, explaining the need for a court reporter at the January 23 CMC.

4    Baldocchi Dec. ¶ 3, Ex. A.  Plaintiffs' counsel stated that they will not oppose this request for a

5    court reporter.  *Id*. at ¶ 4.

6    V.   **CONCLUSION**

7           For the foregoing reasons, Defendants respectfully request that the Court grant this

8    Administrative Motion To Have Certified Court Reporter Present To Record January 23, 2015

9    Case Management Conference.

10

11   DATED:  January  9, 2015            PAUL HASTINGS LLP

12

                                        By: _____/s/ Jennifer S. Baldocchi_____
13                                                     JENNIFER S. BALDOCCHI

14                                      Attorneys for Defendants
                                        UNITED AIRLINES, INC.;
15                                      CONTINENTAL AIRLINES, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28