IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON, et al., | No. C-12-2730 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DENYING AS MOOT DEFENDANTS' ADMINISTRATIVE MOTION FOR COURT REPORTER** |
| v. | |
| UNITED CONTINENTAL HOLDINGS, INC., et al., | |
| Defendants. | |

In light of the pendency of defendants' Motion to Sever Parties and Claims, the Court finds it appropriate to continue the Case Management Conference from January 23, 2015 to March 13, 2015, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than March 6, 2015.

Under the circumstances, defendants' Administrative Motion to Have Certified Court Reporter Present to Record January 23, 2015 Case Management Conference is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: January 16, 2015

MAXINE M. CHESNEY
United States District Judge