1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED AIR LINES, INC.;<br>CONTINENTAL AIRLINES, INC.; and<br>DOES 1-10,<br><br>　　　　　Defendants. | CASE NO. 3:12-CV-02730-VC<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO HAVE CERTIFIED COURT REPORTER PRESENT TO RECORD MARCH 24, 2015 CASE MANAGEMENT CONFERENCE<br>AS MODIFIED<br><br>Judge:　　Hon. Vince Chhabria<br><br>Complaint filed:　　May 29, 2012<br>FAC filed:　　　　　July 20, 2012<br>SAC filed:　　　　　November 30, 2012<br>TAC filed:　　　　　May 20, 2013<br>Corrected TAC filed:　June 21, 2013<br>4AC filed:　　　　　Jan. 3, 2014<br>5AC filed:　　　　　March 2, 2015 |

*Related cases*:

Ecung, Mario v. United Airlines, Inc. et al. 3:15-cv-00456 VC
Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC
Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC
Montgomery, United Airlines, Inc. et al. 3:15-cv-00459 VC
Gadson, Annette v. United Airlines, Inc. et al. 4:15-cv-00460 VC
Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC
Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC
Robinson, Frederick v. United Airlines, Inc. et al. 4:15-cv-00463 VC
Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC
Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC
Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC
Haynie, Terry v. United Airlines, Inc. et al. 4:15-cv-00467 VC
Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC
Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC
Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC
Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC
Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC
Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC
Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC
John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC
Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

1  Having considered the papers and all pleadings on file and good cause appearing therefor,
2  IT IS HEREBY ORDERED that Defendants' Administrative Motion To Have Certified Court
3  Reporter Present To Record March 24, 2015 Case Management Conference is GRANTED as modified.

4
5  ☐  The Court will provide ~~a certified court reporter~~ FTR recording services at the Case Management Conference,
6  scheduled for March 24, 2015 at 1:30 p.m.

7
8
9  **IT IS SO ORDERED.**
10
11  Dated: March 20_____, 2015

*IT IS SO ORDERED AS MODIFIED*
Judge Vince Chhabria
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA