UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELDRIDGE JOHNSON,

Plaintiff,

vs.

UNITED AIR LINES, INC.; CONTINENTAL AIRLINES, INC.; and DOES 1-10,

Defendants.

CASE NO. 3:12-CV-02730-VC

**[~~PROPOSED~~] ORDER TO HAVE APRIL 9, 2015 CASE MANAGEMENT CONFERENCE RECORDED**

AS MODIFIED

Judge: Hon. Vince Chhabria

| | |
|---|---|
| Complaint filed: | May 29, 2012 |
| FAC filed: | July 20, 2012 |
| SAC filed: | November 30, 2012 |
| TAC filed: | May 20, 2013 |
| Corrected TAC filed: | June 21, 2013 |
| 4AC filed: | January 3, 2014 |
| 5AC filed: | March 2, 2015 |

*Related cases*:
Ecung, Mario v. United Airlines, Inc. et al. 3:15-cv-00456 VC
Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC
Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC
Montgomery, United Airlines, Inc. et al. 3:15-cv-00459 VC
Gadson, Annette v. United Airlines, Inc. et al. 4:15-cv-00460 VC
Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC
Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC
Robinson, Frederick v. United Airlines, Inc. et al. 4:15-cv-00463 VC
Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC
Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC
Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC
Haynie, Terry v. United Airlines, Inc. et al. 4:15-cv-00467 VC
Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC
Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC
Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC
Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC
Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC
Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC
Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC
John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC
Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

Having considered the papers and all pleadings on file and good cause appearing therefore, IT IS HEREBY ORDERED that the Stipulation To Have April 9, 2015 Case Management Conference Recorded is GRANTED, as follows:

XX The Court will provide FTR recording services to record the Case Management Conference scheduled for April 9, 2015 at 10:00 a.m. All proceedings in these related cases will be recorded.

IT IS SO ORDERED.

Dated: April 9, 2015

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED AS MODIFIED

Judge Vince Chhabria