UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED AIRLINES, INC., et al.,<br><br>　　　　Defendants. | Case No. 12-cv-02730-VC<br><br>**ORDER DENYING MOTION TO CERTIFY APPEAL AND DENYING MOTION TO STAY** |

On May 22, 2015, the Court dismissed the race discrimination claims relating to unposted positions. Dismissal was with leave to amend. The plaintiff now requests that the Court certify the dismissal for interlocutory appeal. That request is denied, as is the motion to stay the case pending appeal.

**IT IS SO ORDERED.**

Dated: June 11, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　
VINCE CHHABRIA
United States District Judge