United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   ELDRIDGE JOHNSON,                        Case No.  12-cv-02730-VC

             Plaintiff,
8
        v.                                   **ORDER RE FILING OF SIXTH
9                                            AMENDED COMPLAINT**

    UNITED AIRLINES, INC., et al.,
10
             Defendants.
11
    AND COORDINATED CASES:
12
    Ecung, Mario v. United Airlines, Inc. et al.
13
    3:15-cv-00456 VC
14
    Miller, Leon v. United Airlines, Inc. et al.
15
    3:15-cv-00457 VC
16
    Palmer, Xavier v. United Airlines, Inc. et al.
17
    3:15-cv-00458 VC
18
    Noble, Paul C. v. United Airlines, Inc. et al.
19
    3:15-cv-00461 VC
20
    Jones Jr., Johnnie E. v. United Airlines, Inc.
21
    et al. 3:15-cv-00462 VC
22
    Robinson, Frederick v. United Airlines, Inc.
23
    et al. 4:15-cv-00463 VC
24
    Roane, Glen v. United Airlines, Inc. et al.
25
    3:15-cv-00464 VC
26
    Ricketts, David v. United Airlines, Inc. et al.
27
    3:15-cv-00465 VC
28

United States District Court
Northern District of California

1    Tom, Lester v. United Airlines, Inc. et al.

2    3:15-cv-00466 VC

3    Crocker, Sal v. United Airlines, Inc. et al.

4    3:15-cv-00468 VC

5    Manswell, Anthony v. United Airlines, Inc.

6    et al. 3:15-cv-00469 VC

7    Minter, Karl v. United Airlines, Inc. et al.

8    3:15-cv-00470 VC

9    Washington, Erwin v. United Airlines, Inc. et

10   al. 4:15-cv-00471 VC

11   Wilson, Darryl v. United Airlines, Inc. et al.

12   3:15-cv-00472 VC

13   Sherman, Leo v. United Airlines, Inc. et al.

14   3:15-cv-00473 VC

15   Haney, Ken v. United Airlines, Inc. et al.

16   3:15-cv-00474 VC

17   John, Richard v. United Airlines, Inc. et al.

18   3:15-cv-00475 VC

19   Briscoe, Odie v. United Airlines, Inc. et al.

20   3:15-cv-00476 VC

21   Hartsfield, Terrence v. United Airlines, Inc.

22   et al. 3:15-cv-00477 VC

23

24        Notwithstanding their lawyers' failure to meet the deadline to file sixth amended

25   complaints on behalf of each plaintiff in these related cases, the plaintiffs are hereby given one

26   final opportunity to file sixth amended complaints.  The sixth amended complaint for each

27   plaintiff is due June 30, 2015.  Absent truly extraordinary circumstances (such as an impending

28   substitution of counsel) no further extension will be granted.  And the Court repeats that the

2

plaintiffs will not receive another chance to amend after filing their sixth amended complaints.

**IT IS SO ORDERED.**

Dated: June 24, 2015

VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California

3