# EXHIBIT A

# PAUL
# HASTINGS

1(213) 683-6133
jenniferbaldocchi@paulhastings.com

July 13, 2015

79763.00002

VIA EMAIL AND FACSIMILE

Spencer Smith, Esq.
Dow Patten, Esq.
Smith Patten
353 Sacramento Street, Suite 1120
San Francisco, CA 94111

Re:   *Johnson v. United Airlines, Inc., et al*, and related cases

Dear Mr. Patten and Mr. Smith:

Further to my letter of today's date regarding dates for each of the Plaintiffs' depositions, we write to confer with you about the location of the depositions. For the convenience of the witnesses United plans to take the depositions in the city where each Plaintiff is domiciled. Please let us know if Plaintiffs object to the depositions occurring at or near their domiciles.

For your convenience, the proposed dates of the depositions (which were originally communicated in my prior letter of today) are set forth again below:

| PLAINTIFF | DEPOSITION DATES |
| --- | --- |
| Eldridge Johnson | August 13-14 |
| Paul Noble | August 18-19 |
| Lester Tom | August 26-27 |
| Terrence Hartsfield | September 2-3 |
| Odie Briscoe | September 9-10 |
| Anthony Manswell | September 16-17 |
| Karl Minter | September 23-24 |
| Glen Roane | September 29-30 |
| Leo Sherman | October 6-7 |
| Darryl Wilson | October 14-15 |
| Sal Crocker | October 20-21 |

Paul Hastings LLP | 515 South Flower Street | Twenty-Fifth Floor | Los Angeles, CA 90071
t: +1.213.683.6000 | www.paulhastings.com

EXHIBIT A, PAGE 4

# PAUL
# HASTINGS

Spencer Smith, Esq.
Dow Patten, Esq.
July 13, 2015
Page 2

| | |
|---|---|
| Johnnie Jones | October 28-29 |
| Richard John | November 4-5 |
| Leon Miller | November 9-10 |
| Xavier Palmer | November 12-13 |
| David Ricketts | November 16-17 |
| Erwin Washington | November 19-20 |

As you are aware, the court has asked us to do our best to complete all of these depositions within a reasonably short time frame. Therefore, we have asked that you please respond on or before Wednesday of this week, July 15, 2015.

Thank you for your attention to these matters.

We look forward to hearing from you and working with you to get these depositions scheduled as proposed.

Sincerely,

*Jennifer Baldocchi*

Jennifer S. Baldocchi
of PAUL HASTINGS LLP

JSB

```
***********************
*** TX REPORT ***
***********************
```

TRANSMISSION OK

15 JUL 13 PM 4:18

| | |
|---|---|
| TX/RX NO | 0417 |
| CONNECTION TEL | 211*14155200104 |
| CONNECTION ID | |
| ST. TIME | 07/13 16:13 |
| USAGE T | 01'00 |
| PGS. SENT | 3 |
| RESULT | OK |

# PAUL HASTINGS

15 JUL 13 PM 4:08

## FAX TRANSMISSION

| to: | company/office: | fax: | telephone: |
|---|---|---|---|
| Spencer Smith, Esq. | Dow Patten, Esq. | (415) 520-0104 | |

| from: | fax: | telephone: | initials: |
|---|---|---|---|
| Jennifer S. Baldocchi | 1(213) 627-0705 | 1(213) 683-6133 | JSB2 |

| client name: | | client matter number: | 79763.00002 |
|---|---|---|---|
| | United Airlines | pages (with cover): | 3 |
| date: | July 13, 2015 | | |

comments: