# EXHIBIT B

# PAUL
# HASTINGS

1(213) 683-6133
jenniferbaldocchi@paulhastings.com

July 14, 2015                                                                79763.00002

VIA EMAIL AND FACSIMILE

Spencer Smith, Esq.
Dow Patten, Esq.
Smith Patten
353 Sacramento Street, Suite 1120
San Francisco, CA 94111

Re:    *Johnson v. United Airlines, Inc., et al*, and related cases

Dear Counsel:

Given that the court has set a time frame for specific discovery, we suggest that the parties file the stipulated protective order in each of the 20 actions deemed related in the Northern District.

Attached is the protective order that was entered in Montgomery. We presume that you are in agreement with filing the same stipulated protective order in the 20 cases pending in the Northern District. Please confirm your agreement; alternatively, please let us know of any objection and any suggested alternative approach by Wednesday of this week.

Thank you very much.

Sincerely,

Jennifer S. Baldocchi
of PAUL HASTINGS LLP

JSB

LEGAL_US_W # 82479322.1

Paul Hastings LLP  |  515 South Flower Street  |  Twenty-Fifth Floor  |  Los Angeles, CA 90071
t: +1.213.683.6000  |  www.paulhastings.com

EXHIBIT B, PAGE 7



# PAUL HASTINGS

**15 JUL 14  PM 1:58**

## *FAX TRANSMISSION*

| to: | company/office: | fax: | telephone: |
|---|---|---|---|
| Spencer Smith, Esq.<br>Dow Patten, Esq. | Smith Patten | (415) 520-0104 | |

| from: | fax: | telephone: | initials: |
|---|---|---|---|
| Jennifer S. Baldocchi | 1(213) 627-0705 | 1(213) 683-6133 | JSB2 |

| client name: | United Airlines | client matter number: | 79763.00002 |
|---|---|---|---|
| date: | July 14, 2015 | pages (with cover): | 2 |

comments:

---

*If you do not receive all pages, please call Facsimile Center: 1(213) 683-5059*

*This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the below address via the U.S. Postal Service. Thank you.*

Paul Hastings LLP  I  515 South Flower Street  I  Twenty-Fifth Floor  I  Los Angeles, CA 90071
t: +1.213.683.6000  I  www.paulhastings.com

EXHIBIT B, PAGE 8

```
********************
***   TX REPORT   ***
********************
```

TRANSMISSION OK

15 JUL 14 PM 1:59

| | |
|---|---|
| TX/RX NO | 3052 |
| CONNECTION TEL | 701*14155200104 |
| CONNECTION ID | |
| ST. TIME | 07/14 13:58 |
| USAGE T | 00'45 |
| PGS. SENT | 2 |
| RESULT | OK |

# PAUL
# HASTINGS

## *FAX TRANSMISSION*

15 JUL 14 PM 1:58

| to: | company/office: | fax: | telephone: |
|---|---|---|---|
| Spencer Smith, Esq. Dow Patten, Esq. | Smith Patten | (415) 520-0104 | |

| from: | fax: | telephone: | initials: |
|---|---|---|---|
| Jennifer S. Baldocchi | 1(213) 627-0705 | 1(213) 683-6133 | JSB2 |

| client name: | | client matter number: | |
|---|---|---|---|
| United Airlines | | 79763.00002 | |

| date: | | pages (with cover): | |
|---|---|---|---|
| July 14, 2015 | | 2 | |

comments: