1  DONNA M. MELBY (SB# 86417)
   donnamelby@paulhastings.com
2  JENNIFER S. BALDOCCHI (SB# 168945)
   jenniferbaldocchi@paulhastings.com
3  JI HAE KIM (SB# 275020)
   jihaekim@paulhastings.com
4  PAUL HASTINGS LLP
   515 South Flower Street, Twenty-Fifth Floor
5  Los Angeles, CA  90071-2228
   Telephone:  1(213) 683-6000
6  Facsimile:  1(213) 627-0705

7  GARY T. LAFAYETTE (SB# 088666)
   glafayette@lkclaw.com
8  LAFAYETTE & KUMAGAI LLP
   101 Mission Street, Suite 600
9  San Francisco, CA 94105-1738
   Telephone:  1(415) 357-4600
10 Facsimile:  1(415) 357-4605

11 *Related cases listed on next page.*

12 Attorneys for Defendants
   UNITED AIRLINES, INC.;
13 AND CONTINENTAL AIRLINES, INC.

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17 ELDRIDGE JOHNSON, an individual,<br><br>18               Plaintiff,<br><br>     v.<br>19<br>   UNITED AIR LINES, INC.;<br>   CONTINENTAL AIRLINES, INC.;<br>20 and DOES 1-10,<br><br>21               Defendant. | Case No. 3:12-CV-02730-VC<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING RE DEFENDANTS' MOTION FOR PROTECTIVE ORDER<br><br>Complaint filed:      May 29, 2012<br>FAC filed:            July 20, 2012<br>SAC filed:            November 30, 2012<br>TAC filed:            May 20, 2013<br>Corrected TAC filed: June 21, 2013<br>4AC filed:            January 3, 2014<br>5AC filed:            March 2, 2015<br>6AC filed:            June 30, 2015 |

27

28

CASE NO. 3:12-CV-02730-VC

[PROPOSED] ORDER GRANTING DEFTS'
ADMINISTRATIVE MOTION

*Related cases*:

Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC
Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC
Montgomery, United Airlines, Inc. et al. 1:15-cv-00697 LMB JFA
Gadson, Annette v. United Airlines, Inc. et al. 2:15-cv-03642 MCA MAH
Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC
Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC
Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC
Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC
Robinson, Frederick v. United Airlines, Inc. et al. 3:15-cv-00463 VC
Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC
Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC
Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC
Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC
Washington, Erwin v. United Airlines, Inc. et al. 3:15-cv-00471 VC
Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC
Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC
Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC
John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC
Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

Having considered the papers and all pleadings on file and good cause appearing therefor, IT IS HEREBY ORDERED that Defendants' Administrative Motion To Shorten Time For Briefing And Hearing Re Defendants' Motion For Protective Order is GRANTED.

- ☐ Defendants' Motion for Protective Order ("Motion for Protective Order"), attached as Exhibit I to the Declaration of Jennifer S. Baldocchi in Support of Defendants' Administrative Motion to Shorten Hearing and Briefing Schedule and Defendants' Motion for Protective Order re Confidentiality, is deemed filed and served as of Friday, July 31, 2015.
- ☐ Service of this Order is deemed completed as of the date of this Order.
- ☐ Plaintiff shall have until Friday, August 7, 2015 to file an opposition to Defendants' Motion for Protective Order re Confidentiality.
- ☐ Defendants shall have until Tuesday, August 11, 2015 to file a reply to Plaintiff's opposition to Defendants' Motion for Protective Order re Confidentiality.
- ☐ The hearing on Defendants' Motion for Protective Order re Confidentiality will take place on Thursday, August 13, 2015 at 10:00 a.m. in Courtroom 4.

IT IS SO ORDERED.

Dated: __August 4_____, 2015

*IT IS SO ORDERED*
*Judge Vince Chhabria*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

CASE NO. 3:12-CV-02730-VC -1- [PROPOSED] ORDER GRANTING DEFTS' ADMINISTRATIVE MOTION