DONNA M. MELBY (SB# 86417)
donnamelby@paulhastings.com
JENNIFER S. BALDOCCHI (SB# 168945)
jenniferbaldocchi@paulhastings.com
JI HAE KIM (SB# 275020)
jihaekim@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA  90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

GARY T. LAFAYETTE (SB# 088666)
glafayette@lkclaw.com
LAFAYETTE & KUMAGAI LLP
100 Spear Street, Suite 600
San Francisco, CA 94105
Telephone:  1(415) 357-4600
Facsimile:  1(415) 357-4605

Attorneys for Defendants
UNITED AIRLINES, INC.
AND CONTINENTAL AIRLINES, INC.

*Related cases listed on next page.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED AIRLINES, INC.; CONTINENTAL AIRLINES, INC.; and DOES 1-10, <br><br> Defendants. | CASE NO. 3:12-CV-02730-VC <br><br> [PROPOSED] ORDER GRANTING DEFENDANTS' FEES AND COSTS IN CONNECTION WITH ORDER REGARDING SANCTIONS <br> AS MODIFIED <br><br> Judge:     Hon. Vince Chhabria <br><br> Complaint filed:  May 29, 2012 <br> FAC filed:  July 20, 2012 <br> SAC filed:  November 30, 2012 <br> TAC filed:  May 20, 2013 <br> Corrected TAC filed:  June 21, 2013 <br> 4AC filed:  January 3, 2014 <br> 5AC filed:  March 2, 2015 <br> 6AC filed:  June 30, 2015 |

*Related cases*:

Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC
Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC
Montgomery, United Airlines, Inc. et al. 3:15-cv-00459 VC
Gadson, Annette v. United Airlines, Inc. et al. 4:15-cv-00460 VC
Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC
Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC
Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC
Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC
Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC
Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC
Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC
Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC
Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC
Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC
Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC
Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC
John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC
Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

[PROPOSED] ORDER AS MODIFIED

Pursuant to the Court's direction during the Case Management Conference on July 9, 2015,[1] Defendants' hereby submit revised fees and costs in connection with the sanctions ordered by the Court in this and the related matters.

In connection with the preparation of the Case Management Statement:

|  | Original Partners Hours | Partners at 25% of Hours | Original Associate Hours | Associate at 25% of Hours | Original Total | Revised Total |
|---|---|---|---|---|---|---|
| **Hours** | 15.20 | 3.80 | 9.40 | 2.35 | 24.60 | **6.15** |
| **Rate** | $500 | $500 | $306 | $306 | | |
| **Total Fees Incurred** | $7,600.00 | $1,900 | $2,876.40 | $719.10 | $10,476.40 | **$2,619.10** |

In connection with preparing for the Case Management Conference:

|  | Original Partners Hours | Partners at 75% of Hours | Original Associate Hours | Associate at 75% of Hours | Original Total | Revised Total |
|---|---|---|---|---|---|---|
| **Hours** | 6.90 | 5.175 | 7.50 | 5.625 | 14.40 | **10.80** |
| **Rate** | $500 | $500 | $306 | $306 | | |
| **Total Fees Incurred** | $3,450.00 | $2,587.50 | $2,295.00 | $1,721.25 | $5,745.00 | **$4,308.75** |

Costs incurred travelling to and attending the Case Management Conference remain as originally set forth and are itemized as follows:

| Expense | Donna M. Melby | Ji Hae Kim | Total |
|---|---|---|---|
| **Flights** | $355.10 (one-way) | $355.10 (one-way) | $710.20 |
| **Transportation from court to hotel** | $7.75 | Shared transportation | $7.75 |

---

[1] At Page 3, lines 8-11 of the Case Management Conference Transcript of July 9, 2015 the Court stated, "…so what I'm going to do is cut by 75 percent the time spent preparing a Case Management Statement, and by 25 percent the time spent preparing for the Conference…" Defendants' revised fees have been calculated using this direction.

| | | | |
|---|---|---|---|
| **Transportation from hotel to court** | $0 | $0 | $0.00 |
| **Transportation from airport to hotel** | $68.85 | Shared transportation | $68.85 |
| **Transportation from hotel to airport** | $0 | $48.34 | $48.34 |
| **Meals** | $0 | $10.13 | $10.13 |
| **Hotel** | $533.59 | $439.43 | $973.02 |
| **Parking** | $0 | $62.00 | $62.00 |
| | | **Cost Total** | **$1,880.29** |

The Court hereby orders fees and costs in the total amount of $8,808.14, payable by Smith Patten to Paul Hastings LLP on or before August ~~15~~ 31, 2015.

**IT IS SO ORDERED.**

Dated: August 10, 2015

_____
VINCE CHHABRIA
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Vince Chhabria*

Submitted by:

DATED: August 5, 2015       PAUL HASTINGS LLP
                            DONNA M. MELBY
                            JENNIFER S. BALDOCCHI
                            JI HAE KIM


                            By:   /s/ Donna M. Melby
                                  DONNA M. MELBY

                            Attorneys for Defendants
                            UNITED AIRLINES, INC. and
                            CONTINENTAL AIRLINES, INC.