UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELDRIDGE JOHNSON,
Plaintiff,
v.

UNITED AIRLINES, INC., et al.,
Defendants.

AND COORDINATED CASES:
Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC
Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC
Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC
Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC
Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC
Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC
Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC
Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC
Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC
Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC
Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC
Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC
Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC
Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC
John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC
Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

Case No. 12-cv-02730-VC

**ORDER TO SHOW CAUSE RE SANCTIONS**

It appears obvious that this case will involve the exchange of material that must be subject to a protective order, and that the refusal by counsel for the plaintiffs to agree to a protective order is vexatious and in bad faith. Therefore, counsel for the plaintiffs are ordered to show cause why they should not be required to reimburse the defendants for the attorneys' fees incurred to bring this motion. *See, e.g., Quality Inv. Prop. Santa Clara, LLC v. Serrano Elec., Inc.*, 2010 WL 2889178 (N.D. Cal. July 22, 2010). Counsel for the plaintiffs must file a brief in response to this order to show cause by 8:00 p.m. on August 12, 2015, and they must be prepared at the hearing on the motion for a protective order to explain why they should not be so sanctioned. Counsel for the defendants must submit a declaration at the hearing setting forth the attorneys' fees that they believe plaintiffs' counsel should reimburse their clients. This declaration must be provided to counsel for the plaintiffs in advance of the hearing so they have an opportunity to object to it.

**IT IS SO ORDERED.**

Dated: August 11, 2015

_____
VINCE CHHABRIA
United States District Judge