UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELDRIDGE JOHNSON,
Plaintiff,

v.

UNITED AIRLINES, INC., et al.,
Defendants.

AND COORDINATED CASES:
Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC
Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC
Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC
Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC
Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC
Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC
Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC
Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC
Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC
Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC
Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC
Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC
Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC
Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC
John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC
Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

Case No. 12-cv-02730-VC

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER**

Re: Dkt. No. 194

The motion for a protective order is granted.  It is obvious that these cases will require the exchange of material whose contents must be kept confidential.  Indeed, the plaintiffs have already sought discovery of the contents of the personnel files of United employees.  The defendants are directed to submit proposed orders in each of the coordinated cases based on the Northern District of California's model protective order, with the only change being the addition of the "attorneys' eyes only" designation they've proposed.  The parties are ordered to meet and confer about categories of documents and other discovery materials that may be shared between cases and submit a stipulation by August 27.  The plaintiffs may file a supplemental brief, not to exceed 5 pages, in response to the court's order to show cause by August 20.

**IT IS SO ORDERED.**

Dated: August 14, 2015

_____
VINCE CHHABRIA
United States District Judge