# EXHIBIT A

REDACTED

**From:**
**Sent:** Tuesday, August 11, 2015 12:10 PM
**To:**
**Subject:** eTicket Itinerary and Receipt for Confirmation GEJ7VP

REDACTED



Confirmation:

Check-In >

Issue Date: August 11, 2015

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| MELBY/DONNA | | | 16B/24C |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Wed, 12AUG15 | UA5648 | M | BURBANK, CA (BUR) **6:43 PM** | SAN FRANCISCO, CA (SFO) **8:06 PM** | | |

Flight operated by SKYWEST AIRLINES doing business as UNITED EXPRESS.

| Thu, 13AUG15 | UA6245 | M | SAN FRANCISCO, CA (SFO) **4:40 PM** | BURBANK, CA (BUR) **6:05 PM** | | |

Flight operated by SKYWEST AIRLINES doing business as UNITED EXPRESS.

**FARE INFORMATION**

1

**Fare Breakdown**

| | |
|---|---|
| Airfare: | 635.36USD |
| U.S. Transportation Tax: | 47.64 |
| U.S. Flight Segment Tax: | 8.00 |
| September 11th Security Fee: | 11.20 |
| U.S. Passenger Facility Charge: | 9.00 |
| Per Person Total: | 711.20USD |

**Form of Payment:**
UATP
Last Four Digits 0020

**eTicket Total:**                              **711.20USD**

The airfare you paid on this itinerary totals: 635.36 USD

**The taxes, fees, and surcharges paid total: 75.84 USD**

Fare Rules:        Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 8/12/2015 Burbank, CA (BUR) to San Francisco, CA (SFO) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |
| 8/13/2015 San Francisco, CA (SFO) to Burbank, CA (BUR) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |

**Important Information about MileagePlus Earning**

☒ Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program

☒ Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual

☒ You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown

☒     PQD are a Premier status requirement for members in the U.S. only.

☒ Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

**Additional Baggage Information**
**The above amounts represent an estimate of the first and second checked baggage service charges that may apply to your itinerary.**
**If your itinerary contains multiple travelers, the service charges may vary by traveler, depending on status or memberships.**
**Carry-on baggage information**
United accepts one carry-on item with maximum dimensions of 9"x14"x22" (22 cm + 35 cm + 56 cm) in the aircraft cabin, along with one personal item such as a laptop bag with maximum dimensions of 9"x10"x17" (22 cm + 25 cm + 43 cm).
Due to FAA regulations, operating carriers may have different carry-on requirements.
Please check with the operating carrier for more information or go to underlined.com.
**General Baggage Information**
First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges
allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items
or sporting equipment, visit united.com/baggage.

## eTicket Reminders

☒ **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

**EXCEPTION**: When departing from Anchorage, Atlanta, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Fort Lauderdale, Honolulu, Houston, Indianapolis, Jacksonville, Kahului, Kona, Las Vegas, Los Angeles, Maui, Miami, Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Reno, San Francisco, San Juan, PR, St. Louis, Seattle, Tampa or Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes.

☒ **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.

☒ Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.

☒ Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.

☒ The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.

☒ For up to the minute flight information, sign-up for your Flight Status E-mail at united.com or call 1-800-824-6200; in Spanish 1-800-426-5561.

☒ If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.

☒ For the most current status of your reservation, flights and other important policies, go to united.com.

☒ Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above.

---

### Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience.
You may contact us using our Customer Care contact form at united.com

---

### Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years imprisonment and penalties of $250,000 or more (49 U.S.C. 5124).
Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods
include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials.
Additional information can be found on:
united.com restricted items page
FAA website Pack Safe page
TSA website Prohibited Items page

---

### Proud Member of Star Alliance

We are making connections so you make yours. You can earn and redeem miles on 27 member airlines offering over 18,000 daily flights to more than 1,300 destinations worldwide.
Go to www.staralliance.com to find out more. You've earned it.

---

### IMPORTANT CONSUMER NOTICES

☒ **Incorporated Terms** - Your travel is subject to United's Contract of Carriage terms. The Contract is available for inspection at any UA ticketing facility, united.com or by calling 1-800-UNITED-1. Passengers have the right to receive the full text of the terms incorporated by reference free of charge by mail or other delivery service. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations for filing a claim or lawsuit, and schedule changes and irregularities. The Contract of Carriage contains further detail of these terms.

☒ **Additional Terms** - Depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to one or more of the following, may apply to your travel: (1) the ticket may not be refundable but may be exchangeable for a fee with another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) travel may be restricted to specific flights and/or times and minimum and/or maximum stay may be required.

☒ **Baggage Liability** - On domestic flights, United's maximum liability limit for checked baggage is $3400 USD per passenger and United excludes liability for all unchecked baggage. For travel within the U.S., United excludes liability for fragile, valuable or perishable items carried in all baggage including jewelry, computers, cash, camera equipment and similar valuables. If any of these items are lost, damaged or delayed, you will not be entitled to any reimbursement. You can declare excess valuation on certain baggage at the airport, additional fees will apply.

☒ **ADVICE TO INTERNATIONAL PASSENGERS ON CARRIER LIABILITY** – Passengers on a journey involving an ultimate destination or stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including special contracts of carriage embodied in applicable tariffs, governs and may limit the liability of the Carrier in respect of death of or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

☒ **Notice—Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadline which are available upon request from the air carrier, persons denied boarding involuntarily are entitled to compensation. *The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

☒ **Personal Health** - For important health tips before your flight, including information on a serious condition called Deep Vein Thrombosis, please go to united.com.

**Thank you for choosing United Airlines**
united.com
Legal Notices. Privacy Policy
Copyright © {0} United Airlines, Inc. All rights reserved.

**Please do not reply to this message using the " reply " address.**
For assistance, please contact United Airlines via telephone or via e-mail.2015

# EXHIBIT B

REDACTED

**From:** Four Seasons Hotel San Francisco Reservations [mailto:reservations.sfr@fourseasons.com]
**Sent:** Tuesday, August 11, 2015 12:17 PM
**To:**
**Subject:** Reservation Confirmation for Ms. Melby: 12th August 2015                    REDACTED

 Reservation Confirmation

**Reservation Confirmation:**
**August 12, 2015 to August 13, 2015**

Four Seasons Hotel San Francisco
757 Market Street
San Francisco, California
U.S.A. 94103

Tel: 1 (415) 633-3000
Fax: 1 (415) 633-3001
E-mail: reservations.sfr@fourseasons.com
Web:  www.fourseasons.com/sanfrancisco



Dear Ms. Melby,

We are pleased to confirm the following reservation and look forward to welcoming you to Four Seasons Hotel San Francisco. Should you require further assistance, please contact our Reservations department via return e-mail or by calling the number listed above.

**ROOM RESERVATION DETAILS**

**Confirmation Number**

| | |
|---|---|
| **Guest Name** | Ms. Donna Melby |
| **Arrival Date** | Wednesday, August 12, 2015 |
| **Departure Date** | Thursday, August 13, 2015 |
| **Accommodation** | Deluxe King |
| **Number of Guests** | 1 Adult 0 Children |
| **Nightly Rate** | USD 420.00 per night<br>Plus 16.445% occupancy tax. |
| **Method of Guarantee** | Guaranteed for Arrival |
| **Arrival Details** | - Estimated Arrival Time at Hotel 20:00hrs |
| **Notes** | Please be prepared to show a business card or other company identification at check-in to secure your special corporate rate. |

## NEXT STEPS FOR PLANNING YOUR STAY

Should assistance with dining reservations or transportation arrangements be required, please contact our Concierge.

The Equinox Sports Club welcomes guests aged 16 years and older only. For the junior swimmers in your family, ask our Concierge for complimentary pool passes to a neighboring hotel within easy walking distance and fun pool toys for your little ones to enjoy.

For guests driving to our hotel for the first time, please note the valet parking entrance is accessed from Third Street. GPS drivers should input 217 Stevenson Street as their final destination.

Overnight parking is available for a fee of $53 plus tax for a 24 hour period.

Should you require additional information about our hotel, please visit our web site www.fourseasons.com/sanfrancisco. Our site includes a comprehensive guide to hotel services and amenities, menus, directions and maps, weather information, floor plans and photographs of our hotel.

| | |
|---|---|
| **Reservations** | 1 (415) 633-3636 |
| **Reservations E-mail** | reservations.sfr@fourseasons.com |
| **Main Telephone** | 1 (415) 633-3000 |
| **Guest Fax** | 1 (415) 633-3001 |

## IMPORTANT INFORMATION

| | |
|---|---|
| **Terms and Conditions** | prior to arrival. Please note that early departures will be charged one nights room and tax if stay is shortened after the check-in process. ; In order to avoid a charge of one night's room and tax relating to this reservation, it will be necessary to advise the hotel of any amendments or cancellations by 6:00 pm one day prior to arrival. Please note that early departures will be charged one nights room and |

tax if stay is shortened after the check-in process.

**Check-in Time**          3:00 pm

**Check-out Time**          12:00 noon

**Visa / Passport**          Please refer to your local US Consulate / Embassy for entry requirements.

*Experience the Best of San Francisco during your stay with our concierge recommendations in The Four Seasons San Francisco OurStay Amenity. It may be downloaded to your mobile device by clicking here.*

**Thank you for your reservation**
**We look forward to welcoming you to Four Seasons Hotel San Francisco**

# EXHIBIT C

REDACTED

**From:** S F Taxi via Square [mailto:receipts@messaging.squareup.com]
**Sent:** Wednesday, August 12, 2015 8:32 PM
**To:** Melby, Donna M.
**Subject:** Receipt from S F Taxi

Reply to this email to leave feedback for S F Taxi



$$\$53.53$$

| | |
|---|---|
| Custom Amount | $46.55 |
| | |
| Subtotal | $46.55 |
| Tip | $6.98 |
| | |
| Total | $53.53 |

1



AMEX 7008                          8/12/2015, 8:31 PM
                                        #hMU5
DONNA D MELBY

© 2015 Square, Inc. All rights reserved.
1455 Market Street, Suite 600, San Francisco, CA 94103

Square Privacy Policy
Not your receipt?

