United States District Court
Northern District of California

1

2  UNITED STATES DISTRICT COURT

3  NORTHERN DISTRICT OF CALIFORNIA

4

| ELDRIDGE JOHNSON,<br>Plaintiff,<br>v.<br><br>UNITED AIRLINES, INC., et al.,<br>Defendants.<br><br>AND COORDINATED CASES:<br>Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC<br>Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC<br>Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC<br>Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC<br>Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC<br>Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC<br>Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC<br>Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC<br>Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC<br>Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC<br>Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC<br>Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC<br>Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC<br>Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC<br>John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC<br>Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC<br>Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC | Case No. 12-cv-02730-VC<br><br>**ORDER**<br><br>Re: Dkt. No. 204 |
|---|---|

1    The order to show cause is vacated and the request for attorneys' fees is denied.  Although
2 counsel for the plaintiffs unreasonably refused to enter into a protective order, s*ee, e.g., Quality*
3 *Inv. Prop. Santa Clara, LLC v. Serrano Elec., Inc.*, 2010 WL 2889178 (N.D. Cal. July 22, 2010),
4 counsel for the defendants wasted a significant amount of their own time, the court's time, and the
5 plaintiffs' time by not following the procedures set forth in the court's standing order.

7    **IT IS SO ORDERED.**
8 Dated: August 25, 2015

VINCE CHHABRIA
United States District Judge