UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED AIRLINES, INC., et al.,<br><br>　　　　　Defendants. | Case No.  12-cv-02730-VC<br><br>**ORDER**<br><br>Re: Dkt. No. 226 |

　　　　The request to vacate the portion of the order to show cause requiring the plaintiff's personal appearance on September 10, 2015 is denied.

　　　　**IT IS SO ORDERED.**

Dated: September 2, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge