UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELDRIDGE JOHNSON,

    Plaintiff,

    v.

UNITED AIRLINES, INC., et al.,

    Defendants.

Case No. 12-cv-02730-VC

**ORDER RE APPLICATIONS TO APPEAR PRO HAC VICE**

Re: Dkt. Nos. 228, 229

    IT IS HEREBY ORDERED THAT the applications of Brian R. Mildenberg and J. Conor Corcoran are granted, subject to the terms and conditions of Civil L.R. 11-3, as to case number 12-cv-2370-VC only. All papers filed by the attorneys must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.  The applications of Brian R. Mildenberg and J. Conor Corcoran as to the plaintiffs on Exhibit A are denied without prejudice to renewal in those individual cases, subject to payment of the required application fee.

    **IT IS SO ORDERED.**

Dated: September 4, 2015

_____
VINCE CHHABRIA
United States District Judge