UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC., et al.,<br>Defendants.<br>AND COORDINATED CASES:<br>Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC<br>Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC<br>Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC<br>Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC<br>Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC<br>Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC<br>Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC<br>Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC<br>Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC<br>Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC<br>Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC<br>Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC<br>Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC<br>Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC<br>John, Richard v. United Airlines, Inc. et al. | Case No.  12-cv-02730-VC<br><br>**ORDER** |

| | |
|---|---|
| 3:15-cv-00475 VC<br>Briscoe, Odie v. United Airlines, Inc. et al.<br>3:15-cv-00476 VC<br>Hartsfield, Terrence v. United Airlines, Inc.<br>et al. 3:15-cv-00477 VC | |

This order memorializes the key points from the January 19, 2016 case management conference, which was held on the record:

- For any case in which the defendants intend to file a motion to dismiss and/or a motion to strike (as opposed to an answer), the filing deadline is February 17, 2016.  Oppositions are due March 17, 2016, and any replies are due March 31, 2016.  Opening and opposition briefs are limited to 15 pages.  Replies are limited to 10 pages.  A hearing on these motions is set for April 21, 2016 at 10 am.
- The same deadlines apply to any case in which the defendants wish to file an anti-SLAPP motion.  The motions and oppositions must not exceed 10 pages, and replies may not exceed 7 pages.
- With respect to the cases that implicate material the defendants assert is sealable, the defendants have not presented compelling reasons why the references in the pleadings to that material should be concealed from the public.  However, the defendants may file a supplemental brief, not to exceed 10 pages, by February 17, 2016 in support of the motion to file under seal.  Any opposition, not to exceed 10 pages, must be filed by March 17, 2016, and any reply, not to exceed 5 pages, must be filed by March 31, 2016.  A hearing is set for April 21, 2016 at 10 am.  References to that material can remain provisionally filed under seal (or be filed provisionally under seal) until that hearing.  The parties are encouraged to read *Ctr. for Auto Safety v. Chrysler Grp., LLC*, No. 15-55084, 2016 WL 142440 (9th Cir. Jan. 11, 2016).
- For any case in which the defendants intend to file an answer (rather than a motion to

dismiss and/or a motion to strike), the answers are due March 17, 2016.

- For any case in which the defendants intend to file a motion to transfer (regardless of whether the defendants have answered or filed a motion to dismiss/strike), the deadline to file the motion is March 17, 2016.  The deadline to respond is April 15, 2016, and any replies are due April 29, 2016.  A hearing will take place on the motions to transfer on May 19, 2016.
- The discovery stay remains in place except in the Haney and Hartsfield cases.  A plaintiff may move for limited relief from the discovery stay if necessary to respond to a motion to transfer.
- A further case management conference will take place on February 25, 2016 at 1:30 pm.

**IT IS SO ORDERED.**

Dated: January 20, 2016

_____
VINCE CHHABRIA
United States District Judge