UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC., et al.,<br>Defendants.<br>AND COORDINATED CASES:<br>Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC<br>Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC<br>Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC<br>Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC<br>Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC<br>Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC<br>Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC<br>Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC<br>Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC<br>Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC<br>Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC<br>Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC<br>Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC<br>Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC<br>John, Richard v. United Airlines, Inc. et al. | Case No.  12-cv-02730-VC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al.
3:15-cv-00476 VC
Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

The request to continue the case management conference in these cases is granted. The case management conference will be held Thursday, March 3, 2016 at 1:30 pm. The parties must file updated case management statements by Monday, February 29, 2016. In addition, by that date, the parties must either: (i) have resolved all pending discovery disputes (including but not limited to the dispute about initial disclosures) in the Haney and Hartsfield cases; or (ii) have submitted discovery letters regarding those disputes in accordance with this Court's standing order.

**IT IS SO ORDERED.**

Dated: February 23, 2016

_____
VINCE CHHABRIA
United States District Judge