UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC., et al.,<br>Defendants.<br>AND COORDINATED CASES:<br>Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC<br>Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC<br>Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC<br>Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC<br>Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC<br>Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC<br>Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC<br>Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC<br>Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC<br>Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC<br>Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC<br>Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC<br>Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC<br>Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC<br>John, Richard v. United Airlines, Inc. et al. | Case No.  12-cv-02730-VC<br><br>**ORDER** |

3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al.
3:15-cv-00476 VC
Hartsfield, Terrence v. United Airlines, Inc.
et al. 3:15-cv-00477 VC

This order summarizes the key points from the March 3, 2016 case management conference.

The briefing schedule to which the parties stipulated for any motions to dismiss, motions to strike, and special motions to strike remains the same. The deadline for supplemental briefing on the motion to seal remains the same as well. There will be no further continuances. However, the hearing will take place May 19, 2016 at 10am, rather than May 12.

If the parties reach agreement on outstanding issues relating to the pleadings, the presently-scheduled May 19, 2016 hearing date for any motions to transfer will remain in effect. The deadline for filing any motions to transfer will be April 5, 2016, so as to give the parties a bit of time to deal with any discovery issues relating to the transfer motions. Oppositions will be due April 22, and replies will be due May 10. If the parties are unable to reach agreement on outstanding issues relating to the pleadings, the deadlines relating to the motions to transfer will be vacated and set at a later time.

The parties should file a status report as soon as they have determined whether they will be able to reach agreement on outstanding issues relating to the pleadings.

A further case management conference will take place April 6, 2016 at 2:30 pm. Joint case management statements are due seven days beforehand. The parties should be prepared to discuss how the cases should be grouped for case management purposes and for trial purposes, and to reach a decision about which cases should be in which groups.

For any case in which an answer is filed, initial disclosures are due 14 days after the date the answer is filed.

2

**IT IS SO ORDERED.**

Dated: March 3, 2016

———————————————————
VINCE CHHABRIA
United States District Judge