DONNA M. MELBY (SB# 86417)
donnamelby@paulhastings.com
JENNIFER S. BALDOCCHI (SB# 168945)
jenniferbaldocchi@paulhastings.com
JI HAE KIM (SB# 275020)
jihaekim@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

GARY T. LAFAYETTE (SB# 088666)
glafayette@lkclaw.com
LAFAYETTE & KUMAGAI LLP
101 Mission Street, Suite 600
San Francisco, CA 94105-1738
Telephone:  1(415) 357-4600
Facsimile:  1(415) 357-4605

Attorneys for Defendants
UNITED AIRLINES, INC. AND
CONTINENTAL AIRLINES, INC.

*Additional counsel and related cases listed on next page.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, INC.;<br>CONTINENTAL AIRLINES, INC.; and<br>DOES 1-10,<br><br>Defendants. | CASE NO. 3:12-CV-02730-VC<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED APPLICATION TO EXTEND DEFENDANTS' MOTION DEADLINE BY TAKING TIME FROM PLAINTIFFS' RESPONSE DEADLINE**<br><br>Judge:         Hon. Vince Chhabria<br><br>Complaint filed:       May 29, 2012<br>FAC filed:             July 20, 2012<br>SAC filed:             November 30, 2012<br>TAC filed:             May 20, 2013<br>Corrected TAC filed:  June 21, 2013<br>4AC filed:             January 3, 2014<br>5AC filed:             March 2, 2015<br>6AC filed:             June 30, 2015<br>7AC filed:             Sept. 23, 2015<br>                       (Haney, Hartsfield)<br>                       Jan. 8 or 10, 2016<br>                       (16 Pls.)<br>Corrected 7AC filed:  Jan. 21, 2016<br>                       (14 Pls.) |

1  BRIAN R. MILDENBERG (PA BAR ID. 84861) (*pro hac vice*)
   brian@mildenberglaw.com
2  MILDENBERG LAW FIRM, PC
   1735 Market Street, Suite 3750
3  Philadelphia, PA 19103
   Telephone: (215) 545-4870
4
   Attorney for Plaintiffs ELDRIDGE JOHNSON, PAUL C. NOBLE, JOHNNIE E. JONES,
5  GLEN ROANE, SAL CROCKER, DARRYL WILSON, RICHARD JOHN, ODIE BRISCOE,
   ANTHONY MANSWELL, LEON MILLER, XAVIER PALMER, DAVID RICKETTS, LEO
6  SHERMAN, AND ERWIN WASHINGTON

7
   *Related cases*:
8  Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC
   Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC
9  Montgomery, United Airlines, Inc. et al. 1:15-cv-00697 LMB JFA
   Gadson, Annette v. United Airlines, Inc. et al. 2:15-cv-03642 MCA MAH
10 Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC
   Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC
11 Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC
   Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC
12 Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC
   Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC
13 Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC
   Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC
14 Washington, Erwin v. United Airlines, Inc. et al. 3:15-cv-00471 VC
   Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC
15 Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC
   Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC
16 John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC
   Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC
17 Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

18
19
20
21
22
23
24
25
26
27
28

Case No. 3:12-CV-02730-VC

[PROPOSED] ORDER GRANTING STIP.
APPLICATION TO EXTEND TIME

Having considered the papers and all pleadings on file and good cause appearing therefor, IT IS HEREBY ORDERED that the Stipulated Application to Extend Time to Respond to Plaintiffs' Corrected Seventh Amended Complaints and Supplemental Brief in Support of Motion to Seal is APPROVED as to Plaintiffs Eldridge Johnson, Paul C. Noble, Johnnie E. Jones, Glen Roane, Sal Crocker, Darryl Wilson, Richard John, Odie Briscoe, Anthony Manswell, Leon Miller, Xavier Palmer, David Ricketts, Leo Sherman, and Erwin Washington ("Plaintiffs") only, as follows:

a. Defendants' deadline to file Motions to Dismiss or Strike Plaintiffs' 7ACs, Anti-SLAPP Motions to Strike Plaintiffs' 7ACs, or otherwise respond to Plaintiffs' 7ACs shall be extended to March 14, 2016.

b. Defendants' deadline to file its Supplemental Brief in Support of the Motion to Seal also shall be extended to March 14, 2016.

c. All other previously set deadlines, including Plaintiffs' response deadlines and the reply deadlines, and all hearing dates, will remain unchanged.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 9, 2016         By: _____
                              HONORABLE VINCE CHHABRIA
                              UNITED STATES DISTRICT JUDGE

Case No. 3:12-CV-02730-VC                    -1-                [PROPOSED] ORDER GRANTING STIP. APPLICATION TO EXTEND TIME