1  DONNA M. MELBY (SB# 86417)
   donnamelby@paulhastings.com
2  JENNIFER S. BALDOCCHI (SB# 168945)
   jenniferbaldocchi@paulhastings.com
3  JI HAE KIM (SB# 275020)
   jihaekim@paulhastings.com
4  PAUL HASTINGS LLP
   515 South Flower Street
5  Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
6  Telephone:  1(213) 683-6000
   Facsimile:  1(213) 627-0705
7
   GARY T. LAFAYETTE (SB# 088666)
8  glafayette@lkclaw.com
   LAFAYETTE & KUMAGAI LLP
9  100 Spear Street, Suite 600
   San Francisco, CA 94105
10 Telephone:  1(415) 357-4600
   Facsimile:  1(415) 357-4605
11
   Attorneys for Defendants
12 UNITED AIRLINES, INC. AND
   CONTINENTAL AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED AIR LINES, INC.;<br>CONTINENTAL AIRLINES, INC.; and<br>DOES 1-10,<br><br>　　　　Defendants.<br><br>　AND<br><br>Miller, Leon v. United Airlines, Inc. et al.<br>3:15-cv-00457 VC<br><br>Palmer, Xavier v. United Airlines, Inc. et al.<br>3:15-cv-00458 VC<br><br>Noble, Paul C. v. United Airlines, Inc. et al.<br>3:15-cv-00461 VC | CASE NO. 3:12-CV-02730-VC<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION REGARDING DEFENDANTS' PROPOSED PAYMENT SCHEDULE FOR AWARD OF DEFENDANTS' ATTORNEYS' FEES AND COSTS**<br><br>Judge:　Hon. Vince Chhabria<br><br>Complaint filed:　May 29, 2012<br>FAC filed:　July 20, 2012<br>SAC filed:　Nov. 30, 2012<br>TAC filed:　May 20, 2013<br>Corrected TAC filed: June 21, 2013<br>4AC filed:　January 3, 2014<br>5AC filed:　March 2, 2015<br>6AC filed:　June 30, 2015<br>7AC filed:　Jan. 10, 2016<br>Corrected 7AC filed: Jan. 21, 2016 |

3:12-cv-02730-VC; 3:15-cv-00457 VC; 3:15-cv-00458 VC; 3:15-cv-00461 VC; 3:15-cv-00462 VC; 3:15-cv-00464 VC; 3:15-cv-00465 VC; 3:15-cv-00468 VC; 3:15-cv-00469 VC; 4:15-cv-00471 VC; 3:15-cv-00472 VC; 3:15-cv-00473 VC; 3:15-cv-00475 VC; 3:15-cv-00476 VC

ADMIN MOTION RE DEFTS' PROPOSED PAYMENT SCHEDULE FOR DEFTS' ATTORNEYS' FEES AND COSTS

| | |
|---|---|
| 1 | Jones Jr., Johnnie E. v. United Airlines, Inc. et al.<br>3:15-cv-00462 VC |
| 2 | Roane, Glen v. United Airlines, Inc. et al.<br>3:15-cv-00464 VC |
| 3 | |
| 4 | Ricketts, David v. United Airlines, Inc. et al.<br>3:15-cv-00465 VC |
| 5 | Crocker, Sal v. United Airlines, Inc. et al.<br>3:15-cv-00468 VC |
| 6 | Manswell, Anthony v. United Airlines, Inc. et al.<br>3:15-cv-00469 VC |
| 7 | Washington, Erwin v. United Airlines, Inc. et al.<br>4:15-cv-00471 VC |
| 8 | |
| 9 | Wilson, Darryl v. United Airlines, Inc. et al.<br>3:15-cv-00472 VC |
| 10 | Sherman, Leo v. United Airlines, Inc. et al.<br>3:15-cv-00473 VC |
| 11 | John, Richard v. United Airlines, Inc. et al.<br>3:15-cv-00475 VC |
| 12 | Briscoe, Odie v. United Airlines, Inc. et al.<br>3:15-cv-00476 VC |
| 13 | |

3:12-cv-02730-VC; 3:15-cv-00457 VC; 3:15-cv-00458 VC; 3:15-cv-00461 VC; 3:15-cv-00462 VC; 3:15-cv-00464 VC; 3:15-cv-00465 VC; 3:15-cv-00468 VC; 3:15-cv-00469 VC; 4:15-cv-00471 VC; 3:15-cv-00472 VC; 3:15-cv-00473 VC; 3:15-cv-00475 VC; 3:15-cv-00476 VC

-1-

ADMIN MOTION RE DEFTS' PROPOSED PAYMENT SCHEDULE FOR DEFTS' ATTORNEYS' FEES AND COSTS

*Related cases*:

Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC
Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC
Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC
Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

3:12-cv-02730-VC; 3:15-cv-00457 VC; 3:15-cv-00458 VC; 3:15-cv-00461 VC; 3:15-cv-00462 VC; 3:15-cv-00464 VC; 3:15-cv-00465 VC; 3:15-cv-00468 VC; 3:15-cv-00469 VC; 4:15-cv-00471 VC; 3:15-cv-00472 VC; 3:15-cv-00473 VC; 3:15-cv-00475 VC; 3:15-cv-00476 VC

-2-

ADMIN MOTION RE DEFTS' PROPOSED PAYMENT SCHEDULE FOR DEFTS' ATTORNEYS' FEES AND COSTS

Defendants United Airlines, Inc. and Continental Airlines, Inc. ("Defendants") propose the following payment schedule for the attorney's fees and costs awarded in this Court's Order Granting in Part and Denying in Part Motions to Dismiss; Granting in Part and Denying in Part Motions for Attorney's Fees and Costs and Sanctions ("Order") on July 6, 2016. *See* Johnson Dkt. 326.

Defendants provided a proposed stipulation to counsel for Plaintiff Eldridge Johnson, Leon Miller, Xavier Palmer, Paul Noble, Johnnie Jones, Glen Roane, David Ricketts, Sal Crocker, Anthony Manswell, Erwin Washington, Darryl Wilson, Leo Sherman, Richard John, and Odie Briscoe in the afternoon of July 8, 2016. *See* Declaration of Donna M. Melby, ¶ 4. Defendants' proposed stipulation reflected the monthly payment plan that the Defendants understood the Plaintiffs to have requested during the CMC taking place on July 7, 2016. *Id*. After further email correspondence and negotiation, Defendants understood Plaintiffs to want additional terms regarding apportionment of responsibility beyond remitting $500 per plaintiff/case per month over a period of time which would actually extend beyond the 10 months represented to the Court (payment in full will take approximately one year under the $500 per plaintiff/case per month plan proposed by Plaintiffs). Defendants informed Plaintiffs that they are not willing or able to modify the terms of the Order: how Plaintiffs decide to apportion responsibility of the total amount of the Order amongst themselves is not within the purview of this stipulation and is a different issue from an extended payment plan. If Plaintiffs are seeking a limitation of liability per Plaintiff, that is an issue that was not addressed with the Court at the CMC and should be taken up separately in an appropriate manner. Defendants, however, are willing to agree to the terms discussed in Court and provided the modified proposed stipulation as it appears below reflecting those terms as Defendants understood them. *Id*. Nevertheless, counsel has declined to stipulate.

Plaintiffs also took issue with the short turnaround to file a stipulation. Defendants' counsel had approximately 24 hours to travel back to Los Angeles, gain approval from the Defendants, and draft a stipulation. Defendants were still able to provide Plaintiffs' counsel with a proposed stipulation by approximately 4 p.m. this afternoon. *Id*. Defendants requested a

3:12-cv-02730-VC; 3:15-cv-00457 VC; 3:15-cv-00458 VC; 3:15-cv-00461 VC; 3:15-cv-00462 VC; 3:15-cv-00464 VC; 3:15-cv-00465 VC; 3:15-cv-00468 VC; 3:15-cv-00469 VC; 4:15-cv-00471 VC; 3:15-cv-00472 VC; 3:15-cv-00473 VC; 3:15-cv-00475 VC; 3:15-cv-00476 VC

-3-

ADMIN MOTION RE DEFTS' PROPOSED PAYMENT SCHEDULE FOR DEFTS' ATTORNEYS' FEES AND COSTS

response within an hour, however, when Plaintiffs' counsel responded two and a half hours later, Defendants still engaged in negotiations at Plaintiffs' request. *Id*. Defendants modified their proposed stipulation to remove provisions dealing with non-payment, as well as changed the due date for payment from the 20th to the 30th of each month—both at the request of opposing counsel. *Id*. Despite making every effort in a short period of time, it is not possible to obtain agreement. Defendants request that this Court grant Defendants' proposed repayment plan as reflected below.

**Defendants' Proposed Stipulation:**

Plaintiffs Eldridge Johnson, Leon Miller, Xavier Palmer, Paul Noble, Johnnie Jones, Glen Roane, David Ricketts, Sal Crocker, Anthony Manswell, Erwin Washington, Darryl Wilson, Leo Sherman, Richard John, and Odie Briscoe ("Plaintiffs") and Defendants United Airlines, Inc. and Continental Airlines, Inc. ("Defendants"), by and through their counsel of record, hereby enter into the stipulation set forth below.

WHEREAS:

1. The Court entered its Order Granting in Part and Denying in Part Motions to Dismiss; Granting in Part and Denying in Part Motions for Attorney's Fees and Costs and Sanctions on July 6, 2016, awarding United $78, 523.74 in attorney's fees and costs. *See* Johnson Dkt. 326.

2. Each Plaintiff shall pay the sum of $500 to the Paul Hastings Los Angeles office on or before the 30th day of each consecutive month until such time as United has received $78,523.74.

3. Plaintiffs agree that the first payment shall be received by Paul Hastings on or before July 30, 2016.

3:12-cv-02730-VC; 3:15-cv-00457 VC; 3:15-cv-00458 VC; 3:15-cv-00461 VC; 3:15-cv-00462 VC; 3:15-cv-00464 VC; 3:15-cv-00465 VC; 3:15-cv-00468 VC; 3:15-cv-00469 VC; 4:15-cv-00471 VC; 3:15-cv-00472 VC; 3:15-cv-00473 VC; 3:15-cv-00475 VC; 3:15-cv-00476 VC

-4-

ADMIN MOTION RE DEFTS' PROPOSED PAYMENT SCHEDULE FOR DEFTS' ATTORNEYS' FEES AND COSTS

THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST THAT THE COURT ORDER AS FOLLOWS:

1. Each of the above-named Plaintiffs shall transmit partial payment in the form of a check or cashiers' check in the sum of $500 per Plaintiff to be received by Paul Hastings on or before the 30th day of each consecutive month commencing in July 2016, until such time as the total sum of $78, 523.74 has been received by Paul Hastings.

2. Each payment shall be made payable to Paul Hastings LLP and shall be transmitted in sufficient time ahead of the 30th day of each month to ensure receipt in the Paul Hastings Los Angeles office, to the attention of Donna M. Melby, located at 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071, on or before the 30th day of each month.

3. The first such payment shall be received by Paul Hastings on or before July 30, 2016.

DATED: July 8, 2016        PAUL HASTINGS LLP

By: _____/s/ Donna M. Melby_____
      DONNA M. MELBY

Attorneys for Defendants
UNITED AIRLINES, INC. AND CONTINENTAL AIRLINES, INC.

3:12-cv-02730-VC; 3:15-cv-00457 VC; 3:15-cv-00458 VC; 3:15-cv-00461 VC; 3:15-cv-00462 VC; 3:15-cv-00464 VC; 3:15-cv-00465 VC; 3:15-cv-00468 VC; 3:15-cv-00469 VC; 4:15-cv-00471 VC; 3:15-cv-00472 VC; 3:15-cv-00473 VC; 3:15-cv-00475 VC; 3:15-cv-00476 VC

-5-

ADMIN MOTION RE DEFTS' PROPOSED PAYMENT SCHEDULE FOR DEFTS' ATTORNEYS' FEES AND COSTS