UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC., et al.,<br>Defendants.<br>AND COORDINATED CASES:<br>Miller, Leon v. United Airlines, Inc. et al.<br>3:15-cv-00457 VC<br>Palmer, Xavier v. United Airlines, Inc. et al.<br>3:15-cv-00458 VC<br>Noble, Paul C. v. United Airlines, Inc. et al.<br>3:15-cv-00461 VC<br>Jones Jr., Johnnie E. v. United Airlines, Inc.<br>et al. 3:15-cv-00462 VC<br>Roane, Glen v. United Airlines, Inc. et al.<br>3:15-cv-00464 VC<br>Ricketts, David v. United Airlines, Inc. et al.<br>3:15-cv-00465 VC<br>Tom, Lester v. United Airlines, Inc. et al.<br>3:15-cv-00466 VC<br>Crocker, Sal v. United Airlines, Inc. et al.<br>3:15-cv-00468 VC<br>Manswell, Anthony v. United Airlines, Inc.<br>et al. 3:15-cv-00469 VC<br>Minter, Karl v. United Airlines, Inc. et al.<br>3:15-cv-00470 VC<br>Washington, Erwin v. United Airlines, Inc.<br>et al. 4:15-cv-00471 VC<br>Wilson, Darryl v. United Airlines, Inc. et al.<br>3:15-cv-00472 VC<br>Sherman, Leo v. United Airlines, Inc. et al.<br>3:15-cv-00473 VC<br>Haney, Ken v. United Airlines, Inc. et al.<br>3:15-cv-00474 VC<br>John, Richard v. United Airlines, Inc. et al. | Case No.  12-cv-02730-VC<br><br>**ORDER** |

3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al.
3:15-cv-00476 VC
Hartsfield, Terrence v. United Airlines, Inc.
et al. 3:15-cv-00477 VC

This order summarizes the key points from the July 7, 2016 case management conference.

The Court will issue separate orders on the motions to transfer.  The Court will set a payment schedule for the award of attorney's fees after the briefing on the defendants' administrative motion regarding the payment schedule is complete.

Answers are due on July 21, 2016 in the following cases: *Washington v. United Airlines, Inc. et al.*, 15-cv-00471-VC, *Hartsfield v. United Airlines, Inc. et al.*, 15-cv-00477-VC, *Roane v. United Airlines, Inc. et al.*, 15-cv-00464-VC, *Jones v. United Airlines, Inc. et al.*, 15-cv-00462-VC, *Johnson v. United Airlines, Inc. et al.*, 12-cv-02730-VC and *Crocker v. United Airlines, Inc. et al.*, 15-cv-00468-VC.  Answers are due in all remaining cases in which they have not yet been filed on July 27, 2016.  No further extensions will be granted.

A further case management conference will take place on August 11, 2016, at 1:30pm. The plaintiffs' portion of the case management statement shall be filed on August 3, 2016.  The defendants' portion of the case management statement shall be filed on August 5, 2016.  Going forward, the plaintiffs' portion of the case management statement shall be due 7 days prior to the case management conference, and the defendants' portion due 5 days prior to the same, unless the Court orders otherwise.

**IT IS SO ORDERED.**

Dated: July 11, 2016

_____
VINCE CHHABRIA
United States District Judge

2