BRIAN R. MILDENBERG, ESQUIRE (PA BAR ID. 84861) *(pro hac vice)*
brian@mildenberglaw.com
MILDENBERG LAW FIRM, PC
1735 Market Street, Suite 3750
Philadelphia, PA 19103
Tel: (215) 545-4870
Fax: (215) 545-4871

J. CONOR CORCORAN, ESQUIRE (PA BAR ID. 89111) *(pro hac vice)*
conor@jccesq.com
LAW OFFICE OF J. CONOR CORCORAN, P.C.
1500 JFK Boulevard, Suite 620
Philadelphia, PA 19102
Tel: (215) 735-1135
Fax: (215) 735-1175
Counsel for Plaintiffs

Attorneys for Plaintiffs
ELDRIDGE JOHNSON, LEON MILLER, XAVIER PALMER, PAUL C. NOBLE, JOHNNIE E. JONES, JR., GLEN ROANE, DAVID RICKETTS, SAL CROCKER, ANTHONY MANSWELL, ERWIN WASHINGTON, DARRYL WILSON, LEO SHERMAN, RICHARD JOHN, and ODIE BRISCOE

Local Counsel:
Richard J. Idell, Esquire (Bar No. 69033)
THE IDELL FIRM, PC
495 California Street, Suite 500
San Francisco, CA 94104
Tel: (415) 986-2400

*Related cases listed on next page.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC., et al.,<br>Defendants.<br><br>AND COORDINATED CASES:<br><br>Miller, Leon v. United Airlines, Inc. et al.<br>3:15-cv-00457-VC | Case No. 12-cv-02730-VC<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION FOR ATTORNEY FEE PAYMENT SCHEDULE** |

Case Nos. 12-cv-02730-VC, 3:15-cv-00457-VC, 3:15-cv-00458-VC, 3:15-cv-00461-VC, 3:15-cv-00462-VC, 3:15-cv-00464-VC, 3:15-cv-00465-VC, 3:15-cv-00468-VC, 3:15-cv-00469-VC, 3:15-cv-00471-VC, 3:15-cv-00472-VC, 3:15-cv-00473-VC, 3:15-cv-00475-VC, 3:15-cv-00476-VC

PLTFS' RESP. TO DEFS' ADMIN. MOT. FOR ATTORNEY FEE PMT. SCHEDULE

i

| | |
|---|---|
| 1 | |
| 2 | Palmer, Xavier v. United Airlines, Inc. et al.<br>3:15-cv-00458-VC |
| 3 | |
| 4 | Noble, Paul C. v. United Airlines, Inc. et al.<br>3:15-cv-00461-VC |
| 5 | |
| 6 | Jones Jr., Johnnie E. v. United Airlines, Inc. et al.<br>3:15-cv-00462-VC |
| 7 | |
| 8 | Roane, Glen v. United Airlines, Inc. et al.<br>3:15-cv-00464-VC |
| 9 | |
| 10 | Ricketts, David v. United Airlines, Inc. et al.<br>3:15-cv-00465-VC |
| 11 | Crocker, Sal v. United Airlines, Inc. et al.<br>3:15-cv-00468-VC |
| 12 | |
| 13 | Manswell, Anthony v. United Airlines, Inc. et al.<br>3:15-cv-00469-VC |
| 14 | |
| 15 | Washington, Erwin v. United Airlines, Inc. et al.<br>3:15-cv-00471-VC |
| 16 | |
| 17 | Wilson, Darryl v. United Airlines, Inc. et al.<br>3:15-cv-00472-VC |
| 18 | |
| 19 | Sherman, Leo v. United Airlines, Inc. et al.<br>3:15-cv-00473-VC |
| 20 | |
| 21 | John, Richard v. United Airlines, Inc. et al.<br>3:15-cv-00475-VC |
| 22 | |
| 23 | Briscoe, Odie v. United Airlines, Inc. et al.<br>3:15-cv-00476-VC |
| 24 | |
| 25 | *Related cases:* |
| 26 | |
| 27 | Johnson, Eldridge v. United Airlines, Inc., et al. 3:12-cv-02730-VC<br>Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457-VC |
| 28 | Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458-VC<br>Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461-VC |

Case Nos. 12-cv-02730-VC, 3:15-cv-00457-VC, 3:15-cv-00458-VC, 3:15-cv-00461-VC,
3:15-cv-00462-VC, 3:15-cv-00464-VC, 3:15-cv-00465-VC, 3:15-cv-00468-VC,
3:15-cv-00469-VC, 3:15-cv-00471-VC, 3:15-cv-00472-VC, 3:15-cv-00473-VC,
3:15-cv-00475-VC, 3:15-cv-00476-VC

PLTFS' RESP. TO DEFS' ADMIN. MOT.
FOR ATTORNEY FEE PMT. SCHEDULE

ii

Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462-VC
Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464-VC
Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465-VC
Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466-VC
Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468-VC
Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469-VC
Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470-VC
Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471-VC
Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472-VC
Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473-VC
Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474-VC
John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475-VC
Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476-VC
Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477-VC
///
///

Case Nos. 12-cv-02730-VC, 3:15-cv-00457-VC, 3:15-cv-00458-VC, 3:15-cv-00461-VC,
3:15-cv-00462-VC, 3:15-cv-00464-VC, 3:15-cv-00465-VC, 3:15-cv-00468-VC,
3:15-cv-00469-VC, 3:15-cv-00471-VC, 3:15-cv-00472-VC, 3:15-cv-00473-VC,
3:15-cv-00475-VC, 3:15-cv-00476-VC

PLTFS' RESP. TO DEFS' ADMIN. MOT.
FOR ATTORNEY FEE PMT. SCHEDULE

iii

# PLAINTIFFS' RESPONSE TO DEFENDANTS'
# ADMINISTRATIVE MOTION FOR ATTORNEY FEE PAYMENT SCHEDULE

Plaintiffs and Defendants agree with the proposed stipulation language save for one word.

Plaintiffs' proposed language is as follows:

1. The Court entered its Order Granting in Part and Denying in Part Motions to Dismiss; Granting in Part and Denying in Part Motions for Attorney's Fees and Costs and Sanctions on July 6, 2016, awarding United $78, 523.74 in attorney's fees and costs. See Johnson Dkt. 326.
2. Each Plaintiff shall pay the sum of $500 to the Paul Hastings Los Angeles office on or before the 30th day of each consecutive month until such time as that Plaintiff's 1/14th of the award is paid in full.
3. Plaintiffs agree that the first payment shall be received by Paul Hastings on or before July 30, 2016.

Defendants provided Plaintiffs with their proposal on Friday evening with a request for one (1) hour response. Plaintiffs' counsel was at a family function during this time. Defendants did not wish to agree that each Plaintiff should pay 1/14th of the award. There were no other conditions requested by Plaintiffs.

Plaintiffs request that the Court sign and enter the attached Order.

Respectfully submitted this 16th day of June, 2016.

*/s/ Brian R. Mildenberg*
BRIAN R. MILDENBERG, ESQUIRE (PA BAR ID. 84861) *(pro hac vice)*
brian@mildenberglaw.com
MILDENBERG LAW FIRM, PC
1735 Market Street, Suite 3750
Philadelphia, PA 19103
Tel: (215) 545-4870
Fax: (215) 545-4871

J. CONOR CORCORAN, ESQUIRE (PA BAR ID. 89111) *(pro hac vice)*
conor@jccesq.com
LAW OFFICE OF J. CONOR CORCORAN, P.C.
1500 JFK Boulevard, Suite 620
Philadelphia, PA 19102
Tel: (215) 735-1135
Fax: (215) 735-1175
Counsel for Plaintiff

Attorneys for Plaintiffs

Case Nos. 12-cv-02730-VC, 3:15-cv-00457-VC, 3:15-cv-00458-VC, 3:15-cv-00461-VC, 3:15-cv-00462-VC, 3:15-cv-00464-VC, 3:15-cv-00465-VC, 3:15-cv-00468-VC, 3:15-cv-00469-VC, 3:15-cv-00471-VC, 3:15-cv-00472-VC, 3:15-cv-00473-VC, 3:15-cv-00475-VC, 3:15-cv-00476-VC

PLTFS' RESP. TO DEFS' ADMIN. MOT. FOR ATTORNEY FEE PMT. SCHEDULE

1

ELDRIDGE JOHNSON, LEON MILLER, XAVIER PALMER, PAUL C. NOBLE, JOHNNIE E. JONES, JR., GLEN ROANE, DAVID RICKETTS, SAL CROCKER, ANTHONY MANSWELL, ERWIN WASHINGTON, DARRYL WILSON, LEO SHERMAN, RICHARD JOHN, and ODIE BRISCOE

Local Counsel:
Richard J. Idell, Esquire (Bar No. 69033)
THE IDELL FIRM, PC
495 California Street, Suite 500
San Francisco, CA 94104
Tel: (415) 986-2400

Case Nos. 12-cv-02730-VC, 3:15-cv-00457-VC, 3:15-cv-00458-VC, 3:15-cv-00461-VC, 3:15-cv-00462-VC, 3:15-cv-00464-VC, 3:15-cv-00465-VC, 3:15-cv-00468-VC, 3:15-cv-00469-VC, 3:15-cv-00471-VC, 3:15-cv-00472-VC, 3:15-cv-00473-VC, 3:15-cv-00475-VC, 3:15-cv-00476-VC

PLTFS' RESP. TO DEFS' ADMIN. MOT. FOR ATTORNEY FEE PMT. SCHEDULE

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC., et al.,<br>Defendants.<br><br>AND COORDINATED CASES:<br><br>Miller, Leon v. United Airlines, Inc. et al.<br>3:15-cv-00457-VC<br><br>Palmer, Xavier v. United Airlines, Inc. et al.<br>3:15-cv-00458-VC<br><br>Noble, Paul C. v. United Airlines, Inc. et al.<br>3:15-cv-00461-VC<br><br>Jones Jr., Johnnie E. v. United Airlines, Inc. et al.<br>3:15-cv-00462-VC<br><br>Roane, Glen v. United Airlines, Inc. et al.<br>3:15-cv-00464-VC<br><br>Ricketts, David v. United Airlines, Inc. et al.<br>3:15-cv-00465-VC<br><br>Crocker, Sal v. United Airlines, Inc. et al.<br>3:15-cv-00468-VC<br><br>Manswell, Anthony v. United Airlines, Inc. et al.<br>3:15-cv-00469-VC<br><br>Washington, Erwin v. United Airlines, Inc. et al.<br>3:15-cv-00471-VC<br><br>Wilson, Darryl v. United Airlines, Inc. et al.<br>3:15-cv-00472-VC | Case No. 12-cv-02730-VC<br><br>**[PROPOSED] ORDER<br>FOR ATTORNEY FEE PAYMENT<br>SCHEDULE** |

Case Nos. 12-cv-02730-VC, 3:15-cv-00457-VC, 3:15-cv-00458-VC, 3:15-cv-00461-VC,
3:15-cv-00462-VC, 3:15-cv-00464-VC, 3:15-cv-00465-VC, 3:15-cv-00468-VC,
3:15-cv-00469-VC, 3:15-cv-00471-VC, 3:15-cv-00472-VC, 3:15-cv-00473-VC,
3:15-cv-00475-VC, 3:15-cv-00476-VC

PLTFS' RESP. TO DEFS' ADMIN. MOT.
FOR ATTORNEY FEE PMT. SCHEDULE

3

Sherman, Leo v. United Airlines, Inc. et al.
3:15-cv-00473-VC

John, Richard v. United Airlines, Inc. et al.
3:15-cv-00475-VC

Briscoe, Odie v. United Airlines, Inc. et al.
3:15-cv-00476-VC

# ORDER

1. The Court entered its Order Granting in Part and Denying in Part Motions to Dismiss; Granting in Part and Denying in Part Motions for Attorney's Fees and Costs and Sanctions on July 6, 2016, awarding United $78, 523.74 in attorney's fees and costs. See Johnson Dkt. 326.

2. Each Plaintiff shall pay the sum of $500 to the Paul Hastings Los Angeles office on or before the 30th day of each consecutive month until such time as that Plaintiff's 1/14th of the award is paid in full.

3. Plaintiffs agree that the first payment shall be received by Paul Hastings on or before July 30, 2016.

BY THE COURT:

_____
HON. VINCE CHHABRIA

DATED: _____

Case Nos. 12-cv-02730-VC, 3:15-cv-00457-VC, 3:15-cv-00458-VC, 3:15-cv-00461-VC,
3:15-cv-00462-VC, 3:15-cv-00464-VC, 3:15-cv-00465-VC, 3:15-cv-00468-VC,
3:15-cv-00469-VC, 3:15-cv-00471-VC, 3:15-cv-00472-VC, 3:15-cv-00473-VC,
3:15-cv-00475-VC, 3:15-cv-00476-VC                4

PLTFS' RESP. TO DEFS' ADMIN. MOT.
FOR ATTORNEY FEE PMT. SCHEDULE

## CERTIFICATE OF SERVICE

I, Brian R. Mildenberg, Esquire hereby certify that on the 11th day of July, 2016, Counsel of record for all Defendants were served with the foregoing Response by ECF filing.

Respectfully submitted this 11th day of June, 2016.

*/s/ Brian R. Mildenberg*
BRIAN R. MILDENBERG, ESQUIRE (PA BAR ID. 84861) *(pro hac vice)*
brian@mildenberglaw.com
MILDENBERG LAW FIRM, PC
1735 Market Street, Suite 3750
Philadelphia, PA 19103
Tel: (215) 545-4870
Fax: (215) 545-4871

Case Nos. 12-cv-02730-VC, 3:15-cv-00457-VC, 3:15-cv-00458-VC, 3:15-cv-00461-VC, 3:15-cv-00462-VC, 3:15-cv-00464-VC, 3:15-cv-00465-VC, 3:15-cv-00468-VC, 3:15-cv-00469-VC, 3:15-cv-00471-VC, 3:15-cv-00472-VC, 3:15-cv-00473-VC, 3:15-cv-00475-VC, 3:15-cv-00476-VC

PLTFS' RESP. TO DEFS' ADMIN. MOT. FOR ATTORNEY FEE PMT. SCHEDULE

5