UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED AIR LINES, INC.; CONTINENTAL AIRLINES, INC.; and DOES 1-10,<br><br>Defendants.<br><br>AND<br><br>Miller, Leon v. United Airlines, Inc. et al.<br>3:15-cv-00457 VC<br><br>Palmer, Xavier v. United Airlines, Inc. et al.<br>3:15-cv-00458 VC<br><br>Noble, Paul C. v. United Airlines, Inc. et al.<br>3:15-cv-00461 VC<br><br>Jones Jr., Johnnie E. v. United Airlines, Inc. et al.<br>3:15-cv-00462 VC<br><br>Roane, Glen v. United Airlines, Inc. et al.<br>3:15-cv-00464 VC<br><br>Ricketts, David v. United Airlines, Inc. et al.<br>3:15-cv-00465 VC<br><br>Crocker, Sal v. United Airlines, Inc. et al.<br>3:15-cv-00468 VC<br><br>Manswell, Anthony v. United Airlines, Inc. et al.<br>3:15-cv-00469 VC | CASE NO. 3:12-CV-02730-VC<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION REGARDING DEFENDANTS' PROPOSED PAYMENT SCHEDULE FOR AWARD OF DEFENDANTS' ATTORNEYS' FEES AND COSTS**<br><br>Judge: Hon. Vince Chhabria<br><br>Complaint filed: May 29, 2012<br>FAC filed: July 20, 2012<br>SAC filed: Nov. 30, 2012<br>TAC filed: May 20, 2013<br>Corrected TAC filed: June 21, 2013<br>4AC filed: January 3, 2014<br>5AC filed: March 2, 2015<br>6AC filed: June 30, 2015<br>7AC filed: Jan. 10, 2016<br>Corrected 7AC filed: Jan. 21, 2016 |

3:12-cv-02730-VC; 3:15-cv-00457 VC; 3:15-cv-00458 VC; 3:15-cv-00461 VC; 3:15-cv-00462 VC; 3:15-cv-00464 VC; 3:15-cv-00465 VC; 3:15-cv-00468 VC; 3:15-cv-00469 VC; 4:15-cv-00471 VC; 3:15-cv-00472 VC; 3:15-cv-00473 VC; 3:15-cv-00475 VC; 3:15-cv-00476 VC

[PROPOSED] ORDER TO SET PAYMENT SCHEDULE FOR DEFTS' ATTORNEYS' FEES AND COSTS

Washington, Erwin v. United Airlines, Inc. et al.
4:15-cv-00471 VC

Wilson, Darryl v. United Airlines, Inc. et al.
3:15-cv-00472 VC

Sherman, Leo v. United Airlines, Inc. et al.
3:15-cv-00473 VC

John, Richard v. United Airlines, Inc. et al.
3:15-cv-00475 VC

Briscoe, Odie v. United Airlines, Inc. et al.
3:15-cv-00476 VC

3:12-cv-02730-VC; 3:15-cv-00457 VC; 3:15-cv-00458 VC; 3:15-cv-00461 VC; 3:15-cv-00462 VC; 3:15-cv-00464 VC; 3:15-cv-00465 VC; 3:15-cv-00468 VC; 3:15-cv-00469 VC; 4:15-cv-00471 VC; 3:15-cv-00472 VC; 3:15-cv-00473 VC; 3:15-cv-00475 VC; 3:15-cv-00476 VC

-1-

[PROPOSED] ORDER TO SET PAYMENT SCHEDULE FOR DEFTS' ATTORNEYS' FEES AND COSTS

*Related cases*:

Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC
Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC
Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC
Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

3:12-cv-02730-VC; 3:15-cv-00457 VC; 3:15-cv-00458 VC; 3:15-cv-00461 VC; 3:15-cv-00462 VC; 3:15-cv-00464 VC; 3:15-cv-00465 VC; 3:15-cv-00468 VC; 3:15-cv-00469 VC; 4:15-cv-00471 VC; 3:15-cv-00472 VC; 3:15-cv-00473 VC; 3:15-cv-00475 VC; 3:15-cv-00476 VC

-2-

[PROPOSED] ORDER TO SET PAYMENT SCHEDULE FOR DEFTS' ATTORNEYS' FEES AND COSTS

Having considered the papers and all pleadings on file and good cause appearing therefore, IT IS HEREBY ORDERED that the Defendants' Administrative Motion Regarding Defendants' Proposed Payment Schedule for Award of Defendants' Attorneys' Fees and Costs is GRANTED, as follows:

☒ Each of Plaintiffs Eldridge Johnson, Leon Miller, Xavier Palmer, Paul Noble, Johnnie Jones, Glen Roane, David Ricketts, Sal Crocker, Anthony Manswell, Erwin Washington, Darryl Wilson, Leo Sherman, Richard John, and Odie Briscoe ("Plaintiffs") shall transmit partial payment in the form of a check or cashiers' check in the sum of $500 per Plaintiff to be received by Paul Hastings on or before the 30th day of each consecutive month commencing in July 2016, until such time as the total sum of $78,523.74 has been received by Paul Hastings.

☒ Each payment shall be made payable to Paul Hastings LLP and shall be transmitted in sufficient time ahead of the 30th day of each month to ensure receipt in the Paul Hastings Los Angeles office, to the attention of Donna M. Melby, located at 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071, on or before the 30th day of each month.

☒ The first such payment shall be received by Paul Hastings on or before July 30, 2016.

IT IS SO ORDERED.

Dated: July 12, 2016

HON. VINCE CHHABRIA
United States District Judge

3:12-cv-02730-VC; 3:15-cv-00457 VC; 3:15-cv-00458 VC; 3:15-cv-00461 VC; 3:15-cv-00462 VC; 3:15-cv-00464 VC; 3:15-cv-00465 VC; 3:15-cv-00468 VC; 3:15-cv-00469 VC; 4:15-cv-00471 VC; 3:15-cv-00472 VC; 3:15-cv-00473 VC; 3:15-cv-00475 VC; 3:15-cv-00476 VC

-3-

[PROPOSED] ORDER TO SET PAYMENT SCHEDULE FOR DEFTS' ATTORNEYS' FEES AND COSTS