UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED AIRLINES, INC., et al.,<br><br>          Defendants. | Case No. 12-cv-02730-VC<br><br>**ORDER GRANTING MOTION FOR LEAVE TO AMEND AND ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 402 |

The unopposed motion to amend the answer is granted. Counsel for the plaintiff is ordered to show cause why they should not be sanctioned under Rule 11, 28 U.S.C. § 1927, and/or the court's inherent powers, and required to pay the defendants' costs and fees incurred in filing these motions, in light of their apparent failure to respond to requests for consent to amend and their apparent bad faith refusal to consent to amend. A written response is due Monday, December 5, 2016. Counsel for both sides will be heard on this issue at the telephonic case management conference scheduled for December 8, 2016.

**IT IS SO ORDERED.**

Dated: November 30, 2016

_____
VINCE CHHABRIA
United States District Judge